GEAUGA COUNTY CLERK OF COURTS Case: 19C000083, eFile ID: 133817,
FILED: ONDREY, DAVID M 08/10/2022 10:51 AM

# IN THE COURT OF COMMON PLEAS
# GEAUGA COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO | : | Case No. 19C000083 |
| Plaintiff-Appellee | : | App. No. 22-G-0025 |
| - vs - | : | |
| GAIL RITCHEY | : | JUDGE DAVID M. ONDREY |
| Defendant-Appellant | : | |

\- - - - - -

## TRANSCRIPT OF PROCEEDINGS / Volume I of VII

Transcript of Jury Trial Proceedings had before the Honorable David M. Ondrey and a jury panel of twelve and two alternates commencing on the 28th day of March, 2022 in the Court of Common Pleas, being conducted at 470 Center Street, City of Chardon, County of Geauga and State of Ohio.

\- - - - - -

**APPEARANCES:**

For the Plaintiff:
Nicholas J. Burling Asst. Prosecuting Atty
Kara Keating, Senior Asst. Atty General

For the Defendant:
Steven L. Bradley, Esq.
Mark Marein, Esq.

\- - - - - -

Anita L. Comella, RPR
Official Court Reporter
Geauga County Court of Common Pleas
100 Short Court
Chardon, Ohio 44024

Proceedings written by Mechanical Stenography
Transcription Produced via Computer

# INDEX


| | | | |
|---|---|---|---|
| Vol. I | = | Pages | 2 - 318 |
| Vol. II | = | Pages | 319 - 329 |
| Vol. III | = | Pages | 330 - 588 |
| Vol. IV | = | Pages | 589 - 800 |
| Vol. V | = | Pages | 801 - 847 |
| Vol. VI | = | Pages | 848 - 982 |
| Vol. VII | = | Pages | 983 - 1109 |


## OPENING STATEMENTS


State of Ohio Opening Statement..............592
Defendant Opening Statement ................601


## STATE WITNESSES


**Page No.**

CHERYL JENKINS
Direct Examination By Mr. Burling: .........631

CHIEF SCOTT NEIHUS
Direct Examination By Mr. Burling: .........637
Cross-Examination By Mr. Bradley: ..........662

DOCTOR JOSEPH FELO
Direct Examination By Mr. Burling: .........671
Cross-Examination By Mr. Bradley: ..........730
Redirect-Examination By Mr. Burling: .......780
Recross-Examination By Mr. Bradley: ........788

DETECTIVE DON SEAMON
Direct Examination By Mr. Burling: .........809

DOCTOR JOSEPH FELO
Rebuttal Examination By Ms. Keating: ......973

## STATE EXHIBITS

| Exhbt | ID | Objctn | Stip | Admtd | Rjctd | Wdrwn |
|---|---|---|---|---|---|---|
| 1 | 643 | | | 843 | | |
| 2 | 645 | | | 843 | | |
| 3 | 650 | | | 843 | | |
| 4 | 651 | | | 843 | | |
| 5 | 652 | | | 843 | | |
| 6 | 653 | | | 843 | | |
| 7 | 820 | | | 843 | | |
| 8 | 682 | | | 843 | | |
| 9 | 688 | | | 843 | | |
| 10 | 689 | | | 843 | | |
| 11 | 691 | | | 843 | | |
| 12 | 693 | | | 843 | | |
| 13 | 703 | | | 843 | | |
| 14 | 706 | | | 843 | | |
| 15 | 711 | | | 843 | | |

**Exhibit 1** Photograph

**Exhibit 2** Photograph

**Exhibit 3** Photograph

**Exhibit 4** Photograph

**Exhibit 5** Photograph

**Exhibit 6** Diagram

**Exhibit 7** Thumb Drive

**Exhibit 8** Autopsy Report

**Exhibit 9** Photograph

**Exhibit 10** Photograph

STATE EXHIBITS

**Exhibit 11** Photograph

**Exhibit 12** Photograph

**Exhibit 13** Photograph

**Exhibit 14** Photograph

**Exhibit 15** Doctor Joseph Felo's Supplemental Report

**DEFENDANT WITNESSES**

**Page No.**

KENT E. HARSHBARGER MD
Direct Examination By Mr. Marein: .........864
Cross-Examination By Ms. Keating: ..........926
Redirect-Examination By Mr. Marein: ........951

**DEFENDANT EXHIBITS**

| Exhbt | ID | Objctn | Stip | Admtd | Rjctd | Wdrwn |
|---|---|---|---|---|---|---|
| A-D | 963 | | | 965 | | |
| E | 666 | | | 965 | | |
| G | 669 | | | 965 | | |
| I | 963 | | | 965 | | |
| J | 963 | | | 965 | | |
| L | 761 | | | 965 | | |
| M-P | 960 | | | 965 | | |
| Q-U | 964 | | | 965 | | |
| V | 913 | | | 965 | | |

**Exhibit A-D** Camp Koinonia brochures/literature

**Exhibit E** Photograph

**Exhibit G** Photograph

**Exhibit I** Photograph

**Exhibit J** Photograph

**Exhibit L** Climatological Chart

**Exhibit M-P** Photographs

**Exhibit V** Dr. Harshbarger's 09/16/2021 Report

**CLOSING ARGUMENTS**

**Page No.**

State of Ohio Closing Argument .............984
Defendant(s) Closing Argument .............1007

- - - - - -

Verdict ..................................1104

- - - - - -

**P R O C E E D I N G S**

\- - - - - -

[ Proceedings Commence in the Meeting Room. All prospective Jurors, Attorneys, Parties Present ]

\- - - - - -

THE COURT: Please be seated. Good morning, everyone.

MULTIPLE VOICES: Good morning.

THE COURT: My remarks to begin with here are addressed to those of you who have been called as prospective jurors; that is all of you. I want to formally welcome you to the Geauga County Court of Common Pleas, and I should rephrase that a bit to say the temporary site of the Court of Common Pleas. We're meeting here only for the purposes of selecting a jury. We're a little bit cramped on space. This was available to us, so we decided to take advantage of it and make things easier for everyone.

As you heard, I am Judge David M. Ondrey and I will be presiding at this

trial. Once the trial actually begins we will conduct it at the courthouse, second floor is where my courtroom is.

I think most of you already met my bailiff, Vicki Schaner, who is sitting to the right here and much of your time here will be spent in her care. Also in the courtroom to my right is our court reporter, Anita Comella. It's Anita's job to make a complete record of everything that goes on, everything that is said she will be taking down and recording. The court's secretary is Wendy Daugherty. I think she's in the back there and she's also here to assist you. If you have any of questions or if there are needs which we can address, please don't hesitate to talk to one of them.

It's our intention that your service as jurors or prospective jurors be a rewarding experience.

By the way I never did ask: Can everyone hear me in the back also? Okay.

We certainly recognize that the monetary compensation to serve as a juror is minimal. We are well aware that jury duty represents an inconvenience to each of you in some sense but we also hope that each of you recognizes that your service is necessary. Jury service is both a legal obligation and a civic duty. It is a sacrifice required by our system of justice and is absolutely essential to ensure the continued existence of this system of justice.

Most of you have never previously served as a juror, so a short explanation of procedure is in order. Those who participate in a trial must do so in accordance with established rules; that's true of the parties, the witnesses, the lawyers, and even myself as the Judge. It is equally true of you as jurors.

It is the job of the lawyers to present evidence according to established rules. It is my role to

enforce those rules and determine what evidence may be admitted. It is the task of the jury to judge the facts, the credibility of the witnesses, and to determine the weight to be given to the evidence and testimony presented in court.

The State and the defendant are entitled to jurors who approach this case with open minds and who agree to keep their minds open until all of the evidence is presented, deliberations are concluded, and a verdict is reached. Jurors must be as free as humanly possible from any bias, prejudice, or sympathy, and must not be influenced by any preconceived ideas as to the parties, the facts, or the law.

So the trial starts with the selection of a jury. This is known as voir dire; that's a French phrase and it means to speak the truth. As prospective jurors you will be questioned and expected to speak the truth. You'll be questioned first by me

and then by the attorneys to determine your qualifications in this case. Our sole purpose in questioning you is to obtain a fair and impartial jury. Since this is such an important part of the trial, you are required to be sworn in before any questions are asked. So I'm now going to ask my bailiff, Vicki Schaner, to please administer the oath to you.

THE BAILIFF: Will you all please rise and raise your right hand, please?

- - - - - -

[ Jurors duly sworn for voir dire examination ]

- - - - - -

THE BAILIFF: You may be seated.

THE COURT: So this matter is a criminal case. It's entitled *State of Ohio v. Gail Ritchey*. The State of Ohio has charged Mrs. Ritchey with crimes of aggravated murder and murder. I know those sound like serious charges but I

want you to know this is not a capital case; that means this is not a death penalty case.

The State of Ohio is represented by Assistant County Prosecutor Nicholas Burling and Assistant Ohio Attorney General Kara Keating. Will you please stand and introduce yourselves and the other person seated at counsel's table to the prospective jurors?

MR. BURLING: Yes, your Honor. Thank you.

Good morning, everyone. As the Judge said my name is Nick Burling. I'm with the Geauga County Prosecutor's Office.

MS. KEATING: Good morning. My name is Kara Keating. I'm an Assistant Ohio Attorney General.

MR. BURLING: And also with us back here is Detective Don Seamon with the Geauga County Sheriff's Office.

THE COURT: Thank you.

Now, the Defendant Gail Ritchey is represented by Attorneys Steven Bradley

and Mark Marein. Will you please stand and introduce yourselves and the other persons seated with you to the prospective jurors?

MR. BRADLEY: Good morning, everybody. As the Judge indicated my name is Steven Bradley. This is our client Gail Ritchey. This is Mr. Paul Jepsen. He is going to be assisting us throughout this trial and of course my law partner for the past 30-plus years, Mark Marein.

MR. MAREIN: Good morning, everybody.

THE COURT: Now, later on you'll be asked questions about if any of you know any of these folks, if you have any relationships with them, but for now I just wanted you to see who was representing both parties here.

So before proceeding with further questions concerning your qualifications to serve as jurors in this case, we're going to distribute to you an additional written questionnaire for you to

complete. It's only one page and shouldn't take very long.

Again, the questions on the questionnaire are not being asked for the purpose of prying into your personal affairs, rather, they are intended to discover if you have any prior knowledge of this case or if you have any preconceived opinions that you cannot set aside, or if you have had any experience that might affect your ability to be a fair and impartial juror.

These questions as I said are not going to be the only ones you'll be asked by me and the lawyers to determine your qualifications but in this case it's a necessary starting point. So the questionnaire is now going to be passed out to all of you. Please complete the answers to the questions on it as best as you can. If you don't understand a question, don't answer it, or write in that you can't understand it. I hope we can accomplish this in fairly short

order. And when it appears everyone is done, we're going to collect your responses. So, please, if you could distribute the questionnaire now.

\- - - - - -

[ Questionnaire Distributed ]

\- - - - - -

THE COURT: Now, that you had a pop quiz on a Monday morning, so the attorneys and I are now going to review these questionnaires. We will adjourn to a separate room to do so. You will have to stay, remain seated where you are while we do this.

And I am instructing you not to talk to each other about this case. You can converse with each other but not anything about this case, even the limited amount you know so far. And likewise, I know some of you have your phones or other devices on you, you cannot do any research. You cannot engage or call anyone about the case, and you'll get more detailed instructions about not consulting social

media, not checking your phones. Those sorts of things. But for now, please, take these instructions very very seriously. It's important to the integrity of this case that you learn about this case from what you hear here, not from what you try and gather on your own. You can jeopardize the entire proceedings, if you do so.

So we will return to you as soon as possible and in the meantime I believe there will be a video playing which will provide you some information about jury duty. So for now, we are adjourned. Thank you.

\- - - - - -

[ Recess had. Subsequently, INDIVIDUAL VOIR DIRE commenced in a separate conference room, defendant present, outside the presence of other prospective jurors ]

\- - - - - -

[ Prospective Juror 1 Enters ]

\- - - - - -

THE COURT: Okay. So we're

back on the record.

I'm gonna refer to you by your juror number. So we looked at these questionnaires and they're obviously designed to try and figure out what do people already know about this case, since there was some amount of publicity at different times. And since you answered that you know some things about this case, the lawyers and I are interested in having you describe what you believe you know about it. So in your own words.

PROSPECTIVE JUROR: Just from what has been on the news.

THE COURT: And what do you recall from hearing any news stories? What do you think the case is about then?

PROSPECTIVE JUROR: That there was a newborn found in Thompson that was found dead in the woods.

THE COURT: Okay. Do you recall did you learn that back in 1993 or did you hear it more recently when

the defendant was arrested?

PROSPECTIVE JUROR: So I remember hearing it back on the news when it first came out and actually it was on the news this morning when I was getting ready, so.

THE COURT: Okay. As a result of hearing those things have you come to any judgments about her or the case in any way?

PROSPECTIVE JUROR: I don't have a definite answer, but.

THE COURT: Do you think after knowing something about this case you can listen to all the facts and be fair and impartial in any decision you make as a juror?

PROSPECTIVE JUROR: I think I could.

THE COURT: Do you have any hesitation about that?

PROSPECTIVE JUROR: Could you explain that? Sorry. I'm a little nervous.

THE COURT: You said you

think you could be fair and impartial and I'm just asking are you confident that you can be, because that's what we need on the jury is fair and impartial people.

PROSPECTIVE JUROR: I guess one thing that's new for me personally in my life, I'm currently pregnant so kind of brings like a different feeling to it, I guess.

THE COURT: Okay.

MR. MAREIN: I'm sorry, Judge. I did not hear that. I apologize.

PROSPECTIVE JUROR: I'm currently pregnant.

MR. MAREIN: Okay.

THE COURT: Okay. I'm gonna now permit the attorneys to question you.

Mr. Burling.

MR. BURLING: Thank you, Judge.

You mentioned that you heard that it was about a baby in Thompson. Have you heard any other specific facts about the case from these new stories?

PROSPECTIVE JUROR: Not that I can recall. Just very vague on the news.

MR. BURLING: Okay. And have you heard anything, facts about the defendant, Ms. Ritchey, in these stories or is it just about the facts of the case?

PROSPECTIVE JUROR: I guess just from, like, it just stated her name, you know, the situation that happened. I don't know any facts about her.

MR. BURLING: But nothing about her background, anything like that?

PROSPECTIVE JUROR: No.

MR. BURLING: Okay.

Thank you, Judge. I have nothing further.

THE COURT: Okay.

MR. MAREIN: Judge, and I should refer to the prospective jurors by their numbers.

THE COURT: Yes. Let's try and be consistent.

MR. MAREIN: Okay. Good morning Prospective Juror Number 1. I

Have a couple of questions for 'ya on this subject matter, namely, what you heard or what you know. But I'm gonna ask you to do one thing for a moment; take a deep breath. You seem so uptight.

PROSPECTIVE JUROR: It's my first time doing jury duty.

MR. MAREIN: Okay. I'm telling you, we're all pretty nice people in here.

PROSPECTIVE JUROR: Okay.

MR. MAREIN: And while this is an incredibly important case, I want you to feel relaxed.

Now there's been a couple questions about what you heard.

PROSPECTIVE JUROR: Okay.

MR. MAREIN: And you gave us some general response that it was a newborn; that it was discarded in Thompson. I want you to really give this some very deep thought and try to recall exactly what you heard on the news stories this morning. What is it?

Give us as much detail as possible.

PROSPECTIVE JUROR: Just that they described that almost 30 years ago that they found a newborn in the woods in Thompson.

MR. MAREIN: Uh-huh.

PROSPECTIVE JUROR: And they described it as Geauga's Child; that it was buried in a cemetery in Thompson.

MR. MAREIN: Uh-huh.

PROSPECTIVE JUROR: And that they denoted that the trial was picking jurors today.

MR. MAREIN: Can you think of anything else that was said?

PROSPECTIVE JUROR: Not specifically.

MR. MAREIN: Do you recall anything that was said about Gail?

PROSPECTIVE JUROR: Just they stated her name and her husband that-- his name.

MR. MAREIN: Mark, right?

PROSPECTIVE JUROR: I believe so.

MR. MAREIN: Beyond what

you've just described can you think of anything?

PROSPECTIVE JUROR: Not that I can recall any more.

MR. MAREIN: Okay. One moment.

Okay. So that's what you heard this morning.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: But, and correct me if I'm wrong, I think that you had indicated that you had heard news stories or read something when the case originated when Gail was first charged and arrested. Can you recall what you heard back then?

PROSPECTIVE JUROR: I don't remember a lot from back then. It seemed like it was a while ago. Just kind of the same detail that there was a newborn discarded in the woods in Thompson and --

MR. MAREIN: Okay.

I apologize. I didn't mean to cut you off.

PROSPECTIVE JUROR: You're fine. I don't remember a whole lot from back then just because it seemed like it was a while ago.

MR. MAREIN: Do you recall if there was a spokesperson, law enforcement person, either the Geauga County Prosecutor or the sheriff of the county back when you saw the news stories at the time of Gail's arrest that discussed the case?

PROSPECTIVE JUROR: A hundred percent I can't. I don't remember. I think this morning I think maybe the sheriff was on the news but I don't remember specifically back then if he was.

MR. MAREIN: Okay.

Judge, should I not discuss the issue of pregnancy?

THE COURT: No, I think it's legitimate since you raised the issue.

MR. MAREIN: As the Judge described, this does involve a newborn child and it does involve the child

being discovered in Thompson. You are how much-- how long have you been-- how far along are you in pregnancy?

PROSPECTIVE JUROR: Twenty-nine weeks. Six months.

MR. MAREIN: Given that circumstance and you being, you know -- is this your first by the way?

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: So a new experience for you.

PROSPECTIVE JUROR: Uh-huh.

THE COURT: You have to answer out loud.

PROSPECTIVE JUROR: Yes. I'm sorry.

MR. MAREIN: That's okay. No one's mad at 'ya.

How do you feel about potential participation? And before you answer that, what I mean by that is your present circumstance, can you describe if it may impact at all on how you would approach this case? And I want you to think about that because this is so

important.

PROSPECTIVE JUROR: I guess I have a different perspective, like, than I did six months ago, just because I'm pregnant. Sorry.

MR. MAREIN: No. Don't be sorry. You're doing great. What does that mean you have a "different perspective"?

PROSPECTIVE JUROR: I'm excited for my kid like looking forward to having a newborn, so.

MR. MAREIN: You look like you're about to get emotional.

PROSPECTIVE JUROR: I'm nervous to be completely honest.

MR. MAREIN: That's okay. We're all nervous. I'm nervous. But I am emphasizing --

PROSPECTIVE JUROR: I know.

MR. MAREIN: -- how important this is and how I'm curious, and I have some trepidation so I'm gonna tell you that I'm worried that your present circumstance is likely to have a

substantial affect on your ability to hear this case completely impartially.

PROSPECTIVE JUROR: I can understand that.

MR. MAREIN: What's your perspective on that? How do you feel?

PROSPECTIVE JUROR: I guess I do carry like a little bit, maybe, I don't know, thoughts that being pregnant does play a role; that it would be hard to listen to what happened.

MR. MAREIN: And when you say "it would be hard to listen to what happened" can you be a little more specific than that?

PROSPECTIVE JUROR: Just hearing all the details of what happened and the situation.

MR. MAREIN: And so do you feel as you sit here right now and know just what you've heard about the case, and being pregnant yourself, and knowing that it might be hard, do you feel that this is probably not a case where you could be completely impartial?

PROSPECTIVE JUROR: It probably would be hard being that I am pregnant and I have my own views and thoughts on having my kid, so.

MR. MAREIN: So if, for example, Prospective Juror Number 1, God forbid, you were sitting with Mr. Bradley and Mr. Jepsen here, and you were the person that was charged, would you want a juror like--

THE COURT: Counsel, I'm not gonna permit that question. The issue remains: You made it clear that because you're pregnant you believe there's potential for a perspective on this that you might not have had six months ago.

The question remains do you think that despite the fact that you're pregnant that you can still listen to all the facts and be fair and impartial when it comes time to discussing the case with your fellow jurors in reaching a verdict?

PROSPECTIVE JUROR: I guess probably not fully impartial, just for

the fact that my views on having my kid, so.

THE COURT: Well, everybody brings a perspective to every single case in front of us. No juror could probably say I have no-- nothing in my background that would make it -- do you think you can overcome any of those thoughts about your own pregnancy when evaluating a case that involves another baby?

PROSPECTIVE JUROR: I guess I have the thoughts of my pregnancy but like I would try to like keep an open mind to hear everything out, but.

THE COURT: Okay. All right. I think we're probably set. What I'm gonna ask you to do is we'll excuse you to go back and sit in your seat.

Again, please don't discuss the questions you've been asked or your opinions on the case with anyone at all. That's all we ask of you. We very much appreciate -- again, we're not trying to pry or make you uncomfortable but it's

important for the defendant and for the State to know that they're gonna get a juror that can be open minded. So thank you for your candor.

PROSPECTIVE JUROR: All right.

THE COURT: Okay.

- - - - - -

[ Prospective Juror Number 1 exits conference room ]

- - - - - -

MR. MAREIN: Judge, can I put something on the record?

THE COURT: Sure.

MR. MAREIN: Respectfully. Respectfully, Judge. I've known you a very long time and this is not personal but this is very important that I spread this on the record right at the commencement.

It is my belief over the course of 40 years that jurors look to the Judge as the be-all and end-all, as they should, because you are the, for lack of better characterization, the commander and chief of this proceeding.

And so when you begin asking or couching questions in terms of we're just looking-- strike that. People come in here with preconceived notions. We understand that. But we want to make sure that you can be fair and impartial.

It's almost in my opinion you're suggesting that they can overcome it. And I-- I don't think that you ought to be doing that from the standpoint that when we have a juror like this last juror that clearly has a problem, and she's articulated it, you trying to rehabilitate her I think is very problematic to the defense.

And I say this respectfully because I respect you and you know that.

THE COURT: All right. The objection's noted.

MR. MAREIN: Okay.

THE COURT: We're going on to Juror Number 3, I believe.

- - - - - -

[ Prospective Juror 3 Enters ]

- - - - - -

THE COURT: I know it probably feels like you're on the hot seat but you are not on the hot seat. What we're trying to do is individually question those jurors who indicated on the questionnaire that they knew something about this case, so it's important for both sides to get a better handle on what you know and does it somehow impact the way that you may sit as a juror in this case.

So, in addition we're not trying to be impersonal but we're going to refer to jurors by their number. So we'll address you as Prospective Juror Number 3.

So you indicated in two of your-- the first two answers in the questionnaire that you knew something about this case and the subject of Geauga's Child. So could you describe for us what you--

PROSPECTIVE JUROR: Just what I seen on the local news basically. Nothing more. You know, I haven't

researched it any more.

THE COURT: Uh-huh.

PROSPECTIVE JUROR: Totally forgot about it until today, so.

THE COURT: Okay. When you say you learned something from the local news, did you mean years ago in 1993?

PROSPECTIVE JUROR: Actually, not years ago, no. I don't remember hearing about it. I mean, I probably did but I don't recall.

THE COURT: All right.

PROSPECTIVE JUROR: Just this morning actually to be truthful.

THE COURT: All right. So other than this morning you don't recall any other news stories, whether it's in print or on TV or radio?

PROSPECTIVE JUROR: You know, it might have just maybe been the local news but I'm not -- I don't remember anything specific.

THE COURT: Okay. So what did you hear this morning?

PROSPECTIVE JUROR: Just that it

was starting jury duty this morning and, you know, just the basic facts I guess, the general. But like I said, I don't remember much of it anyways.

THE COURT: Okay. So was that in your car on the way to the court?

PROSPECTIVE JUROR: No, I just turned the TV on this morning.

THE COURT: Oh, I see. Okay. All right. So is there anything about what you heard that would impact your ability to be fair and impartial in hearing all the facts of this case before reaching a decision?

PROSPECTIVE JUROR: No.

THE COURT: Okay. I'm gonna let the attorneys question you also now.

MR. BURLING: Good morning Prospective Juror Number 3. You mentioned that you think you heard like the basic facts?

PROSPECTIVE JUROR: Yeah. Really, I mean, I can't recall everything but I know, you know, a baby died. But, you

know, anything more than that I really wouldn't trust my memory on.

MR. BURLING: Now, when you say the "basic facts" is that you're talking about what you heard this morning?

PROSPECTIVE JUROR: Uh-huh.

MR. BURLING: Okay. And, again, you just said something about a baby dying. Anything else you remember about what you heard?

PROSPECTIVE JUROR: No, just that it was a Geauga child. I didn't know. They had a name to it this morning, I think. I didn't realize it was-- I think that's about it.

MR. BURLING: Okay. And I think you also indicated that you may have heard some things over the years?

PROSPECTIVE JUROR: Like I said, just on news. Just watched on the news.

MR. BURLING: And, again, thinking back to that stuff, do you remember any details about what you would have heard?

PROSPECTIVE JUROR: No. I mean,

like I said, familiar with the case. Any details, no, other than the baby, you know, the main.

MR. BURLING: But when you say you're "familiar" is that simply, again, just watching it --

PROSPECTIVE JUROR: Yeah.

MR. BURLING: -- the news stories --

PROSPECTIVE JUROR: Yeah.

MR. BURLING: -- on TV? And based on what you heard, did you form any opinions as to your beliefs in this case at all?

PROSPECTIVE JUROR: No. Not.

MR. BURLING: Okay. All right. Thank you.

I have no further questions.

THE COURT: Mr. Marein is gonna.

MR. MAREIN: Good morning.

PROSPECTIVE JUROR: Good morning.

MR. MAREIN: Now, when you indicated that from the news this morning, and maybe from some period ago,

you're familiar with the basic facts and you've told us --

PROSPECTIVE JUROR: Well, not. Yeah.

MR. MAREIN: Well, I'm sorry. I'm interrupting.

PROSPECTIVE JUROR: Well, I just -- I mean, I'm not sure that they're facts, just what I've heard on the news.

MR. MAREIN: Okay. And you've said it involves a baby called Geauga's Child.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: And what else? This is really important.

PROSPECTIVE JUROR: I really don't -- like I said, I don't know what else I heard. It was just --

MR. MAREIN: This morning when you, I take it it was on the television?

PROSPECTIVE JUROR: Yeah.

MR. MAREIN: Was there, do you recall whether there was a law enforcement officer or the Geauga County

prosecutor that was being interviewed about the case?

PROSPECTIVE JUROR: No. I don't recall much. I was trying to get ready. I just turned the news on. I thought: Oh, that's what I'm going on. So I was pretty much trying to listen to it as I was trying to get ready. Like I said, I was just in and out, so.

MR. MAREIN: And last, what channel did you listen to?

PROSPECTIVE JUROR: It would have been Fox 8.

MR. MAREIN: And was it on site or was it in the studio? In other words was the reporter outside the courthouse or?

PROSPECTIVE JUROR: You know, I really don't remember.

MR. MAREIN: Thank you so much.

THE COURT: Okay. Thank you for this and we've got some others to go through so thanks for your patience out there.

PROSPECTIVE JUROR: Okay.

MR. BURLING: Do you want to advise him not to?

THE COURT: Yeah. I'm sorry. Again, what I said earlier, now that you're going back out and you've heard these questions, please don't discuss the questions with other prospective jurors or anything you may have heard in this room. Okay. Thank you.

\- - - - - -

[ Prospective Juror 3 exits conference room ]

\- - - - - -

THE COURT: Okay. Vicki, we're now looking at Number 4, right.

\- - - - - -

[ Prospective Juror 4 Enters ]

\- - - - - -

THE COURT: Good morning.

PROSPECTIVE JUROR: Good morning.

THE COURT: I know it feels like you're on the hot seat. Please relax and understand we're only questioning you because you had

indicated on the questionnaire we sent out that maybe you answered question Number 1 that you knew some things about this case, so that's what we're trying to figure out is what do you know and how do you know it.

So with that general question and just so you know also we're not referring to folks by their names. I know that would be the best way to do it, but we refer by juror number. So if someone wants to address you, they might say Juror Number 4.

What "some things" do you think you know about this case?

PROSPECTIVE JUROR: The Maple Leaf had an article. I don't remember when, maybe a year or so ago, a year and-a-half ago. I read that article. And then they had a follow-up article, but I don't think I read the follow-up article, and that's all I know.

THE COURT: So did you get any information about this case from any other source than what you read in the

Maple Leaf?

PROSPECTIVE JUROR: No.

THE COURT: Okay. What do you remember about that story?

PROSPECTIVE JUROR: I remember that there had been a-- was it -- that there was a body found next to the road. Somebody had found it and they could never identify who had killed it. And then they buried it and it was called Geauga's Child. And then they ended up finding who had committed the murder.

THE COURT: Okay. And was that knowledge you got from the newspaper?

PROSPECTIVE JUROR: The newspaper.

THE COURT: The Maple leaf. Okay.

So as a result of learning that much about it and, again, that may be different than what you learn in the courtroom, but having been exposed to that, did you reach any opinions or conclusions about the case?

PROSPECTIVE JUROR: Not

conclusions. I just felt: Gosh. That's awfully sad. That's it.

THE COURT: Okay. Is there anything about what you know so far that you think might prevent you from being fair and impartial in sitting as a juror in this case?

PROSPECTIVE JUROR: No.

THE COURT: Okay. Thank you.

The individual attorneys might ask you some questions now also.

MR. BURLING: Thank you, your Honor.

THE COURT: Mr. Burling.

MR. BURLING: Good morning, Juror Number 4. You said that you -- this article in the Maple Leaf was about a year, year and-a-half ago?

PROSPECTIVE JUROR: I think so.

MR. BURLING: Do you happen to know would it have been when the defendant, Ms. Ritchey, was first identified or was it after the case had been going on for a while? Again, only if you remember.

PROSPECTIVE JUROR: Might have been when it was first identified. I don't know.

MR. BURLING: And you did explain some of the facts that you remember reading in the article.

PROSPECTIVE JUROR: Uh-huh.

MR. BURLING: Were there any other facts, thinking about it now, that you remember reading in the article?

PROSPECTIVE JUROR: I remember that it was the family of the defendant that had brought her to light I think is what the article had said.

MR. MAREIN: I'm sorry. I didn't hear that.

PROSPECTIVE JUROR: That it was the defendant's family that had brought the detectives to find her or they had questioned the family first and that's how they found her, I think. I don't know. It was a long time ago, so I don't really know.

MR. BURLING: Anything else that you can think of?

PROSPECTIVE JUROR: No.

MR. BURLING: Remember from that article?

PROSPECTIVE JUROR: No. It's relatively vague.

MR. BURLING: All right. You also used one phrase. You said in reading the article you had indicated they had found out who had murdered the child I think you said?

PROSPECTIVE JUROR: Did I say murdered? I may have.

MR. BURLING: That's why I was--

PROSPECTIVE JUROR: Killed I think I said.

MR. BURLING: I guess, that's what I wanted to understand. Have you reached any conclusions in this case, again, based on your reading of this article?

PROSPECTIVE JUROR: No. Nu-ugh.

MR. BURLING: Do you think, again, knowing what you know from reading that article, can you put that

out of your mind and focus on solely what's going to be presented at the trial and make your decision based on that?

PROSPECTIVE JUROR: Yes.

MR. BURLING: I have nothing further, your Honor. Thank you.

THE COURT: Okay.

Mr. Marein.

MR. MAREIN: Very briefly. Good morning, Prospective Juror Number 4.

PROSPECTIVE JUROR: Good morning.

MR. MAREIN: I'm not gonna repeat questions asked of you by the prosecutor. I just have a couple of others. Beyond reading the Maple Leaf have you ever seen a news story that you can recall regarding this case?

PROSPECTIVE JUROR: No.

MR. MAREIN: Nothing this morning when you were getting ready on the television?

PROSPECTIVE JUROR: I don't watch TV, so.

MR. MAREIN: All right. When you were sitting out in the waiting area before coming in here, did you hear anything, any discussion, regarding this?

PROSPECTIVE JUROR: No.

MR. MAREIN: When you read the story back in the Maple Leaf a year, year and-a-half ago, how did that make you feel?

PROSPECTIVE JUROR: Sad.

MR. MAREIN: How do you feel sitting here today?

PROSPECTIVE JUROR: A little sad that it would have happened.

MR. MAREIN: Is there anything about the story --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- or the feeling that you had and have that would impact on your ability to be completely impartial?

PROSPECTIVE JUROR: No, I don't think so. I think I could be impartial.

MR. MAREIN: Okay. Thank you

so much.

PROSPECTIVE JUROR: Uh-huh.

THE COURT: Okay. So when you go back out, please remember my earlier instructions: Don't discuss with the other prospective jurors what we talked about or the questions that you were asked in here or about the case at all. We've got some more of these to go through so thank you for your patience.

PROSPECTIVE JUROR: Okay.

\- - - - - -

[ Prospective Juror 4 Exits ]

\- - - - - -

THE COURT: I believe we go to Number 11 now.

\- - - - - -

[ Prospective Juror 11 Enters ]

\- - - - - -

THE COURT: Hello, Juror Number 11.

PROSPECTIVE JUROR: Hi.

THE COURT: Good morning.

PROSPECTIVE JUROR: Good morning.

THE COURT: Are you comfortable?

PROSPECTIVE JUROR: Yeah. Yeah.

THE COURT: Okay. So what we're doing here is as you remember we asked questions on those questionnaires --

PROSPECTIVE JUROR: Uh-huh.

THE COURT: -- to figure out what do people know about this case already.

PROSPECTIVE JUROR: Uh-huh.

THE COURT: What we're doing is questioning individually to find out what do you know or what do you think you know about it. So since you answered that there might be some things that you know about this case, could you describe for me as best you can what you think you know?

PROSPECTIVE JUROR: If we're even talking about the same case, okay?

THE COURT: Yeah.

PROSPECTIVE JUROR: My daughter was saying about a case in Ashtabula

that involved the murder of a child.

THE COURT: And what do you understand that was about?

PROSPECTIVE JUROR: From what I was told, you know, what I'm saying it's only going by hearsay, that drugs were involved and just basically that-- that's basically about it. Do you know what I'm saying? That's all I know is my daughter was on jury duty-- well, she didn't go, but.

THE COURT: Okay. So you--

PROSPECTIVE JUROR: She was just telling me about the-- I'm not saying this is even the same case. I, you know, I don't know because I don't know that much information yet.

THE COURT: Okay.

PROSPECTIVE JUROR: But it was the molestation or murder or rape of a child and the child died --

THE COURT: Okay.

PROSPECTIVE JUROR: -- that's basically.

THE COURT: I can tell you

that's not this case.

PROSPECTIVE JUROR: Okay. Okay.

THE COURT: So have you heard anything about a Geauga's baby? You answered nothing. You knew nothing about a child who's been nicknamed Geauga's Child. That's not something you're familiar with, correct?

PROSPECTIVE JUROR: I don't think so.

THE COURT: Okay. As you sit here and if you all of a sudden think you remember it, let us know that.

PROSPECTIVE JUROR: Okay.

THE COURT: But in the meantime --

PROSPECTIVE JUROR: Okay.

THE COURT: -- you also indicated, the very last question asked if you had any concerns about reactions to your verdict by anyone and you answered that one "yes". So can you describe for me what you --

PROSPECTIVE JUROR: The whole basically by God.

THE COURT: I'm not sure I know what that means.

PROSPECTIVE JUROR: That means that if I would either convict somebody or not convict, I feel that, you know, that's something I'd have to live with. You know, like, I'm not really one that I like to judge because --

THE COURT: You don't want to sit in on judgment on people.

PROSPECTIVE JUROR: No, I don't because it says in the bible that, you know, if you judge that you would be judged. And it's just that's what --

THE COURT: That's what you meant in your answer?

PROSPECTIVE JUROR: Repercussions. Well, you know, I mean, you do see, like, a lot of the stuff on TV but naturally not all the stories on TV or true. But, you know, they could be.

THE COURT: So if you were selected to sit on this jury ultimately along with 11 another people you would be sitting in judgment on the defendant.

Guilty or not guilty.

Do you feel that your concerns about not wanting to judge people, does that prevent you from being a juror in this case?

PROSPECTIVE JUROR: I would say that, yes.

THE COURT: You would say that because of your concerns about --

PROSPECTIVE JUROR: God. Yeah.

THE COURT: Your reservations.

PROSPECTIVE JUROR: It's sort of putting my religious beliefs over my --

THE COURT: Civic duty?

PROSPECTIVE JUROR: Right.

THE COURT: Okay.

PROSPECTIVE JUROR: Well, I don't, you know.

THE COURT: Yeah. So do you feel those beliefs are so strong that you can't be impartial and fair in this case in helping reach a decision?

PROSPECTIVE JUROR: I would say it would be difficult. I mean, you know

what I'm saying? I don't know the case, so I can't really answer it --

THE COURT: Yeah.

PROSPECTIVE JUROR: -- full honestly, but.

THE COURT: All right. I'm gonna ask-- I'm gonna permit the lawyers to ask you some more questions. And, again, we're not trying to butt into your personal life anymore than we have to --

PROSPECTIVE JUROR: Right.

THE COURT: -- but we have to figure out if you can be fair and impartial --

PROSPECTIVE JUROR: Right.

THE COURT: -- and sit as a juror.

PROSPECTIVE JUROR: Right.

THE COURT: Mr. Burling.

MR. BURLING: Thank you, Judge. Good morning, Juror Number 11. So having first learned that the case that you thought this might --

PROSPECTIVE JUROR: Right. It's

not.

MR. BURLING: -- is not the case.

PROSPECTIVE JUROR: Right. Right.

MR. BURLING: But would that change at all your concerns about having to sit in judgment of the defendant?

PROSPECTIVE JUROR: I would -- I would have to know more about the case before I could answer that correctly, but.

MR. BURLING: Okay.

PROSPECTIVE JUROR: You know, if it is about murder, then, no. You know, you are convicting somebody and, you know, so, yeah, it would be difficult.

MR. BURLING: Okay. Now, with these religious convictions that you have, say you were on the jury, are you already thinking like: I just cannot make a decision. Or it's just that it would be difficult? Like I cannot be put in that position because based on your beliefs it's not up to you to, like God would be the one who needs to make

that decision.

PROSPECTIVE JUROR: Right. Yeah.

MR. BURLING: Okay.

PROSPECTIVE JUROR: Yeah, I think it would be -- I don't know. I don't know how to answer because I don't know any really-- you know what I'm saying? In all honesty I don't know anything about the case, you know.

MR. BURLING: Uh-huh.

PROSPECTIVE JUROR: But I would say God would play a big part of it. Do you know what I'm saying?

MR. BURLING: Well, can I ask you obviously, again, you don't know anything about the case and we're not going to be talking about the facts here, but does the nature of the case matter? I mean, if your concern is whether or not you can sit in judgment of a person, does the facts of the case matter or is it just a standard, I mean, kind of blanket: You are not comfortable in any of these situations.

PROSPECTIVE JUROR: It's more like

I wouldn't be comfortable either way, you know.

MR. BURLING: Okay.

PROSPECTIVE JUROR: Well, because some people are convicted wrongly and some people are convicted right that should be convicted. You know what I'm saying? You know.

MR. BURLING: Again, you know, you mentioned obviously a murder but would you have the same feelings if this were a petty theft from a grocery store, something like that?

PROSPECTIVE JUROR: It would be like a misdemeanor.

MR. BURLING: Well, I guess, let's not talk about the level but, you know, a theft versus murder, is there any difference in your view of your role and your concerns about sitting in judgment of someone depending on what type of crime it is?

PROSPECTIVE JUROR: It's just basically I don't like to judge, really.

MR. BURLING: Okay.

PROSPECTIVE JUROR: Yeah.

MR. BURLING: Okay. Thank you. I have nothing further.

THE COURT: Okay.

Mr. Marein, any questions?

MR. MAREIN: Very briefly. First of all good morning, sir.

PROSPECTIVE JUROR: Good morning.

MR. MAREIN: So am I summing this up appropriately? It is your strong religious belief that you should not judge your fellow man.

PROSPECTIVE JUROR: Right.

MR. MAREIN: And because of that strong religious belief, you believe that that would cause you a lot of problems in exercising your responsibility to be a juror in this case?

PROSPECTIVE JUROR: Yes.

MR. MAREIN: And is it a very strong religious feeling?

PROSPECTIVE JUROR: Yes.

MR. MAREIN: Very good. Thank you, sir, and good morning.

THE COURT: Okay. So you can go back and sit again. And I would just repeat my earlier instructions don't talk about the case. Don't talk about what you were asked here.

PROSPECTIVE JUROR: Okay.

THE COURT: And thank you for your time.

PROSPECTIVE JUROR: Okay.

- - - - - -

[ Prospective Juror 11 Exits ]

- - - - - -

THE COURT: Vicki, 13 is what we're looking for.

Oh, do you know what? So this is one of these people the only question she answered yes to is she's uncomfortable because of the nature of the charges and she's a grandmother, I guess. She just became a grandmother. So I'm thinking we don't individually do her. We just put her in the --

MR. MAREIN: Got it.

THE COURT: Somebody grab Vicki.

Vicki, we made a mistake. We don't need to see her. Sixteen.

- - - - - -

[ Prospective Juror 16 Enters ]

- - - - - -

THE COURT: Good morning, Juror Number 16. I know it feels like you're on the hot seat, but we decided this is the best way to have more in-depth discussions with folks who know something about this case. So on your questionnaire you indicated you knew quite a bit. So we're obviously looking for people who don't have preconceived notions and opinions. So let me start simply by saying what do you think you know about the case at this stage?

PROSPECTIVE JUROR: Well, I will start off by saying I live in Thompson Township right around the corner from where this happened. I work on the fire department where one of the deputies that was involved in the case, Tom Dewey. He works as well. He was a colleague of mine and an acquaintance of

mine.

MR. MAREIN: I don't mean to interrupt. Did you say Tom Dewey?

PROSPECTIVE JUROR: Correct.

MR. MAREIN: Okay.

PROSPECTIVE JUROR: So while I don't know the specific details, everything that went along with the case, I'm somewhat familiar with there was a baby that was left in a ditch right along the road there in our township.

THE COURT: All right. And your knowledge comes not only then from Mr. Dewey and others in Thompson Township, did you get-- have you paid attention to media coverage of the case?

PROSPECTIVE JUROR: Just the most recent media coverage. I was obviously very young back when it initially happened but the recent news coverage of that.

Then also someone that I work with in another job had told me that one of the detectives had interviewed a family

member of hers in relation to the case and that's somebody that's not even local. So I kind of heard of it from a couple different angles.

THE COURT: Okay. Thanks.

Now, do you think any of this that you've learned through these various sources that you've just described to us do you think that any of that prevents you from coming into it being fair and impartial and open to hearing all the facts --

PROSPECTIVE JUROR: I would. I would be.

THE COURT: -- before reaching your decision?

PROSPECTIVE JUROR: I think I would be fair and impartial.

THE COURT: Okay. I'm going to let the other lawyers have further questions, if you have some.

MR. BURLING: Thank you, Judge.

Good morning, Juror Number 16. Could you kind of describe in detail what you remember learning from Tom

Dewey and others about the case?

PROSPECTIVE JUROR: Sure. That there was a baby that was found in a ditch; that Tom had worked extensively on the case; and that there was no resolution to it that I was aware of at the time. That was really about the most detail I can really remember about it.

MR. BURLING: Okay. And you said that you live pretty close to where --

PROSPECTIVE JUROR: Literally right around the corner from my house.

MR. BURLING: Okay. And I'm assuming you learned about the location from Tom Dewey or others?

PROSPECTIVE JUROR: Right in the news. It was very easy to see in the news footage. I believe there's some video footage from back then that you can see exactly the dip in the road where it happened.

MR. BURLING: Your physical proximity to part of this case, does

that impact you at all one way or another on, you know, beliefs in this case, you know, the way you may be leaning, again without knowing the full case?

PROSPECTIVE JUROR: Right.

MR. BURLING: You know, has it affected your outlook on the case at all?

PROSPECTIVE JUROR: No. No.

MR. BURLING: Now, you mentioned Tom Dewey by name. Were there other actual investigators in the case that you spoke with?

PROSPECTIVE JUROR: No. No. And he didn't give me any personal details on the case. He wouldn't do something like that. But given that I worked closely with him, he also worked in the fire department with me as well, you know, I don't know there's any sway one way or the other. But I just wanted to disclose that that I knew Tom and how much he had worked with the case.

MR. BURLING: Okay. And then,

again, you mentioned some video footage that you saw on the news. Do you remember any other details that the news stories may have disclosed?

PROSPECTIVE JUROR: Not off the top of my head right now.

MR. BURLING: And if you took a moment and thought a little bit harder, does anything come to mind?

PROSPECTIVE JUROR: Just that the person of interest in the case here that they were investigating this particular person.

MR. BURLING: Okay. And, again, I think you sort of the touched on this, but having a personal relationship, friendship I'm assuming with Tom Dewey --

PROSPECTIVE JUROR: Right.

MR. BURLING: -- would that affect your ability to judge this case fairly and impartially based on what you hear in the courtroom?

PROSPECTIVE JUROR: I don't believe so. It would not affect it.

MR. BURLING: Thank you. I have nothing further.

THE COURT: Okay.

Mr. Marein.

MR. MAREIN: Good morning Prospective Juror 16.

PROSPECTIVE JUROR: Good morning.

MR. MAREIN: How are 'ya?

PROSPECTIVE JUROR: Good.

MR. MAREIN: Are you still with the fire department?

PROSPECTIVE JUROR: Yes, sir.

MR. MAREIN: And is that a volunteer fire department?

PROSPECTIVE JUROR: Correct. Yes.

MR. MAREIN: And Tom is now deceased.

PROSPECTIVE JUROR: Correct.

MR. MAREIN: For how long?

PROSPECTIVE JUROR: It's been a year or so.

MR. MAREIN: Okay. Now, you indicated that not only did you talk to Tom but as you reflect back, I know it was a long time ago, this had to have

been, I would suspect, the talk of the town so to speak. Thompson is a very small little place and I suspect most people know each other.

PROSPECTIVE JUROR: Correct.

MR. MAREIN: Do you recall any conversations, any information, anything that as you really think in the deep recesses of your mind was presented or discussed?

PROSPECTIVE JUROR: Not to me personally, no.

MR. MAREIN: How about to others that talked to you?

PROSPECTIVE JUROR: No. Just the general-- the general case or the general topic.

MR. MAREIN: And you then indicated that you were also privy to the most recent media coverage.

PROSPECTIVE JUROR: Correct.

MR. MAREIN: How recent?

PROSPECTIVE JUROR: Would have been in the past year or so. I'm very bad with timing.

MR. MAREIN: Okay.

PROSPECTIVE JUROR: Especially with how COVID has gone --

MR. MAREIN: Trust me.

PROSPECTIVE JUROR: -- on the past two years.

MR. MAREIN: So am I. Anything this morning?

PROSPECTIVE JUROR: No. Nothing at all.

MR. MAREIN: When you indicate media coverage are we talking about actual news reports?

PROSPECTIVE JUROR: Correct.

MR. MAREIN: Beyond a child being left abandoned in Thompson and that there was an investigation going on, do you recall if that media coverage provided any information about Gail?

PROSPECTIVE JUROR: I mean, I recognize the face and the name and that's as far as I recognize.

MR. MAREIN: And there's nothing about what you've learned that really sticks out in your mind other

than the general description of the case that you've provided us here today?

PROSPECTIVE JUROR: Correct.

MR. MAREIN: And then you said to the Court notwithstanding what you've heard, you can be fair and impartial.

PROSPECTIVE JUROR: Yes.

MR. MAREIN: What does that mean?

PROSPECTIVE JUROR: It means taking the evidence from what's presented in the court and making a decision based off of that and not any other preconceived notions.

MR. MAREIN: And as you sit here, I mean, I am pretty positive you recognize the importance of this; proceeding.

PROSPECTIVE JUROR: Absolutely.

MR. MAREIN: And you're confident you can do this.

PROSPECTIVE JUROR: Absolutely.

MR. MAREIN: Okay. Last question: Was there any discussion out there about what we're about to embark

upon?

PROSPECTIVE JUROR: No.

MR. MAREIN: Okay. Thank you, sir.

THE COURT: Okay. Thanks. And then the same instruction: We're gonna excuse you now. Thank you for submitting to this individual voir dire. When you get back out, again, don't talk to anybody about what you heard back here, what we asked you, anything about the case whatsoever.

PROSPECTIVE JUROR: Okay. Thank you.

THE COURT: Thank you so much.

- - - - - -

[ Prospective Juror 16 Exits ]

- - - - - -

THE COURT: Eighteen.

MR. MAREIN: Did you say 18, Judge?

THE COURT: That's what I got. Maybe I missed something.

- - - - - -

[ Prospective Juror 18 Enters ]

- - - - - -

THE COURT: Welcome, Juror 18.

PROSPECTIVE JUROR: Good morning.

THE COURT: We're going by numbers rather than names.

PROSPECTIVE JUROR: Good morning, your Honor.

THE COURT: Good morning.

I know it probably feels like you're sitting in the hot seat right now but this will be brief and as friendly as we can make it.

PROSPECTIVE JUROR: Okay.

THE COURT: Based upon the questionnaire we recognized that you responded that you know some things about Geauga's Child and maybe some things about this case, so what I'm going to ask you and what the attorneys are going to ask you also is to try and get down to what are those some things, how do you know anything about the case, if I could describe those things.

PROSPECTIVE JUROR: This morning when I got up and had my coffee, I turned the news on which I do every morning, and there was a little bit about the case on the news; that's all I know.

THE COURT: Okay. So if there had been media coverage of the facts of this case in prior years, you don't remember ever seeing any of that?

PROSPECTIVE JUROR: I vaguely remember maybe a long time ago when it happened maybe; that's about all I really remember.

THE COURT: Okay. So you think maybe a long time ago you might have heard about the case?

PROSPECTIVE JUROR: Right.

THE COURT: Do you have any specific recollections of what you learned a long time ago?

PROSPECTIVE JUROR: No, I don't.

THE COURT: Okay. And how about this morning? What were you hearing-- was it television or radio?

PROSPECTIVE JUROR: It was television.

THE COURT: Okay.

PROSPECTIVE JUROR: I just heard that the baby was dropped off on Seeley Road; that there is possible DNA evidence that links it to the defendant. That's about all I really got from the news.

THE COURT: Okay. Now, having learned that much, are you-- do you feel you can still be a fair and impartial juror when you hear the facts, once we get into the courtroom?

PROSPECTIVE JUROR: I do.

THE COURT: All right. Based upon what you heard so far, do you think you formed any opinion about what ought to happen?

PROSPECTIVE JUROR: No.

THE COURT: Okay.

All right. I'm gonna-- the prosecutor may ask you some questions now.

PROSPECTIVE JUROR: Okay.

MR. BURLING: Thank you, your Honor. Good morning, Juror Number 18.

PROSPECTIVE JUROR: Good morning.

MR. BURLING: So you mentioned the news story this morning you heard.

PROSPECTIVE JUROR: Uh-huh.

MR. BURLING: And you said maybe something when it first happened.

PROSPECTIVE JUROR: Right.

MR. BURLING: Are you talking about 1993?

PROSPECTIVE JUROR: Yeah.

MR. BURLING: And, again, thinking back to 1993, do you remember any details about what you would have heard back then?

PROSPECTIVE JUROR: I'm not even sure that I remember that far back. I believe I heard something about it but I'm not even really sure.

MR. BURLING: Okay. So, again, thinking back now, anything coming to mind about what you might have heard back then?

PROSPECTIVE JUROR: Nu-ugh.

MR. BURLING: Okay. And then other than the news story you heard this morning, have you seen any news stories leading up to now within the past year or so?

PROSPECTIVE JUROR: No, I didn't. No.

MR. BURLING: And you gave us some of the details that you heard from the news story.

PROSPECTIVE JUROR: Uh-huh.

MR. BURLING: Anything else that you can remember from that news story being reported today?

PROSPECTIVE JUROR: No, that's about it. That's what all that they said on the news this morning.

MR. BURLING: Okay.

PROSPECTIVE JUROR: Other than there was jury selection and then I put two and two together and I figured that's probably why I was called, you know.

MR. BURLING: Okay. And, again, Judge touched on this already,

but having heard these details has that affected you one way or the other coming into this case about forming any ideas about the case?

PROSPECTIVE JUROR: No, it hasn't.

MR. BURLING: Okay. Thank you. I have nothing further.

THE COURT: Okay.

Mr. Marein.

MR. MAREIN: Good morning.

PROSPECTIVE JUROR: Good morning, sir.

MR. MAREIN: Do you recall what news station?

PROSPECTIVE JUROR: Channel 8.

MR. MAREIN: And was it on site, the story, or was it in the news room?

PROSPECTIVE JUROR: I believe it was in the news room.

MR. MAREIN: Okay. Do you recall whether or not there were any persons being interviewed by news reporters?

PROSPECTIVE JUROR: No. No one

was being interviewed.

MR. MAREIN: Beyond that there was a child that was left at the side of the road, was there any discussion, any information imparted in that story that as you think about it right now, related to Gail? Right here.

PROSPECTIVE JUROR: No.

MR. MAREIN: There has been a question both by the Judge and then a follow-up by the prosecutor regarding your ability to sit here and be a impartial juror. When you heard this information this morning and kind of put two and two together: I'm going in for jury duty. It's in Geauga County and here's a case. How did that make you feel on your drive up here?

PROSPECTIVE JUROR: I really couldn't -- I wasn't sure that this was the case for one, and for another, I really don't have a feeling about it because I don't know the facts going into this, just what I saw on the news. And like I said, I believe I can be

impartial with that.

MR. MAREIN: Very good. Thank you.

THE COURT: Okay. We're all set with our questions.

PROSPECTIVE JUROR: Okay.

THE COURT: Thank you very much. When you go back out, again, please don't discuss what we discussed in here --

PROSPECTIVE JUROR: No. Of course.

THE COURT: -- the questions. All the same instructions I gave earlier. And we've got a few more we're gonna go through this but thank you for being candid with us.

PROSPECTIVE JUROR: Yes, your Honor.

\- - - - - -

[ Prospective Juror 18 Exits ]

\- - - - - -

THE COURT: Before you go back out, it's five to 11. What's anybody's attitude about pressing on?

Do you want to take break?

MR. BRADLEY: If we could take a short break, Judge?

THE COURT: Yeah, I think we can.

The other thing I guess I want everybody to think about is would we want to stop this when we hit like Number 31 or something like that on the chances that we may never get that far down this entire list or do you want to just hold our nose and get through everybody?

MR. BRADLEY: I vote we hold our nose.

MR. BURLING: Yeah, I think to be safe.

THE COURT: Okay. All right. Then let's take a -- how much time would you like? Five minutes? Ten?

MR. BRADLEY: Ten minutes.

THE COURT: Okay. So at five after 11 we'll reconvene.

- - - - - -

[ Brief recess had ]

- - - - - -

THE COURT: Okay. Vicki, next up is Number 25.

- - - - - -

[ Prospective Juror 25 Enters ]

- - - - - -

THE COURT: Hello, Juror Number 25.

PROSPECTIVE JUROR: Hi.

THE COURT: As I'm sure you've surmised, the reason we're discussing voir diring individuals one by one to some extent is because of the responses we saw on the juror questionnaires. So the next round of questions, some from me and perhaps some from the attorneys, it's to determine you indicated on your questionnaire that you knew some things about the case, some things about Geauga's Child, and some things about Gail or Mark Ritchey.

PROSPECTIVE JUROR: Yes.

THE COURT: So could you describe for me what you meant or what do you think the some things you know

are?

PROSPECTIVE JUROR: Well, I just was reading my local news for today and they happened to mention it for Geauga County that this case was being-- gonna start today. And I read about, you know, some of the information, the details, about what happened and about the Geauga Child and whatnot.

THE COURT: All right.

PROSPECTIVE JUROR: But other than that, that's really all I know.

THE COURT: Okay. So do you have any recollections of any kind of media coverage --

PROSPECTIVE JUROR: No. Not--

THE COURT: -- in the earlier years?

PROSPECTIVE JUROR: -- really. I maybe a little bit I remember hearing about it way back when but other than that, no.

THE COURT: Okay. So what were you reading that you learned this morning?

PROSPECTIVE JUROR: It was on my iPad. It was a news alert. It's an update and it just happened to be in the local part. I just--

THE COURT: Okay.

PROSPECTIVE JUROR: Yeah.

THE COURT: That's okay.

PROSPECTIVE JUROR: I didn't know anything about it.

THE COURT: You remember then it's a media update. Does it come from like the Maple Leaf? Does it come from a TV station?

PROSPECTIVE JUROR: You know, I'm not sure where it comes from.

THE COURT: Okay.

PROSPECTIVE JUROR: I mean, I could show it to you but I really don't know where it comes from. I think it's Apple. It might be.

THE COURT: Okay. So can you describe for us generally what you learned this morning?

PROSPECTIVE JUROR: Well, evidently the case is about she-- the

lady had a baby and she buried it. She killed it. And they found the baby and they didn't know whose it was or anything about it. And they, I guess, the community buried it and people visit the grave site and whatnot.

THE COURT: Okay.

PROSPECTIVE JUROR: And since then she married the husband of the baby or the father of the baby and they had three more children.

THE COURT: Okay. And that's all from this morning's news feed that you got?

PROSPECTIVE JUROR: Yeah.

THE COURT: Okay. Now, you used the word "killed". Is that a phrase that you heard in this media coverage or is that just a phrase how you're describing it yourself?

PROSPECTIVE JUROR: It sounded like when the baby was born she put it in a bag and buried it --

THE COURT: Okay.

PROSPECTIVE JUROR: -- but they

didn't use that particular word.

THE COURT: Okay. But that's what you learned in the media this morning?

PROSPECTIVE JUROR: Yes.

THE COURT: Now, having heard that much, do you believe you can listen to all the facts of this case and still be fair and impartial?

PROSPECTIVE JUROR: I struggled with that question on the questionnaire because, you know, I don't really believe in abortion. I'm a Catholic. And I think I could be impartial, but I struggled with answering that question.

THE COURT: Okay. Now you said you're Catholic and you don't believe in abortion. If the facts of this case demonstrate it wasn't an abortion.

PROSPECTIVE JUROR: That's correct. Right.

THE COURT: Would that-- do you still feel that those Catholic beliefs would prevent you from being

fair and impartial?

PROSPECTIVE JUROR: I think I still would be fair and impartial.

THE COURT: Okay. All right. Can you recall anything else that you've learned from the media coverage?

PROSPECTIVE JUROR: No, other than it was gonna go into the courts and it was happening today.

THE COURT: Okay. All right.

I'm gonna let the prosecutor may want to ask you some questions and then defense counsel might.

MR. BURLING: Thank you, your Honor.

Good morning, Juror Number 25.

PROSPECTIVE JUROR: Good morning.

MR. BURLING: You mentioned obviously the article you read today.

THE DEFENDANT: Yes.

MR. BURLING: And I think you did say something about way back when?

PROSPECTIVE JUROR: Yeah, I remember hearing about it on the news --

MR. BURLING: That--

PROSPECTIVE JUROR: -- and --

MR. BURLING: I'm sorry.

PROSPECTIVE JUROR: No. Go ahead.

MR. BURLING: When you say "way back when" are we talking about 1993 or are we talking about just a couple years ago?

PROSPECTIVE JUROR: I don't remember. It was a long time ago, so it was probably back in the 1990s. I couldn't say exactly when but I remember hearing something about it in the news.

MR. BURLING: And do you remember any details about what you heard back then?

PROSPECTIVE JUROR: No. I don't remember anything about the details.

MR. BURLING: Okay. Now, Judge touched on this a bit with you. You mentioned the article or maybe your interpretation of it is that the defendant killed the child. Is that a conclusion that you've reached based upon reading the article?

PROSPECTIVE JUROR: No, I just

used that word. I really don't know what the details, what happened, why.

MR. BURLING: Okay.

PROSPECTIVE JUROR: Whether the baby was -- maybe the baby was born stillborn. I don't know.

MR. BURLING: Okay. So even with having the knowledge of the details you learned from this article, can you put those out of your head and if you were to be selected to be on this jury just make a decision just based on the evidence that's going to be presented in the courtroom?

PROSPECTIVE JUROR: Yes. I think I could do that.

MR. BURLING: Now, you mentioned about being Catholic and being against abortion. Is there anything else about your faith that you think may make it difficult for you to have to sit on this jury and sit in judgment of the defendant?

PROSPECTIVE JUROR: I don't know the details. I'm sure they'll come out

in the court case but, no, I don't know of anything else that would be a problem.

MR. BURLING: Thank you. I have nothing further.

PROSPECTIVE JUROR: All right.

THE COURT: Okay.

Mr. Marein.

MR. MAREIN: Thank you, Judge.

Good morning.

PROSPECTIVE JUROR: Good morning.

MR. MAREIN: The article that you read this morning, it was on your?

PROSPECTIVE JUROR: On my iPad. Uh-huh.

MR. MAREIN: And do you have access to that article right now?

PROSPECTIVE JUROR: I probably do. It should still be available.

MR. MAREIN: Judge, can I see that article?

THE COURT: Mr. Burling, any comments?

MR. BURLING: I guess I'm not opposed to it as long as I guess we're

not gonna read the whole thing into the record.

MR. MAREIN: I would just like to see it and then I'll know.

MR. BURLING: I guess I have no objection to that.

THE COURT: All right. If you are able to pull it up.

PROSPECTIVE JUROR: Okay.

THE COURT: I'm sure --

PROSPECTIVE JUROR: Yeah. As soon as I heard not to read anything, I made sure I got rid of it. But I'm sure I could bring it back.

THE COURT: The WiFi. It's Geauga WiFi I think it says.

PROSPECTIVE JUROR: It's under News Break and that was the first thing that came up. [Pause]

Now, it's not gonna come up, is it.

THE COURT: I think they do disappear after a while.

PROSPECTIVE JUROR: Yeah. Let me try it again. Local. Yeah, here it is.

You can click on it. I believe that's the one.

MR. MAREIN: Okay.

- - - - - -

[ iPad Furnished ]

- - - - - -

THE COURT: All right. Thank you.

PROSPECTIVE JUROR: You're welcome.

MR. MAREIN: Thank you, Judge.

Thank you, sir. I very much appreciate that.

PROSPECTIVE JUROR: Sure.

MR. MAREIN: So you've described what you recall having read that article and do you recall anything that was included in that article from any prosecutor or law enforcement officer?

PROSPECTIVE JUROR: [ Indicating negatively ]

MR. MAREIN: Nothing?

PROSPECTIVE JUROR: No.

MR. MAREIN: And have you seen

anything on the television or heard anything on the radio, ever, that you can think of as it relates to this case?

PROSPECTIVE JUROR: I just remember hearing about this in the news and that's all. There was no details or anything. It was just -- it was probably back in the 90's. I don't know anything more than that.

MR. MAREIN: Wow. You're able to remember that far back. I can't remember what I had for breakfast yesterday.

PROSPECTIVE JUROR: Yeah.

MR. MAREIN: And anything beyond, and when I say "anything" I'm talking about information imparted in those news stories --

PROSPECTIVE JUROR: No.

MR. MAREIN: -- that as you sit here today you can recall?

PROSPECTIVE JUROR: No. No, I can't.

MR. MAREIN: And was it news or was it on the internet?

PROSPECTIVE JUROR: I think it was news. I think it was on the radio.

MR. MAREIN: And do you recall any interviews by anybody?

PROSPECTIVE JUROR: No. No.

MR. MAREIN: Okay. Now you used a term that I want to talk about. You said that you "struggled".

PROSPECTIVE JUROR: A little bit. Uh-huh.

MR. MAREIN: I want to know what it means in your words when you say you "struggled" with the idea as to whether or not you could participate as a juror in this case given your Catholic faith.

PROSPECTIVE JUROR: Well, I had to ponder the question. It wasn't an obvious choice. I had to really think about it before I responded.

MR. MAREIN: Okay. And when you say "struggled", you're saying you pondered it --

PROSPECTIVE JUROR: Yes.

MR. MAREIN: -- but what was--

what the struggle was?

PROSPECTIVE JUROR: Well, I wanted to be sure that I would be impartial; that I wouldn't be biased. And I answered it that I think I can do that, that I can be unbiased that my religion wouldn't prevent me from being fair and impartial.

MR. MAREIN: And as you sit here right now are you-- well, how are you feeling about participating?

PROSPECTIVE JUROR: I'm feeling okay. I mean, I don't know details, so there's probably a lot to learn. I'm feeling okay.

MR. MAREIN: Thank you so much.

PROSPECTIVE JUROR: You're welcome.

THE COURT: Okay.

So we'll excuse you to go back to the room, please, again, don't discuss the case with anybody.

PROSPECTIVE JUROR: No.

THE COURT: And obviously,

since you know about a particular news feed, don't share it with anybody.

PROSPECTIVE JUROR: Yeah, I won't.

THE COURT: And there's absolutely nothing wrong that you saw that; that's something out of everybody's control. We appreciate your candidness that you let us know that you had just seen this.

So with that being said. Thank you for your patience.

MR. MAREIN: Judge, just one last question and it will be just one. Has there been any discussion out in the general area?

PROSPECTIVE JUROR: No. No. No discussion at all.

MR. MAREIN: Thank you.

PROSPECTIVE JUROR: You're welcome.

- - - - - -

[ Prospective Juror 25 Exits]

- - - - - -

THE COURT: Vicki, 26 is our next.

- - - - - -
[ Prospective Juror 26 Enters ]
- - - - - -

THE COURT: Hello, Juror Number 26.

PROSPECTIVE JUROR: Hello.

THE COURT: Thank you for being patient out there.

PROSPECTIVE JUROR: No problem.

THE COURT: You are not really on the hot seat, even though it probably feels like it.

PROSPECTIVE JUROR: Feels like it.

THE COURT: So several of us are likely to ask you questions. We're, again, trying to make sure that anything you knew about this case prior to coming here today, we're trying to figure out what you knew and how does it impact you, if at all.

So since you answered number two that you had heard some things or read or somehow new something about Geauga's Child--

PROSPECTIVE JUROR: Uh-huh.

THE COURT: -- can you describe for me what it is that you think you know and how do you know it?

PROSPECTIVE JUROR: Just newspaper clippings at the time. I lived in Geauga County. I couldn't have told-- whenever this happened. And I just read the newspaper clippings on it.

THE COURT: Okay. How recent would you say that is, if you can do an estimate.

PROSPECTIVE JUROR: Oh, gosh. Close to when it happened. Close to when everything was taking place. Was that in the 90's, I believe. Back then. Nothing since. Never knew what happened.

THE COURT: All right. So nothing --

PROSPECTIVE JUROR: Nothing new.

THE COURT: -- this morning or before you came here or anything like that?

PROSPECTIVE JUROR: Oh, no.

THE COURT: Okay. And what

do you recall, if anything, about what you did learn way back then?

PROSPECTIVE JUROR: That there was a newborn, and I think they want to say it was a boy that was found in the woods, somewhere in Parkman or Thompson or something like that, and they had no details. They had no clues. And that was the end of it.

THE COURT: Okay. Did you hear any subsequent news stories to that initial story about the discovery?

PROSPECTIVE JUROR: No. Nu-ugh.

THE COURT: Okay. Is there anything about what you learned even then that you think would impact your ability to be fair and impartial --

PROSPECTIVE JUROR: No.

THE COURT: -- hearing the case today?

PROSPECTIVE JUROR: No. Nu-ugh.

THE COURT: And you're confident of that?

PROSPECTIVE JUROR: Oh yeah. Yeah.

THE COURT: Okay. All right. Mr. Burling may have some questions and then Mr. Marein may have some.

MR. BURLING: Thank you, your Honor.

Good morning, Juror Number 26.

PROSPECTIVE JUROR: Good morning.

MR. BURLING: You gave us some of the details you remember from those articles.

PROSPECTIVE JUROR: And like I said, my memory is going way back.

MR. BURLING: You said a child, found in the woods.

PROSPECTIVE JUROR: I understood it to be a newborn. Uh-huh.

MR. BURLING: Any other details sitting here thinking back --

PROSPECTIVE JUROR: No.

MR. BURLING: -- to what you would have heard? Anything?

PROSPECTIVE JUROR: No. Nothing. No. Nu-ugh. No, and it just disappeared from the news and that was

the end of it.

MR. BURLING: And based upon your reading of those articles at the time, did it cause you to think about this case one way or the other? Draw any conclusions about what might have happened?

PROSPECTIVE JUROR: No. No. It just made me very sad, you know, that was very sad but nothing else, you know. Moved onto the next. But I did feel bad. I felt bad for the child. I did.

MR. BURLING: Would that feeling that brought up the feeling of bad--

PROSPECTIVE JUROR: Well, no, because since -- no, abortion is very out there. So we're killing kids all the time.

MR. BURLING: Do you think that these feelings that it brought up in you would sway your view of the case one way or the other causing you to--

PROSPECTIVE JUROR: No. I don't know any details. I would like to hear.

If I was going to make a judgment, I want to make it based on details and I don't know any details.

MR. BURLING: Okay. So you could put aside whatever you heard --

PROSPECTIVE JUROR: Oh yeah.

MR. BURLING: -- from way back --

PROSPECTIVE JUROR: Yeah, I wanna--

MR. BURLING: -- then and base on what you are gonna hear --

PROSPECTIVE JUROR: Yeah. Yeah. Always two sides to every story.

MR. BURLING: Thank you. I have nothing further.

MR. MAREIN: Good morning.

PROSPECTIVE JUROR: Good morning.

MR. MAREIN: You know the Judge said that it may feel like you're on the hot seat but you are not.

PROSPECTIVE JUROR: Okay.

MR. MAREIN: But I'm going to remind the Judge of something his former partner, may he rest in peace, used to

call that the griddle of truth; that seat. First of all, how are 'ya?

PROSPECTIVE JUROR: I'm well.

MR. MAREIN: So I have not a whole lot of questions --

PROSPECTIVE JUROR: Okay.

MR. MAREIN: -- right now, but some. And kind of to put us in the context of what we're dealing with, you recognize how significant --

PROSPECTIVE JUROR: I do.

MR. MAREIN: -- and important this is?

PROSPECTIVE JUROR: I do.

MR. MAREIN: All right.

PROSPECTIVE JUROR: Absolutely.

MR. MAREIN: So you recall --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- reading a newspaper article?

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: And do you remember was it in the News Herald was it in the --

PROSPECTIVE JUROR: I don't.

MR. MAREIN: -- Plain Dealer?

PROSPECTIVE JUROR: I almost want to say it was the Geauga Times.

MR. MAREIN: You're going way back.

PROSPECTIVE JUROR: Yes, I go way back.

MR. MAREIN: Okay. So do I. I remember that.

PROSPECTIVE JUROR: I'm not sure if they were still publishing that or not. I honestly I could not say.

MR. MAREIN: Okay. And what you've described to us regarding your memory, that's it?

PROSPECTIVE JUROR: That's it.

MR. MAREIN: You don't remember anything else.

PROSPECTIVE JUROR: Nope. That was --

MR. MAREIN: No interviews by law enforcement?

PROSPECTIVE JUROR: Oh no.

MR. MAREIN: Nothing from the prosecutor.

PROSPECTIVE JUROR: No.

MR. MAREIN: No nothing.

PROSPECTIVE JUROR: No. Back then it was just an article in the paper, and that was it, and I never heard anything more about it.

MR. MAREIN: And so you indicated to the prosecutor that you felt bad --

PROSPECTIVE JUROR: I did.

MR. MAREIN: -- for the child.

PROSPECTIVE JUROR: I did.

MR. MAREIN: And, naturally, I take it when you think about it right now you still feel bad.

PROSPECTIVE JUROR: Sure.

MR. MAREIN: Okay. But you followed up and you said something: Abortion is out there.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: We're killing kids all the time.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: I need you to talk to me about that. What does that

mean in the context of your-- how you feel about the case and your participation?

PROSPECTIVE JUROR: Well, at my age I've seen it go all the way, you know. I'm as you can tell. I'm 73. And I've seen it go from where abortion was strictly back alley and nobody said anything to a right and a demand. And I've just lived through all that. So to me it's -- I don't want to use the word jaded but it's changed my outlook a little bit.

MR. MAREIN: How so?

PROSPECTIVE JUROR: It's more accepted and that people are doing it more. And used to have a lot of stigma and not so much anymore. I've talked to women that I barely know that will gladly tell me what they've done. So I don't know that it has any real bearing right now.

MR. MAREIN: Judge, is this a topic that I can talk about right now or would you prefer that I wait until

general voir dire? Because this is clearly a topic that I was gonna address.

THE COURT: You may proceed.

MR. MAREIN: Okay.

What's your position on abortion?

PROSPECTIVE JUROR: Anti.

MR. MAREIN: Okay. And so what happens when persons that you just don't even know are glad to tell you about their experiences?

PROSPECTIVE JUROR: I listened but I try not to be judgmental. I want to hear their history: Why? Why did you feel you needed this abortion?

A very good friend of mine had one and I wanted to hear why she didn't want it, why she didn't want the child and it made sense at the time when she was telling me about it. I understood where she was coming from.

MR. MAREIN: So notwithstanding the fact that you are anti-abortion --

PROSPECTIVE JUROR: Uh-huh. But

that's for me. That's for me.

MR. MAREIN: Okay. Am I-- I do understand that you can still, notwithstanding your personal feelings --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- put those feelings aside and not let it impact?

PROSPECTIVE JUROR: Oh, of course. Yes.

MR. MAREIN: How would you do that?

PROSPECTIVE JUROR: Because I make my own choices. I make my choices for me. I can't tell you what to do I know what the law is. But I can't tell you what to do. I can't say: What did you do? That's judgmental and that's his job; that's not mine.

I, if I -- you know, I'll listen to facts and I will weigh them. And I try-- I try this with my kids and my grandkids. I have tried not to put too much of my own efforts into things, my own thoughts. Oh, you know. No. No,

it's not. Law is law. And, you know, I try to leave my judgment out of things.

MR. MAREIN: Thank you so much.

PROSPECTIVE JUROR: You're welcome.

THE COURT: Just --

PROSPECTIVE JUROR: I'm sorry. I figured I was done.

THE COURT: I do, I guess, just have one follow-up question based on an answer you just gave and that is: If you are selected to be on this jury, it will force you to be judgmental. You'll have to do it in coordination with the other jurors but you can be your own mind after hearing all the evidence. But my question is to you, given your comment about not wishing to be judgmental --

PROSPECTIVE JUROR: Yeah.

THE COURT: -- do you feel that if you are selected for this jury, knowing that will be part of your duty, are you able to overcome that --

PROSPECTIVE JUROR: Oh, yes.
THE COURT: -- reservation?
PROSPECTIVE JUROR: Absolutely.
I don't know how relevant it is but I was a previous juror 30-40 years ago and I felt, you know, I feel very comfortable even looking back with my judgment at that point.
THE COURT: Okay. Thank you.
So when you go back out, please just don't discuss what we discussed in this room and still follow through on not checking your devices and everything else.
PROSPECTIVE JUROR: Sure.
THE COURT: Okay. Thank you so much.
PROSPECTIVE JUROR: Sure.
- - - - - -
[ Prospective Juror 26 Exits ]
- - - - - -
THE COURT: Sorry, Vicki. Looking at 27.
MR. BURLING: Judge, this is the one there's only about the nature of

the case that she had concerns.

THE COURT: So we're not gonna do 27 next. We're gonna go to 29.

- - - - - -

[ Prospective Juror 29 Enters ]

- - - - - -

THE COURT: Thank you, Juror 29. Thank you for sitting out there patiently. I know this is taking a long time but we need to cover the ground we're doing, so appreciate your patience with it.

You are not really on the hot seat but we're questioning folks who indicate on their juror questionnaire that they may know something about the background of this case. Since you answered some of the questions that you knew some things about Geauga's Child, about maybe the case, maybe about the defendant, we need to explore what it is that you know and how did you come about to know anything about it.

So could you describe that for us?

PROSPECTIVE JUROR: Just

everything I heard on the news about them finding it out in the wood and about them tracking her down through DNA. Pretty much it. You know, I go racing down there every weekend and, you know, it passes through my mind every day I go down there. Go racing. Is really what happened.

THE COURT: So I get from that you've probably seen multiple different stories in either newspaper, TV, or whatever about the case.

PROSPECTIVE JUROR: Yeah.

THE COURT: Did you learn anything back when the events, when the baby was discovered back in '93? Did you know about it then or have you gained your knowledge over the years?

PROSPECTIVE JUROR: Just got everything from the news.

THE COURT: I know but I'm saying do you recall did you know about it back in 1993 when it was first reported in various news sources?

PROSPECTIVE JUROR: Yeah.

THE COURT: Okay. And have you seen anything recently about it?

THE DEFENDANT: No. Since COVID broke, I haven't been paying any attention to the news.

THE COURT: What happened? Oh, COVID.

PROSPECTIVE JUROR: With COVID, yeah, I don't.

THE COURT: Got you. Okay. And you remarked that you go out to Thompson Drag Raceway, I gather.

PROSPECTIVE JUROR: Uh-huh.

THE COURT: Did you say you think about it every time you go through Thompson or you just--

PROSPECTIVE JUROR: Pretty much. I got to be right on the road, you know, where it happened at, so.

THE COURT: All right. Okay. So in light of the news features that you've seen over the years and personal knowledge have you come to any particular conclusions?

PROSPECTIVE JUROR: This day and

age with DNA I figure once they were able to track her down with DNA that's a set and done deal. There's no way around it.

THE COURT: Okay. You're going to hear evidence in this case not only about the DNA but the baby itself, medical autopsies, things of that nature. Can you keep an open mind, even though you've expressed your feelings that DNA makes it an open/shut case, can you keep an open mind until you hear all of the facts here before you would decide whether or not there's guilt or innocence.

PROSPECTIVE JUROR: [ Indicating negatively ]

THE COURT: You answered no?

PROSPECTIVE JUROR: [ Indicating affirmatively ]

THE COURT: And what do you mean by answering no.

PROSPECTIVE JUROR: Like I said, you know, that DNA as far as I'm concerned it's gonna pinpoint it to her

and definitely gotta be her kid. There's no way you should have ever treated anybody like that.

THE COURT: Okay.

PROSPECTIVE JUROR: I just can't look at that with an open mind.

THE COURT: Okay. And if I were to tell you DNA isn't really going to be the focus of a lot of the evidence, does that change your attitude at all?

PROSPECTIVE JUROR: No.

THE COURT: Okay. Do you feel you cannot be fair and impartial in judging Ms. Ritchey?

PROSPECTIVE JUROR: No.

THE COURT: And when you say "no" that means you do feel you can't be impartial.

PROSPECTIVE JUROR: I cannot be impartial.

THE COURT: Okay. All right. Then we're gonna ask if counsel have any further questions.

MR. BURLING: We have no

questions, your Honor. Thank you.

THE COURT: Okay, Mr. Marein.

MR. MAREIN: None. Thank you, sir.

PROSPECTIVE JUROR: Thank you.

THE COURT: Now, could I caution you one last time: When you go back out you'll still be sitting for a little bit and please do not discuss what we've been discussing in here and then don't look independently on the media or anything else.

So Vicki will escort you back. What I'm gonna ask, Vicki, if you two could just wait outside the door for a moment?

- - - - - -

[ Prospective Juror 29 Exits ]

- - - - - -

THE COURT: So I just want to know do we want to dispose of the for cause right now?

MR. BURLING: Yeah, I think that makes sense.

MR. BRADLEY: That's fine.

THE COURT: Okay. So in that event, if you could let Vicki know she can excuse.

- - - - - -

[ Prospective Juror 30 Enters ]

- - - - - -

THE COURT: Hello. Please have a seat. We're gonna be cold and impersonal and call you by jury number and not by names.

PROSPECTIVE JUROR: I know.

THE COURT: Okay. So please don't be offended.

Thank you for your patience out there. I know it's been a long morning for you.

PROSPECTIVE JUROR: If you could speak up a little bit?

THE COURT: Oh, I'm sorry. Okay. So I'm thanking you for your patience.

PROSPECTIVE JUROR: Yup.

THE COURT: The reason we're going to question you individually at this stage is because of some of the

answers that you gave on the jury questionnaire.

PROSPECTIVE JUROR: Okay.

THE COURT: You've indicated that you know some things about the case and some things perhaps about Gail or her husband. So, and it seems -- it says you've also maybe personally reviewed written blog or posted something about this case. So that's what we want to know.

PROSPECTIVE JUROR: Okay.

THE COURT: Let me start with just asking you the broad question: What some things do you think you know?

PROSPECTIVE JUROR: Well, I remember when it happened. When they finally found someone, couple years ago, that I remember. I mean, I don't know too much more than that.

THE COURT: Uh-huh.

PROSPECTIVE JUROR: My friend texted me this morning. She knew I was going to be on jury duty and she says: I think it's the Geauga Child. And I

said: Oh, my God. And that was my correspondence with somebody but otherwise I don't know anything really.

THE COURT: Okay. So you remember learning something in the last couple of years about it?

PROSPECTIVE JUROR: Yes.

THE COURT: Do you remember how you learned that? Was it newspaper, TV?

PROSPECTIVE JUROR: The news on TV.

THE COURT: Okay. And before I ask you what did you learn then, did you already know about the case from prior years?

PROSPECTIVE JUROR: No, I didn't.

THE COURT: Okay. So this was the first you learned about this case just a few years ago?

PROSPECTIVE JUROR: Right.

THE COURT: Okay. And can you describe what you believe you learned?

PROSPECTIVE JUROR: That there had

been a child that had been labeled Geauga's Child, that they had buried it with that label, and that the child had-- that they couldn't find who had left the baby and that this was a major break through.

THE COURT: Okay. And did you-- seeing some TV coverage then, have you seen any other media coverage in just recent days or weeks?

PROSPECTIVE JUROR: Just this morning after my friend texted me, I looked it up and it was like: Oh, this is the case for today.

THE COURT: Okay. So what source did you look it up on?

PROSPECTIVE JUROR: WKYC.

THE COURT: Anything else?

PROSPECTIVE JUROR: No.

THE COURT: Okay. And were they sort of summarizing the case as you just described it to us?

PROSPECTIVE JUROR: Correct.

THE COURT: Okay. Now, having all that background in mind-- and

is that-- I'm sorry. I'm jumping around a little bit but so when you answered Number 7 about reviewing or writing anything, is that what you meant?
PROSPECTIVE JUROR: Yes.
THE COURT: Okay.
PROSPECTIVE JUROR: I wanted to be truthful.
THE COURT: Okay. So having that kind of background, been exposed that kind of TV coverage, do you still feel you can be fair and impartial in hearing all the facts of this case?
PROSPECTIVE JUROR: I do.
THE COURT: And have you made any judgments ahead of time before you hear all these facts?
PROSPECTIVE JUROR: No.
THE COURT: Okay. Okay.
I'm gonna turn over to Mr. Burling may ask you some questions; Mr. Marein may ask you some questions.
PROSPECTIVE JUROR: Okay.
MR. BURLING: Good morning, Juror Number 30. So you mentioned

getting this text from a friend this morning.

PROSPECTIVE JUROR: Right.

MR. BURLING: And it sounded like you responded with some surprise.

PROSPECTIVE JUROR: Yes. She had included in that text that apparently this woman had cleaned her mother's home for her and that's how she knew the defendant.

MR. BURLING: Okay.

PROSPECTIVE JUROR: And that's all I know.

MR. BURLING: Okay. And prior to this interaction with your friend today has your friend ever brought this case --

PROSPECTIVE JUROR: No.

MR. BURLING: -- or the defendant up to you before?

PROSPECTIVE JUROR: No.

MR. BURLING: And, again, you know, you indicated you reacted with this surprise, did that surprise, does that affect you at all about this case

your views of this case?

PROSPECTIVE JUROR: No.

MR. BURLING: About what it's about?

PROSPECTIVE JUROR: No.

MR. BURLING: And does it cause you to lean one way or the other in forming any conclusions about what the case may be?

PROSPECTIVE JUROR: I don't know much about it, so I haven't.

MR. BURLING: In interacting with your friend did she express to you any of her personal opinions as to her conclusion she may have drawn?

PROSPECTIVE JUROR: No. I think she was just surprised because she had known this person from her cleaning her Mom's house, so that's it.

MR. BURLING: And you did not know the defendant at all, correct?

PROSPECTIVE JUROR: No.

MR. BURLING: Okay. And, again, Judge has already touched on this but any of-- did your view of any of

this information or the interaction with your friend, does that affect of your view of this case in any way?

PROSPECTIVE JUROR: No, it doesn't. I was probably most surprised because it went from I had a different jury duty date originally and then I got the letter that it had been moved. And so I had called the court and they told me this was a show up, so I knew it was something but not until this morning.

MR. BURLING: Okay. Thank you. I have no further questions.

THE COURT: Thank you.

Mr. Marein.

MR. MAREIN: One moment, Judge.

Good morning.

PROSPECTIVE JUROR: Good morning.

MR. MAREIN: So I think you had indicated that when the mother of the child was identified --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- you recall news reports.

PROSPECTIVE JUROR: Yes.

MR. MAREIN: And that it would have been probably about three or four years ago.

PROSPECTIVE JUROR: It was a while ago.

MR. MAREIN: Okay. And those were television reports?

PROSPECTIVE JUROR: Yes.

MR. MAREIN: Not something that you read in the paper?

PROSPECTIVE JUROR: No.

MR. MAREIN: And not something on the computer?

PROSPECTIVE JUROR: No, not until this morning.

MR. MAREIN: Okay. But you recalled the term "Geauga's Child".

PROSPECTIVE JUROR: Correct.

MR. MAREIN: And is that from just having been presented--

PROSPECTIVE JUROR: I never knew about it. Until a couple years ago I never heard of it.

MR. MAREIN: Okay. And so but

the term "Geauga's Child", you recall that from the news story --

PROSPECTIVE JUROR: Yes.

MR. MAREIN: -- 3 or 4 years ago?

PROSPECTIVE JUROR: Yeah.

MR. MAREIN: So when your friend texted you this morning, your response was: Oh my God.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: Tell me what you meant by that response?

PROSPECTIVE JUROR: I think I was-- I didn't know what I was gonna be here for today. Honestly. And when she said that, it really just surprised me. I thought originally when I had different court dates that I would be calling up the night before to find out if I was to come in today and they changed that. So I think it's just the overall surprise.

MR. MAREIN: Surprise that this is a rather significant --

PROSPECTIVE JUROR: Yes.

MR. MAREIN: -- case. Very serious.

Now, you followed that text up with a review of an article on WKYC.

PROSPECTIVE JUROR: No, I just looked up myself. There was--

MR. MAREIN: On the internet?

PROSPECTIVE JUROR: Yeah. After that.

MR. MAREIN: Right.

PROSPECTIVE JUROR: Yeah.

MR. MAREIN: And I want you to -- did you read the whole article?

PROSPECTIVE JUROR: It was actually an article with a video, so I was more involved in the video than I was with the article. It was a man--

MR. MAREIN: Was it this article?

\- - - - - -

[ Showing Cell Phone ]

\- - - - - -

PROSPECTIVE JUROR: I don't think so. It had a video embedded in the middle of it. I was watching --

MR. MAREIN: Okay. This is--

PROSPECTIVE JUROR: -- the video.

MR. MAREIN: I'm sorry. I very much apologize interrupting.

PROSPECTIVE JUROR: That's okay.

MR. MAREIN: Yeah. Do you recall this?

PROSPECTIVE JUROR: Yes.

MR. MAREIN: Okay. So it was this video.

PROSPECTIVE JUROR: Yes.

MR. MAREIN: And then a very short article after that.

PROSPECTIVE JUROR: Yes.

MR. MAREIN: And did you read it completely?

PROSPECTIVE JUROR: Yeah. The little bit that was there, yes.

MR. MAREIN: What else besides for a baby that has been named Geauga's Child --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- having been found in an area of Geauga County, as you sit here right now, I want you to

think about this, what else in that article do you recall?

PROSPECTIVE JUROR: That there was mention of another child but nothing was being pursued, if I understood that.

MR. MAREIN: And when you say there was "mention of another child" can you be a little more specific about that?

PROSPECTIVE JUROR: There was another child that was left in another county.

MR. MAREIN: And it was not being pursued.

PROSPECTIVE JUROR: As far as I know. What I understood of the article.

MR. MAREIN: So the article was telling you that the trial for Geauga's Child starts today --

PROSPECTIVE JUROR: Correct.

MR. MAREIN: -- but there was another child similarly situated that's not being pursued?

PROSPECTIVE JUROR: That's what I understood.

MR. MAREIN: Okay.
MR. BRADLEY: Could we have one moment, your Honor?
THE COURT: Yeah. Uh-huh.
- - - - - -
[ Pause ]
- - - - - -
MR. MAREIN: How would the information that there was another child similarly situated that was left in Cuyahoga County impact on this case?
PROSPECTIVE JUROR: Well, considering they are not pursuing it I wouldn't give it much weight but it would be a small factor, I think.
MR. MAREIN: And a small factor how so?
PROSPECTIVE JUROR: Well, I while it shows-- I hate to say it. It sounds like habit or of the nature, so.
MR. MAREIN: Can I make a statement and then ask you a question?
PROSPECTIVE JUROR: Sure.
MR. MAREIN: Okay. This is hugely important.

PROSPECTIVE JUROR: Sure.

MR. MAREIN: This is such a serious case. The fact that it was reported that Gail had done this in another county, you say it would impact to some degree?

PROSPECTIVE JUROR: It would all depend on what comes out in the court. If that's not at all brought up, then we cannot weigh it.

MR. MAREIN: So if it's not brought up at all in this case --

PROSPECTIVE JUROR: Right.

MR. MAREIN: -- but you heard that this occurred once before --

PROSPECTIVE JUROR: Right.

MR. MAREIN: -- in Cuyahoga County --

PROSPECTIVE JUROR: Right.

MR. MAREIN: -- as you sit back, and I need your best and most honest response here --

PROSPECTIVE JUROR: Sure.

MR. MAREIN: -- how do you think when you are sitting in a jury

deliberation room how that information may in the deep recess of your mind impact--

PROSPECTIVE JUROR: Well, I can't un-hear it or unlearn it, so I think it would probably have a very small, but it would all depend on what happens in the court.

MR. MAREIN: But it would have some effect.

PROSPECTIVE JUROR: I'm thinking it would probably have a little affect.

MR. MAREIN: Okay. One moment.

PROSPECTIVE JUROR: Sure.

MR. MAREIN: Thank you so much.

PROSPECTIVE JUROR: You're welcome.

MR. MAREIN: Have a good morning.

THE COURT: I want to do a follow-up question.

PROSPECTIVE JUROR: Sure.

THE COURT: So as I

understand your answers, if no evidence is presented concerning another baby, do you still feel that what you heard reported would have an impact on your decision making, if no evidence was presented in the court?

PROSPECTIVE JUROR: If no evidence is presented, that's not the case then. So I don't think I would.

THE COURT: You think you could put it out of your mind, even though you read about it --

PROSPECTIVE JUROR: Right.

THE COURT: -- or heard about it on TV?

PROSPECTIVE JUROR: Right.

THE COURT: Okay?

MR. MAREIN: Is Nick, any follow-up?

MR. BURLING: You had previously said it may play a small part. But, you know, again, if it's not presented at all in the case --

PROSPECTIVE JUROR: Right.

MR. BURLING: -- would that

still be the case or would it still play a small part in your view of the evidence?

PROSPECTIVE JUROR: I can't predict what would happen in the future but it's hard to unlearn something that you've learned. Now, I don't know anything about it. If it's not presented in court, then I don't think we would be told to think about that, so.

MR. BURLING: Do you think you would feel any compulsion to share that, if you were deliberating with other jurors who may not be aware of it?

PROSPECTIVE JUROR: No.

MR. BURLING: So, again, if it's not brought up in court, do you think you could put it out of your mind and be fair and impartial and judge solely based on the evidence presented in the courtroom?

PROSPECTIVE JUROR: Yes.

MR. BURLING: Okay. Nothing further.

MR. MAREIN: A couple of very brief questions.

PROSPECTIVE JUROR: Sure. Sure.

MR. MAREIN: When we were discussing the article and exactly what affect that may have, you said something that it would potentially identify a habit or a routine.

PROSPECTIVE JUROR: Right.

MR. MAREIN: And then you said when asked a number or a question by both the Judge and by the prosecutor --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- about what affect that may have, a little? A lot? None? You said I can't unlearn it.

PROSPECTIVE JUROR: Right.

MR. MAREIN: So does that mean, and I do not want to put words in your mouth, I want you to tell me --

PROSPECTIVE JUROR: Sure.

MR. MAREIN: -- does that mean that even though you are not gonna hear about it in that courtroom, nor is anybody else --

PROSPECTIVE JUROR: Right.

MR. MAREIN: -- that you know about it, and you can't unlearn it, and thus it's going to be there in your mind, and play some role in how you judge this case?

PROSPECTIVE JUROR: I would have to say it would be a thought, if it's brought up in the case. If it's not brought up, if the Judge instructs us to what we're concerned with, then I would not consider it. I can't say I can unlearn it but I won't consider it.

MR. MAREIN: Thank you so much.

PROSPECTIVE JUROR: Sure.

THE COURT: Okay. Thank you. You're gonna get to return to the crowd. I just remind you of the instructions.

PROSPECTIVE JUROR: Don't say anything.

THE COURT: If your friend texts you, say: I can't talk about it.

PROSPECTIVE JUROR: Okay.

THE COURT: If your husband

asks, et cetera.

PROSPECTIVE JUROR: All right. Thank you.

THE COURT: Thank you very much.

\- - - - - -

[ Prospective Juror 30 Exits]

\- - - - - -

THE COURT: Okay. So we got 10 or 11 to go and it's noon. My inclination is say let's break for an hour, unless somebody's got some other arguments.

MR. BURLING: It's fine with me.

THE COURT: Okay. I think we're safe to just leave everything in place here, if you want to. So we'll meet back here at 1:00 o'clock.

MR. BURLING: Judge, are we gonna go back on the record out there?

THE COURT: Yes.

\- - - - - -

[ Proceedings resumed in the main community room with all parties, attorneys,

and prospective jurors present ]

- - - - - -

THE COURT: Please be seated.

Okay, folks. We're back on the record. Thank you, again, for your patience and enduring sitting here all morning long. It's probably going to be much the same for this afternoon but we want to take a break for lunch.

And, again, I want to admonish you don't do any research on your own. Don't discuss the case with anybody. Don't even tell your spouse what you're here for, other than just jury duty. We want to confine everything you learn about this case to within this room and in the courtroom, once we get there. So take that very seriously, please.

We are also informed some media may be even outside the building here. If anyone attempts to speak with you, tell them you are not permitted to speak with them. And also if anyone does attempt to speak you, because they know better, they shouldn't be doing it,

please report that someone from the media has solicited to talk to you; report that to one of the staff, Vicki or Wendy. And that's another issue that we can deal with.

Obviously, this case is a serious case. It's getting a lot of attention, so we want to make sure that everything is handled fairly and properly to both the defendant, the State and the defendant. They're both entitled to have things done properly and that's the way we have to be.

So see you back here at 1:00 o'clock. Thank you, all.

\- - - - - -

[ All prospective jurors Except Prospective Juror 11 exit community room ]

\- - - - - -

THE COURT: Okay. We're gonna go briefly back on the record to discuss Juror Number 11. Do you want to make a motion?

MR. MAREIN: Judge, we would respectfully --

THE COURT: Wait. Hang on. What are you indicating? I'm not sure what you're point to.

MS. DAUGHERTY: Juror 11 is here.

THE BAILIFF: He was asked to stay.

THE COURT: Yeah. He was.

MR. MAREIN: Judge, based upon private dialogue with-- I forget the prospective juror's number.

THE COURT: Eleven.

MR. MAREIN: Eleven, I would ask that the Court excuse this juror for cause based upon the discussions regarding the impact his religious beliefs may have on his ability to discharge his obligations to judge in this case.

THE COURT: Any objections from the State?

MR. BURLING: No, your Honor. we would join in that.

THE COURT: Okay.

Juror Number 11, you are dismissed. Thank you for coming here

today and giving us your time and effort.

MR. MAREIN: Thank you so much.

PROSPECTIVE JUROR: Sure.

THE COURT: You're free to leave for the day. In fact we won't let you back in the room.

- - - - - -

[ Luncheon Recess Had ]

- - - - - -

**A F T E R N O O N P R O C E E D I N G S**

\- - - - - -

[ The following proceedings resumed in the community room, all parties, attorneys and prospective jurors present ]

\- - - - - -

THE COURT: I hope you all had an enjoyable lunch. We're going to resume doing our individual voir dire as we have been doing in the room down the hallway there. So, again, I ask you to be patient and stay off your devices and we'll continue from there.

\- - - - - -

[ INDIVIDUAL VOIR DIRE resumed in a separate conference room, Court, Counsel, Defendant present, outside the presence of other prospective jurors ]

\- - - - - -

[ Prospective Juror 33 Enters ]

\- - - - - -

THE COURT: All right. Thank you, Prospective Juror Number 33. As you can tell from this morning's procedures we are questioning individuals and it's largely as a result

of the written questionnaire we sent out which indicates that in your instance you know some things about the case and you heard some things about Geauga's Child. So what we're trying to do now, I know it feels like you're on the hot seat, please be comfortable --

PROSPECTIVE JUROR: I'm fine.

THE COURT: -- we're trying to get an idea of what you know and how did you come to know anything.

PROSPECTIVE JUROR: Just came on the TV.

THE COURT: And when do you think-- was it just recent days? This morning, for example?

PROSPECTIVE JUROR: It was this morning.

THE COURT: Okay. And was that your first exposure to any media coverage of this?

THE DEFENDANT: Yes.

THE COURT: Okay. So even though events happened as long ago as 1993 involving this case that may have

made the media, you're unaware of those?

PROSPECTIVE JUROR: Yes. I didn't know about it until I was passing through my living room this morning. I didn't even catch the whole story because --

THE COURT: You heard bits and pieces.

PROSPECTIVE JUROR: -- I was going right through the living room and the TV was on.

THE COURT: Can you relate to us what you did hear?

PROSPECTIVE JUROR: Yeah. I just saw they showed a picture of the stone and so I seen it. It said Geauga's Child on it; that's all I caught. And then they did show a picture of a lady and then jury selection will be today; that's all I caught, just the very end of it.

THE COURT: All right. Did you hear anything about what-- why there was a tombstone or what the defendant had to do with it?

PROSPECTIVE JUROR: No.

THE COURT: Nothing?

PROSPECTIVE JUROR: No. That's all I had heard.

THE COURT: All right. Anything about that experience impact how you view the case today?

PROSPECTIVE JUROR: No, because I don't know anything about it.

THE COURT: Okay. So do you feel that based upon only that exposure you feel you could still be fair and impartial in hearing the facts of the case?

PROSPECTIVE JUROR: Because I don't know.

THE COURT: Okay.

Mr. Burling, if you want to ask questions.

MR. BURLING: Thank you, your Honor, very briefly.

Good afternoon, Juror Number 33. You mentioned that you saw a picture of a headstone --

PROSPECTIVE JUROR: Uh-huh.

MR. BURLING: -- and a picture I think did you say of a person?

PROSPECTIVE JUROR: Yeah, showed a lady's face.

MR. BURLING: Okay. Did you recognize that lady now from sitting in at all?

PROSPECTIVE JUROR: Kind of.

MR. BURLING: Okay. Seeing someone identified as a possible defendant in the story does that have any affect on your view of this case coming in?

PROSPECTIVE JUROR: No.

MR. BURLING: Okay.

PROSPECTIVE JUROR: The only reason I don't really recognize her is because I was walking through the living room and so -- I didn't really see-- the only reason I knew was because then you put the face with the name and the TV and that's how it all came together for me, but I would have never known.

MR. BURLING: Okay. So, again, having seen that, whatever you saw this

morning --
PROSPECTIVE JUROR: Uh-huh.
MR. BURLING: -- you would be able to put that aside --
PROSPECTIVE JUROR: Oh yeah.
MR. BURLING: -- if you were on the jury --
PROSPECTIVE JUROR: Yeah.
MR. BURLING: -- just make your decision based solely --
PROSPECTIVE JUROR: Yeah.
MR. BURLING: -- on what's presented in the courtroom?
PROSPECTIVE JUROR: Absolutely.
MR. BURLING: Thank you. I have nothing further.
THE COURT: Mr. Marein.
MR. MAREIN: Hi.
PROSPECTIVE JUROR: Hi.
MR. MAREIN: How are you?
PROSPECTIVE JUROR: I'm good. How are you?
MR. MAREIN: So far so good. Was the lady that was presented during that news story, was it Gail?

PROSPECTIVE JUROR: Now, that I've seen her, yeah.

MR. MAREIN: Okay. And take a moment. It's pretty important.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: What was said about Gail?

PROSPECTIVE JUROR: The only thing I caught was there was this connection to the stone and her. The whole story, I know nothing. All I know is that there was just a picture of her and then the connection to the stone that they showed.

MR. MAREIN: And did the news story present you with what caused there to be the case involving Geauga Baby?

PROSPECTIVE JUROR: No, because I just saw the stone and then after they-- as I was walking through I saw the stone, and then they went and they flashed a picture of her, and then the next thing they said was jury selection begins today. That's all I caught as I was walking through --

MR. MAREIN: And you've been--

PROSPECTIVE JUROR: -- the kitchen.

MR. MAREIN: -- in Geauga County for 18 years?

PROSPECTIVE JUROR: Eighteen years.

MR. MAREIN: Three or four years ago there was quite a bit of news coverage regarding this case. It was both on the television, the radio, in the local papers, the Plain Dealer, News Herald --

PROSPECTIVE JUROR: Okay.

MR. MAREIN: -- on the internet. Do you recall seeing or hearing anything?

PROSPECTIVE JUROR: I am self-employed, so I work, like, a gazillion hours a day. So, yeah, I mean, we used to be open as 8 and close at 8. So, we had a pharmacy and that took up all our time.

MR. MAREIN: Okay. One moment. Thank you so very much.

PROSPECTIVE JUROR: Okay. Thank you.

THE COURT: Thank you. And when you go back out, please don't discuss with others what you were asked here --

PROSPECTIVE JUROR: No.

THE COURT: -- or what answers or questions. Again, continue to just stay off the devices. Thanks.

PROSPECTIVE JUROR: Okay. You're welcome.

THE COURT: Vicki, let's make sure. Okay. The next one, guys, 34 indicates only a "yes" to question Number 6. Nothing else about any knowledge of the case, so we'll defer on that.

MR. MAREIN: Judge, did you say 34?

THE COURT: Thirty-four. Mark Swisher.

MR. BRADLEY: We're not going to talk to 34.

MR. MAREIN: Right. Okay.

THE COURT: So then we would jump to Number 38. Let's check and make sure that, yeah, this one says she knows some things, so Number 38.

After her only seven more, I think.

- - - - - -

[ Prospective Juror 38 Enters ]

- - - - - -

THE COURT: Good afternoon.

PROSPECTIVE JUROR: Hello.

THE COURT: Thank you for joining us.

PROSPECTIVE JUROR: Sure.

THE COURT: Relax. Feel comfortable. We are making these individual inquiries because of answers that were provided to us on the juror questionnaire.

PROSPECTIVE JUROR: Sure.

THE COURT: And on yours you indicated that you know some things about either the case or about Gail or Mark Ritchey. So what we're trying to find out is, what do you know and how do

you know it?

PROSPECTIVE JUROR: Sure.

Well, this morning I turned on the news and of course the first thing I saw was the trial and I said to myself: Sorry. You got be kidding me. Not what I have to go to.

So I did catch the news this morning and I do read on my phone. So this morning I did read about the trial. And my suspicions were right, it was this. So to the extent, that's what I saw this morning.

And I recall a few years ago also learning about it just through the news or the radio. I don't know the specifics. But as far as anything more than that, just the fact that the matter was happening and a little bit about the situation. Nothing in great detail I would be able to provide other than that.

THE COURT: Okay. So in anything about what you learned this morning in particular because I gather

your memory of-- you said perhaps a few years ago you heard things, do you have any memory of how or where what you saw then?

PROSPECTIVE JUROR: It might have even been friends. I have a lot of friends in the community, obviously, with kids. Geez. I can't really recall, you know, where I heard about it. I just remember it and I said: Oh, geez, that's local news. Usually when I hear Geauga it catches my eye on the local news but I don't recall more than that.

THE COURT: Okay. Based on what you did hear about the case this morning --

PROSPECTIVE JUROR: Uh-huh.

THE COURT: -- and you said you went on the phone and looked it up a bit yourself?

PROSPECTIVE JUROR: I did.

THE COURT: Okay. So what do you think you know about the case at this stage?

PROSPECTIVE JUROR: Just from what I heard, the case, you know about a newborn and the fact that it was, I think, buried and they found it years later. Just a little heart wrenching.

THE COURT: Okay. And is there anything about it, what you know so far and what you learned this morning, that would make it difficult for you to be fair and impartial?

PROSPECTIVE JUROR: My reaction right now. [Crying]

THE COURT: Uh-huh. It's an emotional case and people are gonna react emotionally, so take a moment and take deep breath.

PROSPECTIVE JUROR: Excuse me.

THE COURT: Yeah.

PROSPECTIVE JUROR: I just think it would be hard for me. Just having children. Having lost a baby myself. I don't think I would do well. I'd probably be crying the whole trial.

THE COURT: Okay. We appreciate your candor.

I'm going to ask Mr. Burling if he has any further questions.

MR. BURLING: Just a couple.

You had indicated obviously you saw something on the news this morning.

PROSPECTIVE JUROR: Yes.

MR. BURLING: Then you said you also looked some stuff up on your phone?

PROSPECTIVE JUROR: I -- just scrolling through my feeds, it came up. Local news comes up on my feed.

MR. BURLING: So it would have been a local news story that came out today?

PROSPECTIVE JUROR: Yes. Yes.

MR. BURLING: And you already went over a little bit about the details about what you remember.

PROSPECTIVE JUROR: Uh-huh.

MR. BURLING: Sitting here, again, thinking about it, do you remember any other details that stood out to you?

PROSPECTIVE JUROR: Just that it was a local Geauga incident that

occurred, like, I don't know if it was '83 or '93. I don't remember the dates. And I was trying to think back if I was even in the area when that happened because I grew up in Lake County, so I wasn't. But other than the dates, I was flipping through and I did call my husband and said: I think I have to go to court for this. But other than those details, that's about it.

MR. BURLING: Okay. And then you also talked about that this is certainly pretty emotional --

PROSPECTIVE JUROR: Uh-huh.

MR. BURLING: -- type of case. When you say, you know, you think it may affect you, do you think it may actually affect your view of-- I guess let me step back. The emotional affect it's had on you has that already led you to make a conclusion one way or the other about, you know, what happened in this case?

PROSPECTIVE JUROR: I don't know enough about it to come to a conclusion,

but I definitely don't think that I'm thinking clearly. It would be hard for me to probably -- I would try to keep an open mind but that might be challenging.

MR. BURLING: Okay.

Judge, I know we're gonna touch on some stuff in the general voir dire, but one thing that we will discuss is some of the things that we'll show. I don't know if that's something we would want to discuss now?

THE COURT: I think under these circumstances a limited amount of revealing what you expect the evidence to show is appropriate.

MR. BURLING: Okay.

So Juror Number 38, we do intend to show some-- a photograph of the child as found back on the scene and then a number of autopsy photographs of the child. I don't want to tell you what it shows but I think it would be fair to say that they are graphic images.

PROSPECTIVE JUROR: Uh-huh.

MR. BURLING: Do you think,

obviously, with the emotional reaction you're having right now just about the topic, do you think that being exposed to these images would exacerbate kind of what you're feeling now?

PROSPECTIVE JUROR: More than likely yes.

MR. BURLING: Do you think that you would be able to sit through that and be able to fairly give both sides, you know, your fair and full attention and be fair and impartial, knowing that that's what's gonna be presented?

PROSPECTIVE JUROR: I'll be honest probably not. I'm actually just sick thinking about it right now.

MR. BURLING: All right. Thank you to for being honest.

PROSPECTIVE JUROR: Yeah.

MR. BURLING: That's what this is for.

I don't think we have any further questions.

THE COURT: Mr. Marein.

MR. MAREIN: Good afternoon.

PROSPECTIVE JUROR: Hi. Sorry.

MR. MAREIN: You owe no one an apology. No one.

You told us that you had lost a baby. And understand, and I think you probably do, how serious of a case this is. And what I would ask you did that experience, is that likely to have an affect on your ability to participate?

PROSPECTIVE JUROR: I think the two are completely unrelated. And my experience I would not consider the same as a --

MR. MAREIN: The same as?

PROSPECTIVE JUROR: What I went through.

MR. MAREIN: Okay, but the same as what? What do you know about this?

PROSPECTIVE JUROR: Again, I'm a little concerned about what happened and I don't think it's the same situation what happened to this child versus what happened to my child. That's how in my mind my opinion.

MR. MAREIN: So the question is what happened to this child? What do you know?

PROSPECTIVE JUROR: I don't know all the details except for that the baby died and that it was found.

MR. MAREIN: Okay.

PROSPECTIVE JUROR: I don't know anything more than that.

MR. MAREIN: And so without knowing any more than that and, respectfully, how could you say it's different than your situation, if you don't know?

PROSPECTIVE JUROR: Because I know what happened in my situation. I don't know what happened in that situation a hundred percent.

MR. MAREIN: How about what do you know less than a hundred percent?

PROSPECTIVE JUROR: I don't understand the question.

MR. MAREIN: In other words what facts that have been presented, either in that little news story that

you looked up or that you learned about years ago, or that you and your husband talked about this morning, what facts stick in your mind?

PROSPECTIVE JUROR: I can't come to any right now.

MR. MAREIN: Do you recall anything that you learned about Gail in that news story or in any discussions.

PROSPECTIVE JUROR: Just her picture.

MR. MAREIN: And when you indicated that you did not think that you could be a participant as a juror in this case, can you elaborate a little more on why you say that?

PROSPECTIVE JUROR: I don't do well with emotional ties to children. I even told my husband I said: I hope it's something that's petty because I could probably be more impartial when it's something that's not close to me, when it comes to something other-- some petty issue.

To me, children is not a petty

issue.

MR. MAREIN: And so you as an adult I take it you have a feeling that children need to be protected by adults, and children don't have the same defense mechanisms as we as adults do, and a newborn in particular would be extremely vulnerable?

PROSPECTIVE JUROR: I would say that's a fair statement in most cases.

MR. MAREIN: And that would in your opinion definitely impact your ability to serve here?

PROSPECTIVE JUROR: Most likely.

MR. MAREIN: Okay. Sorry. For asking you so many questions but this is so important.

PROSPECTIVE JUROR: I understand.

MR. MAREIN: Okay. Thank you.

THE COURT: Okay. Thank you very much and you can return to your seat. Please, same admonishment: Don't go on your devices, don't talk about what you did back here to anyone else.

PROSPECTIVE JUROR: Sure.

THE COURT: Thank you so much for your time.

- - - - - -

[ Prospective Juror 38 Exits ]

- - - - - -

MR. MAREIN: Judge, is it possible to have the record reflect that she very became pretty emotional and started crying, and seemed pretty upset throughout the duration of her questioning back here?

THE COURT: Yeah. Let the record reflect that that's a fair assessment of her reaction.

Okay. So now we go to 39, and she only answered number one as knowing some things, everything else she said nothing.

THE BAILIFF: Thirty-nine?

THE COURT: Thirty-nine.

- - - - - -

[ Prospective Juror 39 Enters ]

- - - - - -

THE COURT: Good afternoon.

PROSPECTIVE JUROR: Good

afternoon.

THE COURT: I'm telling everybody this: Don't feel like you're in the hot seat. You just kind of are --

PROSPECTIVE JUROR: Yeah.

THE COURT: -- temporarily. But its painless, we hope. We're trying to make inquiries about those folks who responded on the questionnaire that they may know some things about this case, as you did in the answer to question one. So what we need to get at is what exactly do you know and how did you come about to know anything?

PROSPECTIVE JUROR: The only thing I do know and I wanted to answer honestly is I think when it came out multiple years ago, just that they had found a person who had the child.

Again, that's all I know. You know, I might have read into some of the, you know, background. But, again, to be honest, I had read on that multiple years ago.

THE COURT: Okay.

PROSPECTIVE JUROR: So it had to have been at least five. I don't know exactly when it was.

THE COURT: Well, the events surround or I should say involve 1993, so you think that's when you may have learned about--

PROSPECTIVE JUROR: No. No.

THE COURT: All right.

PROSPECTIVE JUROR: I don't know any-- I think, you know, when, you know, when the child was found, I didn't read anything on that. It was more when they had found, you know, the individual.

THE COURT: I see.

PROSPECTIVE JUROR: So that was, again, I think five or-- I don't know.

THE COURT: Yeah. Probably three, four years ago something like that.

PROSPECTIVE JUROR: Yeah, it was different jobs. I remember just reading about it. And, again, not intensely,

but enough that, you know, I wanted you guys I do, you know, had heard of it, but not.

THE COURT: I appreciate that.

PROSPECTIVE JUROR: Yes.

THE COURT: So do you remember what you heard about it?

PROSPECTIVE JUROR: The only thing I can tell you that I know is I think a child was found on the side of the road in Thompson. Other than that, you know, and that they had found the person who had done it.

THE COURT: Okay, that's what you learned 3 or 4 years ago?

PROSPECTIVE JUROR: Correct. But that's all.

THE COURT: And you think you did that by reading in the newspaper?

PROSPECTIVE JUROR: Probably I think the Maple Leaf, you know, probably had an article on it back then, but again --

THE COURT: Anything in

recent days?

PROSPECTIVE JUROR: Nope.

THE COURT: Anything in the media?

PROSPECTIVE JUROR: Nope.

THE COURT: Okay.

PROSPECTIVE JUROR: Did not even know anything until I came today.

THE COURT: Nothing on the TV?

PROSPECTIVE JUROR: Nope. I don't watch, uh-huh.

THE COURT: Okay. So anything about what you learned a few years ago about the publicity that came out then, is there anything about that that would in your opinion would cause you to think you couldn't be fair and impartial in hearing all the facts --

PROSPECTIVE JUROR: No.

THE COURT: -- in this trial?

PROSPECTIVE JUROR: No. Again, I just read the article like any other article that would have come out.

THE COURT: And you have any

preconceived notions then?
PROSPECTIVE JUROR: No, I don't. I understand the justice system.
THE COURT: Okay. So what happens next is Mr. Burling from the State is going to be entitled --
PROSPECTIVE JUROR: Sure.
THE COURT: -- to ask you anything he wants and then likewise Mr. Marein.
PROSPECTIVE JUROR: Thank you.
MR. BURLING: Thank you, your Honor.
Good afternoon. Again, you kind of gave us the detail that you don't remember anything else sitting here thinking about it that you remember reading?
PROSPECTIVE JUROR: No.
MR. BURLING: Okay.
PROSPECTIVE JUROR: Again, you know. Again, I know it happened in Thompson. I'm from Burton. You know, before the schools merged Thompson was, you know, no one even knew anything

about Thompson, you know, from where I live. So no, there was -- I can tell you nothing else.

MR. BURLING: Okay. I think you said that maybe the story was when they had identified a person?

PROSPECTIVE JUROR: Correct.

MR. BURLING: Do you remember seeing the name of that person --

PROSPECTIVE JUROR: No.

MR. BURLING: -- in the articles? Anything about--

PROSPECTIVE JUROR: I would never-- if I heard the name in common, you know, even today, I wouldn't have placed two and two together, no.

MR. BURLING: And if you were selected to be on this jury would you be able to put aside --

PROSPECTIVE JUROR: Oh yeah.

MR. BURLING: -- whatever you had read --

PROSPECTIVE JUROR: Hundred percent.

MR. BURLING: -- and focus,

make your decision solely based on the evidence that's presented in the case?

PROSPECTIVE JUROR: Yes.

MR. BURLING: Thank you.

I have no further questions.

MR. MAREIN: I can proceed, Judge?

THE COURT: Yes, I'm sorry.

MR. MAREIN: Hi.

PROSPECTIVE JUROR: Hello.

MR. MAREIN: So, you had indicated that no one really knew much about Thompson until --

PROSPECTIVE JUROR: Right. Well, our schools merged so, you know, so it stood out more that it happened in our area, you know, other than Burton. It's not like it's far away but again.

MR. MAREIN: Uh-huh. And you indicated that you had read into the background.

PROSPECTIVE JUROR: No, I didn't. I just read the article that was issued in the paper. Again, it just stated, you know, you read an article and you do

it every day. You don't comprehend, you know, you just read the article. It was just news going on in the world right then, you know, in the small county and read it and didn't research it or anything.

MR. MAREIN: Do you recall anything from the article that was said about Gail?

PROSPECTIVE JUROR: No. Not really. You know, you read an article --

MR. MAREIN: And you think it was the Maple Leaf?

PROSPECTIVE JUROR: Probably, yes, because I do get that every Friday. That would be the only consistent news source.

MR. MAREIN: And so you don't get the Plain Dealer or News Herald.

PROSPECTIVE JUROR: Not anymore, no.

MR. MAREIN: Okay. Yeah, I canceled too.

PROSPECTIVE JUROR: I just like

getting coupons on Sundays, you know.

MR. MAREIN: No news articles?

PROSPECTIVE JUROR: No.

MR. MAREIN: Nothing on the internet?

PROSPECTIVE JUROR: No.

MR. MAREIN: This morning?

THE DEFENDANT: No.

MR. MAREIN: Didn't see anything or hear anything?

PROSPECTIVE JUROR: When I came in the person next to me just stated that this may be what this is about, but I did not click on news a article. I didn't look into anything. I did not know anything until I walked in the door this morning.

MR. MAREIN: What is it that the person sitting next to you said?

PROSPECTIVE JUROR: Just that her spouse said this was on the news this morning.

MR. MAREIN: And nothing more?

PROSPECTIVE JUROR: Nothing more.

MR. MAREIN: No details? No

facts?

PROSPECTIVE JUROR: No.

MR. MAREIN: Okay. I don't think I have any further questions.

THE COURT: Okay.

MR. MAREIN: Thank you, ma'am.

THE COURT: We'll let you return to your seat. Same admonition: Please don't discuss with anybody. Don't check on your devices.

PROSPECTIVE JUROR: Okay.

THE COURT: We appreciate your candor and time here now.

PROSPECTIVE JUROR: Thank you.

THE COURT: All right.

\- - - - - -

[ Prospective Juror 39 Exits ]

\- - - - - -

THE COURT: Forty-one knows some things.

MR. MAREIN: He's from Thompson.

THE BAILIFF: Forty-one?

THE COURT: Forty-one.

\- - - - - -

[ Prospective Juror 41 Enters ]

- - - - - -

THE COURT: Welcome.

PROSPECTIVE JUROR: Hi.

THE COURT: Hi. We're referring to everybody by their numbers, not by their names so don't be offended.

PROSPECTIVE JUROR: I'm Number 41.

THE COURT: That's what you're gonna remain while we all have a chat in here.

What we're trying to get at is we've looked at these questionnaires and we're speaking individually to those individuals who indicated they may know about the case. Since you did that in a couple of your answers, what I would begin by asking you a question or two. The attorney for the State and for the defense, likewise.

PROSPECTIVE JUROR: Okay.

THE COURT: But what I really want to know is what do you think you know about the case and how did you learn anything about it?

PROSPECTIVE JUROR: Well, I grew up in Thompson and it happened about eight miles from my house.

THE COURT: Uh-huh.

PROSPECTIVE JUROR: So, that's how I knew about it.

THE COURT: Did you know any of the individuals involved in Thompson who had anything to do with the scene back in '93?

PROSPECTIVE JUROR: Well, it's been a while, you know, so I can't remember if the police knew at the time or who did it, whatever.

THE COURT: Okay.

PROSPECTIVE JUROR: But as things go on, I might remember things, you know.

THE COURT: Uh-huh.

PROSPECTIVE JUROR: But I can't really say: Yeah, I know.

THE COURT: Okay. Did you see media reports of it back in the 90s?

PROSPECTIVE JUROR: Oh yeah.

THE COURT: TV, newspapers,

and all that?

PROSPECTIVE JUROR: Yeah.

THE COURT: And what do you recall learning at the time?

PROSPECTIVE JUROR: Just that somebody dropped off a little one.

THE COURT: Okay. Did you get involved in any of the fund raising activities?

PROSPECTIVE JUROR: I really don't remember.

THE COURT: Okay.

PROSPECTIVE JUROR: I think Helen Wolf was part of that.

THE COURT: Is that a local Thompson person?

PROSPECTIVE JUROR: Yeah, for the headstone and all that. Geauga Child.

THE COURT: All right. And subsequent to that, have you-- there have been other media stories over the years, particularly about 3 or 4 years ago, did any of that catch your attention? Did you see any of that?

PROSPECTIVE JUROR: Oh yeah. I

saw that too.

THE COURT: Okay.

PROSPECTIVE JUROR: Yeah.

THE COURT: And same thing it was your understanding that's what happened?

PROSPECTIVE JUROR: Yeah.

THE COURT: And how about just in recent days? What we're learning is apparently there's been very new media.

PROSPECTIVE JUROR: I haven't heard anything.

THE COURT: Okay. All right. Now, anything that you learned through all these media sources over the years have you formed any opinion about the case at this stage?

PROSPECTIVE JUROR: I really don't know. I mean, I don't know anybody involved really, so I can't say: Yeah --

THE COURT: Okay.

PROSPECTIVE JUROR: -- I don't like that person or whatever; that's

about it.

THE COURT: Do you have any reason to think you can't-- if you get selected to be on the jury, any reason that you want to tell us why you don't think you can be fair and impartial in listening to all the evidence?

PROSPECTIVE JUROR: I think I can be impartial.

THE COURT: You think you would keep an open mind going into the courtroom and listen to all the testimony and see exhibits?

PROSPECTIVE JUROR: Yeah.

THE COURT: Okay. Anything about your-- the fact that you live in the Thompson area give you an inclination to do one thing or other in this particular case?

PROSPECTIVE JUROR: No.

THE COURT: Okay. All right. Thank you. Mr. Burling has some questions for you.

MR. BURLING: Thank you, your Honor.

Good afternoon. You indicated somewhat about -- Judge asked you did you ever interact with people who had been at the scene when this happened and you said you weren't really sure. Were you friends with anyone in law enforcement in Geauga County?

PROSPECTIVE JUROR: I can't remember if Jim Fishback was the sheriff then or county constable then or not, but that's the only reason I knew that.

MR. BURLING: Okay. And would you speak to him about law enforcement matters, things that he was investigating back then?

PROSPECTIVE JUROR: Not-- well, I would if I saw him I might say something but not to go find him to find out what's going on, you know.

MR. BURLING: Okay. And, again, you've kind of touched on this, but what are the specific details you remember about hearing about this case back when it first happened?

PROSPECTIVE JUROR: Just that

somebody dropped off a baby alongside Sidley Road. That's about it.

MR. BURLING: Okay. So, you mentioned also that, you know, maybe as this case goes along, you might start to remember other things.

PROSPECTIVE JUROR: I might. I don't know, you know.

MR. BURLING: All right. If that were to happen, say we're in trial and you were selected and you suddenly remember something that you read, is that something that you would be comfortable notifying the court staff to let us know?

PROSPECTIVE JUROR: Yeah.

MR. BURLING: Thank you.

I have nothing further.

THE COURT: Mr. Marein.

MR. MAREIN: Thank you, Judge.

Hello Prospective Juror Number 41.

PROSPECTIVE JUROR: Hello.

MR. MAREIN: You wear that with like a badge of honor.

PROSPECTIVE JUROR: That's right.

MR. MAREIN: Okay. So Thompson being at the northeast portion of Geauga County, right before Lake County, pretty small township, right?

PROSPECTIVE JUROR: Yeah.

MR. MAREIN: If I'm wrong somebody, will correct me, but it's got probably from a population perspective got to have the smallest population in Geauga County, or at least one of them.

PROSPECTIVE JUROR: Yeah, probably.

MR. MAREIN: And so do you pretty much know, not everybody, but most of the--

PROSPECTIVE JUROR: Oh yeah.

MR. MAREIN: -- town folks?

PROSPECTIVE JUROR: Right, I would, especially the older ones.

MR. MAREIN: I'm sorry?

PROSPECTIVE JUROR: Especially the older ones.

MR. MAREIN: Okay.

THE COURT: Do you know a fella sitting out there that is with the

Thompson Fire Department?

PROSPECTIVE JUROR: No.

MR. MAREIN: No.

PROSPECTIVE JUROR: I didn't see him.

MR. MAREIN: You didn't see a neighbor that looked familiar to you?

PROSPECTIVE JUROR: No.

MR. MAREIN: Do you know persons that are affiliated with the Thompson Fire Department?

PROSPECTIVE JUROR: Yeah.

I knew Danny Robinson. P.J. Robinson, Danny's father, Danny and his father both chiefs. Now, Dorothy Battles is chief and I know her.

MR. MAREIN: What about Tom Dewey?

PROSPECTIVE JUROR: I remember him, yeah.

MR. MAREIN: And he was with the Geauga County Sheriff's Department?

PROSPECTIVE JUROR: Sheriff's, yeah.

MR. MAREIN: Ever interact

with Tom?

PROSPECTIVE JUROR: Oh yeah.

MR. MAREIN: Talk to him?

PROSPECTIVE JUROR: Oh yeah.

MR. MAREIN: Do you recall if you ever talked to him about this?

PROSPECTIVE JUROR: No. I don't remember it.

MR. MAREIN: As you sit there right now, and I know I'm asking you to dig really far into your memory, but do you recall in such a small community conversations that you had with friends, or neighbors, any members of the Thompson Police Department, or volunteer fire department relating to this case?

PROSPECTIVE JUROR: I can't honestly say. It's been so far back that I can't remember.

MR. MAREIN: In anything that you were presented with whether-- and I can't recall whether you said it was just conversation or it was news reports or television or something you read in the paper, do you recall anything as it

relates to this woman, Gail?
PROSPECTIVE JUROR: Well, yeah. In the newspaper, I believe.
MR. MAREIN: And what do you recall the newspaper said about Gail?
PROSPECTIVE JUROR: Well, I thought they matched her DNA with the baby.
MR. MAREIN: And what else did they say about Gail that you recall?
PROSPECTIVE JUROR: I know there was some other stuff but I don't remember what it was.
MR. MAREIN: The "other stuff" that's what I want you to concentrate on.
PROSPECTIVE JUROR: Well, that's like I'm saying. You know, it might come up later once you start getting into this stuff that I remember this but right now, you know, I never really thought about it until now.
MR. MAREIN: Okay. But as you're sitting there right now, other than matching DNA, the fact that the

child was found in Thompson, and that it occurred a long time ago, you can't think of anything else?

PROSPECTIVE JUROR: No. Not really.

MR. MAREIN: All right. So the prosecutor asked you the question: If you become a participant in this case and if you're listening to the case and being attentive, as I know you will, and all of a sudden something clicks in your memory: "I recall this", if that happens, how are you gonna-- what are you gonna do about that?

PROSPECTIVE JUROR: Well, I don't know how you go about things. I mean, if it came up, I know I would say something to somebody. You know, that: Hey, I remember this. But do I wait until the end of the day or do I stop you now or what do I do?

MR. MAREIN: I get that and I apologize. I don't expect that you would know what the protocol is.

PROSPECTIVE JUROR: Right. Right.

MR. MAREIN: But you would, I take it, recognize that this case has to be decided upon what is presented here.
PROSPECTIVE JUROR: Right. Not what was--
MR. MAREIN: And not what was --
PROSPECTIVE JUROR: -- remembered.
MR. MAREIN: -- and portrayed in the news --
PROSPECTIVE JUROR: Right.
MR. MAREIN: -- years ago. And that if something clicked your memory about something that you had heard, read, or understood, you would bring it to the attention of the Judge?
PROSPECTIVE JUROR: Oh yeah.
MR. MAREIN: Because you know how important this is.
PROSPECTIVE JUROR: Yeah. I understand.
MR. MAREIN: One moment. Okay.
When the baby was discovered back in 1992 or 3, I mean, this was a big

deal in Thompson, as it would be anywhere.

PROSPECTIVE JUROR: Right.

MR. MAREIN: Big deal in Thompson.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: And you recall that when an arrest was made maybe three or four years ago there was a flurry of media attention to this, news reports.

PROSPECTIVE JUROR: Oh yeah.

MR. MAREIN: It was a big deal that somebody had been arrested after all those years.

PROSPECTIVE JUROR: Right.

MR. MAREIN: What news sources were you listening to or reading?

PROSPECTIVE JUROR: What was the one in Geauga County? Like the Maple Leaf.

MR. MAREIN: Okay.

PROSPECTIVE JUROR: I read that. I know that. That's about it. I mean, maybe Fox 8 might have had something on there. I don't remember.

MR. MAREIN: And of course you've already indicated you don't remember the specifics of those reports.

PROSPECTIVE JUROR: Actually no.

MR. MAREIN: And how about --

PROSPECTIVE JUROR: Just something about DNA, that's all I--

MR. MAREIN: And how about discussions after there was an arrest with some of your neighbors in Thompson?

PROSPECTIVE JUROR: Well, actually my neighbors are so far away from me that I don't--

MR. MAREIN: That's why you live in Thompson.

PROSPECTIVE JUROR: That's right. I mean, there's a 40-acre field right next door to me and then probably 20 acres of woods next door to that and I own the house across the street so, you know.

MR. MAREIN: And do you remember when Craig Albert lived out there?

PROSPECTIVE JUROR: Oh, yeah. I

remember right where he lived, yeah.

MR. MAREIN: You know he used to cut his grass in the nude. I don't know if you knew.

PROSPECTIVE JUROR: Did he?

[ Laughter ]

THE COURT: You are not confirming that.

PROSPECTIVE JUROR: If he says so.

MR. MAREIN: He's a good friend of mine. I'm spreading rumors.

PROSPECTIVE JUROR: All right.

THE COURT: All set then, Mr. Marein?

MR. MAREIN: Yes, Judge.

Thank you so much.

THE COURT: Thank you for your additional time.

PROSPECTIVE JUROR: Okay.

THE COURT: When you go back, again, please don't discuss with the folks what we were talking about back here.

PROSPECTIVE JUROR: Okay.

THE COURT: Don't do any

research on your own about the case.

PROSPECTIVE JUROR: Okay.

THE COURT: Okay. Thanks so much.

PROSPECTIVE JUROR: Yup.

- - - - - -

[ Prospective Juror 41 Exits ]

- - - - - -

THE COURT: Okay. Now the next one on my list is 43 but it's one of these folks who simply says it's gonna be a difficult case, so knows nothing about the case.

MR. MAREIN: Right.

THE COURT: So then we jumped to 47 who--

MR. MAREIN: This is the health department fellow, Judge?

THE COURT: Yes. He knows some things, so let's get him next. Forty-seven.

THE BAILIFF: Forty-seven.

- - - - - -

[ Prospective Juror 47 Enters ]

- - - - - -

THE COURT: All right, prospective Juror Number 47. Welcome back. We're doing these individual voir dires --

PROSPECTIVE JUROR: Okay.

THE COURT: -- with those folks who indicated they may know something about this case. So since your questionnaire indicated exactly that, my question to you would be: What do you think you know and how did you come to learn anything about the case?

PROSPECTIVE JUROR: TV. Saw it on the news. I actually saw something on the news this morning when I was flipping through looking for weather that the case was starting today is where I had seen it before.

THE COURT: Now, prior to the one this morning, had you seen it, stories on TV about this case?

PROSPECTIVE JUROR: A few months ago but nothing since then.

THE COURT: And do you remember what the substance of what you

saw on TV was, other than this morning, we'll talk about more specifically, but I'm talking about in the more distant past. Can you remember anything about what you learned?

PROSPECTIVE JUROR: Just that they had found someone and were charging someone; that's it.

THE COURT: Okay. Do you remember where you learned that? I know you're saying TV but do you remember --

PROSPECTIVE JUROR: It was either Channel 3 or Channel 5.

THE COURT: Okay. And you know that because is that what you typically watch?

PROSPECTIVE JUROR: Those are the two I'm usually flipping between in the morning when I'm watching the news in the morning.

THE COURT: Anything in the more distant past, when the events first occurred in 1993, do you recall any recollection of media coverage from then?

PROSPECTIVE JUROR: No, I was in high school at that point. Wouldn't have paid attention to it.

THE COURT: Okay. Now, based on what you saw, you said within the last few months and what you may have seen this morning, have you formed any opinions about the case based upon what you heard or saw?

PROSPECTIVE JUROR: No, because there's not a whole lot of facts in the media. Just that someone got charged.

THE COURT: Okay. Do you think there's anything that you learned through the media that would prevent-- make it difficult for you to be fair and impartial in hearing all the facts of the case?

PROSPECTIVE JUROR: No. I don't think so.

THE COURT: Okay. The prosecutor may ask you some questions and then the defense counsel may ask you some questions.

So, Mr. Burling, if you're ready.

MR. BURLING: Thank you, your Honor.

Good afternoon. Now, that I see you in person, I know I've seen you before up in the prosecutor's office because you work for the department of health.

PROSPECTIVE JUROR: I did. Correct.

MR. BURLING: Okay. When you have been up there, had you ever heard us discussing this case at all?

PROSPECTIVE JUROR: No.

MR. BURLING: Okay. Other than in these reports seeing that someone had finally been charged in the case, do you remember any other details about what was in these stories or on the news?

PROSPECTIVE JUROR: Just that it was old DNA, that it was like a cold case and at they used DNA to supposedly find the right person.

MR. BURLING: Okay. And being aware of that in this case did that lead you to draw any conclusions on your own

about what must have happened in the case?

PROSPECTIVE JUROR: No. It's innocent until proven guilty; that's how our justice system works, so.

MR. BURLING: So, if selected for this jury, you would be able to put aside anything that you read in the media and make your decision solely based on what's presented in the courtroom?

PROSPECTIVE JUROR: Correct. Yes.

MR. BURLING: Thank you. I have no further questions.

THE COURT: Okay, Mr. Marein.

MR. MAREIN: Briefly.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: Hello.

PROSPECTIVE JUROR: Hi.

MR. MAREIN: I don't think I missed this. If I did, then you'll correct me. But you had indicated that you heard of this from the television prior to today.

PROSPECTIVE JUROR: Correct.

MR. MAREIN: And in that regard that somebody had been identified and arrested.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: And then of course this morning there was something on the television as well.

PROSPECTIVE JUROR: Correct.

MR. MAREIN: And you also told us that you recall that it was DNA that solved the mystery.

PROSPECTIVE JUROR: As far as they found someone.

MR. MAREIN: Okay. But what you didn't tell me, and I'm hoping you would now --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- is what do you recall was the description of the case?

PROSPECTIVE JUROR: That it was a cold case.

MR. MAREIN: A cold case involving what? What are the details that you recall?

PROSPECTIVE JUROR: A missing

child, a dead child-- this was months ago.

MR. MAREIN: That's okay.

PROSPECTIVE JUROR: Yeah. Specific details, I mean-- just that DNA was used to find a suspect, identify a suspect.

MR. MAREIN: Do you recall in either Channel 3 or Channel 5 or any other place that you may as you reflect on it having heard something about the case, do you recall anything being said about the suspect?

PROSPECTIVE JUROR: No.

MR. MAREIN: Nothing about Gail Ritchey, the person that was arrested?

PROSPECTIVE JUROR: No, because I usually-- I mean, I just heard it and then I flipped off to the next station.

MR. MAREIN: Now, this morning was it a report that was in studio or on site at the Geauga County Courthouse?

PROSPECTIVE JUROR: What I saw was they were starting the clip about how

the trial was supposed to start today. And if I remember right, I think they are in studio.

MR. MAREIN: Okay.

PROSPECTIVE JUROR: The part I caught.

MR. MAREIN: And they didn't say anything about the specifics?

PROSPECTIVE JUROR: No.

MR. MAREIN: Okay. Now, I think it was Mr. Burling that asked whatever you had heard --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- would it impact on your ability to participate as a juror in this case. And I don't know if that's exactly how he asked it, but that's how it was formed in my mind. And your response was: Our system is innocent until proven guilty. I want you to tell me exactly what that means in the context of your participation here.

PROSPECTIVE JUROR: Until your case, your evidence, your proof of

innocence versus their-- who has the stronger evidence to show which is which, if it's innocent or guilty. Okay. That's-- if they can't prove their case then the person is innocent. The prosecution can't prove their case the person is innocent.

MR. MAREIN: Just one follow-up question on that, Judge.

How strong do you believe in that principle, innocent until proven guilty?

PROSPECTIVE JUROR: That is what this country is based on in our legal system. If you're not, if it's -- it's hard to say, you know, you're guilty all the time. Just a very hard fact in life to say someone is guilty of something without having the proof behind it.

MR. MAREIN: Okay, sir. Thank you.

PROSPECTIVE JUROR: Yup.

THE COURT: Okay. So we're all set. We'll send you back out to the room. Please continue to be patient. Don't check any of your devices. Don't

talk to the other folks about what we talked about here. Thank you so much.

- - - - - -

[ Prospective Juror 47 Exits ]

- - - - - -

THE COURT: All right. Looks like Number 48 know some things.

- - - - - -

[ Prospective Juror 48 Enters ]

- - - - - -

THE COURT: Hello there.

PROSPECTIVE JUROR: Hello.

THE COURT: We've been talking to potential jurors individually because of the responses we got on the questionnaire, specifically those folks who think they know something about the case. So what we're trying to explore now is what some things you may know about it, and specifically how did you learn about it, so we can figure out can you be fair and impartial as a juror despite what you may already know.

PROSPECTIVE JUROR: Okay.

THE COURT: So the question

would be: What things have you heard about it or do you think you know and what source of information led you to that?

PROSPECTIVE JUROR: Just, I don't know, it was a year ago or two years ago when I saw on the news the DNA testing I think it was, and that was the first I'd ever even heard of the case at all, and that's all I saw except for that the trial was starting.

THE COURT: Okay. That latter comment, did you just find that out this morning?

PROSPECTIVE JUROR: Yes, before here.

THE COURT: So let's go back to what you think you learned about a couple of years ago, and tell me the best of your recollection. First of all, what was the source of the information, TV or newspaper?

PROSPECTIVE JUROR: Yeah, probably Fox 8., either on Facebook or on the news. I don't watch a lot of the news.

I stream TV.

THE COURT: So to the best of your recollection it may have been Fox news?

PROSPECTIVE JUROR: Probably it was.

THE COURT: Okay. And what's your recollection of what you learned or at least what you heard?

PROSPECTIVE JUROR: Just with DNA testing they determined who the mother of the baby was.

THE COURT: Okay. And I think you just said you up until that point in time you had never heard about this case.

PROSPECTIVE JUROR: I had never heard about it, no.

THE COURT: Okay.

PROSPECTIVE JUROR: I didn't live in Geauga County when it happened.

THE COURT: All right.

PROSPECTIVE JUROR: So I didn't know anything about it.

THE COURT: Okay. And what

did you find out this morning?

PROSPECTIVE JUROR: Just that the trial was supposed to start today.

THE COURT: Okay. Any additional facts about the background of the case or?

PROSPECTIVE JUROR: No.

THE COURT: Or who the defendant is or anything of that nature?

PROSPECTIVE JUROR: No, I didn't click on the article.

THE COURT: Okay.

PROSPECTIVE JUROR: I just saw the headline.

THE COURT: Okay. So anything in all those experiences would make you concerned about having an open mind and being able to judge the facts fairly and impartially?

PROSPECTIVE JUROR: I don't know any facts other than what I saw.

THE COURT: I--

PROSPECTIVE JUROR: I mean, I don't think anything would influence my decisions.

THE COURT: Nothing you've heard so far would influence your decision.

PROSPECTIVE JUROR: That's all I really heard, yeah, so nothing.

THE COURT: You think you could be fair and impartial, if you get selected as a juror?

PROSPECTIVE JUROR: Absolutely.

THE COURT: Okay.
Mr. Burling, do you have any questions?

MR. BURLING: Thank you, your Honor. Just briefly.

Good afternoon.

PROSPECTIVE JUROR: Hi.

MR. BURLING: You mentioned, sounds like the only real detail that kind of stuck out was the DNA testing?

PROSPECTIVE JUROR: Yeah.

MR. BURLING: Knowing that that happened here, did that lead you to draw any conclusions yourself at this point about what must have happened in the case?

PROSPECTIVE JUROR: I have no

idea. I mean, I don't know.

MR. BURLING: But, again, knowing that information would you be able to put that aside and base your decision purely on what's presented in the courtroom, if you were selected?

PROSPECTIVE JUROR: Yes. You can't always believe everything you read, so. I tell my son that all the time. Don't believe everything somebody tells you and everything you read; you come to your own conclusions.

MR. BURLING: Thank you. I have no further questions.

THE COURT: Okay.

Mr. Marein.

MR. MAREIN: Hi.

PROSPECTIVE JUROR: Hi.

MR. MAREIN: So if I asked you, which I'm going to right now: What is this case about based upon what you know about it? What would you tell me you know about it?

PROSPECTIVE JUROR: A baby that was found deceased and they finally

figured out who the mother of the baby was.

MR. MAREIN: Okay. Do you know how the baby became deceased?

PROSPECTIVE JUROR: I don't.

MR. MAREIN: Did you learn any information about the birth mother?

PROSPECTIVE JUROR: Nope. I didn't even really recognize the name this morning when I heard it.

MR. MAREIN: Okay. And then it was just this morning that you learned that the case involved a child?

PROSPECTIVE JUROR: Yes. Yeah. Here.

MR. MAREIN: Do you ever-- are you a computer person?

PROSPECTIVE JUROR: Not savvy but-- no. I'm on Facebook.

MR. MAREIN: So you do go on Facebook?

PROSPECTIVE JUROR: I go on Facebook.

MR. MAREIN: Have you ever looked on Facebook about this case?

PROSPECTIVE JUROR: No.

MR. MAREIN: Or heard anything or read anything on Facebook?

PROSPECTIVE JUROR: No. Nu-ugh.

MR. MAREIN: Nothing? Never read a newspaper article?

PROSPECTIVE JUROR: I don't recall if I have or not. I don't believe I have. I don't normally read the newspaper even.

MR. MAREIN: Uh-huh.

PROSPECTIVE JUROR: I'm a single Mom. I don't have time for that. My father never let me sit down and read the newspaper anyways.

MR. MAREIN: Thank you, ma'am.

THE COURT: All right.

Ma'am?

PROSPECTIVE JUROR: Oh.

THE COURT: No, that's okay. No more questions. But we're sending you back out, just with the additional admonishment: Don't talk with others about what we were talking about back here. Please don't check your devices

about news about the case and same instructions as before. We do appreciate you being candid on your questionnaire in answering your questions. Thank you.

PROSPECTIVE JUROR: Okay.

- - - - - -

[ Prospective Juror 48 Exits ]

- - - - - -

THE COURT: So 52 is one of those who simply answered question number six as "yes" but she apparently knows nothing about the case otherwise, so we'll defer for the moment for her. Which according to my list takes us to the last one Number 55 who says might know some things about the case. So 55.

- - - - - -

[ Prospective Juror 55 Enters ]

- - - - - -

THE COURT: Thank you, sir --

PROSPECTIVE JUROR: Good afternoon.

THE COURT: -- for showing up today --

PROSPECTIVE JUROR: Yes.

THE COURT: -- and doing your duty and submitting now to a few extra questions. Please have a seat and get comfortable.

PROSPECTIVE JUROR: That's an understatement. I'm not comfortable.

THE COURT: You say you are not comfortable?

PROSPECTIVE JUROR: No.

THE COURT: Yeah. It's been a long day. Sorry about that.

PROSPECTIVE JUROR: Sciatica got to me.

THE COURT: So, I'm going to ask you some additional questions and then perhaps two of the lawyers might. But the reason we called you back is because on your juror questionnaire you responded to question number one that you know some things about this case. So what we want to know is what do you think you know about the case? How did you learn it and does it affect your ability to be fair and impartial? So

let's start with: What do you think you know?

PROSPECTIVE JUROR: Well, I see my mother every day. Morning and evening. And she called me and said something about on the TV about the case. And I hadn't, you know, I -- it happened to be this case. And I didn't know at the time.

THE COURT: So you're saying -- was this a phone call yesterday maybe?

PROSPECTIVE JUROR: Last night.

THE COURT: Last night. Okay. So prior to her alerting you that this case was coming up in the courts, did you know anything about this case?

PROSPECTIVE JUROR: Not really. It's an old case, isn't it?

THE COURT: Well, it has got some years on it. But when you say "not really"--

PROSPECTIVE JUROR: So if I dug back in here, you know, I don't know if I could remember but I'm sure there's

something in there that would come out if I tugged deep enough.

THE COURT: Well, that's what we want you to do.

PROSPECTIVE JUROR: I just have a lot going on in the last year. I lost my fiance and my brother. And I got hit by a car up here in town and I still got my rib bothering me and I probably have to go in for surgery because it's maybe not healing and then another surgery. I'm postponing them. I don't think I'm ready, you know.

THE COURT: Well, sorry to hear all that.

PROSPECTIVE JUROR: Yeah.

THE COURT: But that does lead to a question--

PROSPECTIVE JUROR: Other than that, I'm healthy. I served my country in the Marine Corp, you know.

THE COURT: So you don't have a specific recollection prior to your mother's phone call. You may have learned about this case somewhere over

the recent years but you don't remember what you learned or how you learned it.

PROSPECTIVE JUROR: No. Not really.

THE COURT: Okay. And based upon the phone conversation with your mother, did that cause you to do any further research on it or did she tell you anything about the case?

PROSPECTIVE JUROR: No.

THE COURT: Okay.

PROSPECTIVE JUROR: Just that it happened in the field or something.

THE COURT: Yeah, all right. Why don't you just elaborate that a little bit. What did she tell you about happening in the field? What does that mean?

PROSPECTIVE JUROR: I guess found a child and this woman.

THE COURT: Is that pretty much what you know?

PROSPECTIVE JUROR: [ Indicating affirmatively ]

THE COURT: Anything about

what little background you got that would cause you to think you couldn't be fair and impartial if you got selected as a juror?

PROSPECTIVE JUROR: I lost my child. You know, it's tough.

THE COURT: All right. How would that impact your ability to listen to the facts in this case?

PROSPECTIVE JUROR: I don't know. It depends on how it transpired and what transpired. Speculated guess, you know.

THE COURT: Okay. You're just saying-- how old was the child that you lost, if you don't mind me asking.

PROSPECTIVE JUROR: In his 20's.

THE COURT: Okay. So you're just saying that brings out an emotion in you that if there's a death of a child in this --

PROSPECTIVE JUROR: Sure.

THE COURT: -- case that might impact you.

PROSPECTIVE JUROR: You know, losses are always tough.

THE COURT: All right. Okay. And one last question since you brought it up: If you were selected as a juror, are the physical issues that you're having would they make it difficult for you to sit and listen to what could be hours of testimony?

PROSPECTIVE JUROR: Today it has. I've been up and down, this and that. It's been 20 years. Then, you know, I have good years or good months or whatever and, I don't know, all of a sudden, you know, maybe it's the accident with the rib, that's not helped it.

THE COURT: Okay. All right.

Mr. Burling, any questions?

MR. BURLING: Sure. Yes, your Honor. Thank you.

I'll try to keep this brief. You said your Mom has kind of filled you in on a little bit of the details in this case. Did she say where she had learned the details?

PROSPECTIVE JUROR: This was on

the news.

MR. BURLING: And did she say what sources? Any specific channels or newspapers or anything?

PROSPECTIVE JUROR: No. No. She just told me that it would be interesting, you know, and I thought okay.

MR. BURLING: Well, other than expressing the thought that it might be interesting, did she express any thoughts to you about what she thought happened?

PROSPECTIVE JUROR: No. Never went that far.

MR. BURLING: Okay. And based on what she had told you, did that lead you to draw any conclusion about what you thought might have happened in the case?

PROSPECTIVE JUROR: No.

MR. BURLING: I have nothing further. Thank you.

PROSPECTIVE JUROR: Okay. Anybody else?

MR. MAREIN: Yeah, I have a couple questions for you.

I want to, again, talk to you about your conversation with your Mom. But since you brought it up, the physical problems that you're having today, can you describe them with a little more detail?

PROSPECTIVE JUROR: I don't know if you ever broke a rib, it's like a spasm. So all of a sudden it just comes on. You don't know and it's not fun. I'm not taking anything for it because I thought I was getting better. Then-- if I take ibuprofen that's kind of hard on your GI tract. And I'll be in the morning, and I'll be late getting to the courtroom because I have to go five, six times, you know. It's happened, you know, in the past.

MR. MAREIN: Yeah, I broke a rib before. I know what you're talking about.

PROSPECTIVE JUROR: Yeah, they said number eight and they said it's

almost punctured and I said that's nice.

MR. MAREIN: So--

PROSPECTIVE JUROR: And the people took off and, you know, here I am.

MR. MAREIN: If the rib would continue to be problematic as it is today, would it interfere with you sitting in a chair listening to evidence presentation and testimony for six-plus hours a day?

PROSPECTIVE JUROR: Six hours, that might be pushing it; that's a lot.

MR. MAREIN: Today is it --

PROSPECTIVE JUROR: For lunch, I was glad when lunch came around. I could stretch and kinda, you know, when I stand it seems to be better.

MR. MAREIN: So how about now that you're back and sitting? Still problematic?

PROSPECTIVE JUROR: Yeah, I was you know, I get up and stretch. I just for some reason when I sit still or like this, it's not fun. You know, a little shortness of breath and the spasms come.

MR. MAREIN: Yeah, I noticed that, that you're a little short on breath. Is that a physical condition or is that just because you're grimacing because it hurts?

PROSPECTIVE JUROR: Part. Yeah. I have to go back in and they're gonna take like a MRI. Make sure this is okay because I got whacked in the head too when I went flying.

MR. MAREIN: So when you learned about this case from the conversation with your Mom, how did that call come about? Did you call her? Did she call you?

PROSPECTIVE JUROR: No. She called me which is good because I like to hear from her, make sure she's okay. She's getting up there.

MR. MAREIN: And so she called you. Did she know that you were going in today for jury duty?

PROSPECTIVE JUROR: I think she got the paperwork.

MR. MAREIN: So the paperwork

came to her house?

PROSPECTIVE JUROR: Yeah.

MR. MAREIN: And so she called you to say: Hey --

PROSPECTIVE JUROR: She's done jury duty. Here's your paperwork kind of thing.

MR. MAREIN: -- and I want to advise you on the case you're going in on.

PROSPECTIVE JUROR: She didn't know anything about I was going in on this case.

MR. MAREIN: I'm sorry?

PROSPECTIVE JUROR: She didn't know anything about this case. I didn't either. Just so happens she saw it on the TV and said something to me; that's all.

MR. MAREIN: Okay. And so she saw on the television, was that before she called you?

PROSPECTIVE JUROR: Yes.

MR. MAREIN: Okay. And do you recall as you sit here right now,

because it's pretty important that we try to reflect upon exactly what information she imparted on you, what do you recall her telling you about the person that was charged in this case?

PROSPECTIVE JUROR: She didn't say anything about being charged.

MR. MAREIN: Nothing about being charged?

PROSPECTIVE JUROR: No.

MR. MAREIN: Nothing about the person?

PROSPECTIVE JUROR: She just said I wonder if that's the case you're gonna be, you know, that's pretty much what it was.

MR. MAREIN: Okay.

PROSPECTIVE JUROR: I didn't know. She didn't know. You know, just something came on the news.

MR. MAREIN: And before that, that conversation --

PROSPECTIVE JUROR: Nothing.

MR. MAREIN: -- you heard nor knew anything about the case?

PROSPECTIVE JUROR: No.

MR. MAREIN: Okay. All right. Semper Fi.

PROSPECTIVE JUROR: Semper Fi.

THE COURT: One last follow-up question. I know you've expressed some concern about having to sit for hours. If I were to tell you that we do take regular breaks, we're not taking very many today because we're trying to cover a lot of ground for today. But once the trial starts, we typically take a couple of breaks in the morning, couple of breaks in the afternoon. Do you think that would enable you better to pay attention and to participate?

PROSPECTIVE JUROR: Every day is different. Today just happens to be one of the bad ones.

THE COURT: Better?

PROSPECTIVE JUROR: No. Bad ones.

THE COURT: Bad ones. Okay.

Well, that's all. I just wanted to make sure you understand that. All

right. Well, thanks. You can go back out.

PROSPECTIVE JUROR: All right.

THE COURT: Please don't talk with anybody about what you discussed here today and stay off the media. Don't even tell your mother.

PROSPECTIVE JUROR: I won't.

THE COURT: Okay.

- - - - - -

[ Prospective Juror 55 Exits ]

- - - - - -

THE COURT: All right. So two questions. Two questions. I don't think we have anybody left to interview but I think there have been four or five people about question six. So one question is: Since it's only 2:30, do we want to do them individually or do we want to do them as part of the general voir dire?

And, secondly, do we want to discuss now any for cause objections of the folks that we've been through?

MR. BRADLEY: I'm in favor of

more individual voir dire in the people that have talked about the-- answered "yes" to question six. Why don't we get through those individuals and then maybe before we head back out there we can talk about any cause challenges.

THE COURT: Okay.

MR. BRADLEY: Prospective juror Number 2 has one question they did not answer, so maybe --

MR. MAREIN: You're talking about 22.

MR. BRADLEY: Yeah, I thought I said 22. Question number five was unanswered.

THE COURT: Mr. Burling, did you have any reaction to Mr. Bradley's suggestion?

MR. BURLING: So I'm looking at I believe that would be six more people?

THE COURT: Is it six? I was hoping it was less than that. Let me check.

MR. BURLING: I'm showing 13, 27, 31, 34, 43 and 52.

THE COURT: Okay.

MR. MAREIN: Nick, could I have those numbers, please?

MR. BURLING: Sure: 13, 27, 31, 34, 43, and 52.

MR. MAREIN: Thank you, sir.

MR. BURLING: Well, your Honor. I mean, we're back here. We've been doing it. I guess, I'm not opposed to trying to get through them.

THE COURT: All right. Let's take a five minute break before we start up.

So, Vicki, the next one you would be bringing back in is 13.

THE BAILIFF: Do you want me to take 22 and have her fill out that, or him. Number 5 on the questionnaire.

THE COURT: You know, that makes sense.

THE BAILIFF: We're taking a five minute break?

THE COURT: Is everybody okay with that, if Vicki just takes the questionnaire back and says: You gotta

fill it out. And if that person says: I don't know if I ever have, then that's the answer.

THE BAILIFF: Okay.

THE COURT: Okay. We're adjourned for five minutes.

- - - - - -

[ Brief recess had ]

- - - - - -

[ Prospective Juror 13 Enters ]

- - - - - -

THE COURT: Hello, Prospective Juror Number 13. You got to make a second trip back here. Sorry about the confusion.

PROSPECTIVE JUROR: No. That's okay.

THE COURT: The reason that we want to talk to you individually is the way you answered question number six on the questionnaire where you indicated that the nature of this case might be upsetting to you and you listed that you just became a grandmother.

PROSPECTIVE JUROR: Yes. Umm, I

think I'm a person that wears my heart on my shoulder. And I gotta be truthful, I figured maybe someone got shot in a robbery. I mean, I'm 62 years old. I've never done jury duty. I get emotional but, I mean, I tell the truth. You try to keep an open mind. It's just an upsetting case. When I looked at it I'm like: Oh, my gosh. I just-- guilty or not just that-- just because I know of people trying to have children and that was the reason I wrote that down. I wanted to be honest.

THE COURT: Okay.

PROSPECTIVE JUROR: I mean, if they had a camera on me. They had to see my face when I read it. I went: Oh God.

THE COURT: So what were you reading that--

PROSPECTIVE JUROR: The fact that it's a newborn, a child.

THE COURT: I know. But did you see something in a news media that you said you were reading?

PROSPECTIVE JUROR: That's the thing. I don't Facebook. I don't do -- I don't even read my e-mail from my smartphone. The only reason I got it is because I became a grandmother. For a year now I've had my phone but I'm so out of the loop. And I just, yeah, I don't know.

THE COURT: Okay. So what our task is in doing these voir dires is to find people that can be fair and impartial.

PROSPECTIVE JUROR: Uh-huh.

THE COURT: And I guess while I can understand that you could be emotional where there is going to be testimony --

PROSPECTIVE JUROR: I think that's what it was. It just hit me because that isn't what I-- I don't know what I thought this would be but I just -- it hit me and I just put down right away what I felt.

THE COURT: Okay. And do you feel that you can put those strong

emotions to the side and listen to the evidence with an open mind?

PROSPECTIVE JUROR: I could sure try. I would do my best.

THE COURT: And do you think that given the fact that--

PROSPECTIVE JUROR: You have to know all the circumstances. I mean, I guess with everything I just -- I just never did this before.

THE COURT: All right. Well, that's going to be the case for virtually -- a high percentage of--

PROSPECTIVE JUROR: I've only lived in this area a little over a year. We're temporarily living with my Dad. Our house sold really quick and we have no -- he didn't want us wasting money on just settling buying something.

So when-- when you even said if people are outside, media. I'm thinking: Oh my gosh. What is this? I mean, I get made fun of because I'm kind of naive, so.

THE COURT: Okay. So I want

to make you focus on whether or not you think despite all the reservations you have about sitting on a jury on this type of case --

PROSPECTIVE JUROR: Uh-huh.

THE COURT: -- do you think you can be fair and impartial in --

PROSPECTIVE JUROR: Yes.

THE COURT: -- ultimately rendering a decision?

PROSPECTIVE JUROR: I do.

THE COURT: Okay. You're saying it would be tough for you but you believe that you could put that aside.

PROSPECTIVE JUROR: Right. If you guys see me holding a rosary, well, it's just because I want to do the right thing and be honest. Integrity is everything.

THE COURT: Okay. That's what we're asking for.

So I'm going to allow the prosecutor to ask you what he might want to and then Mr. Marein in the dark suit will probably --

PROSPECTIVE JUROR: Okay.
THE COURT: -- have some questions.
PROSPECTIVE JUROR: That's fine.
MR. BURLING: Good afternoon.
PROSPECTIVE JUROR: Good afternoon.
MR. BURLING: So I was just curious, you obviously had an emotional response to--
PROSPECTIVE JUROR: When I seen why, yes. And I knew nothing. Don't know nothing. Don't know zilch. I'm being honest with you.
MR. BURLING: And that's what, we appreciate that.
PROSPECTIVE JUROR: Uh-huh.
MR. BURLING: But I'm curious, that emotional response, did that lead you to immediately jump to any conclusions that--
PROSPECTIVE JUROR: No. It led me to think about my grandson who was just born; that's what it made me think of and my heart sank. I mean, I just

became a grandma. He's only two months old.

MR. BURLING: Okay. Well--

PROSPECTIVE JUROR: And I have times two, not because it's a twin. It's the second grandchild. I should have put that on there. I'm sorry.

MR. BURLING: That's all right. But just the fact that you have this recent connection to a newborn child --

PROSPECTIVE JUROR: Right. That's --

MR. BURLING: -- do you see that as swaying you at all when you are--

PROSPECTIVE JUROR: No.

MR. BURLING: -- listening to evidence in the case?

PROSPECTIVE JUROR: It's the scenario. It's just like if this would have been a case where someone-- I have a nephew right now, 17 and he needs a kidney. I thought I could be a good donor. I was not a match. It took me a few days to get over that. When someone

that young goes through some things -- I don't know.

MR. BURLING: Do you see at all maybe being confronted being distracted by the fact that you have this new grandson while you're listening to the evidence, you know, maybe causing--

PROSPECTIVE JUROR: No. I think--

MR. BURLING: -- you to think about him?

PROSPECTIVE JUROR: I think I would be okay.

MR. BURLING: So I think you kind of answered this but do you think you could separate in your mind your new grandson from --

PROSPECTIVE JUROR: Yeah, that would be hard but I think I could because you have to know both sides.

Just, I guess an example-- well, you don't want to hear that, but.

MR. BURLING: Well--

PROSPECTIVE JUROR: No. I was gonna say like some women who get an abortion. I mean, you have to know both

sides. You have to know what the situation is.

MR. BURLING: Okay. So, again, even though you've had this emotional response to hearing what it's about you--

PROSPECTIVE JUROR: Right.

MR. BURLING: -- could separate that?

PROSPECTIVE JUROR: I know it probably sounds pretty silly. Like I said, I thought I was coming in maybe like a robbery at a bank. I don't know.

MR. BURLING: Uh-huh.

PROSPECTIVE JUROR: Sorry if I sound goofy. I'm just being honest.

MR. BURLING: No, you're being honest. I appreciate that. Thank you.

And I don't have any further questions.

PROSPECTIVE JUROR: You're welcome.

THE COURT: Mr. Marein.

MR. MAREIN: So if you thought you were nervous before, now I'm gonna

question you.

PROSPECTIVE JUROR: Okay. That's okay.

MR. MAREIN: No. Actually no. You don't sound silly. You sound like somebody that is --

PROSPECTIVE JUROR: Well, this is someone's life and--

MR. MAREIN: -- genuinely concerned.

PROSPECTIVE JUROR: Yeah.

THE COURT: Miss Welich, I'm going to ask you to do one thing for me. It's really hard for the court reporter because you have a tendency to not wait until the question's done. So it makes her life difficult so --

PROSPECTIVE JUROR: I'm sorry.

THE COURT: That's okay. This is a new role for 'ya. So let Mr. Marein finish his questions and then --

PROSPECTIVE JUROR: Okay.

MR. MAREIN: See, usually when you make that mistake we have these electrodes on that chair and we just

ignite them but not this time around. You got a break.
While answering the prosecutor's questions I'm looking very closely at you --
PROSPECTIVE JUROR: Uh-huh.
MR. MAREIN: -- as you're probably studying the room as well.
PROSPECTIVE JUROR: I think this is odd that there's this many people here but yes. I did this at church one time to be a church counsel but okay.
MR. MAREIN: And you looked like you were, I mean, that close [Indicating] to getting emotional and I want--
PROSPECTIVE JUROR: I think nervous from being in here.
MR. MAREIN: We're all pretty nice people and there's nothing to be nervous about. But you recognize how important of a situation this is.
PROSPECTIVE JUROR: Uh-huh.
MR. MAREIN: So you've told us that you really don't know anything

about the case other than when you were filling out the questionnaire this morning.

PROSPECTIVE JUROR: If you were to ask me the name of the defendant, I couldn't even tell you. I don't know.

MR. MAREIN: And the fact, though, that you read what you read --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- in filling out the questionnaire that necessarily invoked an emotional response from you.

PROSPECTIVE JUROR: Correct.

MR. MAREIN: Now, you say that you wear your heart on your shoulders.

PROSPECTIVE JUROR: Uh-huh. Sometimes I talk too much and say more than I probably should.

MR. MAREIN: Okay. That's all right.

PROSPECTIVE JUROR: But this, I mean, you can't talk about this. I mean, you know, I want to do whatever the rules, the laws, are. I'm Italian too. I use my hands. I'm sorry.

MR. MAREIN: That's okay. I guess the sense I'm getting is the subject matter itself is just terribly upsetting.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: And we understand that. But what I need to understand from you is that as Grandma --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- and as a religious person, obviously if you're holding the rosary --

PROSPECTIVE JUROR: I guess I'm not allowed to do that. If I was--

MR. MAREIN: You do what you have to do from a religious perspective. But my question is, is with that religious background, the fact that you're a Grandma --

PROSPECTIVE JUROR: Uh-huh.

THE COURT: -- the fact that the subject matter is upsetting --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- as you sit here recognizing how important and

serious of a case this is, do you think you can be impartial going into this just keeping an open mind and listening to the evidence?

PROSPECTIVE JUROR: I would do my best. Yup. I wouldn't see pictures of anything, would I?

MR. MAREIN: Now--

THE COURT: You are going to see pictures.

PROSPECTIVE JUROR: That's hard.

THE COURT: It can be disturbing pictures.

MR. MAREIN: Yeah, that was going to be my very next question.

PROSPECTIVE JUROR: Okay.

MR. MAREIN: We are likely to-- you are likely to be presented with some very graphic photos of a child that was just born.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: Just delivered. And they're probably not photos that you've ever in your life seen before, but it's gonna be very important that

you be able to look at those --
PROSPECTIVE JUROR: Uh-huh.
MR. MAREIN: -- study them, and discuss them amongst your fellow jurors. Can you work hard to do that?
PROSPECTIVE JUROR: Uh-huh. I think I can.
MR. MAREIN: And you can --
PROSPECTIVE JUROR: Will I be emotional? I might. I don't want to be.
MR. MAREIN: Okay. But let me ask you this: Just because you're emotional --
PROSPECTIVE JUROR: Uh-huh.
MR. MAREIN: -- does that mean that you can't be impartial?
PROSPECTIVE JUROR: No. I mean, if people are looking at me they might read me. I don't know. I would want to be honest.
MR. MAREIN: I just want to talk about you for a minute.
PROSPECTIVE JUROR: Oh, okay.
MR. MAREIN: Let's assume that

you are sitting as a panel member on the jury in this case --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- and the subject matter, and the photos just, they trigger an emotional response and maybe you tear up.

PROSPECTIVE JUROR: Right.

MR. MAREIN: Does that mean that just because you're tearing up and/or you're sad --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- does that mean that you are not going to give--

PROSPECTIVE JUROR: No. I would have to know all the evidence.

MR. MAREIN: Okay. So you'll decide the case --

PROSPECTIVE JUROR: Right.

MR. MAREIN: -- not on your emotion but on the evidence.

Do you think that if you were for example looking at a very graphic photograph of a newborn laying in the road that was mutilated, that you're

gonna-- your instinct's tell you somebody has to be held accountable.

PROSPECTIVE JUROR: Yeah, I probably would.

MR. MAREIN: And if somebody has to be held accountable, is it the person that's sitting in this courtroom?

THE COURT: Counsel. I'm gonna instruct you not to answer that question. You got to hear all the evidence before--

PROSPECTIVE JUROR: And that's what I was just gonna say. I don't know.

MR. MAREIN: Okay. But you're gonna keep a completely open mind.

PROSPECTIVE JUROR: I'm gonna give it my best shot, sir. I've never done this before. Someone's life is on the line and someone's life is gone. I don't-- well, I like to think-- I'm 62. I've just never been a part of something that I think is really important. It could make or break somebody else's life.

MR. MAREIN: Okay. Thank you so much.
PROSPECTIVE JUROR: You're welcome.
THE COURT: All right. Thank you for your candor. You can go back.
MR. MAREIN: Do you make a good spaghetti sauce?
PROSPECTIVE JUROR: I do and it takes all day. I learned from my grandfather.
MR. MAREIN: Well, we're hoping you're gonna make a big pot for all of us.
THE COURT: When you go back out, remember, you can't talk about what we talked about.
PROSPECTIVE JUROR: Oh, no. I don't want to.
MR. MAREIN: And sausage, right?
PROSPECTIVE JUROR: Thank you.

\- - - - - -

[ Prospective Juror 13 Exits ]

\- - - - - -

THE COURT: All right.

THE BAILIFF: Twenty-seven?

THE COURT: Twenty-seven.

- - - - - -

[ Prospective Juror 27 Enters ]

- - - - - -

THE COURT: Well, thank you for your patience all day long. I know it's been tough to just sit out there, and not be allowed to look at your devices.

So in any event the reason we're doing these individual voir dires is because of the nature of some ways some people answered their questionnaires. So the one in this particular case, why we asked you to come back here, is that you indicated that the nature of the case, the charges alone, might make it difficult for you to be a juror in this case. So what we want to do is explore what you meant by that and talk about those feelings.

So why don't we just throw it open-ended and you tell me why you think

the nature of this case could upset you?

PROSPECTIVE JUROR: So, when I was in high school I was in a school shooting and that resulted in, like, the death, murder of some of my classmates. And since that I've been professionally diagnosed with PTSD and some other mental health issues. Not sure how you want to frame that. But, so I'm hesitant because of that basically.

THE COURT: I see. Okay. I'm assuming you're referring to the Chardon school shooting?

PROSPECTIVE JUROR: Uh-huh.

THE COURT: Okay. Yeah, that's had quite an impact on a lot of people. So, knowing that and of course what the facts of this are gonna be are nothing remotely similar to what you have been through, but nevertheless there's a death involved in this case. And so do you think those emotions that arise and that you have been wrestling with ever since the shootings, do you think that they would prevent you from

being objective and open-minded in this case?

PROSPECTIVE JUROR: No.

THE COURT: And impartial; that's critical for everyone to know also. Do you think because you have been through a violent episode in your own life, do you think that that would cause you to react in any particular way?

PROSPECTIVE JUROR: No.

THE COURT: Okay. And do you think that the-- I don't know that, the conditions that you still experience, do you think that they would cause you to struggle with paying attention and listening to all the evidence?

PROSPECTIVE JUROR: That's what I wasn't sure about.

THE COURT: All right. Well then, just elaborate on that a little bit more.

PROSPECTIVE JUROR: So part of my PTSD is I have disassociation. So sometimes, I can't speak to it super

eloquently, but sometimes I kind of zone out in a way, if things start making me feel uncomfortable. And I can't really-- I don't have, like-- I haven't figured out the pattern in which, like, I get triggered yet, so I can't control, like, my disassociation very well.

THE COURT: Uh-huh.

PROSPECTIVE JUROR: It's something that I'm working on, like, a lot but there might be something that kind of just forces me to like mentally shut down and not be one hundred percent, like, present.

THE COURT: Okay.

PROSPECTIVE JUROR: If that makes sense.

THE COURT: Can you identify what's the trigger that sort of reaction?

PROSPECTIVE JUROR: It's like one of the things that I just can't predict. It's usually just when I start feeling overwhelmed. Like, if I'm in, like, a chaotic situation whether it's-- not

like chaotic in the way where I am, like, there's people running around or screaming. Just, like, there's --

THE COURT: Uh-huh.

PROSPECTIVE JUROR: I don't know how to explain it but it's hard for me to know when it's coming and what the cause of it is.

THE COURT: Okay. Well, we realize these are deeply personal questions. Sorry we're putting you through it. Thank you for being honest in your answers with us.

Mr. Burling, on behalf of the State probably has some questions for you then Mr. Marein for the defendant also.

MR. BURLING: Good afternoon. So going back to things that may cause you to disassociate, you said things are chaotic. Would something like, if you were sitting on the jury having to look at graphic images a body, is that something you think might cause you to disassociate?

PROSPECTIVE JUROR: I don't think so, no.

MR. BURLING: Okay. If you were to disassociate or go through what you were explaining, once you get back to normal, do you remember what had occurred during that period of time?

PROSPECTIVE JUROR: Yeah, I remember. When I disassociate I remember everything. I have a hard time communicating like verbally. Like I have a bunch of thoughts going on in my head but it's hard for me to speak to them. But I remember. I remember everything.

MR. BURLING: Okay. And you may have already touched on this but does this happen frequently or -- I know you said you don't really know what triggers it. Like in a normal week would you have it several times or?

PROSPECTIVE JUROR: This has been something I have been working on for a number of years now. So I see a therapist, a psychiatrist, I've done

EMDR which is like more complex for complex trauma. And I'm on medication, so it happens a lot less frequently. I take medication specifically for my disassociation as well as just depression and more normal, like, regular mental health issues. But it hasn't happened as frequently since I have been starting my medication. I would say maybe about, like, once a week at this point. It's kind of hard for me to, like, give a specific number to that though.

MR. BURLING: Okay. And you mentioned seeing a psychiatrist and other doctors. Is that something -- do you see a doctor weekly or is it just--

PROSPECTIVE JUROR: I see my therapist weekly. I see my psychiatrist about every four to six weeks. I just saw her last week. And then EMDR, I've kind of stopped that for a little bit because it was, like, a lot at once. But when I was doing EMDR it was on a weekly basis as well.

MR. BURLING: So you mentioned seeing a therapist weekly. So if you were to sit on this trial and this trial took, you know, through the end of the week and you potentially had to miss a therapist appointment, is that something that you think might affect your ability to deal with any issues?

PROSPECTIVE JUROR: No.

MR. BURLING: Okay. Thank you.

I don't have any further questions.

THE COURT: Mr. Marein.

MR. BRADLEY: Thank you, Judge.

Hello.

PROSPECTIVE JUROR: Hi.

MR. MAREIN: How shortly after the shooting incident which I think was, just had it's tenth anniversary, right?

PROSPECTIVE JUROR: Yeah. 2012.

MR. MAREIN: How shortly after that did you seek counseling?

PROSPECTIVE JUROR: So the school, like, automatically had us do counseling during, like, school hours. But on my

personal time, it honestly wasn't until I was out of college where I, like, fully understood myself a bit better. So I have been seeing and actively getting help for about four years now.

MR. MAREIN: And what was it that triggered you on your own to go out and seek professional assistance in dealing with whatever emotions you were experiencing?

PROSPECTIVE JUROR: There was a specific shooting, mass shooting, that happened that because of my disassociation I was able to, like, kind of shut a lot of things down to protect myself. But there was a specific mass shooting that happened and it was all over the news where I had a really severe panic attack that I like literally thought I was dying.

And it was after that moment where I was like, I really need to better control that. I haven't had one as severe as that incident since then, but it was severe enough where I, like, have

to stop ignoring the problem.

MR. MAREIN: Was that the first panic attack that you had experienced?

PROSPECTIVE JUROR: I had them at smaller scales; that was certainly the most extreme one that I ever had.

MR. MAREIN: And did the panic attack occur after the Chardon incident or were you experiencing them on some level before?

PROSPECTIVE JUROR: After.

MR. MAREIN: Okay. And so you began seeing a medical doctor, a psychiatrist.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: And I think you indicate that you were prescribed medication and you're still on medication.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: Would you mind sharing with me what the medication is?

PROSPECTIVE JUROR: I'm gonna butcher the names.

MR. MAREIN: That's okay.

PROSPECTIVE JUROR: Effexor is the medication I take for depression. The disassociation one, I'm completely blanking on the name of. I think it starts with an "S". I'm sorry.

MR. MAREIN: That's okay. You don't have to apologize.

PROSPECTIVE JUROR: I feel like it's something I should know.

THE COURT: You know where the bottle is.

PROSPECTIVE JUROR: Yeah. Pretty much.

MR. MAREIN: The Effexor, can you explain the physiological affect that you experience when you ingest the drug?

PROSPECTIVE JUROR: I guess it makes my highs less high and my lows less low. It kind evens out my mood. I'm not sure exactly.

MR. MAREIN: Does it slow you down?

PROSPECTIVE JUROR: No.

MR. MAREIN: Okay. And then that is for the depression.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: And is the depression, was that something that occurred after the shooting or were you experiencing depression before? And I'm asking this because I'm trying to get a gauge of how long you have been having some emotional issues.

PROSPECTIVE JUROR: Yeah. The depression was happening prior to the shooting. I think the shooting was kind of the trigger that enhanced it and added some other mental health layers to it.

MR. MAREIN: And while I'm not-- at one point in college I wanted to study psychology. I never did it. I take the disassociation, is that the defense mechanism to kind of push back from what you're hearing?

PROSPECTIVE JUROR: Yes.

MR. MAREIN: And I think you indicated that while you are in that

dis-associative state, you know what you are hearing and you remember, but it's hard for you to articulate what it is that you heard. Okay?

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: I mean, am I accurate with that or is that--

PROSPECTIVE JUROR: Yeah. Yes.

MR. MAREIN: Okay. So I want to take one step towards your potential participation in this case. Hypothetically speaking, let's assume that you are participating and that the evidence is pretty emotional and you begin experiencing a disassociation.

Now, you're back in during the deliberation room and you've got to talk about the case and what you've learned during the course of the trial with 11 other people. If it is hard for you to articulate when you are in a dis-associative state, how are you gonna do that in this case?

PROSPECTIVE JUROR: That's a great question. Honestly, I don't know.

MR. MAREIN: I am-- and I want-- this has nothing to do with me. I want this to be your words, but I want to preface it with what my concern is. My concern is that this is going to be really an emotional and traumatic experience for a lot of people.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: And viewing those graphic photographs, we're not just talking about a body. We're talking about a little baby that's been mutilated laying in the road. And there's gonna be a lot of graphic discussion about the facts and circumstances. And my fear is that it triggers something because you can't help it one way or another. It just happens, is that right?

PROSPECTIVE JUROR: That's correct.

MR. MAREIN: That it's gonna impact, not that you want it to impact, but it's going to impact your ability to be a participant in the free discussion

of the case during deliberation.
What's your thought?

PROSPECTIVE JUROR: I think -- so I've been dealing, coping with this for quite a while. I've gotten better at being more of an active participate in life, not to sound dramatic, but I honestly don't know how I would react, if I were to be put in that situation.

MR. MAREIN: Let me tell you, I wouldn't wish the experience you had on anybody and so we understand. I think all of us do. And I can't thank you enough for telling us about this because I know it's so personal but this is so important. Thank you.

THE COURT: Okay. Well, that's our questions. So we'll send you back out to the rest of the group. And please just remember not to discuss it and not to discuss what we asked you or what your answer might have been. Stay off your devices, please.

PROSPECTIVE JUROR: Okay.

THE COURT: We're going as

fast as we can.

PROSPECTIVE JUROR: Yeah. Thank you.

- - - - - -

[ Prospective Juror 27 Exits ]

- - - - - -

THE BAILIFF: Thirty-one?

THE COURT: Yupper.

- - - - - -

[ Prospective Juror 31 Enters ]

- - - - - -

THE COURT: Hello.

PROSPECTIVE JUROR: Hi.

THE COURT: Don't worry. You're really not on the hot seat. Thank you for being patient out there. I know it's been a long day without anything to really occupy your time. We understand that and appreciate your attention to this whole matter.

The reason we called you in to talk to you individually was because of one of the responses that you gave on your juror questionnaire. Specifically, you indicated that there might be

something about the nature of these charges that would make it difficult for you to be a juror in the case, so we're here now to explore that with you and find out what it is that makes you uncomfortable.

PROSPECTIVE JUROR: Well, I've never been on jury duty in my life, and I just don't see me as making a decision about something that important. You know, I mean, I don't know that I could or couldn't because I never did it.

THE COURT: Uh-huh.

PROSPECTIVE JUROR: But it seems a little hard to, you know, it would be different if it was drunk driving or something, but murder just seems a little scary, you know. I guess I just don't know how to explain it. I just don't know how I would react.

THE COURT: Very few people ever are in the prospective jurors' shoes that you're all in right now. These are serious charges and so I think it's understandable that you would

express concerns like that.

Do you think though, despite your uncertainty, do you think that you're capable of listening to all the evidence that both sides are gonna present in this case and then in consultation with fellow jurors be able to reach some kind of judgment in the case?

PROSPECTIVE JUROR: Well, I could listen and, yeah, I think I could do that.

THE COURT: Because you understand you're not the only person making the decision.

PROSPECTIVE JUROR: Right. Right. Right.

THE COURT: There will be other people.

PROSPECTIVE JUROR: Right.

THE COURT: Do you think you can be fair and impartial knowing that it's serious charges?

PROSPECTIVE JUROR: Yeah. That's where the scary part comes in because you don't ever know if you're right or

wrong, you know. Like, I don't know. I might feel different and I don't know for sure how that person feels. You know the person on trial you don't know what they're thinking or how they felt or why they did it. So that part would just be a little hard but I think I could.

THE COURT: Okay.

PROSPECTIVE JUROR: I guess, if I had to.

THE COURT: Your preference would be to start smaller.

PROSPECTIVE JUROR: Well, yeah. Like something simpler, you know, where you could just look at someone and you could judge people sometimes how they look but I don't think in murder.

THE COURT: Okay. Well, this is a case that's gonna take some days to put all the evidence on, so it's not something that we can rush through quickly.

So I appreciate your candor, what you're nervous about. Ultimately what I

am hearing from you is you think that if you got selected for this jury, you could proceed to do the job, despite your nervousness.

PROSPECTIVE JUROR: I think so.

THE COURT: Okay.

Mr. Burling may have some questions on behalf of the State and Mr. Marein might have some questions for you on behalf of the defendant. Thank you.

MR. BURLING: Good afternoon. So I just to clarify I think Judge kind of clarified this as well with you but your reservations that you've expressed here, they're more because you don't maybe know what to expect.

PROSPECTIVE JUROR: Uh-huh.

MR. BURLING: And you're sort of nervous about having to make that decision.

PROSPECTIVE JUROR: Probably. Probably.

MR. BURLING: Is any of that reservation based upon any deeply held

beliefs that you just can't sit in judgment of someone after being presented with evidence?

PROSPECTIVE JUROR: That's a hard question in itself. You know, like I said, I don't know about murder. I don't know if I could say-- I just don't feel like it's really my job to judge somebody. I know it is but, you know, I just figured like you'll all get it later when God judges you, you know. I just don't-- I would be afraid to make a wrong decision would be my problem.

MR. BURLING: Okay.

PROSPECTIVE JUROR: But, I mean, there will be a lot of other people too. We would discuss it. I understand. You know, but I still don't know if I would able to say guilty. I don't know.

MR. BURLING: Well, and we're not-- we're looking for people who are able to keep an open mind --

PROSPECTIVE JUROR: Right.

MR. BURLING: -- and be impartial and wait to make a decision --

PROSPECTIVE JUROR: Uh-huh.

MR. BURLING: -- until you've heard everything --

PROSPECTIVE JUROR: Uh-huh.

MR. BURLING: -- that's presented.

PROSPECTIVE JUROR: Uh-huh. Uh-huh.

MR. BURLING: I guess what I'm kind of interested in, you said maybe murder is, that's a pretty serious thing, maybe if it was something lesser. Would you have these same reservations if this was a theft case? Would you have some concerns about--

PROSPECTIVE JUROR: I don't think I would because it wouldn't be as serious for that person. You know, like I, you know, would be able to judge what I thought and, you know, but. Murder is just tough to me. I just don't know if I could. I mean, I could sit and listen to it all. I just don't know when it come time for the vote.

MR. BURLING: Uh-huh.

THE COURT: But do you understand that the jury has nothing to do with, if someone is convicted, the jury has nothing to do with what the penalty is gonna be; that's the Judge's job. We get a lot of information in order to make that decision.

PROSPECTIVE JUROR: Uh-huh.

THE COURT: All the jury has to do is decide whether guilt or innocence.

PROSPECTIVE JUROR: Uh-huh.

THE COURT: The State has to prove everything beyond a reasonable doubt. So in light of those-- and I'm sorry to interrupt, Mr. Burling.

MR. BURLING: That's all right.

THE COURT: In light of that, does that make you any more comfortable with having to make a decision on what is a major offense, alleged?

PROSPECTIVE JUROR: Yeah. Yeah. I just -- how does anybody know how they're gonna react? That situation hasn't got -- when you haven't been in

that situation yet, right? Do you know what I mean? You can listen to it all and everything and right now say what I think, but what about when the time comes, you know? I'm a little bit of a nervous person, so, you know, I don't know how I would react at the end.

THE COURT: Okay.

PROSPECTIVE JUROR: And I wouldn't really want to waste anybody's time. What would happen if I said I wouldn't have no comment? You know, you can't really do that, right?

THE COURT: Well, ultimately you have to make a decision.

PROSPECTIVE JUROR: Right. Right.

THE COURT: So, Mr. Burling, I interrupted. Do you have any more questions?

MR. BURLING: You also made a comment about like on a less serious offense maybe you can look at someone and tell they're guilty.

PROSPECTIVE JUROR: Uh-huh.

MR. BURLING: In a jury trial,

you know, that's not what you're gonna be asked about. You're gonna be presented with evidence.

PROSPECTIVE JUROR: Uh-huh.

MR. BURLING: And then the Judge is actually going to give you instructions to help you figure out: Has the State proven its case?

Knowing that you're gonna get legal instructions, would that alleviate any of the nervousness about not being sure if you could reach a conclusion? You're gonna be getting instructions. It's not just gonna be: Here's what happened. You make a decision.

PROSPECTIVE JUROR: I hear what you are saying.

MR. BURLING: Does that alleviate anything?

PROSPECTIVE JUROR: Yeah. I mean, I think I could do it. I think I could, if you guys think I could. It's I guess your job to figure that out.

MR. BURLING: I also noted on your questionnaire the last question --

PROSPECTIVE JUROR: Uh-huh.

MR. BURLING: -- asked if you had any concerns about reactions from anyone from the verdict and you just put a question mark.

PROSPECTIVE JUROR: Again, I can't predict how I would feel in a situation I have never been in, so I don't know. I mean, I don't think I would discuss it with anybody anyway.

MR. BURLING: Okay. But I guess to clarify, no one's talked to you about --

PROSPECTIVE JUROR: No.

MR. BURLING: -- this case and said you better vote this way?

PROSPECTIVE JUROR: Oh no. No. No. No. No. No.

MR. BURLING: Do you have any concerns that if you vote one way or the other then your family members or friends find out about it later that this is gonna be an issue for you?

PROSPECTIVE JUROR: Nu-ugh. No. I just put I don't know because I just

don't know. But, no, there's not a problem with it, you know.

MR. BURLING: Okay. Well, thank you.

I have no further questions.

THE COURT: Okay.

Mr. Marein.

MR. MAREIN: Hi.

PROSPECTIVE JUROR: Hi.

MR. MAREIN: So you say you're a nervous person --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- by nature?

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: Are you feeling really nervous right now?

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: Smile.

PROSPECTIVE JUROR: Yeah, I am nervous right now.

MR. MAREIN: Don't be. Seriously.

You know, the Judge had -- well, actually it was the prosecutor, my apology, had talked you about you were

going to receive instructions. They were going tell how to go about doing your job. You got to follow those. But if you are chosen in this case and the Judge will-- he will give you instructions.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: But you're gonna learn that each individual juror has to decide the case for themselves, so in other words you've got to make that decision individually, of course, after you talk amongst your fellow jurors.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: But at the end of the day its gotta be your decision. And in a decision like this when you are talking about an accusation of aggravated murder and murder, you seem, or at least you've given me the impression, that the significance of the charges are such that your pretty uncomfortable about this.

PROSPECTIVE JUROR: Right.

MR. MAREIN: I mean, am I

accurate about that?

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: Am I not putting words in your mouth?

PROSPECTIVE JUROR: No. And I would say if I was on the one on trial, I wouldn't want me on the jury.

MR. MAREIN: Tell me why not.

PROSPECTIVE JUROR: Because I'm undecided about how I would be able to judge you. You know, I have no problem with saying I don't like my neighbor but I would not be able to-- I don't know how I feel about, you know, judging a murder case. I just don't know how I feel about it.

MR. MAREIN: Have you watched--

PROSPECTIVE JUROR: Oh yeah.

MR. MAREIN: -- news reports about --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- other murders --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- in the nation?

PROSPECTIVE JUROR: Yeah, and I would have no problem judging them from my couch. But I don't know, you know, about in real life.

THE COURT: There will be no couches in the courtroom.

MR. MAREIN: And in this case you're going to see some very graphic photographs --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- of a tiny little child laying in the roadway that's mutilated. Think about that and tell me coupled with your hesitation about making decisions on charges as serious as this. Can you do this job?

PROSPECTIVE JUROR: Well, if I think you did it, yeah. If I think the person is guilty, I think so.

MR. MAREIN: What if you think the person's not?

PROSPECTIVE JUROR: Well, I would just have to vote not guilty. Right?

MR. MAREIN: Could you do

that?

THE COURT: We're not going to make any prejudgments. You haven't heard the evidence so I'm not going to allow you to answer that question. The question still is: I understand your answers. You feel you could go guilty or not guilty depending on having heard the evidence.

PROSPECTIVE JUROR: Uh-huh. Uh-huh. Uh-huh.

THE COURT: Okay. I'm sorry, Mr. Marein.

MR. MAREIN: No, Judge. I'm sorry for asking the question.

THE COURT: I just don't want to--

MR. MAREIN: And I understand that and I'll not make that mistake again.

THE COURT: Okay.

MR. MAREIN: But I want to follow-up on this question: You said you wouldn't want you sitting as a juror. I need to know more about that.

PROSPECTIVE JUROR: Because I feel so undecided. I feel nervous. I feel like it's, you know, I wouldn't want-- I would want confident people judging me, you know, more, I guess.

MR. MAREIN: Are you then saying, and again, if I'm putting words in your mouth stop me, please, because it's not my intention, but are you saying this that your indecisiveness, your inability to be confident and sure is likely to inhibit your ability to participate here?

PROSPECTIVE JUROR: No. I guess I could make the decision after I've heard all the facts. I think I could figure it out, you know, so. I just would rather be more certain right now. Like: Yeah, I could do it. Let's go. You know, I would rather be, like some people want to do it, you know, and I don't know if I really want to do it because of the importance of the case. You know, if it was a smash and grab at CVS, I wouldn't be so worried or nervous

about it. You know, so I think I could do it. I think I could do it.

MR. MAREIN: But if you had the ability you'd rather take a vacation on a Carnival cruiseline than sit in this case?

PROSPECTIVE JUROR: No. I think that would be anybody, right?

MR. MAREIN: Okay. Ma'am, thank you so much.

PROSPECTIVE JUROR: Thank you.

THE COURT: Okay. I just want you --

PROSPECTIVE JUROR: I'm sorry I didn't answer them better.

THE COURT: You did wonderful. Thank you for your candor. Ma'am, just remember when you get back out, don't talk about what we talked about in here and stay off the devices.

PROSPECTIVE JUROR: Okay.

THE COURT: All the same instructions.

PROSPECTIVE JUROR: Okay.

THE COURT: Thank you.

PROSPECTIVE JUROR: Thank you.

- - - - - -

[ Prospective Juror 31 Exits ]

- - - - - -

THE COURT: Thirty-four.

- - - - - -

[ Prospective Juror 34 Enters ]

- - - - - -

THE COURT: Do not feel intimidated. Don't feel like you're on the hot seat.

PROSPECTIVE JUROR: Okay.

THE COURT: Yeah. What we've been doing is we've been talking to individuals throughout the day, as you can no doubt observe --

PROSPECTIVE JUROR: Uh-huh.

THE COURT: -- because of the way they may have answered their juror questionnaire that we distributed this morning.

So in your case the one question that causes us to want to discuss your answer a little bit more it was question number six where you indicated, yes,

there may be something about the nature of this, of the charges alone, that would make it difficult for you to be a juror in this case. So we're trying to explore what is it that you're concerned about? Why do you think it might be difficult knowing what the charges are?

PROSPECTIVE JUROR: Yeah. Well, I mean, obviously, it's just pure speculation. I don't know what the charge is but, you know, when you said the aggravated murder or murder. You know, your mind tends to race a little bit. Then you also said there could be media so on and so forth involved with it.

You know, in my job I work with, you know, I work up at the Cleveland Clinic right now. A lot of kind of high profile surgeons. I generally tend to want to be in the background, be a part of the conversation but not the center focus of their conversation, so to speak. So, you know, just the whole media part of it's not really something

that I would want to be in, you know, so to speak. So, you know, that's kind of the reason that I answered it that way just, you know, I kind of like to keep my life to myself, so.

THE COURT: And so just so you know, the media would not be allowed to talk to you at all during the trial. They are not allowed to show your face.

PROSPECTIVE JUROR: Oh, okay.

THE COURT: You're gonna be totally obscured. Once the trial is over, jurors can make their own decision whether they want to talk to the media, but the media can't make you. And so if your concern is that it's-- these are serious charges. We certainly understand that.

PROSPECTIVE JUROR: Sure.

THE COURT: And I did mention the media. But the media during the trial will not be permitted to approach you, talk to you, ask you questions or show your photograph.

PROSPECTIVE JUROR: Okay.

THE COURT: So anything beyond that that would make you hesitate?

PROSPECTIVE JUROR: I mean-- no, not that I wouldn't be able, you know, to kind of look to be, you know-- what anybody would, you know, want to be in this is, you know, a fair person or whatever, no. But just, you know. Again, I don't know anything about it. I mean, obviously, as you guys can see from my thing I just moved here, you know, a year ago. But, you know, just the simple blurb, I mean, that's difficult.

THE COURT: Okay.

PROSPECTIVE JUROR: You know.

THE COURT: If you got selected, do you think despite the reservations you've expressed, do you think you could be fair and impartial and open minded?

PROSPECTIVE JUROR: Yeah, I mean, as much as anybody could with this nature of crime or whatever it is that

it is. I mean, you'd like to think that you can be.

THE COURT: Okay.

I don't have any further questions but the prosecutor might ask you some and the defense counsel on might ask you just a few.

PROSPECTIVE JUROR: Okay. Yeah.

MR. BURLING: Just real quick. You mentioned something about, you know, you deal with surgeons and part of the conversations. You also indicated that you had some concerns about reaction to the verdict by friends, family, members, coworkers. Is there any concern here that, if your coworkers found out you voted one way or another, that you're gonna face any type of --

PROSPECTIVE JUROR: A little bit, yeah. Just, I mean, again with-- so I'm in medical sales, so I'm in OR's and doing things like that but, like, I don't want me to be a topic of conversation, you know, or me to even be: Hey, what happened on that, you

know. I just -- just something that I don't, you know. Not that it's -- would be, you know, a bad thing, you know, to be on a jury or anything. I'm just, like, saying just for me personally, I just would rather not even be in that conversation.

MR. BURLING: I guess to clarify, it's more about just concern about reaction to the fact that they might find out you were on the jury as opposed to reaching one verdict versus the other?

PROSPECTIVE JUROR: Correct. Correct.

MR. BURLING: Okay. And, again, despite that, you know, personal desire not to be in that position --

PROSPECTIVE JUROR: Right.

MR. BURLING: -- do you think, if you were selected, that that-- those feelings would have any impact on your ability to listen to the evidence as presented and then make a decision based on that evidence?

PROSPECTIVE JUROR: Yeah, like I was saying, I feel like just like anybody who came and sat in this you would feel like you would be able to be fair and do this job and be in a position and to it to the best of your ability.

MR. BURLING: All right. Thank you.

I have to nothing further.

THE COURT: Mr. Marein.

MR. MAREIN: Thank you, Judge.

So you indicate -- first of all, good afternoon.

PROSPECTIVE JUROR: Good afternoon.

MR. MAREIN: You just moved into the county 13 months, ago?

PROSPECTIVE JUROR: Correct.

MR. MAREIN: Welcome to Geauga County.

PROSPECTIVE JUROR: Thank you very much. Thank you.

MR. MAREIN: So you're at 44023.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: Auburn or Bainbridge?

PROSPECTIVE JUROR: I believe it's-- I'm in Chagrin Falls. But, yeah, I believe, I think that's Bainbridge, I think. I honestly don't know. To be honest people are asking me. When I told them where I was going they were like: Don't you live in Cuyahoga or Geauga. It was like: To be honest with you I don't know but I got the letter and I was: Yeah, I'm going.

MR. MAREIN: It's a Chagrin Falls mailing address --

PROSPECTIVE JUROR: Yeah.

MR. MAREIN: -- but it's Geauga.

When talking about your potential participation you had suggested when it came to the idea of fairness that you could be as fair as anybody possibly could in this situation. What do you mean by that?

PROSPECTIVE JUROR: Just as the

Judge was saying listen to the evidence, try to make a decision on one way or the other, guilty, innocent. Whatever, you know, whatever the case would be.

MR. MAREIN: And when filling out the original questionnaire --

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: -- this morning. No, that would be this questionnaire that's in front of me, was this the first time that you had heard about the accusations in this case?

PROSPECTIVE JUROR: Yes.

MR. MAREIN: You don't know anything about the case?

PROSPECTIVE JUROR: Don't know anything about the case.

MR. MAREIN: But you-- it was presented to you that it involves an accusation of the aggravated murder or murder of a newborn in March of 1993.

PROSPECTIVE JUROR: Yes. That's correct. I think it says on the paper?

MR. MAREIN: Yeah.

PROSPECTIVE JUROR: Yeah. Okay.

MR. MAREIN: And so with that in mind, and I get the sense that you're a very private person, and particularly as it relates to your professional endeavors, would the trepidation, if any, about participation in this case be as a result of if somebody heard you were on this case, and if your verdict was challenged by that person that heard that you were on this case, that that would be a concern to you?

PROSPECTIVE JUROR: Just so much -- more so a concern that it's even being brought up, you know, because, again, with what I do I want the focus to be in the room and, you know, I just don't want people coming up and talking to me because they heard I was on this. And just -- to be completely honest with you, so what I do requires time, right? So I'm in the hospitals a lot and I have multiple cases going every day. You know, it's-- it takes me away from that.

Sorry. Yeah. Sorry. I got off track there but, yeah, I just don't even

want to, you know, I would rather have them come up to me about what I'm-- you know, I don't want that to be like the point of it.

MR. MAREIN: You and I at some later point in time will talk about the idea of being away from work and how that causes you maybe some trepidation about spending time here.

PROSPECTIVE JUROR: Yeah.

MR. MAREIN: But I want to talk to you more about just your ability to be an attentive person from the community that listens with a keen eye towards detail, has no preconceived notions, and calls the strikes and balls the way you see them. Can you do that?

PROSPECTIVE JUROR: I believe that I can.

MR. MAREIN: And we'll talk about whether you want to do that in a little while but okay. Lastly, to ease some of your concern. Nobody's gonna publish your name that you were a juror. The television cameras can't put your

face out there.
PROSPECTIVE JUROR: Uh-huh.
MR. MAREIN: Other than you telling people --
PROSPECTIVE JUROR: Right.
MR. MAREIN: -- that you were a participant here, nobody's ever gonna know about this.
PROSPECTIVE JUROR: Right.
MR. MAREIN: Does that ease up a little bit of your tensions?
PROSPECTIVE JUROR: Yeah, I mean, a little. Yeah, I mean, everyone -- obviously my team knows that, you know, I have jury duty today, so, I mean, that's already kind of, you know --
MR. MAREIN: When it's all over tell them it was about somebody stealing a piece of bubblegum from a store. Thank you. I appreciate your candor here.
PROSPECTIVE JUROR: Sure.
THE COURT: Okay. So we're set. You can go back out and get to sit a little bit longer.

PROSPECTIVE JUROR: Appreciate it.

THE COURT: Please don't discuss with anybody what we talked about in here.

PROSPECTIVE JUROR: You got it.

THE COURT: Okay. Thanks.

- - - - - -

[ Prospective Juror 34 Exits ]

- - - - - -

THE BAILIFF: Forty-three?

THE COURT: Yes.

- - - - - -

[ Prospective Juror 43 Enters ]

- - - - - -

THE COURT: Hello, Prospective Juror Number 43. We're using numbers instead of names.

PROSPECTIVE JUROR: That's fine.

THE COURT: Okay. So we don't mean to be rude; that's what we're trying to follow.

We have been doing these individual voir dires back here for different reasons depending upon the individual. But the reason we wanted to

speak to you is because of the way you answered question number six indicating that given the nature of these charges it might make it difficult for to you to be a juror in this case and you also hand wrote in there: I have an almost two year old.

PROSPECTIVE JUROR: Correct.

THE COURT: So what we wanted to explore a little bit is just how big an issue is that? Can you still be fair and impartial? Those sorts of things. So could you just describe for me what it is that you're concerned about and --

PROSPECTIVE JUROR: Well, I have older children and younger children. I have a five year old and a two year old. In this instance I've been up and down about it because, obviously, I'm thinking about it.

I just wanted to let you know that it's close to me. I mean, I teach kids soccer, things like that too. And whether it's a guilty or not guilty, it's dealing with it. Me, mentally to

be able to look at my little boy, so I would just, you know, I was just telling you that, so.

THE COURT: That's what we want to know and the lawyers might have some questions for 'ya.

PROSPECTIVE JUROR: Certainly.

THE COURT: What I'm trying to figure out is despite those concerns, do you think you can be objective, listen to all the evidence, and still be fair and impartial or are those things so overwhelming to you that you think you can't bring that kind of focus to the case?

PROSPECTIVE JUROR: I think I can. But if it wasn't this, if it wasn't that particular charge, if it was something else, yeah. I mean, again, I'm being honest. You asked me to be honest. You can tell I'm kind of an emotional person.

THE COURT: You are not the only one.

So I'm a little confused though by

your answer.

PROSPECTIVE JUROR: Okay.

THE COURT: If it was a different kind of case, you wouldn't have this concern at all?

PROSPECTIVE JUROR: Home invasion. Burglary. That kind of stuff. But because of the situation.

THE COURT: Because the --

PROSPECTIVE JUROR: Yeah.

THE COURT: -- questionnaire did indicate that it involves the death of a newborn boy.

PROSPECTIVE JUROR: Correct. Yeah.

THE COURT: So that's what's got you hesitant.

PROSPECTIVE JUROR: Yes. I'm sitting over the answer with a pen and I'm just, like, and it was-- I got one of the papers at the end and you said is anybody still decided it was just like, I just need to let you know what I'm feeling, so.

THE COURT: Okay. And you

maybe answered this but I got confused by the answer. Do you think you can sit on this jury and be fair and impartial?

PROSPECTIVE JUROR: I think I can. It's what I'm gonna hear because I've got to idea what it's about.

THE COURT: Sure.

PROSPECTIVE JUROR: I moved to the-- as you can tell, I'm not from America. I became a citizen in 2016.

THE COURT: Yeah.

PROSPECTIVE JUROR: So I would be a great juror but it's the subject matter that kind of just what's bothering me.

THE COURT: Yeah. well, for example, we're anticipating some evidence of some pretty graphic photos of this newborn.

PROSPECTIVE JUROR: Count me out. I'm sorry.

THE COURT: You think that you could emotionally not handle that?

PROSPECTIVE JUROR: Correct. Yes.

THE COURT: Have you ever --

well, strike that.

PROSPECTIVE JUROR: Certainly.

THE COURT: Just let me explore a little bit more on that.

PROSPECTIVE JUROR: Certainly.

THE COURT: Is it because bodies make you uncomfortable, queazy, or is it because of the age?

PROSPECTIVE JUROR: Age. Yeah.

THE COURT: All right.

PROSPECTIVE JUROR: Been married twice. My first wife had a miscarriage, went through the D&C. Then we had -- I got an older son and a daughter. All that kind of stuff. And then my eldest, excuse me, in the U.S. is donor child because I couldn't have children. I had a vasectomy. There's too much history in here for me for this situation.

THE COURT: All right.

I'm going to ask the prosecutor if he has any questions for you.

MR. BURLING: Good afternoon. So it was a pretty definite "no", count you out if there were going to be

pictures.

PROSPECTIVE JUROR: Yes. Definitely.

MR. BURLING: Do you think if you were selected for the jury and had to be exposed to these pictures, do you think this is a situation where emotionally you would overwhelmed and couldn't pay attention or do you think that would lead you to immediately make a conclusion.

PROSPECTIVE JUROR: Not a conclusion. It's just I want to be able to look at my two year old in the face at night. I mean, again, doesn't matter what the outcome is, it's the fact that I want to be still be able to have the relationship I have with my children.

MR. BURLING: So, again, if you are on the jury and you're presented with this --

PROSPECTIVE JUROR: Uh-huh.

MR. BURLING: -- do you think your focus is instead of paying attention to what we're asking you to

pay attention to --

PROSPECTIVE JUROR: Yes.

MR. BURLING: -- and ask that you consider, you would instead be: How is this affecting your relationship.

PROSPECTIVE JUROR: Me, in the head, yeah.

MR. BURLING: So, I guess I'll ask this so you can put it in your own words, do you think you would, again, being presented with these images be able to give your full attention to the matter at hand?

PROSPECTIVE JUROR: I would. It's just going home. Just, again, dealing with it mentally myself. I had a friend who's a police officer in London and he used drive 50 miles. And he had to leave what was in London behind and then basically clear his head for his family; that's a similar thing that, you know, I need to deal with, again, kind of going through my mind.

MR. BURLING: Okay. But while you're actually in the courtroom --

PROSPECTIVE JUROR: Oh, yeah. No. I'm can do the job while I'm in there. It's just me dealing with what I see and what I learn and then, you know, dealing with my family at home.

MR. BURLING: Okay. Thank you.

PROSPECTIVE JUROR: No problem.

THE COURT: Mark.

MR. MAREIN: Thank you, Judge. Good afternoon.

PROSPECTIVE JUROR: Good afternoon.

MR. MAREIN: I was gonna ask you where you are from but now I know.

PROSPECTIVE JUROR: England.

MR. MAREIN: Great accent.

MR. BRADLEY: Like you need to ask.

MR. MAREIN: Could be Australia.

PROSPECTIVE JUROR: Been here 14 years.

MR. MAREIN: So what I'd like to ask you --

PROSPECTIVE JUROR: Yes.

MR. MAREIN: -- is, this is I think a logical follow-up, is: You could handle it you think in the courtroom.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: But then you gotta drive home.

PROSPECTIVE JUROR: Yeah.

MR. MAREIN: And you gotta decompress, so to speak.

PROSPECTIVE JUROR: Right. Yes.

MR. MAREIN: And then you got to look at your child --

PROSPECTIVE JUROR: Yes.

MR. MAREIN: -- later in the day. And so how might that decompression and the feelings with a case involving an accusation of the death of a newborn that was discovered lying in the middle of the street --

PROSPECTIVE JUROR: Right.

MR. MAREIN: -- mutilated, what impact do you think that would have on your participation here?

PROSPECTIVE JUROR: I'm learning

about the case as we speak. Again, I don't know anything about this. So, perfect juror.

I think, like I said, it's understanding and making-- I want to do my civic duty; that's the thing. But I just -- I also want to be able to, you know, look -- I don't know. I'm sorry I'm going around in circles.

MR. MAREIN: No. You're articulating.

PROSPECTIVE JUROR: I'm processing it as you're talking to me.

Can you just repeat the question?

MR. MAREIN: I don't even remember. Can you read it back?

\- - - - - -

[ Record Read ]

\- - - - - -

PROSPECTIVE JUROR: Yes. Okay. I see. So it would make me appreciate what I have more, I guess.

MR. MAREIN: You're, and I hope that I'm not putting you on the spot, but you're getting a little

emotional.

PROSPECTIVE JUROR: Yeah.

MR. MAREIN: And I need to understand how that emotion might impact on your ability to be completely impartial --

PROSPECTIVE JUROR: Right.

MR. MAREIN: -- and just decide this case --

PROSPECTIVE JUROR: Yes.

MR. MAREIN: -- on what you hear in the courtroom and the evidence --

PROSPECTIVE JUROR: Right.

MR. MAREIN: -- and not on your emotion.

PROSPECTIVE JUROR: Yes.

MR. MAREIN: So can you tell me what you're feeling and how you see it?

PROSPECTIVE JUROR: It's children. It's important to me. How I feel, again, it's how I feel. It's, yeah. Can I be impartial? I think I can. I can be impartial. I can take the facts.

I can deal with the facts. It's how I deal with them after the fact.

MR. MAREIN: But how you deal with them after the fact --

PROSPECTIVE JUROR: Yeah.

MR. MAREIN: -- how is that likely to impact your participation during the trial?

PROSPECTIVE JUROR: Right. I'm with you. Okay. I'm nervous. I'm scared of what it might do to me.

MR. MAREIN: You indicated that there's too much history you said.

PROSPECTIVE JUROR: Uh-huh.

MR. MAREIN: What do you mean by that?

PROSPECTIVE JUROR: The miscarriage. Maybe not ever having children with my first wife and then I had two kids, obviously. After that I had a vasectomy. Got a divorce. Came to U.S. Met my boss. Married by boss. Became a citizen. Couldn't have children. We had a donor child. We were acquired by a company in Ohio which

is why I'm here. Came here. Cleveland Clinic. Actually created another baby, so I have four children. Never thought I'd have four. But, again, it's just history. I wish I could talk without kind of breaking up but it's just, you know. I mean, it's close.

MR. MAREIN: You know, let me tell you something there is no right or wrong answers here. There's just the true ones.

PROSPECTIVE JUROR: Yes.

MR. MAREIN: You're being truthful; that's all that matters. And I'm concerned that because you keep getting emotional that this is gonna be a real inhibitor.

PROSPECTIVE JUROR: Yeah.

MR. MAREIN: And I want you to tell me, is me concern valid or invalid?

PROSPECTIVE JUROR: I'll say it's valid. I mean, again, I don't know what's coming ahead and I'm just kind of just, like I said, I would probably need counseling afterwards. I mean, that's

where I am with my head because of the subject matter; that's all.

MR. MAREIN: So you think this could potentially do some harm psychologically?

PROSPECTIVE JUROR: To me personally, yes.

MR. MAREIN: To you.

PROSPECTIVE JUROR: Yeah.

MR. MAREIN: All right.

Last question. And, again, my apologies for -- I don't know if I asked this question before.

PROSPECTIVE JUROR: No, that's fine.

MR. MAREIN: But I had some meaningful ones so I want to ask it again.

PROSPECTIVE JUROR: Certainly.

MR. MAREIN: As you sit here right now --

PROSPECTIVE JUROR: Yeah.

MR. MAREIN: -- can you decide this case based only on the evidence and the law or will you allow your feelings

and emotions to decide the outcome of this case?

PROSPECTIVE JUROR: No, I would decide based on the law. It's just the what happens to me after; that's the only-- that's the reason.

MR. MAREIN: Okay. Thank you.

PROSPECTIVE JUROR: No problem.

THE COURT: Okay. Well, thank you for your time. These are deeply personal issues. I'm sorry for --

PROSPECTIVE JUROR: No. That's fine.

THE COURT: -- making you jump through them but --

PROSPECTIVE JUROR: No. No. I understand.

THE COURT: -- both sides want to make sure that we end up with jurors that can do this fairly and impartially.

PROSPECTIVE JUROR: Understood.

THE COURT: Appreciate it. You can go back in. I don't think we'll

stay much longer today but in meantime, please don't discuss what we've all talked about here with any of the other folks.

PROSPECTIVE JUROR: Yeah. Absolutely.

THE COURT: Thank you.

PROSPECTIVE JUROR: Thank you.

\- - - - - -

[ Prospective Juror 43 Exits ]

\- - - - - -

THE COURT: Fifty-two.

\- - - - - -

[ Prospective Juror 52 Enters ]

\- - - - - -

THE COURT: And I'll apologize to you ahead of time. We're gonna call you Prospective Juror Number 52. We don't use names. It's our system so meaning no offense by it.

PROSPECTIVE JUROR: Okay.

THE COURT: Thank you for your long patience sitting out there. I'm sure it's been a very long day for everybody out there. We are doing these

individual questioning because of the way certain people answered the questionnaire we passed out this morning.

And the one that we're interested in discussing with you is the way you answered question number six asking is there anything about the nature of those charges alone that would make it difficult for you to be a juror in this case. You marked off yes and you wrote in: My youngest son was born in March 1993. So we wanted to explore how much that does impact your ability to be fair and impartial in listening to the evidence in this case.

So if you could try and articulate a little bit more for us. What is it that concerns you knowing that the events that are at issue in this case in March of 93 and your son was born March 93?

PROSPECTIVE JUROR: Well, I guess I would just keep thinking about him as a baby and the life that he's been able

to lead.

THE COURT: And do you think that, and I interpret that to mean that you're realizing there was another newborn out there who didn't get to grow up.

PROSPECTIVE JUROR: There must have been something in that question about a baby.

THE COURT: Well, the very first sentence in the whole questionnaire points out that the charges concern aggravated murder and murder and the death of a newborn boy in March of 93. So that's what you're concerned about is that you're thinking about your son, but knowing that this newborn in this case didn't make it.

PROSPECTIVE JUROR: Well, I wouldn't be able to not think about that. I mean, we just celebrated his 29th birthday.

THE COURT: Do you think, even though that you have that emotional reaction because of the coincidence of

the dates, do you think that that prevents you from being able to be open-minded, listen to all the evidence, and then try and be fair and impartial to both sides?

PROSPECTIVE JUROR: I don't think that would be a problem.

THE COURT: Okay. So you think you could be --

PROSPECTIVE JUROR: I do.

THE COURT: -- fair and impartial?

PROSPECTIVE JUROR: I think I could be. Uh-huh.

THE COURT: Are you confident of that?

PROSPECTIVE JUROR: Uh-huh.

THE COURT: That's a "yes"?

PROSPECTIVE JUROR: Yes.

THE COURT: I only say because --

PROSPECTIVE JUROR: Sure.

THE COURT: -- the court reporter picks it up.

Okay. There's probably gonna be

some additional questions that the lawyers might want to ask you.

So please proceed, Mr. Burling.

MR. BURLING: Thank you, your Honor.

Good afternoon. Do you think, you kind of addressed this already, but do you think, again, sitting in the courtroom, even though you may be thinking of your son, you could kind of separate that part of your mind, put that aside, and just focus on what's being presented during the trial, the evidence and the testimony?

PROSPECTIVE JUROR: I do.

MR. BURLING: Okay. And do you say the fact that your son was born at the same time and your thought's going to him, do you think that that is going to color your-- the way you look at the evidence?

PROSPECTIVE JUROR: No.

MR. BURLING: Okay. All right. That's it. Thank you very much.

PROSPECTIVE JUROR: Am I done?

THE COURT: Nope. Mr. Marein gets to ask you questions.

MR. MAREIN: One last question. So I want to ask the question that Mr. Burling asked of you when he used the term color your decision making. I instead want to ask the question by using the term impact on how you view the case.

And this is what I mean: When listening to this case that involves, and it's indicated on the jury questionnaire, the death of a newborn in March of 1993, the same month and year that your son was born, and you just celebrated his 29th birthday, do you think there may be some tendency for you to identify with the deceased baby in this case and relate how you feel about your son's life and all that has occurred in the last 29 years that could potentially impact how you view the case? I hope that I haven't been-- I hope that's an understandable question.

PROSPECTIVE JUROR: Well, it is an

interesting coincidence. It would affect the lens through which I would feel, but I don't think it would not allow me to be open and fair.

MR. MAREIN: Yeah. That's what I was looking for and you did that perfectly by indicating the lens by which you view the case. Working through that lens do you think that having a child born the same month, the same year, and having experienced 29 years with your son that that is likely to have some affect on how you view this case? Any affect that you can think of, negative, positive or otherwise.

PROSPECTIVE JUROR: I don't think so.

MR. MAREIN: Okay.

PROSPECTIVE JUROR: I think it's just an unusual coincidence.

MR. MAREIN: Other than this questionnaire that told you about in very simple terms the nature of this case, do you know anything about it?

PROSPECTIVE JUROR: No.

MR. MAREIN: And you just moved in the county a year and-a-half ago?

PROSPECTIVE JUROR: From Cuyahoga County.

MR. MAREIN: Right. Okay. Thank you.

THE COURT: Okay. So when you go back out there -- I'm sorry. No more questions. But when you go back out there I would just ask you to make sure you don't discuss what we discussed with you just now.

PROSPECTIVE JUROR: Okay.

THE COURT: And, again, stay off the devices so you don't learn anything new about the case accidentally.

PROSPECTIVE JUROR: Okay.

THE COURT: Thank you so much.

- - - - - -

[ Prospective Juror 52 Exits ]

- - - - - -

THE COURT: So I guess the

issue is, and we kind of deferred on this, do we want to talk about cause now after being through everybody? Do you want a night to think it over and then we talk about it first thing in the morning?

MR. BRADLEY: Not to interrupt but, yes, on that point.

THE COURT: Because your brain's burned out?

MR. BRADLEY: Well, just some opportunity to confer amongst ourselves so we're all on the same page.

THE COURT: Good answer.

Nick.

MR. BURLING: I would be happy to do it now but no objection to doing it tomorrow.

THE COURT: Okay. Well, obviously it's important and let's not rush it and it's late. So I'm going to propose that we simply go back out there. We'll tell them they're done for the day.

Is there anybody we could agree on

right now? I thought there was one other individual. We got Mr. Miller out and we got that other guy who was right from this room we sent him out.

MR. BURLING: Your Honor, the only one that off the bat I'm assuming we're going to have an agreement on is Number 38. She was the one who had a miscarriage and she was crying quite a bit. I assume excuse for cause. She indicated that was she was really going to be struggling.

THE COURT: I don't remember. I want to go back and look at my notes. I don't remember it so clear cut that I think that I'm ready to say: Yeah. There's cause or not. So let me think about the one to be sure I focus on it.

MR. BRADLEY: Two other quick issues before we go out. I know Mark at the trial management conference brought to the Court's attention that we would be filing a motion in limine regarding -- well, requesting that some of the questions that are contained

within Gail's interview with law enforcement be redacted. And I sent Nick a copy of our motion that we had not filed so he would have the opportunity over the weekend to review it and we could discuss it amongst ourselves and I don't know that we're gonna come to at least a complete agreement. I did not file the motion because in the motion there's, well, ultimately we would ask for the opportunity to file that motion under seal because there's information in there regarding this other incident.

THE COURT: Yeah.

MR. BRADLEY: So my first question is do we need to formally file a motion asking for leave to file that motion under seal or can we just make an oral motion now?

THE COURT: Nick.

MR. BURLING: No objection to filing it under seal.

THE COURT: Yeah. So no need to file a motion for leave to file it.

Just go ahead and file it.

MR. BRADLEY: Okay.

THE COURT: And how do we accomplish it to make sure it gets filed under seal?

MR. BRADLEY: I think the clerk's office would require an order first.

THE COURT: Exactly. Yeah. So, that's my recollection too. So when would you be anticipating doing this?

MR. BRADLEY: We're ready. I mean, Nick's got the motion already.

THE COURT: Okay. Then don't do it before noon that will give me, either do it this evening or do it in the morning, at some point get an order on.

MR. BRADLEY: Well, they won't take the motion until there's an order.

THE COURT: Right, that's what I'm saying.

MR. BRADLEY: That's fine.

THE COURT: It will be a one-liner probably from my end.

MR. BRADLEY: That's fine.
And then the only other request is when we go into open court here today and really frankly throughout the remainder of the case, we would encourage the Court to beef up your admonition to the prospective jurors about don't-- it's all over Facebook.
THE COURT: Yeah.
MR. BRADLEY: Social media. Don't talk to your spouse when you go home tonight. Don't do any independent research.
THE COURT: Yeah. In my standard instructions it does eventually get beefed up but given what we've learned today about how much there's already out there.
MR. BRADLEY: And the concern would be that, you know, many people would say: Well, I don't have much independent recollection of hearing about this but they're gonna go home and research.
THE COURT: Yeah. All right.

Anything else?

MR. BURLING: Judge, you know, we still want to put the offer on the record I don't know if you want to excuse the jury first and then.

THE COURT: All right. Off the record.

\- - - - - -

[ Proceedings Resumed in the Community Room all Attorneys, Parties, Prospective Jurors Present ]

\- - - - - -

THE COURT: Folks, we're going to recess for the day. One again, thank you for your extreme patience and many of you I know didn't get to participate today as we did some individual voir dires, but so I do appreciate your patience in that regard.

Let me give you my little more detailed instructions at this stage of the game for you to adhere to as we're now going to be in recess. Incidentally we're going to reconvene at 8:30, here, tomorrow morning.

So in the meantime, you are not

permitted to discuss this case with anyone at this time. You're prohibited from discussing this case with family friends, the attorneys, any of the parties, court personnel, deputies, police officers, and everyone else.

You're also not permitted to discuss this case among yourselves whether in the jury room, which that means here for now, or elsewhere. Do not form or express any opinion on the case until it is finally submitted to you.

Now, you should explain this rule prohibiting discussion to your family and friends. When the trial is over or when you are released from jury service you will be able to speak to anyone concerning the case at that time. So I instruct you not to converse or discuss any aspects of this case with anyone. All of the participants in this trial are instructed that they may not discuss this case with you.

If anyone should attempt to

discuss the case with you including fellow jurors, you are not to participate in such a discussion and you should report such an attempt to the bailiff immediately. No one has been or will be given permission to talk to you about this case and that includes court personnel, law enforcement officers, attorneys, and media representatives.

Should someone claim they have been given permission to discuss the case with you please report that immediately to the bailiff.

You're also not to investigate or attempt to obtain additional information about this case outside the courtroom. The jury is required to base its deliberations and verdict on the evidence presented during the trial in the courtroom, so it's improper for any juror to conduct his or her own investigation.

So you also cannot post or read anything about this case on the internet or on any electronic device including

cell phones. This would include blogs and social networking sites such as My Space, Facebook, Twitter, and others. Any such violation could lead to a mistrial and would severely compromise the parties' right to a fair trial.

Do not permit anyone to discuss this case with you or in your presence. Do not form or express any opinion on this case until it is finally submitted to you.

You are also instructed not to read, view, or listen to any report in the newspaper, television, or radio on the subject of this trial. Do not permit anyone to read or comment upon any news reports to you in your presence. News reports are not evidence and may be incomplete, inaccurate, or one-sided. You may only consider and decide this case upon the evidence received during the trial, and that evidence does not include any reports in the newspaper, radio, or television.

So I think we beat that to death

but it's a serious subject. So I think, counsel, unless you have anything else you want to address right now? Then you are all adjourned for the day. Thank you again.

- - - - - -

[ All Prospective Jurors Exit ]

- - - - - -

THE COURT: Okay, folks. Let's sit because we've been doing it all day. All right. We're back on the record. I think the State wanted to offer something for the record.

MR. BURLING: Yes, your Honor. Thank you.

We just wanted to place on the record that during the course of this case there have been plea negotiations. The State had made a prior plea offer that the defendant had declined that we just wanted to place on the record that we did make an offer of Involuntary Manslaughter, a felony of the first degree. There was no agreement as to sentencing. The parties would make

their arguments at sentencing.

THE COURT: Okay. Thank you.

Mr. Bradley.

MR. BRADLEY: Judge, that is correct. And just to be clear that your referencing, it was reduced ultimately-- that offer was reduced to writing. Yes?

MR. BURLING: Correct.

MR. BRADLEY: Yes. So that is accurate in terms of what the offer was. We've had the opportunity to discuss this with our client, and she has rejected any such plea offer, and we're prepared to proceed.

THE COURT: Okay. Thank you.

Anything else that we have to get on the record today?

MR. BURLING: I thought I would just mention and I think I mentioned this, this morning, we did also reach a stipulation regarding DNA that would allow the State to excuse the three DNA technicians that we were planning on calling.

THE COURT: Okay.

MR. BRADLEY: That is correct.

THE COURT: All right. And so when will that stipulation be presented?

MR. BURLING: So I have the language written up already. I didn't know if the Court wanted a copy right now or if you want to wait until we officially start the actual?

THE COURT: Yeah, why don't we wait. I did want to raise this with counsel.

Mr. Bradley, I just want to raise this issue. Can I be provided with any expert reports either of you have? That would enable me to follow the testimony more clearly and understand in the case of objections and things of that nature.

MR. BRADLEY: We'll have a copy for the Court tomorrow morning.

THE COURT: That would be great.

Okay. And then lastly maybe you want to get on the record that I am going to issue an order directing the

Clerk of Courts to accept your motion under seal dealing with? Refresh my memory.

MR. BRADLEY: It was the interview of Ms. Ritchey by law enforcement.

THE COURT: Okay.

MR. BRADLEY: I think it's designated as a motion in limine.

THE COURT: All right.

MR. BURLING: Just on that issue I just was thinking so tomorrow, assuming that we have a jury selected, I have three witnesses set. One is Detective Seamen. Obviously I was planning on playing the recorded interview. But the Court's ruling will certainly potentially change, you know, what I can play. So I do have Investigator Warner at our office available to make redactions.

Do you have a copy the Judge would be able to look at overnight so maybe we could discuss it?

MR. BRADLEY: Could I e-mail

it, Judge?

THE COURT: Sure.

MR. BURLING: Just so -- to help things move along --

THE COURT: Okay.

MR. BURLING: -- rather than having them take an afternoon off so that we can figure out what can be played.

MR. BRADLEY: Right. We have a transcript of the interview and the motion, a copy of the motion that we previously sent to Nick, and the motion itself identifies with particularity what page and excerpt we're referencing.

THE COURT: Do you think there's a half dozen? A dozen? Do you have any clue?

MR. BURLING: Your Honor, I actually made a copy. I went through and I highlighted all the portions that are identified.

Do you care if I give this to Judge --

MR. BRADLEY: Sure.

MR. BURLING: -- so he can look at it?

MR. BRADLEY: Sure.

MR. BURLING: [ Furnished ]

THE COURT: Okay.

MR. BRADLEY: And then I'll e-mail the motion. Do I have the court's e-mail address?

THE COURT: I doubt it but we will get it for you as soon as we are off the record here.

MR. BRADLEY: Very good.

THE COURT: Okay. Then we are adjourned. Thank you.

MR. BRADLEY: Thank you.

MR. MAREIN: Thank you, Judge.

- - - - - -

[ Proceedings Adjourned to Tuesday, March 29, 2022 ]

- - - - - -

**CERTIFICATE**

I, Anita L. Comella, Registered Professional Reporter, Notary Public, and Official Court Reporter for the Geauga County Common Pleas Court, Chardon, Ohio do hereby certify that as such reporter I took in machine shorthand the proceedings had in said court in the above-mentioned cause; that my notes were transcribed by me or under my supervision into typewritten form as appear in the foregoing Transcript of Proceedings; that said transcript is a complete record of the proceedings had in the trial of said cause, and constitute a true and correct Transcript of Proceedings had therein.

-----------------------

Anita L. Comella, RPR
Official Court Reporter
Court of Common Pleas
Geauga County, Ohio

Date: August 10, 2022

MR. BRADLEY: [37] 8/5 73/2 73/14 73/21 108/25 122/2 142/23 214/25 215/8 215/13 242/14 288/17 304/7 304/11 305/19 306/16 307/2 307/6 307/12 307/19 307/23 308/1 308/10 308/19 314/4 314/9 315/1 315/19 316/4 316/8 316/25 317/10 317/25 318/3 318/6 318/12 318/15
MR. BURLING: [246] 7/11 7/20 14/21 15/3 15/12 15/15 29/19 30/3 30/7 30/16 30/21 31/4 31/8 31/11 31/16 34/2 37/12 37/15 37/20 38/4 38/8 38/24 39/2 39/6 39/13 39/17 39/23 40/6 48/21 49/2 49/5 49/12 49/17 50/3 50/10 50/14 51/3 51/9 51/16 51/25 52/2 56/22 57/10 57/15 57/24 58/7 58/11 58/25 59/7 59/14 59/20 60/1 68/1 68/4 68/7 68/10 68/13 68/21 69/1 69/8 69/12 69/18 69/24 70/6 73/16 79/14 79/18 79/21 79/25 80/2 80/4 80/13 80/18 81/3 81/7 81/17 82/4 82/24 83/5 92/5 92/9 92/14 92/18 92/21 93/2 93/13 93/20 94/4 94/7 94/11 94/15 102/24 107/25 108/23 113/24 114/4 114/11 114/14 114/19 114/22 115/3 115/6 115/12 115/20 115/23 116/12 125/20 125/25 126/12 126/17 126/24 129/14 129/20 132/21 137/20 138/1 138/5 138/9 138/15 138/24 139/3 139/6 139/9 139/12 139/15 147/3 147/7 147/12 147/16 147/20 148/11 148/15 149/5 149/16 149/25 150/8 150/17 150/20 160/12 160/20 161/4 161/8 161/11 161/17 161/21 161/25 162/4 170/24 171/12 171/20 172/3 172/9 172/17 186/1 186/10 186/14 186/23 187/6 187/13 196/12 196/16 196/20 197/2 197/13 206/18 207/2 207/9 207/16 207/22 215/19 215/24 216/4 216/7 222/5 222/8 222/15 222/18 223/3 223/8 223/13 223/17 224/3 224/9 224/13 224/22 225/3 225/8 225/14 225/17 239/18 240/3 240/16 241/14 242/1 242/10 254/12 254/19 254/24 255/14 255/20 255/24 256/2 256/5 256/9 256/25 257/17 258/20 258/25 259/5 259/18 259/24 260/2 260/11 260/15 260/19 261/3 272/9 273/8 273/16 273/20 274/8 285/23 286/4 286/19 286/23 287/3 287/8 287/24 288/6 300/4 300/16 300/23 304/16 305/5 306/22 309/2 313/14 314/8 314/18 315/5 316/11 317/3 317/6 317/19 318/1 318/4
MR. MAREIN: [501]
MS. DAUGHERTY: [1] 132/4
MS. KEATING: [1] 7/17
MULTIPLE VOICES: [1] 2/9
PROSPECTIVE JUROR: [1048]
THE BAILIFF: [12] 6/11 6/18 132/5 155/19 165/23 182/22 216/16 216/21 217/4 235/2 250/7 280/10
THE COURT: [573]
THE DEFENDANT: [4] 79/20 105/3 135/22 164/8

'

'83 [1] 148/2
'93 [3] 104/16 148/2 167/10
'ya [6] 16/1 20/18 60/8 95/2 226/20
282/6

.

..................................1104 [1] 5/7
......643....................843 [1] 2/4
......645....................843 [1] 2/4
......650....................843 [1] 2/5
......651....................843 [1] 2/5
......652....................843 [1] 2/6
......653....................843 [1] 2/6
......682....................843 [1] 2/7
......688....................843 [1] 2/8
......820....................843 [1] 2/7
.....689....................843 [1] 2/8
.....691....................843 [1] 2/9
.....693....................843 [1] 2/9
.....706....................843 [1] 2/10
.....711....................843 [1] 2/11
...666....................965 [1] 4/12
...669....................965 [1] 4/12
...761....................965 [1] 4/14
.960....................965 [1] 4/14
.963....................965 [1] 4/11

0

0025 [1] 1/5
09/16/2021 [1] 4/24

1

10 [2] 129/10 319/20
100 [1] 1/21
11 [14] 42/17 42/19 42/22 46/24 48/22 53/11 72/24 73/23 129/10 131/18 131/22 132/4 132/24 247/19
1109 [1] 1/6
13 [8] 53/13 215/24 216/4 216/15 217/10 217/13 234/24 274/18
13.....703....................843 [1] 2/10
14 [1] 288/21
16 [5] 54/4 54/7 56/23 60/6 64/18
17 [1] 223/22
18 [6] 64/21 65/1 65/4 68/2 72/21 141/5
1990s [1] 80/10
1992 [1] 178/25
1993 [12] 12/24 28/7 68/11 68/14 80/5 104/23 135/25 157/6 184/23 276/21 297/13 301/14
19C000083 [1] 1/4
1:00 [2] 129/19 131/14

2

20 [2] 180/18 206/10
20's [1] 205/16
2012 [1] 242/20
2016 [1] 284/10
2021 [1] 4/24
2022 [3] 1/12 318/19 319/20
22 [3] 215/12 215/14 216/17
22-G-0025 [1] 1/5
25 [5] 74/3 74/5 74/8 79/16 88/22
26 [5] 88/24 89/2 89/5 92/7 102/20
27 [6] 102/23 103/3 215/25 216/4 235/5 250/5
28th [1] 1/11
29 [7] 103/3 103/5 103/8 108/18 301/21 302/11 318/19
29th [2] 298/22 301/16
2:30 [1] 214/18

3

30 [4] 17/3 109/5 113/25 129/7
30-40 [1] 102/5
30-plus [1] 8/11
31 [5] 73/9 215/25 216/5 250/10 268/3
318 [1] 1/3
319 [1] 1/3
329 [1] 1/3
33 [3] 134/19 134/22 137/22
330 [1] 1/4
34 [7] 142/14 142/20 142/24 215/25 216/5 268/7 280/8
38 [6] 143/2 143/4 143/8 149/17 155/4 305/8
39 [3] 155/15 155/22 165/17

4

40 [2] 25/21 102/5
40-acre [1] 180/17
41 [4] 166/1 166/8 172/21 182/7
43 [6] 182/10 215/25 216/5 280/13 280/16 296/10
44023 [1] 274/25
44024 [1] 1/22
47 [4] 182/16 182/24 183/2 192/4
470 [1] 1/12
48 [3] 192/7 192/9 200/8

5

50 [1] 287/18
52 [6] 200/10 215/25 216/5 296/14 296/19 303/23
55 [4] 200/16 200/17 200/19 214/11
588 [1] 1/4
589 [1] 1/4

6

62 [2] 218/4 233/21

7

73 [1] 98/6

8

800 [1] 1/4
801 [1] 1/5
847 [1] 1/5
848 [1] 1/5
8:30 [1] 309/23

9

90's [2] 85/8 90/15
90s [1] 167/23
93 [3] 297/21 297/22 298/15
982 [1] 1/5
983 [1] 1/6

A

abandoned [1] 62/16
ability [22] 9/12 22/1 29/13 41/21 59/21 71/12 91/17 132/16 151/9 154/13 190/15 201/25 205/8 242/7 248/24 266/12 267/4 273/23 274/7 278/12 291/5 297/14
able [32] 83/8 85/10 101/25 106/2 139/4 144/21 150/9 150/10 161/19 187/7 195/18 197/4 231/1 243/14 252/7 255/19 255/22 256/19 263/10 263/13 271/5 274/4 282/1 286/13 286/17 287/12 290/7 297/25 298/20 299/2 310/18 316/23

A

abortion [11] 78/13 78/18 78/20 81/19 93/17 97/19 98/7 99/6 99/15 99/24 224/25
about [431]
above [1] 319/8
above-mentioned [1] 319/8
absolutely [9] 4/11 63/19 63/22 88/5 95/16 102/3 139/14 196/9 296/6
accent [1] 288/16
accept [1] 316/1
accepted [1] 98/16
access [1] 82/17
accident [1] 206/14
accidentally [1] 303/18
accomplish [2] 9/25 307/4
accordance [1] 4/18
according [2] 4/24 200/15
accountable [2] 233/2 233/6
accurate [3] 247/7 263/1 314/10
accusation [3] 262/18 276/20 289/18
accusations [1] 276/12
acquaintance [1] 54/25
acquired [1] 292/25
acre [1] 180/17
acres [1] 180/19
across [1] 180/20
active [1] 249/6
actively [1] 243/4
activities [1] 168/9
actual [3] 58/13 62/13 315/9
actually [16] 3/1 13/4 28/8 28/14 119/15 148/17 150/15 180/4 180/11 183/14 226/4 259/6 261/24 287/25 293/2 317/20
added [1] 246/15
addition [1] 27/12
additional [7] 8/24 181/18 195/5 199/22 201/16 300/1 311/15
address [7] 3/17 27/15 35/12 99/3 275/15 313/3 318/8
addressed [2] 2/11 300/7
adhere [1] 309/21
adjourn [1] 10/11
adjourned [5] 11/15 217/6 313/4 318/14 318/18
administer [1] 6/9
admitted [1] 5/2
admonish [1] 130/10
admonishment [2] 154/22 199/23
admonition [2] 165/8 308/7
Admtd [2] 2/2 4/10
adult [1] 154/3
adults [2] 154/4 154/6
advantage [1] 2/22
advise [2] 34/3 211/9
affairs [1] 9/6
affect [20] 9/11 22/1 59/21 59/25 114/25 116/2 124/12 127/6 127/15 138/12 148/17 148/18 148/19 151/9 201/24 242/7 245/16 302/2 302/13 302/14
affected [2] 58/8 70/2
affecting [1] 287/5
affiliated [1] 174/10
affirmatively [2] 106/20 204/24
afraid [1] 255/12
after [26] 13/14 37/23 73/23 83/23 101/17 112/12 119/8 120/13 140/19 143/5 179/13 180/9 242/17 242/21 243/21 244/9 244/12 246/6 255/2 262/12 266/15 292/2 292/4 292/20 295/5 304/3
afternoon [23] 130/8 137/22 143/10 150/25 155/24 156/1 160/14 171/1 186/3 196/14 200/23 213/15 222/5 222/7 239/18 254/12 274/14 274/16 285/23 288/10 288/12 300/6 317/7
afterwards [1] 293/25
again [76] 9/3 24/20 24/24 30/8 30/21 31/5 34/5 36/20 37/24 39/20 39/24 48/9 50/15 51/9 53/2 58/4 59/1 59/15 64/9 68/13 68/21 69/25 72/8 83/25 87/22 89/16 114/22 115/24 125/22 126/17 130/5 130/10 134/11 138/24 142/9 147/21 151/20 156/21 156/23 157/19 157/25 158/24 159/22 160/14 160/21 160/22 162/18 162/24 171/21 181/21 197/2 208/3 225/3 260/6 265/20 266/7 271/10 272/20 273/17 277/15 282/19 286/15 286/19 287/10 287/15 287/22 290/1 291/23 293/4 293/22 294/11 294/18 300/8 303/15 309/13 313/5
against [1] 81/19
age [4] 98/5 106/1 285/8 285/9
aggravated [5] 6/24 262/19 269/12 276/20 298/13
ago [48] 17/3 18/19 19/4 21/4 23/16 28/7 28/9 31/25 35/18 35/19 37/18 38/22 41/9 60/25 66/12 66/16 66/21 80/7 80/9 102/6 110/18 111/20 117/4 117/6 117/23 118/5 135/24 141/9 144/14 145/2 153/2 156/19 156/25 157/21 158/16 159/15 168/23 177/2 178/12 179/9 183/23 189/2 193/6 193/6 193/19 271/13 274/18 303/3
agree [2] 5/10 304/25
agreement [3] 305/7 306/9 313/24
ahead [5] 80/3 113/16 293/23 296/17 307/1
Albert [1] 180/23
alert [1] 76/2
alerting [1] 202/15
all [212] 2/4 2/13 5/11 6/11 9/20 13/15 16/10 20/23 21/18 22/17 23/20 24/16 24/22 24/23 25/5 25/22 25/22 26/18 28/12 28/15 29/11 29/14 31/14 31/16 35/22 39/6 41/1 42/9 44/9 45/12 46/20 48/6 49/6 50/8 52/7 55/13 56/11 58/1 58/9 62/10 66/5 66/13 67/8 67/16 67/22 69/16 72/4 72/14 73/18 75/10 75/12 77/13 78/8 79/4 79/10 82/6 83/7 84/7 85/6 88/17 89/20 90/18 92/1 93/18 95/2 95/15 97/22 98/5 98/10 101/17 105/20 106/12 107/11 107/22 112/25 113/13 113/17 114/12 114/25 115/21 123/7 123/9 123/12 124/7 125/23 129/2 129/25 130/6 131/15 131/17 134/4 134/7 134/21 136/17 136/20 136/22 137/4 137/5 138/7 138/22 140/11 140/24 141/23 150/17 152/5 156/21 157/10 158/18 159/19 165/15 166/10 168/1 168/18 168/19 169/14 169/16 170/7 170/12 170/21 172/9 177/6 177/11 179/14 180/7 181/12 181/13 183/1 185/17 186/12 191/15 191/23 192/6 193/9 193/10 193/21 194/22 195/16 196/4 197/9 199/17 203/15 204/14 205/7 206/1 206/12 206/16 208/11 211/19 213/2 213/24 213/25 214/3 214/13 216/11 220/8 220/11 221/2 223/8 223/14 224/3 227/19 228/19 232/16 233/10 234/5 234/10 234/14 235/1 235/8 237/17 237/20 243/17 249/13 251/23 252/4 253/21 255/10 256/23 257/9 257/17 258/2 266/16 267/22 270/8 274/8 274/13 279/17 282/11 283/5 285/10 285/14 285/20 293/14 294/2 294/10 296/2 299/3 300/23 301/20 304/13 308/8 308/25 309/6 309/10 310/22 313/4 313/7 313/11 313/11 315/2 316/10 317/21
alleged [1] 257/21
alleviate [2] 259/10 259/19
alley [1] 98/8
allow [5] 221/22 265/5 294/25 302/4 314/22
allowed [4] 229/14 235/10 270/7 270/9
almost [5] 17/3 26/7 96/2 209/1 281/6
alone [3] 235/19 269/2 297/9
along [6] 20/3 46/24 55/8 55/11 172/5 317/4
alongside [1] 172/1
already [17] 3/4 12/6 43/11 49/20 69/25 111/15 115/24 147/16 148/20 180/2 192/23 240/17 279/16 300/7 307/13 308/18 315/6
also [36] 3/7 3/15 3/24 4/6 7/20 29/18 30/17 35/8 37/11 39/7 45/18 55/23 58/19 61/19 65/22 110/8 130/19 130/23 144/14 147/8 148/12 172/4 188/9 237/6 239/17 258/20 259/24 269/14 272/12 281/5 290/7 310/7 311/14 311/23 312/12 314/20
alternates [1] 1/11
always [3] 94/14 197/8 205/25
am [20] 2/24 10/15 21/19 23/2 52/9 62/7 63/16 100/2 141/18 209/4 239/1 247/6 248/1 254/1 261/19 262/25 263/3 294/1 300/25 315/24
America [1] 284/10
among [1] 310/8
amongst [4] 231/4 262/13 304/12 306/6
amount [3] 10/19 12/7 149/13
angles [1] 56/4
Anita [4] 1/20 3/9 319/3 319/17
Anita's [1] 3/9
anniversary [1] 242/19
another [19] 24/10 46/24 55/24 58/2 71/21 121/4 121/7 121/11 121/11 121/22 122/9 123/5 125/2 131/4 203/11 248/18 272/17 293/2 298/4
answer [22] 9/23 13/12 20/14 20/20 46/16 48/2 49/10 50/6 101/12 156/12 156/17 215/10 217/3 233/9 249/22 265/5 267/15 268/24 283/1 283/19 284/2 304/14
answered [23] 12/9 35/2 43/17 45/5 45/22 53/17 87/5 89/21 103/17 106/18 113/2 155/16 200/11 215/2 217/20 224/14 235/15 268/19 270/3 281/2 284/1 297/2 297/7
answering [4] 78/15 106/22 200/4 227/3
answers [10] 9/21 27/18 110/1 125/1 142/9 143/17 166/17 239/13 265/7 293/10
anti [2] 99/7 99/24
anti-abortion [1] 99/24
anticipating [2] 284/17 307/11
any [160] 3/16 5/15 5/17 6/7 8/16 8/17

A

any... [154] 8/18 9/7 9/8 9/10 10/22 12/17 13/9 13/10 13/16 13/20 14/24 15/11 18/4 24/8 28/1 28/17 30/23 31/2 31/13 35/24 35/24 36/23 38/8 39/19 41/4 45/20 50/7 50/24 51/19 52/5 56/6 56/9 58/16 58/21 59/3 61/6 61/7 62/19 63/13 63/24 66/10 66/19 67/18 68/15 69/3 70/3 70/22 71/4 71/4 75/14 75/14 80/14 82/22 84/19 86/4 88/14 91/11 92/18 93/6 93/25 94/3 98/21 105/4 105/23 107/23 112/9 113/16 115/8 115/14 115/25 115/25 116/3 125/18 126/13 130/11 132/19 135/20 138/12 142/16 145/3 147/2 147/22 150/22 152/11 153/6 153/9 157/12 159/23 159/25 165/4 167/7 168/8 168/23 168/24 169/17 170/2 170/4 175/14 181/25 184/23 185/7 186/17 186/25 189/9 191/25 195/4 195/21 196/11 196/22 198/6 204/7 206/17 207/3 207/11 207/18 214/23 215/6 215/17 222/20 225/19 235/12 237/9 242/8 242/11 254/24 254/25 257/19 258/18 259/11 260/3 260/19 265/3 272/4 272/16 272/18 273/22 277/6 285/22 296/3 302/14 308/12 310/4 310/11 310/21 311/20 311/25 312/4 312/9 312/13 312/17 312/23 314/13 315/14 317/18
anybody [23] 64/10 86/4 87/23 88/2 107/3 127/25 130/12 165/9 169/20 207/24 214/5 214/15 249/12 257/23 260/10 267/8 271/7 271/24 274/3 275/22 280/3 283/22 304/25
anybody's [2] 72/25 258/10
anymore [3] 48/10 98/18 163/21
anyone [14] 10/23 24/22 45/21 130/21 130/23 154/24 171/6 260/4 310/2 310/18 310/21 310/25 312/7 312/16
anything [130] 10/18 15/4 15/13 17/15 17/19 18/2 28/22 29/11 30/1 30/9 34/9 37/4 38/24 41/4 41/16 45/4 50/8 50/16 59/9 61/7 62/8 64/11 65/24 68/22 69/12 76/9 77/4 79/5 80/17 81/19 82/2 83/12 84/17 85/1 85/2 85/7 85/9 85/15 85/16 89/16 90/22 91/1 91/15 92/22 96/18 97/5 98/9 103/23 104/15 105/2 108/12 111/3 112/18 113/4 126/8 128/21 135/11 136/23 137/6 137/9 141/17 144/17 144/24 146/7 152/9 153/8 156/15 157/14 158/25 159/3 159/8 159/14 159/16 160/9 160/16 160/25 161/12 163/6 163/8 164/10 164/10 164/15 164/16 166/25 167/9 169/13 169/15 170/15 175/20 175/25 177/3 183/12 184/4 184/21 185/14 187/8 189/12 190/8 194/24 195/9 195/16 195/24 199/2 199/3 202/17 204/9 204/25 207/4 208/13 211/12 211/16 212/7 212/25 227/25 230/7 250/18 259/19 271/1 271/10 273/4 276/15 276/17 290/2 297/8 302/24 303/17 309/1 311/24 313/2 314/16
anyway [1] 260/10
anyways [2] 29/4 199/15
anywhere [1] 179/2
apologies [1] 294/12
apologize [6] 14/13 18/24 120/4 177/23 245/8 296/17
apology [2] 151/3 261/25
App [1] 1/5
apparently [3] 114/7 169/10 200/12
appear [1] 319/10
APPEARANCES [1] 1/14
appears [1] 10/1
Appellant [1] 1/8
Appellee [1] 1/5
Apple [1] 76/20
appointment [1] 242/6
appreciate [17] 24/24 84/13 88/7 103/11 146/25 158/4 165/12 200/3 222/16 225/18 250/19 253/24 279/20 280/1 290/21 295/24 309/18
approach [3] 5/9 20/24 270/22
appropriate [1] 149/15
appropriately [1] 52/10
are [132] 2/11 3/17 4/3 5/8 5/12 6/6 6/7 9/4 9/6 9/14 10/10 10/14 11/14 12/10 14/2 20/1 20/3 25/23 27/3 43/1 47/21 49/15 49/19 50/23 51/5 51/6 60/8 60/10 62/12 65/22 65/23 67/11 68/10 75/1 80/5 80/6 83/8 87/10 87/10 89/10 89/15 94/12 94/21 95/2 98/16 99/10 99/23 101/13 101/23 101/25 103/13 122/13 123/25 127/23 129/20 130/19 130/22 132/2 132/24 134/24 139/20 139/22 143/16 146/14 149/23 151/11 156/5 171/22 174/10 177/13 177/13 180/12 181/7 184/17 188/23 190/3 198/16 201/8 205/25 206/4 220/21 223/15 228/24 230/9 230/17 230/18 231/19 232/1 232/14 236/18 236/18 239/10 239/20 246/25 247/2 247/13 247/21 247/22 251/22 251/24 252/5 255/21 259/17 261/15 262/4 262/17 262/22 266/6 266/9 269/7 270/9 270/16 275/8 282/12 282/23 286/20 288/14 295/10 296/25 297/20 299/15 305/25 309/25 310/17 310/23 311/2 312/12 312/18 313/4 317/22 318/10 318/14
area [7] 41/2 88/15 120/24 148/4 162/17 170/17 220/15
arguments [3] 5/1 129/13 314/1
arise [1] 236/23
around [8] 54/20 57/14 106/4 113/1 209/15 227/1 239/2 290/9
arrest [3] 19/10 179/8 180/9
arrested [5] 13/1 18/15 179/13 188/3 189/17
article [44] 35/17 35/19 35/20 35/22 37/17 38/6 38/10 38/14 39/3 39/8 39/21 39/25 79/19 80/20 80/24 81/9 82/12 82/17 82/21 84/17 84/18 95/20 97/4 119/4 119/13 119/15 119/17 119/19 120/13 121/2 121/16 121/17 127/5 158/23 159/23 159/24 162/23 162/25 163/2 163/8 163/12 164/14 195/11 199/6
articles [4] 92/11 93/3 161/12 164/2
articulate [3] 247/3 247/21 297/17
articulated [1] 26/13
articulating [1] 290/11
as [157] 2/12 2/24 3/21 4/2 4/15 4/21 4/22 5/14 5/14 5/17 5/20 5/22 7/13 8/6 8/23 9/14 9/21 9/22 11/10 11/11 13/7 13/17 17/1 17/1 17/8 19/23 22/20 25/22 25/22 27/11 27/15 31/13 33/7 36/19 37/6 43/5 43/19 45/11 48/17 54/24 58/20 60/24 61/8 62/22 62/22 63/15 65/13 65/14 71/6 74/10 82/25 82/25 83/11 83/12 85/3 85/20 86/13 86/14 87/9 98/6 106/24 106/24 112/21 115/14 120/24 121/15 121/15 123/20 124/25 134/9 134/22 134/25 135/24 135/24 138/10 140/20 140/24 141/21 144/17 144/17 149/19 151/13 151/14 151/18 153/14 154/2 154/6 154/6 155/16 156/11 167/16 172/4 175/9 175/25 176/23 177/10 179/1 188/7 188/12 188/12 189/10 190/15 192/22 196/8 200/2 200/12 205/4 206/3 209/6 211/25 214/20 223/14 227/7 227/8 229/8 229/10 229/24 232/1 241/5 241/5 241/8 241/25 243/23 243/24 249/25 250/1 251/9 254/14 256/17 264/16 264/17 265/24 268/15 271/11 271/24 271/24 273/11 273/23 275/22 275/22 275/25 277/4 277/7 284/9 290/1 290/13 294/20 297/24 309/16 309/21 312/2 313/24 316/9 318/10 318/10 319/6 319/10
Ashtabula [1] 43/25
aside [9] 9/10 94/5 100/8 139/4 161/19 187/8 197/4 221/14 300/12
ask [49] 3/23 6/8 16/4 24/18 24/23 37/10 48/7 48/8 50/14 65/21 65/22 67/23 79/12 89/15 107/23 108/14 111/14 113/21 113/22 122/22 132/13 134/11 137/18 147/1 151/7 160/8 185/22 185/23 201/16 221/23 226/13 228/5 231/13 270/23 272/5 272/6 285/21 287/3 287/9 288/13 288/18 288/24 294/17 300/2 301/2 301/4 301/7 303/11 306/11
asked [26] 6/7 8/16 9/4 9/16 24/21 40/15 42/8 43/6 45/19 53/5 64/11 127/11 132/5 142/5 171/2 177/7 190/11 190/17 197/19 235/17 249/21 259/2 260/2 282/20 294/12 301/5
asking [14] 14/2 26/1 110/14 154/16 166/18 175/10 205/15 221/21 246/8 265/15 275/8 286/25 297/7 306/18
asks [1] 129/1
aspects [1] 310/21
assessment [1] 155/14
assist [1] 3/15
assistance [1] 243/8
Assistant [3] 7/5 7/6 7/18
assisting [1] 8/9
associative [2] 247/1 247/22
Asst [2] 1/16 1/16
assume [3] 231/25 247/12 305/10
assuming [5] 57/16 59/17 236/12 305/6 316/13
at [113] 1/12 2/25 3/2 7/9 12/3 12/8 19/10 20/18 20/23 24/22 25/18 31/14 34/16 40/2 42/9 49/6 54/17 57/6 58/1 58/8 62/10 71/3 73/22 88/17 89/20 90/5 93/3 98/4 99/19 102/8 102/23 105/19 107/6 107/11 109/24 114/25 115/21 123/9 123/12 125/23 129/19 131/14 138/7 141/22 145/24 156/13 157/3 166/12 166/13 167/13 168/4 169/18 171/4 173/2 173/10 185/2 186/12 186/21 189/23 193/9 194/9 196/22 202/8 215/19 218/8 223/14 224/3 225/13 227/4 227/11 231/1 231/19 232/23 235/10 239/23 241/11 241/23 244/5 246/18 249/5 253/16 258/7 258/22 262/15 262/20 266/24 269/18

A

at... [26] 270/8 274/24 278/5 282/1 283/5 283/21 286/14 286/15 287/13 288/5 289/13 297/20 300/17 300/20 305/14 305/20 306/8 307/17 309/20 309/23 310/2 310/19 314/1 316/20 316/23 318/2
attack [3] 243/19 244/3 244/9
attempt [4] 130/24 310/25 311/4 311/15
attempts [1] 130/21
attention [16] 55/17 105/5 131/7 150/11 168/24 178/16 179/10 185/3 213/16 237/16 250/20 286/9 286/25 287/1 287/12 305/22
attentive [2] 177/10 278/13
attitude [2] 72/25 107/10
attorney [3] 7/6 7/19 166/19
attorneys [14] 2/5 6/1 7/25 10/10 14/18 29/18 37/10 65/21 74/17 129/25 134/4 309/10 310/4 311/9
Atty [2] 1/16 1/16
Auburn [1] 275/2
August [1] 319/20
Australia [1] 288/20
automatically [1] 242/24
autopsies [1] 106/8
autopsy [2] 2/19 149/20
available [3] 2/21 82/19 316/21
aware [4] 4/3 57/6 126/15 186/24
away [5] 162/18 180/12 219/22 277/23 278/7
awfully [1] 37/2

B

baby [38] 14/23 24/11 29/25 30/9 31/2 32/12 45/4 55/10 57/3 67/5 77/1 77/2 77/9 77/10 77/22 81/5 81/5 104/16 106/7 112/5 120/20 125/2 140/17 146/21 151/5 152/5 172/1 176/8 178/24 194/12 197/24 198/1 198/4 248/12 293/2 297/25 298/9 301/18
back [109] 3/15 3/24 7/21 12/1 12/24 13/3 18/16 18/18 19/2 19/9 19/16 24/19 30/22 34/6 41/8 42/4 53/2 55/20 57/21 60/24 64/9 64/10 68/14 68/16 68/18 68/22 68/24 72/8 72/24 75/21 79/22 80/5 80/10 80/15 83/14 85/8 85/11 87/21 90/15 91/2 92/13 92/19 94/8 96/5 96/7 97/3 98/8 102/7 102/10 104/15 104/16 104/23 108/8 108/13 123/21 129/19 129/21 130/4 131/14 131/21 133/8 142/4 148/3 148/19 149/19 154/24 155/11 158/23 167/10 167/23 171/15 171/24 175/18 178/24 181/20 181/22 183/3 191/23 193/17 199/22 199/24 201/18 202/24 209/19 210/7 214/1 215/5 216/8 216/15 216/25 217/14 234/6 234/15 235/17 239/19 240/5 246/21 247/16 249/19 267/18 279/24 280/23 290/16 295/25 303/9 303/10 304/22 305/14 313/11
background [11] 15/13 24/7 103/16 112/25 113/10 156/23 162/21 195/5 205/1 229/18 269/21
bad [10] 61/25 93/12 93/12 93/15 97/9 97/15 213/20 213/22 213/23 273/3
badge [1] 172/24
bag [1] 77/23
bailiff [4] 3/5 6/8 311/5 311/13
Bainbridge [2] 275/3 275/7
balls [1] 278/16
bank [1] 225/13
barely [1] 98/19
base [3] 94/11 197/4 311/17
based [31] 31/12 39/20 40/3 49/23 59/22 63/13 65/16 67/16 80/23 81/12 93/2 94/2 101/11 126/21 132/8 132/14 137/11 139/10 145/15 162/1 185/4 185/8 187/10 191/13 197/21 204/5 207/16 254/25 273/24 294/24 295/4
basic [4] 29/2 29/22 30/4 32/1
basically [8] 27/24 44/7 44/8 44/24 45/25 51/24 236/10 287/20
basis [1] 241/25
bat [1] 305/6
Battles [1] 174/16
be [339]
be-all [1] 25/22
bearing [1] 98/21
beat [1] 312/25
became [8] 53/20 155/8 198/4 217/24 219/5 223/1 284/10 292/23
because [104] 14/3 19/3 20/25 21/4 23/13 25/23 26/17 34/25 44/16 46/8 46/12 47/9 49/23 50/6 51/4 52/14 53/18 71/23 74/13 78/12 93/17 99/1 100/13 109/25 115/17 116/6 130/24 136/6 137/8 137/15 138/18 138/20 140/18 143/17 144/25 148/5 152/15 153/20 163/16 178/18 184/15 185/10 186/6 189/18 192/15 201/19 203/10 208/13 208/18 210/4 210/5 210/9 210/17 212/1 213/10 218/10 219/5 219/19 220/23 221/17 223/5 224/19 226/15 231/13 232/10 235/14 236/10 237/6 241/23 243/13 246/8 248/17 249/15 250/22 251/12 252/12 252/24 254/16 256/17 260/25 263/9 266/1 266/8 266/23 268/18 277/14 277/18 281/1 281/19 283/8 283/9 284/5 285/6 285/8 285/17 293/15 294/1 297/1 298/25 299/21 304/9 306/10 306/13 313/10
become [1] 177/8
beef [1] 308/6
beefed [1] 308/16
been [86] 2/12 12/15 16/16 20/2 24/21 28/20 33/13 36/6 36/22 37/21 37/24 38/2 45/6 60/20 61/1 61/24 66/8 71/9 88/14 105/4 108/10 109/15 112/1 112/1 113/10 116/8 117/3 117/21 120/20 120/23 134/10 141/1 145/6 147/13 152/24 157/3 167/12 168/21 169/10 171/4 175/18 179/13 186/11 186/16 188/2 192/13 194/3 201/11 206/9 206/10 214/16 214/24 216/8 223/21 233/22 235/9 236/6 236/20 236/23 237/7 240/22 240/23 241/9 243/4 246/9 248/12 249/4 249/22 250/17 251/8 257/25 260/8 268/14 268/14 280/22 281/18 285/11 288/21 296/24 297/25 298/8 301/23 311/5 311/11 313/10 313/18
before [38] 1/10 6/7 8/21 20/20 29/15 41/3 49/10 56/15 72/23 86/20 90/22 106/13 111/13 113/16 114/20 118/19 123/15 160/24 173/3 183/18 186/5 193/15 200/2 208/22 211/21 212/21 215/5 216/12 220/10 225/25 230/24 233/11 233/19 244/11 246/7 294/13 305/20 307/15
began [1] 244/14
begin [4] 2/11 26/1 166/18 247/15
begins [2] 3/1 140/24
behalf [3] 239/14 254/8 254/10
behind [2] 191/18 287/19
being [56] 1/12 9/4 20/1 20/7 22/9 22/22 23/2 33/1 37/5 47/4 56/10 62/16 69/14 70/23 71/1 72/17 75/5 78/25 81/18 81/18 87/7 88/10 89/8 121/5 121/14 121/23 150/3 150/18 173/2 177/10 186/23 189/12 195/18 200/3 212/7 212/9 222/14 224/4 224/4 225/16 225/17 227/18 237/1 239/12 249/6 250/16 255/2 259/11 277/14 278/7 282/19 287/11 293/13 299/2 300/13 304/3
belief [3] 25/20 52/11 52/15
beliefs [8] 31/13 47/14 47/21 49/24 58/2 78/25 132/16 255/1
believe [28] 11/12 12/12 17/24 23/14 26/22 42/16 52/16 57/20 59/25 68/19 70/19 71/25 78/7 78/13 78/18 84/1 90/15 111/23 176/3 191/10 197/8 197/10 199/8 215/20 221/14 275/4 275/6 278/18
besides [1] 120/19
best [11] 9/21 35/10 43/19 54/9 123/21 193/20 194/2 220/4 230/6 233/18 274/6
better [12] 25/24 27/8 130/25 208/14 209/17 213/16 213/21 243/3 243/22 249/5 260/16 267/15
between [1] 184/18
beyond [7] 17/25 40/17 62/15 71/2 85/16 257/14 271/2
bias [1] 5/15
biased [1] 87/4
bible [1] 46/12
big [6] 50/12 178/25 179/4 179/12 234/13 281/10
birth [1] 198/7
birthday [2] 298/22 301/16
bit [33] 2/16 2/20 22/8 54/13 59/8 66/4 75/20 80/19 86/9 98/13 108/9 109/18 113/2 120/18 141/9 144/19 145/21 147/17 204/16 206/22 237/22 241/22 243/3 258/5 268/24 269/14 272/19 279/11 279/25 281/10 285/4 297/18 305/10
bits [1] 136/7
blanket [1] 50/23
blanking [1] 245/5
blog [1] 110/9
blogs [1] 312/1
blurb [1] 271/14
bodies [1] 285/7
body [3] 36/7 239/23 248/11
born [9] 77/22 81/5 222/24 230/20 297/12 297/21 300/17 301/15 302/10
boss [2] 292/22 292/22
both [15] 4/8 8/20 27/8 71/10 127/12 131/9 131/11 141/11 150/10 174/15 224/19 224/25 252/5 295/19 299/5
bothering [2] 203/9 284/15
bottle [1] 245/12
boy [4] 91/5 282/1 283/13 298/14
Bradley [6] 1/18 7/25 8/7 23/8 314/3 315/13
Bradley's [1] 215/17
brain's [1] 304/10
break [10] 73/1 73/3 83/18 112/6 129/11

## B


break... [5] 130/9 216/12 216/22 227/2 233/24
breakfast [1] 85/12
breaking [1] 293/6
breaks [3] 213/9 213/13 213/14
breath [4] 16/5 146/16 209/25 210/3
brief [5] 65/13 73/25 127/2 206/20 217/8
briefly [6] 40/10 52/6 131/21 137/21 187/16 196/13
bring [3] 83/14 178/16 282/14
bringing [1] 216/15
brings [3] 14/9 24/4 205/18
broad [1] 110/14
brochures [1] 4/17
brochures/literature [1] 4/17
broke [3] 105/4 208/10 208/21
brother [1] 203/7
brought [14] 38/13 38/18 93/14 93/21 114/16 123/9 123/12 126/18 128/9 128/10 206/2 208/5 277/14 305/21
bubblegum [1] 279/19
building [1] 130/20
bunch [1] 240/12
Burglary [1] 283/7
buried [7] 17/9 36/10 77/1 77/5 77/23 112/2 146/4
Burling [24] 1/16 7/6 7/14 14/20 37/14 48/20 82/22 92/2 113/20 137/18 147/1 160/5 170/22 185/25 190/11 196/11 206/17 215/16 239/14 254/7 257/16 258/17 300/3 301/5
burned [1] 304/10
Burton [2] 160/23 162/17
but [249] 4/6 6/25 8/18 9/17 10/17 11/2 13/12 15/12 16/3 18/10 19/15 21/18 24/13 24/15 24/25 25/17 26/5 27/3 27/13 28/10 28/21 29/3 29/24 29/25 31/4 35/11 35/21 36/22 44/11 44/19 45/15 46/19 46/21 48/5 48/13 49/5 49/11 50/11 50/18 51/11 51/17 54/8 55/21 58/18 58/22 59/16 60/24 65/13 68/19 70/1 72/16 75/11 75/21 76/18 77/25 78/2 78/14 80/11 82/1 83/13 86/25 93/10 93/11 94/21 94/23 95/7 97/17 98/12 99/12 99/25 100/16 101/16 101/18 102/5 103/10 103/14 104/21 106/7 111/2 113/2 115/25 116/11 117/17 117/25 121/4 121/21 122/14 123/14 124/6 124/9 125/22 126/6 128/13 130/8 138/23 144/17 145/13 148/6 148/9 149/1 149/4 149/7 149/22 151/17 154/16 156/8 156/23 158/1 158/3 158/17 158/24 162/18 164/13 166/22 167/16 167/20 171/11 171/18 171/22 173/7 173/14 175/11 176/12 176/20 176/23 177/19 178/1 182/10 183/23 184/2 184/11 187/22 188/14 190/17 197/2 198/19 199/21 200/12 201/18 202/21 202/25 203/17 204/1 208/5 213/12 214/16 218/6 218/23 219/6 219/21 221/13 222/18 223/9 224/14 224/18 224/21 227/1 227/11 227/12 227/21 228/21 229/7 229/17 230/25 231/12 232/21 233/15 236/9 236/20 238/1 238/10 239/6 240/13 240/14 240/17 241/7 241/24 242/25 243/16 243/24 247/2 248/3 248/24 249/7 249/15 251/14 251/17 253/7 253/18 254/14 255/9 255/15 255/18 256/20 257/1 258/4 260/11 261/1 262/3 262/8 262/15 263/12 264/4 265/22 266/9 267/3 269/11 269/22 270/15 270/21 271/9 271/13 272/5 272/22 275/5 275/12 275/17 276/18 277/25 278/11 278/22 280/25 282/17 283/7 284/1 284/13 287/24 288/14 289/6 290/6 290/25 292/3 293/4 293/6 294/16 295/16 296/1 298/17 300/7 302/3 303/10 304/8 304/17 308/16 308/23 309/17 313/1 316/17 318/9
butcher [1] 244/25
butt [1] 48/9
buying [1] 220/19


## C


call [10] 10/23 95/1 109/9 148/7 202/11 203/24 210/14 210/14 210/15 296/18
called [12] 2/12 32/12 36/10 69/22 116/9 201/18 202/5 210/17 210/20 211/3 211/22 250/21
calling [2] 118/19 314/24
calls [1] 278/16
came [19] 13/4 83/19 90/22 135/12 138/22 147/10 147/13 156/18 159/8 159/15 164/11 177/17 209/15 211/1 212/20 274/3 275/21 292/21 293/1
camera [1] 218/16
cameras [1] 278/25
Camp [1] 4/16
can [133] 3/17 3/23 9/22 9/25 10/17 11/8 13/15 14/3 15/1 17/14 18/1 18/3 18/15 20/22 22/3 22/14 23/19 24/8 25/3 25/11 26/6 26/8 38/25 39/25 40/19 43/19 44/25 45/22 48/14 50/14 50/20 53/1 57/8 57/22 63/6 63/21 65/14 67/12 69/13 71/25 73/5 76/21 78/7 79/5 81/9 82/20 84/1 85/3 85/21 87/5 87/6 90/1 90/10 98/6 98/24 100/3 101/16 106/9 106/11 109/3 111/22 113/12 121/7 122/21 128/12 131/5 134/23 136/12 153/15 154/21 158/10 161/2 162/6 170/6 170/8 184/4 192/21 192/21 208/7 214/1 215/5 219/11 219/15 219/25 221/7 230/2 230/12 231/5 231/7 231/8 234/6 238/18 245/15 250/1 252/21 253/22 258/2 258/22 264/17 268/16 270/13 271/11 272/2 278/17 278/19 279/24 281/11 282/10 282/16 282/21 284/2 284/4 284/9 287/9 288/2 290/14 290/16 291/18 291/24 291/24 291/25 291/25 292/1 294/23 295/21 295/25 302/14 306/19 315/14 316/19 317/8 317/8 318/1
can't [47] 9/24 19/13 29/24 47/22 48/2 85/11 85/23 100/15 100/16 100/17 107/5 107/18 124/4 126/4 127/16 128/3 128/12 128/23 145/8 153/5 167/12 167/20 169/21 170/3 171/8 175/17 175/19 175/22 177/2 191/4 191/6 197/8 228/22 231/17 234/16 237/25 238/3 238/6 238/22 248/17 249/13 255/1 258/12 260/6 270/15 278/25 282/14
canceled [1] 163/24
candid [2] 72/17 200/3
candidness [1] 88/8
candor [7] 25/4 146/25 165/13 234/6 253/24 267/17 279/21
cannot [9] 9/9 10/22 10/22 49/20 49/22 107/14 107/20 123/10 311/23
capable [1] 252/4
capital [1] 7/1
car [2] 29/6 203/8
care [2] 3/7 317/23
Carnival [1] 267/5
carry [1] 22/8
case [303] 1/4 5/10 6/2 6/21 7/2 7/3 8/23 9/8 9/17 10/16 10/18 10/23 11/5 11/6 12/6 12/10 12/18 13/10 13/14 14/25 15/7 16/14 18/13 19/11 20/24 22/2 22/21 22/24 23/22 24/5 24/10 24/22 27/7 27/11 27/20 29/14 31/1 31/14 33/2 35/4 35/15 35/24 36/24 37/7 37/23 39/19 40/19 42/8 43/10 43/18 43/22 43/25 44/15 45/1 47/5 47/23 48/1 48/23 49/3 49/9 50/9 50/16 50/18 50/21 52/19 53/4 54/11 54/17 54/23 55/9 55/17 56/1 57/1 57/5 57/25 58/3 58/5 58/8 58/13 58/17 58/24 59/11 59/21 61/16 63/1 64/12 65/20 65/24 66/5 66/9 66/17 70/3 70/4 71/17 71/21 74/19 75/5 76/25 78/8 78/19 82/1 85/3 86/15 87/23 89/17 91/20 93/5 93/22 98/2 103/1 103/17 103/20 104/12 106/6 106/11 110/5 110/10 111/15 111/20 112/14 112/21 113/13 114/17 114/25 115/1 115/9 116/3 119/1 122/11 123/3 123/12 125/8 125/23 126/1 128/6 128/9 130/12 130/16 131/6 131/7 132/18 135/3 135/25 137/7 137/14 138/12 140/17 141/10 142/17 143/23 145/16 145/24 146/2 146/14 148/15 148/23 151/6 153/15 156/11 162/2 166/16 166/24 169/18 170/19 171/23 172/5 175/16 177/8 177/9 178/2 182/1 182/12 182/13 183/8 183/12 183/17 183/21 185/8 185/18 186/12 186/16 186/21 186/24 187/2 188/19 188/21 188/22 189/12 190/16 190/25 191/5 191/6 192/18 193/9 194/16 195/6 196/24 197/21 198/13 198/25 200/1 200/13 200/17 201/21 201/23 202/6 202/8 202/16 202/17 202/19 203/25 204/9 205/9 205/22 206/23 207/20 210/12 211/9 211/13 211/16 212/5 212/14 212/25 217/22 218/8 220/12 221/4 223/18 223/21 228/1 230/1 232/2 232/18 235/16 235/19 235/21 236/1 236/21 237/2 247/11 247/18 247/23 249/1 251/3 252/6 252/8 253/20 256/14 259/8 260/15 262/4 262/10 263/15 264/8 266/23 267/6 268/22 269/4 276/4 276/12 276/15 276/17 277/6 277/8 277/10 281/5 282/15 283/4 289/18 290/1 291/9 294/24 295/2 297/11 297/16 297/20 298/18 301/9 301/11 301/19 301/23 302/8 302/14 302/24 303/17 308/5 310/1 310/3 310/8 310/12 310/19 310/21 310/24 311/1 311/7 311/12 311/16 311/24 312/8 312/10 312/21 313/18 315/17
cases [2] 154/10 277/22
catch [3] 136/5 144/8 168/23
catches [1] 145/12
Catholic [5] 78/13 78/17 78/24 81/18 86/15
caught [5] 136/17 136/20 140/9 140/24 190/6
cause [20] 52/16 93/4 108/22 115/6 132/14 159/17 204/7 205/2 214/23

C

cause... [11] 215/6 237/9 237/15 239/8 239/19 239/24 304/2 305/10 305/17 319/8 319/13
caused [1] 140/16
causes [2] 268/23 278/8
causing [2] 93/23 224/7
caution [1] 108/7
celebrated [2] 298/21 301/16
cell [2] 119/21 312/1
cemetery [1] 17/9
center [2] 1/12 269/22
certain [2] 266/18 297/2
certainly [9] 4/1 148/13 244/6 270/17 282/7 285/2 285/5 294/19 316/18
certify [1] 319/6
cetera [1] 129/1
Chagrin [2] 275/5 275/14
chair [2] 209/8 226/25
challenged [1] 277/9
challenges [1] 215/6
challenging [1] 149/4
chances [1] 73/10
change [3] 49/6 107/10 316/18
changed [2] 98/12 118/21
channel [6] 33/11 70/15 184/13 184/13 189/9 189/9
channels [1] 207/3
chaotic [3] 238/25 239/1 239/21
characterization [1] 25/24
Chardon [5] 1/12 1/22 236/13 244/9 319/5
charge [2] 269/11 282/18
charged [8] 6/23 18/14 23/9 185/12 186/16 212/5 212/7 212/9
charges [14] 6/25 53/19 235/19 251/2 251/24 252/22 262/22 264/16 269/2 269/7 270/17 281/3 297/9 298/13
charging [1] 184/7
Chart [1] 4/22
chat [1] 166/11
check [5] 143/2 165/10 191/25 199/25 215/23
checking [2] 11/1 102/13
chief [2] 25/25 174/16
chiefs [1] 174/15
child [66] 17/8 19/25 19/25 27/21 30/12 32/13 36/11 39/10 44/1 44/20 44/21 45/6 45/7 62/15 65/19 71/3 74/20 75/9 80/22 89/24 92/14 93/12 97/11 99/18 103/19 110/25 112/1 112/2 112/3 116/22 117/18 118/1 120/21 121/4 121/7 121/11 121/19 121/22 122/9 135/5 136/17 149/18 149/21 151/23 151/24 152/2 156/20 157/13 158/11 168/18 177/1 189/1 189/1 198/13 204/20 205/6 205/14 205/20 218/22 223/10 230/19 264/13 285/16 289/13 292/24 302/10
children [15] 77/11 146/21 153/18 153/25 154/4 154/5 218/11 281/16 281/16 285/17 286/18 291/21 292/19 292/24 293/3
choice [1] 86/19
choices [2] 100/14 100/14
chosen [1] 262/4
church [2] 227/11 227/12
circles [1] 290/9
circumstance [3] 20/7 20/22 21/25
circumstances [3] 149/13 220/8 248/16
citizen [2] 284/10 292/23
City [1] 1/12
civic [3] 4/9 47/15 290/6
claim [1] 311/10
clarified [1] 254/14
clarify [3] 254/13 260/12 273/9
classmates [1] 236/5
cleaned [1] 114/8
cleaning [1] 115/18
clear [4] 23/13 287/20 305/15 314/5
clearly [4] 26/12 99/2 149/2 315/17
Clerk [1] 316/1
clerk's [1] 307/7
Cleveland [2] 269/18 293/1
click [3] 84/1 164/14 195/11
clicked [1] 178/13
clicks [1] 177/11
client [2] 8/8 314/12
Climatological [1] 4/22
Clinic [2] 269/19 293/2
clip [1] 189/25
clippings [2] 90/5 90/8
close [8] 57/11 90/13 90/13 141/21 153/22 227/14 281/22 293/7
closely [2] 58/19 227/4
CLOSING [1] 5/1
clue [1] 317/18
clues [1] 91/8
coffee [1] 66/2
coincidence [3] 298/25 302/1 302/20
cold [4] 109/8 186/20 188/21 188/22
colleague [1] 54/25
collect [1] 10/2
college [2] 243/2 246/18
color [2] 300/20 301/6
come [25] 13/9 26/3 59/9 76/11 76/12 81/25 83/20 103/22 105/23 118/20 135/11 148/25 153/5 156/14 159/24 176/19 183/12 197/12 203/1 209/25 210/14 235/17 256/24 278/2 306/8
Comella [4] 1/20 3/9 319/3 319/17
comes [10] 23/21 55/14 76/15 76/19 123/8 147/11 153/23 208/11 252/24 258/5
comfortable [11] 43/2 50/24 51/1 102/7 135/7 143/16 172/14 201/5 201/7 201/9 257/19
coming [13] 41/3 56/10 68/22 70/2 89/17 99/21 132/25 138/13 202/16 225/12 239/7 277/17 293/23
commander [1] 25/24
Commence [1] 2/3
commenced [1] 11/18
commencement [1] 25/19
commencing [1] 1/11
comment [5] 101/19 193/13 258/12 258/21 312/16
comments [1] 82/23
committed [1] 36/12
common [8] 1/2 1/12 1/21 2/15 2/17 161/14 319/5 319/18
communicating [1] 240/11
community [8] 77/5 129/24 131/18 134/4 145/7 175/12 278/14 309/9
company [1] 292/25
compensation [1] 4/2
complete [5] 3/10 9/1 9/20 306/8 319/12
completely [10] 21/16 22/2 22/25 41/21 120/16 151/11 233/16 245/4 277/19 291/5
complex [2] 241/1 241/2
comprehend [1] 163/1
compromise [1] 312/5
compulsion [1] 126/13
computer [3] 1/23 117/14 198/17
concentrate [1] 176/15
concern [14] 50/19 213/7 248/4 248/5 270/16 272/16 273/9 277/11 277/13 278/23 283/5 293/20 298/13 308/19
concerned [9] 106/25 128/11 151/21 195/17 226/10 269/5 281/14 293/15 298/16
concerning [3] 8/22 125/2 310/19
concerns [13] 45/20 47/2 47/9 49/6 51/20 103/1 252/1 256/15 260/3 260/20 272/13 282/9 297/19
concluded [1] 5/13
conclusion [8] 80/23 115/15 148/21 148/25 207/18 259/12 286/11 286/13
conclusions [10] 36/24 37/1 39/19 93/6 105/24 115/8 186/25 196/22 197/12 222/21
condition [1] 210/3
conditions [1] 237/14
conduct [2] 3/2 311/21
conducted [1] 1/12
confer [1] 304/12
conference [5] 11/19 25/9 34/13 134/16 305/21
confident [6] 14/2 63/21 91/23 266/4 266/11 299/15
confine [1] 130/15
confirming [1] 181/8
confronted [1] 224/4
confused [2] 282/25 284/1
confusion [1] 217/15
connection [3] 140/9 140/13 223/10
consider [5] 128/12 128/13 151/12 287/4 312/20
considering [1] 122/13
consistent [2] 15/23 163/17
constable [1] 171/10
constitute [1] 319/13
consultation [1] 252/6
consulting [1] 10/25
contained [1] 305/25
context [3] 95/9 98/1 190/22
continue [4] 134/13 142/9 191/24 209/6
continued [1] 4/12
control [3] 88/7 238/6 243/23
conversation [9] 175/23 204/6 208/4 210/13 212/22 269/22 269/23 272/24 273/7
conversations [3] 61/7 175/13 272/12
converse [2] 10/17 310/20
convict [2] 46/4 46/5
convicted [4] 51/5 51/6 51/7 257/3
convicting [1] 49/15
convictions [1] 49/18
coordination [1] 101/15
coping [1] 249/4
copy [6] 306/3 315/7 315/19 316/22 317/12 317/20
corner [2] 54/20 57/14
Corp [1] 203/21
correct [35] 18/10 45/8 55/4 60/15 60/18 61/5 61/21 62/14 63/3 78/22 112/23 115/21 117/19 121/20 158/17 161/7 173/7 186/9 187/12 187/22 187/25 188/8 228/13 248/21 273/14 273/15

C

correct... [9] 274/19 276/23 281/8 283/14 284/24 314/5 314/8 315/1 319/13
correctly [1] 49/10
correspondence [1] 111/2
couch [1] 264/4
couches [1] 264/7
couching [1] 26/2
could [91] 10/3 13/19 13/22 14/1 22/25 24/5 27/21 36/8 41/24 43/18 46/21 49/10 56/24 65/25 73/2 74/23 76/18 78/14 81/16 83/14 86/14 94/5 96/12 103/24 108/6 108/15 109/2 109/17 122/2 125/11 126/19 137/12 152/12 153/14 153/21 196/7 202/25 206/6 209/16 216/2 219/15 220/3 221/14 223/23 224/15 224/18 225/8 233/24 236/1 251/11 252/9 252/10 253/8 253/16 253/17 254/3 255/7 256/22 256/22 259/12 259/21 259/21 259/22 264/25 265/7 266/15 266/16 266/19 267/1 267/2 269/14 271/21 271/24 275/22 275/23 281/13 284/23 288/19 289/3 293/5 294/4 297/17 299/9 299/14 300/10 301/21 304/25 306/6 312/4 316/24 316/25
couldn't [11] 71/20 80/11 90/6 112/4 159/18 205/2 228/6 251/12 285/17 286/9 292/23
counsel [10] 23/11 79/13 107/23 134/16 185/23 227/12 233/8 272/6 313/2 315/12
counsel's [1] 7/9
counseling [3] 242/22 242/24 293/25
count [2] 284/20 285/24
country [2] 191/13 203/20
county [36] 1/2 1/13 1/21 2/15 7/5 7/15 7/22 19/8 19/9 32/25 71/16 75/5 90/6 120/24 121/12 122/11 123/5 123/18 141/5 148/5 163/4 171/7 171/10 173/3 173/4 173/10 174/22 179/19 189/23 194/21 274/18 274/21 303/2 303/5 319/5 319/19
couple [15] 16/1 16/16 40/16 56/4 80/6 110/18 111/6 117/23 127/1 147/3 166/17 193/19 208/2 213/13 213/14
coupled [1] 264/15
coupons [1] 164/1
course [11] 8/10 25/20 72/12 100/9 144/4 180/1 188/6 236/17 247/19 262/12 313/17
court [37] 1/2 1/12 1/20 1/21 1/21 2/15 2/17 3/8 5/7 29/7 63/5 63/12 82/1 116/9 118/18 123/8 124/8 125/6 126/9 126/18 132/13 134/16 148/9 172/14 226/14 299/23 308/3 308/6 310/5 311/7 315/7 315/20 319/4 319/5 319/8 319/18 319/18
court's [4] 3/13 305/22 316/17 318/8
courthouse [3] 3/2 33/17 189/23
courtroom [22] 3/3 3/8 36/22 59/23 67/14 81/14 126/22 127/24 130/17 139/13 170/12 187/11 197/6 208/18 233/7 264/7 287/25 289/4 291/12 300/9 311/16 311/20
courts [3] 79/8 202/16 316/1
cover [2] 103/10 213/11
coverage [16] 55/17 55/19 55/21 61/20 62/12 62/18 66/8 75/15 77/19 79/6 112/8 112/9 113/11 135/21 141/10 184/24
COVID [4] 62/3 105/3 105/7 105/8
coworkers [2] 272/15 272/16
Craig [1] 180/23
cramped [1] 2/20
created [1] 293/2
credibility [1] 5/4
crime [2] 51/22 271/25
crimes [1] 6/23
criminal [1] 6/21
critical [1] 237/5
crowd [1] 128/18
cruiseline [1] 267/5
crying [4] 146/12 146/23 155/9 305/9
curious [3] 21/22 222/9 222/18
currently [2] 14/8 14/14
cut [3] 18/24 181/3 305/15
Cuyahoga [4] 122/11 123/17 275/11 303/4
CVS [1] 266/25

D

Dad [1] 220/16
Danny [2] 174/13 174/14
Danny's [1] 174/14
dark [1] 221/24
date [2] 116/7 319/20
dates [4] 118/18 148/2 148/6 299/1
Daugherty [1] 3/14
daughter [3] 43/24 44/10 285/14
DAVID [3] 1/7 1/11 2/24
day [23] 1/11 104/7 105/25 133/7 141/20 163/1 177/20 201/12 202/4 209/10 213/18 234/10 235/8 250/17 262/16 268/15 277/22 289/16 296/24 304/24 309/13 313/4 313/11
days [6] 112/10 135/15 159/1 169/9 223/25 253/20
dead [2] 12/22 189/1
deal [11] 106/3 131/5 179/1 179/4 179/12 242/8 272/11 287/22 292/1 292/2 292/3
Dealer [3] 96/1 141/12 163/20
dealing [8] 95/9 243/9 249/4 281/25 287/15 288/3 288/4 316/2
death [9] 7/2 205/19 236/5 236/21 283/12 289/19 298/14 301/13 312/25
deceased [4] 60/17 197/25 198/4 301/18
decide [9] 106/14 232/18 257/10 262/10 291/9 294/23 295/1 295/4 312/21
decided [4] 2/21 54/8 178/3 283/22
decision [33] 13/16 29/15 40/3 47/23 49/21 50/1 56/16 63/13 81/12 125/5 139/10 162/1 187/9 196/3 197/5 221/10 251/9 252/14 254/21 255/13 255/25 257/7 257/20 258/15 259/15 262/12 262/16 262/17 266/15 270/13 273/24 276/2 301/6
decisions [2] 195/25 264/16
declined [1] 313/20
decompress [1] 289/10
decompression [1] 289/17
deep [6] 16/5 16/23 61/8 124/2 146/16 203/2
deeply [3] 239/10 254/25 295/11
defendant [31] 1/8 1/17 4/2 4/9 5/8 7/24 11/19 13/1 15/5 25/1 37/22 38/12 46/25 49/7 67/7 80/22 81/23 103/20 114/10 114/20 115/21 131/10 131/11 134/16 136/24 138/11 195/9 228/5 239/16 254/10 313/20
defendant's [1] 38/18
Defendant-Appellant [1] 1/8
defense [7] 26/15 79/13 154/5 166/20 185/23 246/21 272/6
defer [2] 142/17 200/14
deferred [1] 304/1
definite [2] 13/12 285/24
definitely [4] 107/1 149/1 154/12 286/3
degree [2] 123/6 313/24
deliberating [1] 126/14
deliberation [3] 124/1 247/17 249/1
deliberations [2] 5/12 311/18
delivered [1] 230/22
demand [1] 98/9
demonstrate [1] 78/19
denoted [1] 17/12
department [11] 54/22 58/20 60/11 60/14 174/1 174/11 174/22 175/15 175/16 182/18 186/6
depend [2] 123/8 124/7
depending [3] 51/21 265/8 280/24
depends [1] 205/11
depression [6] 241/6 245/3 246/2 246/5 246/7 246/12
depth [1] 54/10
deputies [2] 54/22 310/5
describe [14] 12/11 20/22 27/21 43/19 45/23 56/24 65/25 74/24 76/22 90/2 103/24 111/23 208/7 281/13
described [8] 17/3 17/8 18/1 19/24 56/8 84/16 96/14 112/22
describing [1] 77/20
description [2] 63/1 188/19
designated [1] 316/9
designed [1] 12/5
desire [1] 273/18
despite [8] 23/18 192/23 221/2 252/2 254/3 271/19 273/17 282/9
detail [9] 17/1 18/20 56/24 57/8 144/20 160/15 196/17 208/8 278/15
detailed [2] 10/24 309/20
details [34] 22/17 30/23 31/2 55/7 58/16 59/3 68/15 69/9 70/1 75/8 80/14 80/17 81/2 81/8 81/25 85/6 87/13 91/8 92/10 92/18 93/25 94/2 94/3 147/17 147/22 148/10 152/5 164/25 171/22 186/17 188/23 189/5 206/22 206/24
Detective [2] 7/21 316/15
detectives [2] 38/19 55/25
determine [5] 5/1 5/5 6/1 9/16 74/17
determined [1] 194/11
device [1] 311/25
devices [12] 10/21 102/13 134/12 142/10 154/23 165/10 191/25 199/25 235/11 249/23 267/20 303/16
Dewey [8] 54/24 55/3 55/15 57/1 57/17 58/12 59/18 174/18
diagnosed [1] 236/7
Diagram [1] 2/17
dialogue [1] 132/9
did [122] 3/23 12/24 12/25 14/13 21/4 28/7 28/10 28/24 31/12 33/11 35/23 36/23 38/4 39/11 41/3 41/9 55/3 55/16 60/23 64/21 71/17 79/22 91/2 91/10 93/4 93/11 93/12 97/10 97/12 99/14 100/17 103/22 104/14 104/16 104/22 105/14 111/14 111/14 112/7 112/16

D

did... [82] 114/24 115/13 115/20 115/25 119/13 120/15 135/11 136/13 136/18 136/22 138/2 138/5 140/15 142/19 144/8 144/10 145/16 145/22 148/7 151/7 153/13 154/24 156/12 156/14 158/20 159/7 164/14 164/15 166/16 166/24 167/7 167/14 167/22 168/7 168/23 168/24 171/2 176/9 181/5 183/11 186/8 186/24 187/21 192/20 193/13 195/1 196/21 198/6 201/23 202/17 204/7 204/8 204/16 206/23 207/2 207/11 207/17 210/13 210/14 210/14 210/21 215/9 215/16 218/23 220/10 222/19 227/11 242/22 244/8 246/19 251/12 253/6 264/19 267/16 270/20 283/12 302/6 306/9 309/16 313/22 314/20 315/11
didn't [43] 18/24 30/12 30/14 38/16 44/11 58/16 69/6 76/8 77/3 78/1 99/17 99/18 111/17 118/14 136/2 136/5 138/19 157/13 162/22 163/5 164/9 164/15 174/4 174/6 188/15 190/7 194/20 194/23 195/10 198/9 202/8 211/11 211/15 211/16 212/6 212/18 212/19 220/18 267/15 298/5 298/18 309/15 315/6
died [3] 29/25 44/21 152/6
difference [1] 51/19
different [16] 12/8 14/9 21/3 21/8 36/21 56/4 104/11 116/6 118/18 152/13 157/24 213/19 251/16 253/2 280/24 283/4
difficult [16] 47/25 49/16 49/22 81/21 146/9 182/12 185/16 206/5 226/17 235/20 251/2 269/3 269/7 271/15 281/4 297/10
dig [1] 175/11
dip [1] 57/22
dire [10] 5/21 6/16 11/18 64/8 99/1 134/9 134/15 149/7 214/21 215/1
directing [1] 315/25
dires [5] 183/4 219/10 235/13 280/23 309/17
diring [1] 74/12
dis [2] 247/1 247/22
dis-associative [2] 247/1 247/22
disappear [1] 83/23
disappeared [1] 92/25
disassociate [4] 239/20 239/25 240/4 240/9
disassociation [7] 237/24 238/7 241/5 243/14 245/4 246/20 247/15
discarded [2] 16/21 18/21
discharge [1] 132/17
disclose [1] 58/23
disclosed [1] 59/4
discover [1] 9/7
discovered [4] 20/1 104/16 178/24 289/19
discovery [1] 91/12
discuss [35] 19/19 24/20 34/7 42/5 72/9 87/22 102/11 108/9 130/12 131/22 142/5 149/8 149/11 165/9 181/21 214/23 231/4 249/20 249/21 255/17 260/9 268/23 280/3 296/2 303/12 306/6 310/1 310/8 310/20 310/23 311/1 311/11 312/7 314/11 316/24
discussed [6] 19/11 61/10 72/9 102/11 214/5 303/12
discussing [7] 23/21 74/12 108/10 127/5 186/12 297/6 310/3
discussion [9] 41/4 63/24 71/4 88/14 88/17 248/15 248/25 310/15 311/3
discussions [4] 54/10 132/14 153/9 180/9
dismissed [1] 132/25
dispose [1] 108/21
distant [2] 184/3 184/22
distracted [1] 224/4
distribute [2] 8/24 10/4
distributed [2] 10/6 268/20
disturbing [1] 230/13
ditch [2] 55/10 57/4
divorce [1] 292/21
DNA [20] 67/6 104/4 106/1 106/2 106/7 106/11 106/24 107/8 176/7 176/25 180/7 186/20 186/21 188/10 189/5 193/7 194/10 196/18 314/21 314/22
do [308] 4/17 10/12 10/14 10/22 11/9 12/5 12/16 12/18 12/23 13/13 13/20 16/4 17/18 19/5 20/19 22/6 22/7 22/19 22/23 23/17 24/7 24/18 27/4 30/22 32/23 34/2 35/5 35/6 35/10 35/14 36/3 37/20 39/23 41/12 43/10 43/15 43/15 44/2 44/8 46/18 47/2 47/20 50/12 53/15 53/21 54/16 56/6 56/9 58/17 59/2 61/6 62/18 63/21 65/24 66/3 66/19 67/11 67/15 67/17 68/14 70/13 70/21 73/1 73/11 74/25 75/13 78/7 78/23 80/13 81/16 82/16 82/18 83/22 84/17 86/3 87/5 90/3 90/10 91/1 93/20 95/11 95/14 95/22 96/8 100/3 100/11 100/15 100/17 100/18 101/10 101/15 101/22 103/3 104/22 106/21 107/13 107/18 108/9 108/21 110/15 111/8 113/11 113/14 120/6 121/2 123/24 124/22 125/2 126/12 126/18 127/19 130/11 131/22 135/5 135/14 136/25 137/10 141/16 143/25 143/25 144/9 145/2 145/23 146/22 147/21 148/17 149/17 149/25 150/3 150/8 151/6 151/18 152/2 152/19 153/7 153/17 154/6 156/14 156/17 158/2 158/7 161/8 162/25 163/7 163/16 166/23 167/9 168/3 170/2 170/18 173/13 173/24 174/9 175/5 175/11 175/25 176/4 177/14 177/19 177/20 177/21 177/21 180/22 181/25 183/11 183/24 184/9 184/11 184/23 185/13 186/16 188/18 189/8 189/12 191/10 193/2 196/11 198/3 198/16 198/20 200/2 201/22 202/1 203/4 204/7 211/24 212/3 213/9 213/15 214/18 214/19 214/19 214/20 214/22 216/16 219/2 219/24 220/4 220/5 221/6 221/11 221/17 223/13 224/3 224/14 226/13 228/23 229/14 229/15 229/16 230/1 230/5 231/5 232/22 234/7 234/9 235/21 236/22 236/24 237/6 237/8 237/12 237/14 240/6 241/16 242/24 247/23 248/2 249/13 252/2 252/3 252/10 252/20 254/3 257/1 257/3 257/4 257/10 258/1 258/13 258/18 259/21 260/19 264/17 264/25 266/19 266/21 266/22 267/2 267/2 268/9 269/6 271/19 271/20 273/20 274/5 275/23 277/15 277/20 278/17 278/21 282/10 284/2 286/4 286/6 286/9 286/23 287/10 288/2 289/23 290/5 292/11 292/15 294/4 295/21 298/2 298/23 299/1 299/10 300/6 300/7 300/15 300/16 300/19 301/16 302/9 302/24 304/2 304/3 304/17 306/17 307/3 307/15 307/16 307/16 308/12 309/17 310/10 312/7 312/9 312/15 316/19 316/22 317/16 317/17 317/23 318/7 319/6
doctor [3] 3/8 241/17 244/14
doctors [1] 241/16
does [38] 19/24 19/25 21/7 22/9 27/9 47/3 50/18 50/21 57/25 59/9 63/8 76/11 76/12 89/19 97/25 107/10 114/24 115/6 116/2 127/18 127/22 130/23 138/11 201/24 203/17 204/17 231/16 232/9 232/13 240/18 245/23 257/19 257/23 259/18 279/10 297/14 308/15 312/23
doesn't [2] 116/5 286/15
doing [24] 16/8 21/7 26/10 43/5 43/13 98/16 103/11 130/25 134/9 134/10 183/3 201/2 216/9 219/10 235/13 241/24 262/2 268/14 272/22 280/22 296/25 304/17 307/11 313/10
Don [1] 7/21
don't [282] 3/18 9/22 9/23 13/11 15/11 18/17 19/2 19/13 19/15 21/6 22/8 24/20 26/9 28/9 28/11 28/16 28/21 29/3 32/18 32/18 33/3 33/19 34/7 35/17 35/21 38/3 38/21 38/23 40/24 41/23 42/5 44/16 44/16 45/9 46/9 46/11 47/18 48/1 50/5 50/5 50/6 50/8 50/15 51/24 53/3 53/4 53/21 54/2 54/14 55/2 55/7 58/21 59/24 64/9 66/10 66/22 71/22 71/23 72/9 76/18 78/12 78/17 80/8 80/16 81/1 81/6 81/24 82/1 85/8 87/13 87/22 88/2 93/24 94/3 95/25 96/17 98/11 98/21 99/10 102/4 102/11 105/9 108/11 109/13 110/19 111/3 115/10 119/23 125/9 126/7 126/9 128/20 130/11 130/12 130/13 137/9 137/16 138/17 142/4 144/16 145/13 146/22 148/1 148/2 148/24 149/1 149/9 149/21 150/22 151/22 152/4 152/8 152/14 152/16 152/21 153/17 154/5 154/22 154/23 156/3 157/3 157/11 157/19 159/11 160/2 160/15 163/1 163/19 165/3 165/9 165/10 166/7 168/10 169/19 169/20 169/24 170/5 172/8 175/7 176/12 177/15 177/23 179/25 180/2 180/13 181/3 181/21 181/25 185/19 187/20 190/16 191/25 191/25 193/5 193/25 195/20 195/24 197/1 197/10 198/5 199/7 199/8 199/9 199/13 199/23 199/25 202/24 203/12 203/22 204/1 204/15 205/10 205/15 206/12 208/9 208/12 214/4 214/7 214/14 215/3 217/2 219/2 219/2 219/3 219/8 219/20 222/12 222/13 224/2 224/21 225/13 225/19 226/5 227/25 228/6 231/10 231/20 233/13 233/21 234/19 235/24 237/13 238/4 239/5 240/1 240/19 242/11 245/8 247/25 249/8 250/14 251/9 251/11 251/19 251/20 252/25 253/1 253/2 253/4 253/18 254/16 255/6 255/7 255/7 255/12 255/18 255/19 256/16 256/22 256/23 258/6 260/8 260/9 260/25 261/1 261/21 263/12 263/13 263/15 264/4 265/16 266/22 267/19 268/10 269/10 271/10 272/4 272/23 273/2 275/7 275/10 275/12 276/14 276/16 277/17 277/25 278/3 280/2 280/20 290/2 290/8 290/15 293/22 294/12 295/25 296/2

D

don't... [16] 296/19 299/6 302/3 302/16 303/12 303/16 305/13 305/15 306/7 307/14 308/8 308/11 308/12 308/21 309/4 315/10
done [14] 10/2 98/20 101/9 106/3 123/4 131/12 158/14 211/5 218/5 226/16 233/18 240/25 300/25 304/23
donor [3] 223/24 285/16 292/24
door [4] 108/15 164/16 180/18 180/19
Dorothy [1] 174/15
doubt [3] 257/15 268/16 318/9
down [16] 3/12 65/23 73/11 104/3 104/5 104/7 106/2 134/10 199/14 206/9 218/12 219/22 238/13 243/15 245/24 281/18
dozen [2] 317/17 317/17
Dr [1] 4/24
Drag [1] 105/12
dramatic [1] 249/7
draw [4] 93/5 186/25 196/21 207/18
drawn [1] 115/15
drive [4] 2/18 71/18 287/18 289/7
driving [1] 251/16
dropped [3] 67/5 168/6 172/1
drug [1] 245/18
drugs [1] 44/6
drunk [1] 251/16
dug [1] 202/23
duly [1] 6/15
duration [1] 155/10
during [13] 139/24 240/7 242/25 247/16 247/19 249/1 270/8 270/21 292/8 300/13 311/19 312/22 313/17
duty [19] 4/4 4/9 11/14 16/8 29/1 44/10 47/15 71/16 101/24 110/24 116/7 130/14 201/3 210/22 211/6 218/5 251/8 279/15 290/6
dying [2] 30/9 243/20

E

e-mail [4] 219/3 316/25 318/7 318/8
each [6] 4/5 4/6 10/16 10/17 61/4 262/9
earlier [5] 34/5 42/5 53/3 72/15 75/17
ease [2] 278/22 279/10
easier [1] 2/22
easy [1] 57/19
effect [1] 124/10
Effexor [2] 245/2 245/15
effort [1] 133/2
efforts [1] 100/24
eight [2] 167/3 208/25
Eighteen [2] 64/20 141/6
either [12] 19/7 46/4 51/1 104/11 143/23 152/25 184/12 189/9 193/24 211/17 307/16 315/15
elaborate [3] 153/15 204/15 237/21
eldest [1] 285/15
electrodes [1] 226/25
electronic [1] 311/25
Eleven [2] 132/11 132/12
eloquently [1] 238/1
else [30] 17/15 30/9 32/15 32/19 38/24 69/12 79/5 81/20 82/2 93/10 96/18 102/14 108/12 112/18 120/19 121/1 127/25 142/16 154/24 155/17 160/16 161/3 176/9 177/3 207/25 282/19 309/1 310/6 313/2 314/16
else's [1] 233/24
elsewhere [1] 310/10
embark [1] 63/25
embedded [1] 119/24
EMDR [3] 241/1 241/21 241/24
emotion [4] 205/18 232/21 291/4 291/16
emotional [24] 21/14 146/14 148/13 148/19 150/1 153/18 155/8 218/6 219/16 222/9 222/19 225/4 227/15 228/12 231/10 231/14 232/6 246/10 247/14 248/6 282/21 291/1 293/16 298/24
emotionally [3] 146/15 284/23 286/8
emotions [4] 220/1 236/22 243/9 295/1
emphasizing [1] 21/19
employed [1] 141/19
enable [2] 213/16 315/16
encourage [1] 308/6
end [11] 25/22 91/9 93/1 136/20 177/20 242/4 258/7 262/15 283/21 295/20 307/25
end-all [1] 25/22
endeavors [1] 277/5
ended [2] 36/11 235/25
enduring [1] 130/6
enforce [1] 5/1
enforcement [9] 19/7 32/25 84/19 96/22 171/7 171/13 306/2 311/8 316/6
engage [1] 10/23
England [1] 288/15
enhanced [1] 246/14
enjoyable [1] 134/8
enough [5] 148/25 158/1 203/2 243/25 249/14
ensure [1] 4/12
Enters [23] 11/23 26/24 34/18 42/19 54/4 65/1 74/5 89/2 103/5 109/5 134/19 143/8 155/22 166/1 182/24 192/9 200/19 217/10 235/5 250/10 268/7 280/13 296/14
entire [2] 11/8 73/11
entitled [4] 5/9 6/21 131/11 160/6
episode [1] 237/7
equally [1] 4/21
escort [1] 108/13
especially [3] 62/2 173/19 173/21
Esq [2] 1/18 1/18
essential [1] 4/11
established [2] 4/18 4/25
estimate [1] 90/11
et [1] 129/1
evaluating [1] 24/10
even [40] 4/20 10/18 43/21 44/15 56/2 68/17 68/20 81/7 89/11 91/15 99/10 102/7 106/9 125/11 127/23 130/13 130/20 135/23 136/5 145/6 148/4 153/19 159/7 160/25 161/15 193/9 198/9 199/10 214/7 219/3 220/20 225/4 228/6 272/24 273/6 277/13 277/25 290/15 298/24 300/9
evening [2] 202/4 307/16
evens [1] 245/21
event [2] 109/2 235/12
events [5] 104/15 135/24 157/5 184/22 297/20
eventually [1] 308/15
ever [22] 40/18 66/10 85/2 107/2 114/16 171/3 174/25 175/6 186/11 193/9 198/16 198/24 208/10 217/2 230/24 236/24 244/7 251/22 252/25 279/7 284/25 292/18
every [12] 24/4 66/3 94/14 104/5 104/6 105/15 163/1 163/16 202/4 213/18 241/20 277/22
everybody [11] 8/6 8/14 24/3 73/7 73/13 156/3 166/6 173/14 216/23 296/25 304/3
everybody's [1] 88/7
everyone [8] 2/8 2/23 3/24 7/13 10/1 237/5 279/13 310/6
everything [23] 3/11 3/11 24/15 29/24 55/8 90/14 102/13 104/1 104/20 129/17 130/15 131/8 155/17 197/8 197/10 197/11 220/9 221/19 240/10 240/15 256/3 257/14 258/3
evidence [51] 4/24 5/2 5/6 5/12 63/11 67/7 81/13 101/18 106/6 107/10 125/1 125/5 125/7 126/3 126/21 149/14 162/2 170/7 190/25 191/2 209/8 220/2 223/18 224/7 230/4 232/16 232/21 233/11 237/17 247/14 252/4 253/21 255/3 259/3 265/4 265/9 273/23 273/25 276/1 282/11 284/18 291/13 294/24 297/16 299/3 300/14 300/21 311/19 312/18 312/21 312/23
evidently [1] 76/25
exacerbate [1] 150/4
exactly [12] 16/24 57/22 80/11 127/5 156/14 157/4 183/9 190/17 190/21 212/2 245/22 307/9
examination [1] 6/16
example [5] 23/6 135/16 224/20 232/23 284/17
except [3] 131/17 152/5 193/10
excerpt [1] 317/15
excited [1] 21/10
excuse [10] 24/18 64/7 87/21 109/3 132/13 146/17 285/16 305/10 309/5 314/22
exercising [1] 52/17
Exhbt [2] 2/2 4/10
Exhibit [2] 4/20 4/21
exhibits [4] 2/1 3/2 4/9 170/13
existence [1] 4/12
exit [2] 131/18 313/7
exits [22] 25/9 34/13 42/14 53/11 64/18 72/21 88/22 102/20 108/18 129/7 155/4 165/17 182/7 192/4 200/8 214/11 234/24 250/5 268/3 280/8 296/10 303/23
expect [3] 149/14 177/23 254/17
expected [1] 5/24
experience [10] 3/22 9/11 20/11 137/6 151/8 151/12 237/14 245/17 248/7 249/11
experienced [2] 244/4 302/11
experiences [2] 99/11 195/16
experiencing [4] 243/10 244/10 246/7 247/15
expert [1] 315/15
explain [6] 13/23 38/5 239/6 245/16 251/19 310/14
explaining [1] 240/5
explanation [1] 4/16
explore [8] 103/21 192/18 235/21 251/4 269/5 281/10 285/4 297/13
exposed [4] 36/22 113/10 150/3 286/6
exposure [2] 135/20 137/11
express [5] 115/13 207/11 252/1 310/11 312/9
expressed [4] 106/10 213/7 254/15 271/20

E

expressing [1] 207/10
extensively [1] 57/4
extent [2] 74/13 144/12
extra [1] 201/3
extreme [2] 244/7 309/14
extremely [1] 154/7
eye [2] 145/12 278/14

F

face [8] 62/21 138/4 138/21 218/17 270/9 272/18 279/1 286/14
Facebook [9] 193/24 198/19 198/21 198/23 198/25 199/3 219/2 308/8 312/3
fact [22] 23/18 24/1 99/23 123/3 133/7 144/18 146/3 170/16 176/25 191/16 218/21 220/6 223/9 224/5 228/7 229/18 229/21 273/10 286/16 292/2 292/4 300/17
factor [2] 122/15 122/17
facts [44] 5/3 5/18 13/15 14/24 15/4 15/6 15/11 23/20 29/2 29/14 29/22 30/4 32/1 32/9 38/5 38/9 50/17 50/21 56/12 66/9 67/13 71/23 78/8 78/18 100/21 106/13 113/13 113/17 137/13 152/24 153/3 159/19 165/1 185/11 185/17 195/5 195/18 195/21 205/9 236/18 248/15 266/16 291/25 292/1
fair [52] 6/4 9/12 13/16 14/1 14/4 23/20 26/6 29/13 37/6 47/22 48/14 56/10 56/18 63/6 67/12 78/9 79/1 79/3 87/7 91/17 107/14 113/12 126/20 137/12 146/10 149/22 150/11 150/12 154/10 155/13 159/18 170/6 185/16 192/22 196/7 201/25 205/3 219/11 221/7 252/21 271/8 271/21 274/5 275/22 281/11 282/12 284/3 297/14 299/4 299/11 302/4 312/6
fairly [6] 9/25 59/22 131/9 150/10 195/19 295/21
fairness [1] 275/21
faith [2] 81/20 86/16
Falls [2] 275/5 275/15
familiar [6] 31/1 31/5 32/1 45/8 55/9 174/7
family [10] 38/12 38/18 38/20 55/25 260/21 272/15 287/20 288/5 310/3 310/15
far [20] 10/19 20/3 37/4 62/22 67/17 68/18 73/10 85/11 106/24 121/15 139/23 144/17 146/8 162/18 175/11 175/18 180/12 188/12 196/2 207/15
fast [1] 250/1
father [4] 77/10 174/14 174/15 199/14
favor [1] 214/25
fear [1] 248/16
features [1] 105/21
feed [3] 77/13 88/2 147/11
feeds [1] 147/10
feel [49] 16/15 20/19 22/6 22/20 22/23 41/10 41/12 46/5 47/2 47/21 67/12 71/18 78/24 93/11 94/20 97/15 98/2 99/15 101/22 102/6 107/14 107/18 113/12 125/3 126/13 137/11 137/12 143/15 156/3 219/25 238/3 245/9 253/2 255/8 260/7 263/14 263/16 265/7 266/1 266/2 266/2 268/9 268/10 274/2 274/4 291/22 291/23 301/19 302/3
feeling [15] 14/9 41/19 52/22 71/22 87/11 87/12 87/15 93/14 93/14 150/5 154/3 238/23 261/15 283/24 291/19
feelings [9] 51/11 93/21 100/5 100/8 106/10 235/23 273/22 289/17 294/25
feels [8] 27/2 34/22 54/7 65/11 89/12 89/13 135/6 253/3
fella [1] 173/25
fellow [7] 23/22 52/12 182/18 231/4 252/7 262/13 311/2
Felo's [1] 3/8
felony [1] 313/23
felt [6] 37/1 93/12 97/9 102/6 219/23 253/5
few [11] 72/15 111/20 144/14 145/1 159/14 183/22 185/6 201/3 223/25 251/21 272/7
Fi [2] 213/3 213/4
fiance [1] 203/7
field [3] 180/17 204/13 204/17
Fifty [1] 296/12
Fifty-two [1] 296/12
figure [12] 12/5 35/5 43/9 48/14 89/18 106/1 192/21 259/7 259/23 266/16 282/9 317/8
figured [6] 69/21 101/9 198/1 218/3 238/5 255/10
file [7] 306/9 306/12 306/17 306/18 306/25 306/25 307/1
filed [2] 306/4 307/4
filing [2] 305/23 306/23
fill [2] 216/17 217/1
filled [1] 206/21
filling [3] 228/2 228/10 276/5
finally [5] 110/18 186/16 197/25 310/12 312/10
find [15] 38/19 43/14 112/4 118/19 143/25 171/18 171/18 186/22 189/6 193/13 195/1 219/11 251/5 260/22 273/11
finding [2] 36/12 104/2
fine [10] 19/1 108/25 129/14 135/8 222/4 280/18 294/15 295/14 307/23 308/1
finish [1] 226/21
fire [7] 54/21 58/20 60/11 60/14 174/1 174/11 175/16
first [33] 5/25 13/4 16/7 18/14 20/8 27/18 37/22 38/2 38/20 48/23 52/7 68/8 83/18 95/2 104/23 111/19 135/20 144/4 171/24 184/22 193/8 193/20 244/3 274/13 276/11 285/12 292/19 298/11 304/5 306/16 307/8 309/5 313/23
Fishback [1] 171/9
five [12] 72/24 73/20 73/22 157/3 157/19 208/18 214/16 215/14 216/12 216/22 217/6 281/17
five or [1] 157/19
flashed [1] 140/22
flipped [1] 189/20
flipping [3] 148/7 183/16 184/18
floor [1] 3/3
flurry [1] 179/9
flying [1] 210/10
focus [10] 40/1 107/9 161/25 221/1 269/23 277/15 282/14 286/24 300/12 305/18
folks [16] 8/17 35/9 54/10 103/14 130/4 156/9 173/17 181/22 182/11 183/7 192/1 192/16 214/24 296/4 309/12 313/9
follow [14] 35/20 35/21 71/11 101/11 102/12 124/23 125/19 191/9 213/6 262/3 265/23 280/21 289/2 315/16
follow-up [10] 35/20 35/21 71/11 101/11 124/23 125/19 191/9 213/6 265/23 289/2
followed [2] 97/18 119/3
following [1] 134/3
footage [3] 57/20 57/21 59/1
forbid [1] 23/7
force [1] 101/14
forces [1] 238/12
foregoing [1] 319/10
forget [1] 132/9
forgot [1] 28/3
form [4] 31/12 310/11 312/9 319/10
formally [2] 2/14 306/17
formed [4] 67/18 169/17 185/7 190/18
former [1] 94/24
forming [2] 70/3 115/8
forth [1] 269/15
Forty [6] 165/19 165/23 165/24 182/21 182/22 280/10
Forty-one [3] 165/19 165/23 165/24
Forty-seven [2] 182/21 182/22
Forty-three [1] 280/10
forward [1] 21/11
found [27] 12/21 12/22 17/4 36/7 36/8 38/21 39/9 57/3 77/2 91/5 92/15 110/18 120/24 146/4 149/19 152/6 156/20 157/13 157/15 158/11 158/13 177/1 184/7 188/13 197/25 204/19 272/17
four [11] 117/3 141/8 142/21 157/21 179/9 214/16 241/20 243/5 268/5 293/3 293/4
Fox [4] 33/13 179/24 193/24 194/3
frame [1] 236/9
frankly [1] 308/4
free [3] 5/14 133/6 248/25
French [1] 5/21
frequently [3] 240/18 241/3 241/8
Friday [1] 163/16
friend [12] 99/16 110/22 112/12 114/1 114/15 114/16 115/13 116/2 118/8 128/22 181/11 287/16
friendly [1] 65/13
friends [8] 145/6 145/7 171/6 175/13 260/22 272/14 310/4 310/16
friendship [1] 59/17
front [2] 24/5 276/10
full [4] 48/4 58/4 150/11 287/12
fully [2] 23/25 243/3
fun [3] 208/12 209/24 220/23
fund [1] 168/8
Furnished [2] 84/5 318/4
further [28] 8/21 15/17 31/18 40/7 52/3 56/20 60/2 70/7 82/5 94/16 107/24 116/13 126/25 139/16 147/2 150/22 162/5 165/4 172/18 187/14 197/14 204/8 207/23 225/19 242/11 261/5 272/4 274/10
future [1] 126/5

G

GAIL [20] 1/7 6/22 7/24 8/8 17/19 18/14 62/19 71/7 74/21 110/6 123/4 139/25 140/7 143/23 153/8 163/9 176/1 176/5 176/10 189/16
Gail's [2] 19/10 306/1
gained [1] 104/18
game [1] 309/21

G

gather [3] 11/7 105/12 144/25
gauge [1] 246/9
gave [8] 16/19 69/8 72/14 92/9 101/12 110/1 160/15 250/23
gazillion [1] 141/20
GEAUGA [34] 1/2 1/13 1/21 2/15 7/15 7/22 19/7 30/12 32/25 71/16 75/4 75/9 83/16 90/6 96/3 110/25 120/24 140/17 141/4 145/12 147/25 168/18 171/7 173/3 173/10 174/22 179/19 189/23 194/21 274/20 275/11 275/18 319/5 319/19
Geauga's [17] 17/8 27/21 32/12 36/11 45/4 45/7 65/19 74/20 89/23 103/19 112/2 117/18 118/1 120/20 121/19 135/4 136/16
geez [2] 145/8 145/11
general [14] 1/16 7/7 7/19 16/20 29/3 35/7 61/16 61/16 61/17 63/1 88/15 99/1 149/7 214/20
generally [2] 76/22 269/20
genuinely [1] 226/9
get [50] 10/24 21/14 25/2 27/8 33/4 33/8 35/23 55/16 64/9 65/23 67/14 73/10 73/12 104/9 128/18 130/17 135/10 156/13 163/16 163/20 166/12 168/8 170/3 177/22 182/20 196/7 201/4 209/22 215/3 216/10 218/5 220/23 223/25 224/24 238/6 240/5 246/8 255/10 257/6 259/9 267/18 277/2 279/24 298/5 307/17 308/16 309/15 314/16 315/24 318/10
gets [2] 301/2 307/4
getting [15] 13/5 40/22 114/1 131/7 164/1 176/19 208/14 208/17 210/19 227/15 229/2 243/5 259/13 290/25 293/16
GI [1] 208/16
give [15] 16/22 17/1 58/16 122/14 150/10 170/17 232/14 233/17 241/12 259/6 262/5 287/12 307/15 309/19 317/23
given [11] 5/5 20/6 58/18 86/15 101/19 220/6 262/20 281/3 308/16 311/6 311/11
giving [1] 133/1
glad [2] 99/10 209/15
gladly [1] 98/20
go [61] 24/19 33/23 42/4 42/10 42/16 44/11 53/2 72/8 72/16 72/23 79/8 80/3 87/21 96/6 98/5 98/7 102/10 103/3 104/4 104/7 104/7 105/11 105/15 108/7 129/10 129/21 131/21 142/4 144/7 148/8 154/23 155/15 167/17 171/18 177/16 181/20 193/17 198/20 198/22 203/10 208/18 210/7 214/1 234/6 234/15 240/4 243/7 262/2 265/7 266/19 279/24 295/25 303/9 303/10 304/22 305/14 305/20 307/1 308/3 308/11 308/23
God [9] 23/6 45/25 47/10 49/25 50/12 111/1 118/9 218/18 255/11
goes [3] 3/11 172/5 224/1
going [83] 6/8 8/9 8/24 9/15 9/19 10/2 10/10 26/21 27/13 33/6 34/6 37/24 40/2 44/6 50/17 56/19 62/17 65/6 65/21 65/22 71/15 71/23 81/13 92/13 94/1 94/23 96/4 106/6 107/8 109/24 110/24 128/4 130/7 134/8 136/9 142/23 147/1 160/6 163/3 170/11 171/19 197/20 201/15 203/6 210/21 211/9 211/12 219/16 220/12 221/22 226/13 230/2 230/9 230/15 232/14 239/19 240/12 248/5 248/24 249/25 259/6 262/1 262/2 264/9 265/2 265/4 275/9 275/13 277/22 285/21 285/25 287/15 287/22 290/9 300/18 300/19 304/21 305/7 305/11 309/13 309/22 309/23 315/25
gone [2] 62/3 233/20
gonna [79] 12/2 14/17 16/3 21/23 23/12 24/18 25/2 29/17 31/20 40/14 48/7 48/7 64/7 67/22 72/16 75/5 79/8 79/11 83/1 83/20 94/12 99/2 103/3 103/3 106/25 107/23 108/14 109/8 113/20 118/14 127/23 128/18 129/21 131/21 146/14 149/6 150/13 166/10 177/13 177/14 182/12 210/7 212/14 224/24 225/25 230/25 233/1 233/9 233/13 233/16 233/17 234/13 236/18 244/24 247/22 248/14 248/22 252/5 253/20 257/5 257/24 259/1 259/2 259/9 259/13 259/14 260/23 262/8 270/11 272/18 278/23 279/7 284/5 288/13 293/16 296/18 299/25 306/8 308/23
good [78] 2/8 2/9 7/13 7/17 8/5 8/13 15/24 29/19 31/21 31/22 34/20 34/21 37/15 40/11 40/13 42/24 42/25 48/22 52/7 52/8 52/24 52/25 54/6 56/23 60/5 60/7 60/9 65/5 65/8 65/10 68/2 68/3 70/10 70/11 72/2 79/16 79/17 82/10 82/11 92/7 92/8 94/17 94/18 99/16 113/24 116/18 116/19 124/20 137/22 139/21 139/23 143/10 150/25 155/24 155/25 160/14 171/1 181/10 186/3 196/14 200/22 206/11 206/11 210/17 222/5 222/6 223/23 234/8 239/18 254/12 274/14 274/15 285/23 288/10 288/11 300/6 304/14 318/12
goofy [1] 225/16
gosh [4] 37/1 90/12 218/9 220/22
got [53] 33/23 36/14 42/9 53/23 64/24 66/2 67/8 72/15 77/14 83/13 104/19 105/10 105/18 116/7 129/9 129/12 144/6 173/7 173/9 185/12 192/15 201/13 202/20 203/7 203/8 205/1 205/3 210/9 210/24 217/13 218/3 219/4 227/2 233/10 247/17 254/2 257/25 262/3 262/11 271/18 275/12 277/24 280/5 283/17 283/20 284/1 284/6 285/14 289/12 292/21 305/2 305/3 307/13
gotta [6] 107/1 216/25 218/2 262/16 289/7 289/9
gotten [1] 249/5
grab [2] 53/24 266/24
grandchild [1] 223/6
grandfather [1] 234/11
grandkids [1] 100/23
grandma [3] 223/1 229/8 229/19
grandmother [4] 53/19 53/20 217/24 219/5
grandson [3] 222/23 224/6 224/16
graphic [8] 149/23 230/19 232/23 239/23 248/10 248/14 264/9 284/18
grass [1] 181/3
grave [1] 77/6
great [6] 21/7 144/20 247/24 284/13 288/16 315/22
grew [2] 148/5 167/1
griddle [1] 95/1
grimacing [1] 210/4
grocery [1] 51/12
ground [2] 103/10 213/11
group [1] 249/19
grow [1] 298/5
guess [39] 14/6 14/10 15/8 21/2 22/7 23/24 24/12 29/2 39/17 51/16 53/20 73/6 77/4 82/24 82/25 83/5 101/10 148/18 204/19 205/12 216/9 219/14 220/9 224/20 229/2 229/13 245/19 251/18 253/10 256/9 259/22 260/12 266/5 266/14 273/8 287/8 290/22 297/23 303/25
guilt [2] 106/14 257/10
guilty [18] 47/1 47/1 187/4 190/20 191/3 191/11 191/15 191/17 218/9 255/19 258/23 264/20 264/24 265/7 265/8 276/3 281/24 281/24
guy [1] 305/3
guys [5] 142/14 158/2 221/16 259/22 271/11

H

habit [2] 122/20 127/8
had [142] 1/10 9/10 10/8 11/17 18/11 18/12 23/16 30/13 34/25 35/17 35/20 36/6 36/8 36/9 36/12 37/23 38/13 38/14 38/18 38/19 39/8 39/9 39/9 41/20 45/20 55/24 55/25 57/4 58/24 60/25 66/2 66/8 73/25 77/1 77/10 85/12 86/17 86/19 88/9 89/22 91/7 91/8 99/16 103/1 111/25 112/1 112/2 112/4 112/4 114/6 114/8 115/17 116/6 116/8 116/9 116/21 118/17 119/24 123/4 125/20 133/10 134/8 136/25 137/4 141/22 147/4 148/20 151/4 156/19 156/20 156/24 157/2 157/15 158/2 158/13 158/14 158/23 161/6 161/22 162/11 162/20 167/9 171/3 175/13 178/14 179/13 179/24 183/18 183/20 184/7 186/11 186/15 187/22 188/2 190/12 194/15 194/17 206/23 207/17 217/8 218/16 218/16 219/6 222/9 225/4 236/16 240/6 242/5 242/19 242/24 243/18 243/23 244/3 244/5 244/7 249/11 253/11 260/3 261/23 261/25 267/3 272/13 275/20 276/11 285/12 285/13 285/17 286/5 287/16 287/18 292/20 292/21 292/24 294/16 305/8 306/3 313/19 313/20 314/11 319/7 319/12 319/14
hadn't [1] 202/7
half [5] 35/19 37/18 41/9 303/2 317/17
hallway [1] 134/11
hand [3] 6/12 281/6 287/13
handle [3] 27/9 284/23 289/3
handled [1] 131/9
hands [1] 228/25
Hang [1] 132/1
happen [6] 37/20 67/19 126/5 172/10 240/18 258/11
happened [51] 15/10 22/11 22/14 22/17 41/15 54/21 55/21 57/23 66/13 68/8 75/4 75/8 76/3 81/2 90/7 90/13 90/17 93/7 104/8 105/6 105/19 110/17 135/24 148/4 148/22 151/21 151/23 151/24 152/2 152/16 152/17 160/22 162/16 167/2 169/6 171/4 171/24 187/1 194/21 196/21 196/23 202/7 204/13 207/13 207/19 208/19 241/8 243/13 243/17 259/15 272/25

H

happening [4] 79/9 144/19 204/17 246/12
happens [9] 99/9 124/7 160/5 177/13 211/17 213/19 241/3 248/19 295/5
happy [1] 304/16
hard [23] 22/10 22/13 22/23 23/2 126/6 146/20 149/2 191/15 191/16 208/15 224/18 226/14 230/11 231/5 239/6 240/10 240/13 241/11 247/3 247/20 251/15 253/7 255/4
harder [1] 59/8
harm [1] 294/4
Harshbarger's [1] 4/24
has [38] 6/23 12/15 26/12 58/7 62/3 70/1 71/9 88/14 98/21 114/16 115/24 120/20 131/2 147/2 148/20 170/22 178/2 191/1 202/20 206/8 206/21 215/9 233/2 233/6 239/15 240/22 248/2 257/2 257/4 257/9 257/13 259/8 262/9 278/15 285/22 301/20 311/5 314/12
hasn't [3] 70/5 241/8 257/25
hate [1] 122/19
have [266] 2/12 3/16 4/14 8/18 9/7 9/8 9/10 10/13 10/20 13/8 13/11 13/20 14/23 15/3 15/16 16/1 20/2 20/13 21/2 21/8 21/22 21/25 23/3 23/16 24/6 24/12 26/11 28/20 30/18 30/24 31/18 33/12 34/9 37/21 38/1 39/12 39/18 40/6 40/16 40/18 41/15 41/20 45/3 46/6 48/10 48/13 49/9 49/19 51/11 52/3 54/9 54/14 55/16 56/20 56/21 59/4 60/2 60/25 61/23 66/17 66/19 68/15 68/23 69/3 70/7 71/22 75/14 81/21 82/5 82/16 83/5 84/25 90/6 92/2 92/3 92/22 93/6 94/16 95/4 98/17 100/23 101/11 101/15 104/17 105/1 105/23 107/2 107/23 107/25 109/8 112/8 113/15 115/15 116/13 117/3 122/2 124/6 124/9 124/12 124/20 125/4 127/6 127/15 128/7 131/12 131/13 132/16 134/10 135/25 138/11 138/23 139/16 144/7 145/2 145/5 145/6 147/12 148/8 150/22 151/8 152/24 154/3 154/5 155/7 156/22 157/3 157/7 159/24 159/25 161/15 162/5 165/4 166/10 168/20 168/21 169/17 170/2 172/18 173/9 179/24 185/3 185/6 185/7 186/11 187/1 187/14 193/1 194/3 196/11 196/23 196/25 197/14 198/24 199/8 199/9 199/13 201/4 203/5 203/9 203/22 203/24 206/11 207/19 207/22 208/1 208/18 210/7 214/15 214/16 215/2 215/17 216/3 216/17 217/2 218/11 220/7 220/17 221/3 222/2 223/4 223/7 223/9 223/21 223/21 224/5 224/19 224/25 225/1 225/19 226/15 226/24 229/16 232/16 236/20 236/23 237/6 237/24 238/4 240/10 240/12 240/17 240/21 240/23 241/9 242/11 243/4 243/25 245/8 246/9 249/22 254/7 254/9 256/13 256/15 258/12 258/15 258/18 260/8 260/19 261/5 263/11 263/17 264/3 264/24 268/19 272/4 273/22 274/10 277/21 278/1 279/15 280/22 281/6 281/15 281/17 282/5 283/5 284/25 285/17 286/17 286/18 289/23 290/22 292/23 293/3 293/4 298/8 298/24 302/13 305/7 306/4 308/21 311/10 313/2 313/18 314/16 315/5 315/15 315/19 316/13 316/14 316/19 316/22 317/10 317/18 318/7
haven't [9] 27/25 105/4 115/11 169/12 238/4 243/23 257/25 265/3 301/23
having [36] 12/11 21/12 23/4 24/1 36/22 48/23 49/6 59/16 67/11 70/1 78/6 81/8 84/16 112/25 113/9 117/21 120/23 138/25 146/20 146/21 150/2 189/11 191/18 195/17 206/5 208/6 213/7 239/22 246/9 254/20 257/20 265/8 292/18 302/10 302/11 317/7
he [31] 8/9 19/16 54/24 54/24 58/16 58/17 58/19 58/24 94/25 132/5 132/7 147/1 160/9 171/14 174/21 181/1 181/2 181/5 181/9 182/19 190/17 220/18 221/23 223/22 262/5 285/22 287/17 287/18 301/5 306/4 318/1
he's [4] 165/21 181/10 223/1 297/25
head [8] 59/6 81/10 210/9 215/5 240/13 287/7 287/20 294/1
headline [1] 195/14
headstone [2] 137/24 168/18
healing [1] 203/11
health [5] 182/18 186/7 236/8 241/7 246/15
healthy [1] 203/20
hear [33] 3/24 11/6 12/25 14/13 22/2 24/15 28/24 38/16 41/3 59/23 67/13 91/11 93/25 94/12 99/14 99/17 106/6 106/12 113/17 124/5 127/23 136/13 136/23 145/12 145/16 164/10 203/15 210/18 224/21 233/10 259/16 284/5 291/12
heard [87] 2/24 14/22 14/24 15/4 16/3 16/17 16/24 18/7 18/12 18/16 22/21 29/12 29/21 30/5 30/10 30/18 30/24 31/12 32/9 32/19 34/6 34/9 45/3 56/3 63/6 64/10 66/17 67/4 67/17 68/5 68/16 68/19 68/23 69/2 69/9 70/1 71/13 77/18 78/6 80/15 83/12 85/1 89/22 92/22 94/5 97/5 104/1 117/24 123/14 125/3 125/14 135/4 136/7 137/4 145/2 145/9 146/2 158/2 158/8 161/14 169/13 178/15 185/9 186/11 187/23 189/11 189/19 190/12 193/1 193/9 194/9 194/15 194/18 196/2 196/5 198/10 199/2 212/24 247/4 256/3 265/4 265/8 266/15 276/11 277/7 277/9 277/18
hearing [25] 12/17 13/3 13/8 22/16 28/9 29/14 56/11 66/25 75/20 79/24 80/12 85/5 91/19 101/17 113/13 137/13 141/17 159/19 171/23 185/17 225/5 246/22 247/2 254/1 308/22
hearsay [1] 44/6
heart [4] 146/5 218/1 222/25 228/15
held [3] 233/2 233/6 254/25
Helen [1] 168/13
Hello [16] 42/21 74/7 89/4 89/6 109/7 143/11 162/10 172/21 172/22 187/18 192/11 192/12 217/12 242/15 250/12 280/15
help [4] 243/5 248/18 259/7 317/4
helped [1] 206/14
helping [1] 47/23
her [47] 3/7 13/9 15/9 15/11 15/13 17/21 17/21 26/14 38/13 38/19 38/21 53/22 53/22 54/2 104/3 106/2 106/25 107/1 110/7 114/8 114/9 115/14 115/14 115/18 115/18 138/17 140/2 140/10 140/12 140/22 143/5 153/10 155/10 155/14 164/20 174/16 176/7 200/14 202/15 210/14 210/18 211/1 212/4 216/17 226/17 241/21 311/21
Herald [3] 95/23 141/13 163/20
here [96] 2/11 2/18 3/6 3/7 3/15 7/21 8/20 11/6 16/11 22/20 23/8 26/4 41/3 41/13 42/8 43/5 45/12 50/18 53/5 59/11 63/2 63/16 64/11 71/7 71/12 71/18 72/10 83/25 85/21 87/10 89/18 90/22 92/19 106/13 108/10 118/15 120/25 123/22 129/18 129/19 130/6 130/14 130/20 131/14 132/4 132/25 142/6 147/20 154/13 154/24 155/11 160/16 165/13 166/11 178/3 181/23 190/23 192/2 193/16 196/21 198/15 199/25 202/24 203/8 209/4 211/25 214/6 216/8 217/14 227/11 227/18 229/25 235/17 251/4 254/16 266/13 267/20 271/12 272/16 278/9 279/7 279/21 280/4 280/23 285/19 288/21 289/24 293/1 293/1 293/10 294/20 296/3 308/3 309/23 310/10 318/11
here's [3] 71/17 211/6 259/14
hereby [1] 319/6
hers [1] 56/1
hesitant [2] 236/10 283/17
hesitate [2] 3/18 271/3
hesitation [2] 13/21 264/15
Hey [3] 177/19 211/4 272/25
Hi [16] 42/23 74/9 139/18 139/19 151/1 162/9 166/4 166/5 187/19 196/15 197/17 197/18 242/16 250/13 261/8 261/9
high [5] 185/2 220/13 236/3 245/20 269/19
highlighted [1] 317/21
highs [1] 245/20
him [15] 34/3 58/19 171/13 171/17 171/18 174/5 174/20 175/3 175/6 182/20 216/18 224/10 297/24 300/19 305/4
his [15] 17/22 94/24 100/18 132/15 132/16 132/17 174/14 181/3 205/16 226/21 287/20 287/20 298/21 301/16 311/21
history [4] 99/14 285/18 292/13 293/5
hit [4] 73/8 203/7 219/19 219/22
hold [2] 73/12 73/14
holding [2] 221/16 229/12
home [7] 114/8 283/6 287/15 288/5 289/7 308/12 308/23
honest [17] 21/16 123/22 150/14 150/18 156/24 218/13 221/18 222/14 225/16 225/18 231/21 239/12 275/8 275/12 277/19 282/20 282/20
honestly [9] 48/5 96/12 118/15 156/18 175/18 243/1 247/25 249/8 275/7
honesty [1] 50/8
honor [23] 7/11 37/13 40/7 65/9 68/2 72/19 79/15 92/6 108/1 122/3 132/21 137/21 160/13 170/25 172/24 186/2 196/13 206/19 216/7 300/5 305/5 313/14 317/19
Honorable [1] 1/11
hope [8] 4/6 9/24 134/7 153/19 156/8 290/24 301/23 301/24
hoping [3] 188/15 215/22 234/13
hospitals [1] 277/21
hot [12] 27/2 27/3 34/23 54/8 65/12 89/11 94/21 103/13 135/6 156/4 250/15 268/11

H

hour [1] 129/12
hours [6] 141/20 206/7 209/10 209/11 213/8 242/25
house [6] 57/14 115/19 167/3 180/20 211/1 220/17
how [117] 20/2 20/2 20/2 20/19 20/23 21/21 21/22 22/6 35/6 38/21 41/9 41/12 50/6 58/23 60/8 60/19 61/13 61/22 62/3 65/24 66/23 71/17 73/19 77/19 87/10 89/19 90/3 90/9 95/2 95/10 98/1 98/14 100/11 102/4 103/22 111/9 114/9 122/8 122/17 123/24 124/1 128/5 135/10 137/7 138/22 139/20 139/21 143/25 145/3 151/6 151/24 152/12 152/19 156/14 166/24 167/5 169/8 177/13 177/16 178/19 180/5 180/8 183/11 187/4 189/25 190/17 190/18 191/10 192/20 198/4 201/23 204/2 205/7 205/11 205/14 209/18 210/13 227/21 229/25 236/8 239/6 242/17 242/21 246/9 247/22 249/8 251/19 251/20 253/3 253/5 253/17 257/23 257/23 258/7 260/7 262/2 263/10 263/14 263/15 278/7 281/10 287/4 289/16 291/4 291/19 291/22 291/23 292/1 292/3 292/6 297/13 301/8 301/19 301/22 302/13 307/3 308/17
hugely [1] 122/25
huh [110] 17/6 17/10 18/9 20/9 20/12 28/2 30/6 32/14 38/7 41/18 42/2 43/8 43/12 50/10 68/6 69/11 82/15 86/10 89/25 92/17 95/18 95/21 97/20 97/23 99/25 100/6 105/13 110/21 116/23 118/10 120/22 122/4 127/13 137/25 139/2 140/5 145/18 146/13 147/19 148/14 149/24 159/12 162/19 167/4 167/19 179/6 187/17 188/4 188/17 190/13 199/11 219/13 221/5 222/17 225/14 227/6 227/23 228/9 228/16 229/5 229/9 229/20 229/23 230/21 231/2 231/6 231/15 232/3 232/12 236/14 238/8 239/4 244/16 244/21 246/3 247/5 248/8 251/13 254/18 256/1 256/4 256/7 256/8 256/25 257/8 257/12 258/24 259/4 260/1 261/12 261/14 261/17 262/7 262/14 263/2 263/22 263/25 264/11 265/10 265/11 265/11 268/17 275/1 276/7 279/2 286/22 289/5 292/14 299/14 299/17
humanly [1] 5/14
hundred [5] 19/12 152/18 152/20 161/23 238/13
hurts [1] 210/5
husband [7] 17/21 77/9 110/7 128/25 148/8 153/2 153/19
Hypothetically [1] 247/12

I

I'd [5] 46/6 146/22 193/8 288/23 293/4
I'll [11] 83/4 100/20 150/14 206/20 208/16 208/17 265/19 287/8 293/21 296/16 318/6
I'm [199] 6/7 7/14 7/18 12/2 13/23 14/2 14/8 14/12 14/14 14/17 16/3 16/9 18/11 20/15 21/4 21/10 21/15 21/18 21/22 21/23 21/24 23/11 24/17 28/21 29/17 32/5 32/6 32/8 33/6 34/4 38/15 40/14 44/5 44/9 44/14 46/1 46/7 48/1 48/6 48/7 50/7 50/13 51/7 53/21 55/9 56/19 57/15 59/17 61/24 65/20 67/22 68/17 68/20 71/15 74/10 76/14 78/13 79/11 80/2 81/25 82/24 83/10 83/13 85/16 87/12 87/14 94/23 95/3 96/10 98/6 98/6 101/8 104/21 106/24 108/14 109/19 109/20 113/1 113/1 113/20 120/3 124/11 132/2 135/8 139/21 147/1 149/1 150/15 151/20 156/2 160/23 162/8 166/8 173/6 173/20 175/10 176/18 181/11 184/3 184/18 184/19 188/15 197/20 198/19 199/12 201/7 201/15 202/25 203/12 203/12 203/20 208/13 211/14 214/25 215/19 215/24 216/9 218/1 218/4 218/9 219/6 220/21 220/23 221/22 222/13 222/18 223/7 225/16 225/25 226/12 226/18 227/4 228/24 228/25 229/2 229/13 233/8 233/17 233/21 236/9 236/12 238/10 238/24 241/2 244/24 245/4 245/6 245/22 246/7 246/8 246/17 256/9 257/15 258/5 263/9 265/4 265/12 265/14 266/7 267/14 272/20 272/21 273/4 275/5 275/13 277/21 278/2 281/19 282/8 282/19 282/21 282/25 283/18 283/20 283/23 284/5 284/9 284/21 285/21 288/2 288/2 289/25 290/8 290/9 290/12 290/24 292/9 292/10 292/10 293/1 293/15 293/23 295/11 296/24 303/9 304/21 305/6 305/16 307/22
I've [23] 25/15 32/9 98/5 98/7 98/10 98/18 140/1 186/4 206/9 218/5 219/6 220/14 233/18 233/22 236/6 240/25 241/21 249/4 249/5 251/7 266/15 281/18 284/5
I......963....................965 [1] 4/13
ibuprofen [1] 208/15
ID [2] 2/2 4/10
idea [6] 86/13 135/10 197/1 275/21 278/7 284/6
ideas [2] 5/17 70/3
identified [7] 37/23 38/2 116/22 138/10 161/6 188/2 317/22
identifies [1] 317/14
identify [5] 36/9 127/7 189/6 238/18 301/18
if [185] 3/16 3/16 8/16 8/17 9/7 9/8 9/10 9/22 10/3 11/9 18/11 19/5 19/16 20/23 23/5 35/11 37/25 43/21 45/12 45/20 46/4 46/13 46/22 48/14 49/13 50/19 51/11 56/21 59/7 62/18 65/25 66/7 73/2 78/18 81/10 83/7 89/20 90/10 91/1 94/1 96/11 100/20 101/13 101/23 107/7 107/23 108/14 109/2 109/17 118/20 121/5 123/9 123/11 125/1 125/5 125/7 125/22 126/8 126/14 126/17 128/8 128/9 128/10 128/22 128/25 129/18 130/21 130/23 137/18 139/6 147/1 148/1 148/3 149/10 152/13 161/14 161/17 167/13 170/3 171/9 171/17 172/9 173/6 175/5 177/8 177/9 177/12 177/17 178/13 181/4 181/9 185/25 187/6 187/21 190/2 190/17 191/3 191/4 191/14 191/14 196/7 197/6 197/19 199/8 202/23 202/24 203/2 205/3 205/15 205/19 206/3 208/10 208/14 209/5 212/14 213/8 216/24 217/1 217/2 218/15 220/20 221/15 223/20 225/15 225/24 228/4 229/11 229/14 231/19 232/22 233/5 238/2 238/16 238/24 239/21 240/3 242/2 247/20 249/9 251/16 252/25 253/10 254/1 255/7 255/18 256/12 256/14 256/22 257/3 258/11 259/12 259/22 260/2 260/20 262/4 263/6 264/18 264/19 264/21 266/7 266/22 266/24 267/3 270/15 271/18 272/16 273/21 277/5 277/7 277/8 282/17 282/17 282/18 283/3 285/21 285/25 286/4 286/19 294/12 297/17 309/4 310/25 315/7 315/8 317/23
ignite [1] 227/1
ignoring [1] 244/1
II [1] 1/3
III [1] 1/4
images [4] 149/23 150/4 239/23 287/11
immediately [4] 222/20 286/10 311/5 311/13
impact [29] 20/23 27/10 29/12 41/20 58/1 89/19 91/16 100/8 122/11 123/5 124/3 125/4 132/15 137/6 154/12 190/15 205/8 205/23 236/16 248/23 248/23 248/24 273/22 289/23 291/4 292/7 297/14 301/8 301/22
imparted [3] 71/5 85/17 212/3
impartial [62] 6/4 9/12 13/16 14/1 14/4 22/25 23/20 23/25 26/6 29/13 37/6 41/22 41/24 47/22 48/15 56/11 56/18 63/6 67/13 71/13 72/1 78/9 78/14 79/1 79/3 87/3 87/8 91/17 107/14 107/19 107/21 113/12 126/20 137/13 146/10 150/12 153/21 159/19 170/6 170/9 185/17 192/22 196/7 201/25 205/3 219/12 221/7 230/2 231/17 237/4 252/21 255/25 271/21 281/12 282/12 284/3 291/6 291/24 291/25 297/15 299/4 299/12
impartially [4] 22/2 59/22 195/19 295/22
impersonal [2] 27/13 109/9
importance [2] 63/17 266/23
important [23] 6/5 11/4 16/14 21/1 21/21 25/1 25/17 27/8 32/16 95/12 122/25 140/4 154/17 178/19 212/1 227/22 229/25 230/25 233/23 249/16 251/10 291/22 304/20
impression [1] 262/21
improper [1] 311/20
in [517]
in-depth [1] 54/10
inability [1] 266/11
inaccurate [1] 312/19
incident [5] 147/25 242/18 243/24 244/9 306/14
Incidentally [1] 309/22
inclination [2] 129/11 170/18
include [2] 312/1 312/23
included [2] 84/18 114/7
includes [1] 311/7
including [2] 311/1 311/25
incomplete [1] 312/19
inconvenience [1] 4/5
incredibly [1] 16/14
indecisiveness [1] 266/10
independent [2] 308/12 308/22
independently [1] 108/11
indicate [5] 62/11 103/14 244/18 274/13 283/12
indicated [37] 8/6 18/12 27/5 27/17 30/17 31/24 35/1 39/8 45/19 54/12 60/23 61/19 74/18 97/8 110/4 114/23 116/21 143/22 147/4 153/13 162/12

I

indicated... [16] 162/20 166/15 171/1 180/2 183/7 183/9 187/22 217/21 235/18 246/25 250/25 268/25 272/12 292/12 301/12 305/11
indicates [2] 135/2 142/15
indicating [8] 84/21 106/16 106/19 132/2 204/23 227/15 281/2 302/7
individual [16] 11/18 37/10 64/8 134/9 134/15 143/17 157/16 183/3 215/1 235/13 262/9 280/23 280/25 297/1 305/2 309/17
individually [10] 27/4 43/14 53/21 109/24 166/14 192/14 214/19 217/19 250/22 262/12
individuals [6] 74/12 134/25 166/15 167/8 215/4 268/15
influence [2] 195/24 196/2
influenced [1] 5/16
information [20] 11/13 35/24 44/17 61/7 62/19 71/5 71/14 75/7 85/17 116/1 122/9 124/1 193/3 193/22 197/3 198/7 212/3 257/6 306/13 311/15
informed [1] 130/19
ingest [1] 245/17
inhibit [1] 266/12
inhibitor [1] 293/17
initial [1] 91/12
initially [1] 55/20
innocence [3] 106/15 191/1 257/11
innocent [7] 187/4 190/20 191/3 191/5 191/7 191/11 276/3
inquiries [2] 143/17 156/9
instance [2] 135/2 281/18
instead [4] 280/17 286/24 287/4 301/7
instinct's [1] 233/1
instruct [2] 233/9 310/20
instructed [2] 310/23 312/12
instructing [1] 10/15
instruction [1] 64/6
instructions [15] 10/25 11/3 42/5 53/3 72/14 128/19 200/2 259/7 259/10 259/13 262/1 262/6 267/23 308/15 309/20
instructs [1] 128/10
integrity [2] 11/5 221/18
intend [1] 149/17
intended [1] 9/6
intensely [1] 157/25
intention [2] 3/20 266/9
interact [2] 171/3 174/25
interacting [1] 115/12
interaction [2] 114/15 116/1
interest [1] 59/11
interested [3] 12/11 256/10 297/5
interesting [3] 207/7 207/11 302/1
interfere [1] 209/7
internet [5] 85/25 119/7 141/16 164/5 311/24
interpret [1] 298/3
interpretation [1] 80/21
interrupt [3] 55/3 257/16 304/7
interrupted [1] 258/18
interrupting [2] 32/6 120/4
interview [5] 214/15 306/1 316/5 316/17 317/11
interviewed [4] 33/1 55/25 70/23 71/1
interviews [2] 86/4 96/21
intimidated [1] 268/10
into [19] 9/5 48/9 56/10 67/14 70/3 71/24 79/8 83/1 100/24 156/22 162/20 164/15 170/11 175/11 176/20 230/2 274/18 308/3 319/9
introduce [2] 7/8 8/2
invalid [1] 293/20
invasion [1] 283/6
investigate [1] 311/14
investigating [2] 59/12 171/15
investigation [2] 62/17 311/22
Investigator [1] 316/20
investigators [1] 58/13
invoked [1] 228/12
Involuntary [1] 313/22
involve [3] 19/24 19/25 157/6
involved [10] 44/1 44/7 54/23 119/16 167/8 168/8 169/21 198/13 236/21 269/15
involves [5] 24/10 32/12 276/19 283/12 301/11
involving [4] 135/25 140/17 188/23 289/18
iPad [3] 76/2 82/14 84/5
is [310] 2/13 3/3 3/3 3/5 3/8 3/12 3/13 4/3 4/7 4/8 4/9 4/11 4/16 4/21 4/23 4/25 5/2 5/12 5/13 5/20 6/3 6/5 6/20 7/1 7/2 7/4 7/14 7/18 7/21 7/24 8/7 8/7 8/8 8/9 9/19 10/1 12/18 14/4 15/6 16/13 16/25 20/8 20/21 20/25 21/22 21/25 22/24 24/18 25/16 25/17 25/20 26/14 27/4 29/11 30/4 31/5 31/19 32/16 35/5 37/3 38/13 41/16 43/5 43/14 44/9 44/15 49/2 49/14 50/19 50/22 51/18 51/22 52/10 52/21 53/13 53/15 53/17 54/9 60/13 60/16 61/2 65/22 67/6 73/7 74/3 74/13 76/25 77/17 77/19 80/21 80/22 81/19 83/20 83/25 88/24 90/2 90/10 91/14 92/13 93/17 95/13 97/19 98/23 99/1 100/16 101/1 101/12 101/18 102/4 102/24 103/9 103/21 104/7 109/25 112/14 113/1 113/4 117/20 118/24 120/1 122/24 123/2 125/2 125/8 125/18 127/24 129/11 131/6 131/9 132/4 138/17 140/11 143/25 146/6 148/12 149/8 149/15 150/21 151/7 151/8 152/2 153/25 154/17 155/6 156/13 156/18 158/10 159/16 160/5 160/6 164/13 164/18 166/12 166/23 168/15 169/10 172/12 173/25 174/16 177/24 178/3 178/19 182/10 182/17 183/17 184/15 188/18 190/19 191/2 191/5 191/7 191/12 191/13 191/17 192/19 195/9 197/21 200/10 201/18 201/22 204/21 209/6 209/13 210/3 210/4 210/8 210/17 213/18 214/18 215/21 216/15 216/23 217/19 219/4 219/10 219/10 219/16 220/22 221/18 225/2 226/6 226/7 226/20 227/10 227/22 229/2 229/3 229/8 229/17 229/17 229/22 230/1 233/6 233/19 233/20 233/23 235/13 235/17 235/21 237/24 239/8 239/23 241/1 241/16 241/17 242/6 244/23 245/2 245/12 246/2 246/4 246/20 247/3 247/7 247/14 247/20 248/4 248/5 248/5 248/16 248/19 249/16 251/5 253/20 254/1 254/24 255/9 256/11 256/21 257/3 257/5 257/10 257/21 259/6 260/23 264/20 265/6 266/12 268/14 269/5 269/11 270/12 270/16 271/8 271/25 272/1 272/15 281/1 281/10 281/11 281/14 282/9 283/21 285/6 285/8 285/16 286/7 286/16 286/24 287/5 289/1 289/1 289/2 292/6 293/1 293/9 293/16 293/20 297/6 297/7 297/18 298/16 300/19 301/10 301/25 302/12 304/1 304/25 305/7 306/17 308/2 310/12 310/16 311/17 312/10 314/4 314/9 315/1 316/14 319/11
isn't [3] 107/8 202/19 219/20
issue [13] 19/20 19/22 23/12 131/4 153/24 154/1 260/23 281/11 297/20 304/1 315/14 315/25 316/12
issued [1] 162/23
issues [7] 206/4 236/8 241/7 242/8 246/10 295/11 305/20
it [622]
it's [160] 3/9 3/20 6/21 9/1 9/18 11/4 16/7 19/21 24/25 26/7 27/7 28/17 39/4 44/5 46/14 47/13 48/25 49/21 49/24 50/25 51/23 60/20 71/16 72/24 74/17 76/2 76/11 76/19 83/15 83/17 83/20 98/11 98/12 98/15 101/1 106/25 109/15 110/25 115/3 118/21 123/11 125/22 126/6 126/8 126/18 128/4 128/8 128/9 129/10 129/14 130/7 131/7 134/25 140/4 146/13 148/19 151/22 152/12 153/20 153/22 162/18 162/18 167/11 173/7 175/18 182/10 182/11 187/3 191/3 191/14 191/14 201/11 202/19 203/10 205/6 206/10 206/13 208/10 208/12 208/19 208/25 209/24 212/1 214/18 218/7 218/22 221/16 223/5 223/6 223/19 223/20 225/5 226/14 230/25 235/9 238/9 238/21 238/23 238/25 239/6 239/7 240/13 241/11 242/19 245/10 247/2 248/22 248/24 249/15 250/17 251/25 252/22 253/21 255/8 259/14 259/22 266/3 266/9 269/9 269/25 270/16 273/2 273/9 275/5 275/14 275/17 277/13 277/23 279/17 281/22 281/24 281/25 284/5 284/6 284/13 286/13 286/16 287/14 288/3 290/4 291/21 291/22 291/23 291/23 292/1 293/4 293/6 293/7 293/21 295/4 296/19 296/24 301/12 302/19 304/20 304/21 308/8 311/20 313/1 316/8
Italian [1] 228/24
its [4] 156/8 259/8 262/16 311/17
itself [4] 106/7 229/3 255/5 317/14
IV [1] 1/4

J

J......963....................965 [1] 4/13
jaded [1] 98/12
jeopardize [1] 11/8
Jepsen [2] 8/9 23/8
Jim [1] 171/9
job [13] 3/10 4/23 55/24 100/19 254/3 255/8 257/6 259/23 262/3 264/17 269/17 274/5 288/2
jobs [1] 157/24
join [1] 132/22
joining [1] 143/13
Joseph [1] 3/8
judge [76] 1/7 2/24 4/21 5/3 7/14 8/6 14/12 14/21 15/16 15/19 19/19 19/23 25/11 25/15 25/21 46/8 46/13 47/3 48/21 51/24 52/12 56/22 59/21 64/22 69/25 71/10 73/3 80/18 82/9 82/20 84/11 88/12 94/20 94/24 98/23 102/24 115/24 116/17 126/20 127/12 128/6

J

judge... [35] 128/10 129/20 131/24 132/8 132/17 142/19 149/6 155/6 162/7 171/2 172/20 178/16 181/15 182/18 191/9 195/18 242/14 253/17 254/13 255/8 256/19 259/6 261/23 262/5 263/11 265/14 274/12 276/1 288/9 309/2 314/4 316/22 317/1 317/24 318/16
Judge's [1] 257/5
judged [1] 46/14
judges [1] 255/11
judging [4] 107/15 263/14 264/3 266/4
judgment [11] 46/10 46/25 49/7 50/20 51/21 81/22 94/1 101/2 102/8 252/8 255/2
judgmental [4] 99/13 100/18 101/14 101/20
judgments [2] 13/9 113/16
jump [3] 143/2 222/20 295/16
jumped [1] 182/15
jumping [1] 113/1
juror [123] 4/3 4/15 9/13 11/23 12/3 13/17 15/25 23/6 23/10 24/5 25/3 25/8 26/11 26/12 26/22 26/24 27/11 27/15 29/20 34/12 34/18 35/11 35/13 37/6 37/16 40/11 42/14 42/19 42/21 47/4 48/18 48/22 52/18 53/11 54/4 54/7 56/23 60/6 64/18 65/1 65/3 67/13 68/2 71/13 72/21 74/5 74/7 74/14 79/16 86/15 88/22 89/2 89/4 92/7 102/5 102/20 103/5 103/7 103/15 108/18 109/5 113/25 129/7 131/18 131/22 132/4 132/13 132/24 134/19 134/22 137/22 143/8 143/18 149/17 153/14 155/4 155/22 165/17 166/1 172/21 182/7 182/24 183/2 190/16 192/4 192/9 192/22 196/8 200/8 200/19 201/19 205/4 206/3 214/11 215/8 217/10 217/13 234/24 235/5 235/20 250/5 250/10 250/24 251/3 262/9 265/25 268/3 268/7 268/19 269/4 278/24 280/8 280/13 280/16 281/5 284/13 290/3 296/10 296/14 296/18 297/10 303/23 311/21
juror's [1] 132/10
jurors [37] 2/4 2/13 3/21 3/21 4/22 5/9 5/14 5/23 6/15 7/10 8/4 8/23 11/21 15/20 17/13 23/22 25/21 27/5 27/14 34/9 42/6 101/16 126/15 130/1 131/17 134/5 134/17 192/14 231/5 252/7 262/13 270/13 295/21 308/7 309/10 311/2 313/7
jurors' [1] 251/22
jury [58] 1/10 1/11 2/19 4/4 4/8 5/3 5/20 6/4 11/14 14/4 16/8 29/1 44/10 46/23 49/19 69/20 71/16 81/11 81/22 101/13 101/23 109/9 110/1 110/24 116/7 123/25 130/14 136/19 139/7 140/23 161/18 170/4 187/7 210/22 211/6 218/5 221/3 232/2 239/22 251/8 254/2 257/2 257/4 257/9 258/25 263/7 273/4 273/11 279/15 284/3 286/5 286/20 301/12 309/5 310/9 310/17 311/17 316/13
just [302] 8/19 12/14 14/2 15/2 15/6 15/8 15/9 17/2 17/20 18/1 18/19 19/3 21/4 22/16 22/21 23/25 26/3 27/23 28/13 28/20 28/25 29/2 29/8 30/8 30/11 30/20 30/20 31/6 32/8 32/9 32/19 33/5 33/9 35/8 37/1 40/16 44/7 44/13 46/14 49/20 49/21 50/22 51/23 53/2 53/20 53/22 55/18 56/8 58/22 59/10 61/15 67/4 71/24 73/12 75/2 76/3 76/4 77/19 80/6 80/25 81/12 81/12 83/3 85/4 85/7 88/9 88/12 88/13 90/4 90/7 92/24 93/9 97/4 98/10 99/9 101/7 101/11 101/12 102/11 103/25 104/19 105/16 107/5 108/15 108/20 110/14 111/20 112/10 112/11 112/22 115/17 117/21 118/16 118/21 119/5 128/19 129/17 130/14 135/12 135/15 136/14 136/20 139/9 140/12 140/19 142/10 144/15 144/18 145/10 146/1 146/5 146/19 146/20 147/3 147/9 147/24 150/2 150/15 153/10 156/4 156/19 157/24 159/23 162/23 162/24 163/2 163/3 163/25 164/12 164/20 168/5 169/9 171/25 175/23 180/6 184/6 185/12 186/19 189/5 189/19 191/8 191/16 193/5 193/13 194/10 194/14 195/2 195/13 196/13 198/12 199/22 203/5 204/12 204/15 205/14 205/18 207/6 208/11 209/22 210/4 211/17 212/13 212/19 213/19 213/24 216/24 217/24 218/7 218/9 218/10 218/10 219/7 219/19 219/21 219/22 220/9 220/9 220/19 221/17 222/8 222/23 222/25 223/9 223/20 224/20 225/16 226/25 229/3 230/3 230/20 230/22 231/13 231/22 232/5 232/10 233/13 233/22 235/9 235/24 237/21 238/12 238/22 238/23 239/3 241/5 241/17 241/20 242/19 248/10 248/18 249/20 251/9 251/17 251/18 251/19 253/7 253/16 254/13 255/1 255/7 255/10 255/12 256/21 256/21 256/23 257/23 259/14 260/4 260/25 260/25 263/15 264/24 265/16 266/17 267/12 267/18 269/9 269/24 270/4 270/6 271/9 271/12 271/13 272/7 272/9 272/20 273/1 273/4 273/5 273/6 273/9 274/2 274/17 275/25 277/12 277/16 277/19 277/25 278/12 281/10 281/13 281/21 282/2 282/2 283/20 283/22 283/23 284/14 285/3 286/13 287/15 287/15 288/3 290/7 290/14 291/8 293/4 293/6 293/10 293/23 293/24 295/4 297/24 298/21 300/12 301/15 302/20 303/1 303/11 303/13 304/11 306/19 307/1 313/16 313/21 314/5 314/19 315/13 316/11 316/12 317/3
justice [4] 4/11 4/13 160/3 187/5

K

Kara [3] 1/16 7/7 7/18
Keating [3] 1/16 7/7 7/18
keen [1] 278/14
keep [13] 5/11 24/14 106/9 106/12 149/3 170/11 206/20 218/7 233/16 255/22 270/5 293/15 297/24
keeping [1] 230/3
kid [4] 21/11 23/4 24/1 107/1
kidding [1] 144/6
kidney [1] 223/23
kids [6] 93/18 97/22 100/22 145/8 281/22 292/20
killed [5] 36/9 39/15 77/2 77/17 80/22
killing [2] 93/18 97/21
kind [49] 14/8 18/20 50/23 56/3 56/24 71/14 75/14 95/8 113/10 113/11 138/8 150/4 156/4 160/14 171/21 196/18 206/21 208/15 211/6 220/23 224/14 238/1 238/11 241/11 241/22 243/14 245/21 246/13 246/21 252/7 254/13 256/10 269/19 270/2 270/4 271/6 279/16 282/14 282/21 283/4 283/7 284/14 285/15 287/22 293/6 293/23 300/7 300/10 304/1
kinda [1] 209/16
kitchen [1] 141/3
knew [25] 27/6 27/19 35/3 45/5 54/12 58/23 74/19 89/17 89/19 90/16 103/18 110/23 114/9 116/10 117/22 138/20 160/25 162/12 167/6 167/13 171/11 174/13 181/4 212/25 222/12
know [423]
know, [49] 15/10 29/2 46/6 46/13 46/21 51/10 51/18 58/2 58/3 78/12 125/22 145/9 148/16 148/22 150/11 156/23 157/13 158/1 158/13 160/25 161/1 162/25 163/2 172/4 176/18 176/21 191/15 206/10 209/4 224/7 228/23 242/4 255/9 256/19 259/1 261/23 263/14 269/11 269/24 270/4 270/7 271/6 272/11 273/3 273/17 277/16 308/20 309/3 316/19
know, a [1] 51/18
know, again [1] 125/22
know, and [1] 158/13
know, background [1] 156/23
know, beliefs [1] 58/2
know, from [1] 161/1
know, here [1] 209/4
know, I [8] 78/12 158/1 176/21 206/10 228/23 255/9 270/4 277/16
know, if [1] 46/13
know, it [1] 176/18
know, judging [1] 263/14
know, just [2] 29/2 269/24
know, many [1] 308/20
know, maybe [2] 172/4 224/7
know, no [1] 160/25
know, personal [1] 273/17
know, that's [2] 46/6 259/1
know, the [4] 15/10 58/3 261/23 270/7
know, they [1] 46/21
know, through [1] 242/4
know, to [2] 271/6 273/3
know, we [1] 309/3
know, what [2] 148/22 316/19
know, when [2] 157/13 269/11
know, where [1] 145/9
know, would [1] 256/19
know, you [5] 51/10 148/16 162/25 163/2 272/11
know, you're [1] 191/15
know, your [1] 150/11
knowing [16] 13/14 22/22 39/24 58/4 101/24 150/12 152/11 155/16 196/20 197/3 236/17 252/21 259/9 269/7 297/19 298/17
knowledge [7] 9/7 36/14 55/14 81/8 104/18 105/23 142/17
known [4] 5/20 25/15 115/18 138/23
knows [6] 143/3 165/19 182/12 182/19 200/13 279/14
Koinonia [1] 4/16

L

label [1] 112/3

## L


labeled [1] 112/1
lack [1] 25/23
lady [4] 77/1 136/18 138/6 139/24
lady's [1] 138/4
Lake [2] 148/5 173/3
language [1] 315/6
largely [1] 134/25
last [19] 26/11 33/10 45/19 63/23 88/13 108/7 111/5 185/6 200/16 202/13 202/14 203/6 206/2 213/5 241/21 259/25 294/11 301/3 301/21
lastly [2] 278/22 315/23
late [2] 208/17 304/21
later [7] 8/15 146/5 176/19 255/11 260/22 278/6 289/15
latter [1] 193/13
Laughter [1] 181/6
law [16] 5/18 8/11 19/6 32/24 84/19 96/22 100/16 101/1 101/1 171/6 171/13 294/25 295/4 306/1 311/8 316/5
laws [1] 228/24
lawyers [9] 4/20 4/23 9/16 12/10 48/7 56/20 201/17 282/5 300/2
layers [1] 246/15
laying [3] 232/24 248/13 264/13
lead [8] 186/24 196/21 203/18 207/17 222/19 286/10 298/1 312/4
leading [1] 69/4
leaf [10] 35/16 36/1 36/17 37/17 40/17 41/8 76/12 158/22 163/14 179/20
lean [1] 115/7
leaning [1] 58/4
learn [16] 11/5 12/24 36/21 87/14 91/2 104/14 111/14 130/15 166/25 183/12 192/21 198/6 201/24 262/9 288/4 303/16
learned [39] 28/6 48/23 56/7 57/16 62/24 66/21 67/11 75/24 76/23 78/3 79/6 81/9 91/15 111/9 111/19 111/24 126/7 144/24 146/8 153/1 153/8 157/8 158/16 159/14 169/15 184/5 184/10 185/14 193/18 194/8 198/13 203/25 204/2 204/2 206/23 210/12 234/10 247/18 308/17
learning [7] 36/19 56/25 111/5 144/15 168/4 169/10 289/25
least [5] 157/3 173/10 194/9 262/20 306/8
leave [6] 101/2 129/17 133/7 287/19 306/18 306/25
led [3] 148/20 193/3 222/22
left [7] 55/10 62/16 71/3 112/5 121/11 122/10 214/15
legal [3] 4/8 191/13 259/10
legitimate [1] 19/22
lens [3] 302/2 302/7 302/9
less [6] 152/20 215/22 241/3 245/20 245/21 258/21
lesser [1] 256/12
let [26] 29/18 45/13 54/15 56/20 79/11 83/24 88/8 100/8 109/2 110/13 133/7 148/18 155/12 165/7 172/15 199/14 215/22 226/20 231/12 249/10 281/21 283/23 285/3 293/8 305/17 309/19
let's [15] 15/22 51/17 73/19 129/11 142/13 143/2 182/20 193/17 202/1 216/11 231/25 247/12 266/19 304/20 313/10
letter [2] 116/8 275/13
level [2] 51/17 244/11
life [16] 14/8 48/10 191/16 226/8 226/17 230/24 233/19 233/20 233/25 237/8 249/7 251/8 264/5 270/5 297/25 301/20
light [4] 38/13 105/21 257/15 257/18
like [144] 6/25 14/9 15/9 15/13 18/19 19/3 21/3 21/11 21/13 22/8 23/10 24/13 24/14 26/11 27/2 29/3 29/21 30/19 31/1 32/18 33/8 34/23 46/7 46/8 46/19 49/20 49/22 49/24 50/25 51/13 51/15 51/24 54/7 58/18 65/11 71/25 73/8 73/9 73/20 76/12 77/22 83/3 89/12 89/13 90/22 91/7 92/12 93/25 94/20 106/23 107/3 112/13 114/5 122/20 135/6 141/19 148/1 156/3 157/21 159/23 162/18 163/25 169/25 172/24 176/18 179/19 186/20 192/7 196/17 208/10 209/23 210/8 210/17 218/9 223/20 224/24 225/11 225/13 226/5 227/14 233/21 236/4 238/4 238/5 238/7 238/10 238/12 238/14 238/21 238/24 238/24 239/1 239/2 239/3 239/21 240/11 240/11 240/20 241/1 241/6 241/10 241/12 241/23 242/24 242/25 243/2 243/14 243/19 243/22 243/25 245/9 252/1 253/1 253/15 255/5 255/8 255/10 256/19 258/21 262/17 263/12 266/3 266/18 266/20 268/10 270/4 272/1 272/22 272/22 273/5 274/1 274/2 274/2 274/4 275/10 275/11 278/3 281/23 283/20 283/22 288/17 288/23 290/4 293/24
likely [10] 21/25 89/15 150/7 151/8 154/14 230/17 230/18 266/12 292/7 302/12
likewise [3] 10/20 160/9 166/20
limine [2] 305/23 316/9
limited [2] 10/19 149/13
line [1] 233/20
liner [1] 307/25
links [1] 67/7
list [3] 73/11 182/10 200/15
listed [1] 217/23
listen [20] 13/15 22/11 22/13 23/19 33/7 33/11 78/7 100/20 170/12 205/8 206/6 220/1 252/10 256/23 258/2 273/23 276/1 282/11 299/3 312/13
listened [1] 99/12
listening [11] 170/7 177/9 179/17 209/8 223/17 224/6 230/3 237/17 252/4 297/15 301/11
listens [1] 278/14
literally [2] 57/13 243/20
literature [1] 4/17
little [54] 2/20 13/23 22/8 22/14 41/14 59/8 61/3 66/4 75/20 86/9 98/13 108/9 109/18 113/2 120/18 121/8 124/12 127/15 144/19 146/5 147/17 151/21 152/25 153/15 168/6 204/16 205/1 206/22 208/8 209/24 210/2 220/15 237/21 241/22 248/12 251/15 251/18 253/7 258/5 264/13 268/24 269/13 272/19 278/22 279/11 279/13 279/25 281/10 282/1 282/25 285/4 290/25 297/18 309/19
live [8] 46/6 54/19 57/11 161/2 170/16 180/15 194/20 275/10
lived [5] 90/5 98/10 180/23 181/1 220/15
living [4] 136/4 136/10 138/18 220/16
local [14] 27/24 28/6 28/20 56/3 75/3 76/4 83/25 141/12 145/11 145/13 147/11 147/13 147/25 168/15
location [1] 57/16
logical [1] 289/2
London [2] 287/17 287/19
long [22] 9/2 20/2 25/16 38/22 60/19 60/25 66/12 66/16 66/21 80/9 82/25 103/9 109/15 130/7 135/24 177/2 201/12 235/8 246/9 250/17 296/23 296/24
longer [2] 279/25 296/1
look [21] 21/13 25/21 107/6 108/11 112/16 164/15 231/1 235/10 239/22 253/16 253/18 258/22 271/6 282/1 286/14 289/13 290/8 300/20 305/14 316/23 318/1
looked [11] 12/3 112/13 119/6 145/20 147/8 153/1 166/13 174/7 198/25 218/8 227/13
looking [14] 21/11 26/3 34/16 53/14 54/13 102/7 102/23 183/16 215/19 227/4 231/19 232/23 255/21 302/6
Looks [1] 192/6
loop [1] 219/7
losses [1] 205/25
lost [5] 146/21 151/4 203/6 205/5 205/15
lot [27] 18/18 19/2 46/19 52/16 87/14 95/5 98/17 107/9 127/15 131/7 145/6 185/11 193/25 203/6 209/12 213/11 236/16 238/10 241/3 241/23 243/15 248/7 248/14 255/16 257/6 269/19 277/21
loud [1] 20/14
low [1] 245/21
lows [1] 245/20
lunch [4] 130/9 134/8 209/14 209/15
Luncheon [1] 133/10
lying [1] 289/20


## M


ma'am [5] 165/6 199/16 199/18 267/9 267/18
machine [1] 319/7
mad [1] 20/18
made [13] 23/13 54/1 83/12 93/9 99/19 113/15 136/1 179/8 220/23 222/24 258/20 313/19 317/20
mail [4] 219/3 316/25 318/7 318/8
mailing [1] 275/15
main [2] 31/3 129/24
major [2] 112/5 257/21
make [75] 2/22 3/10 13/17 24/7 24/25 26/5 40/3 41/9 49/21 49/25 65/14 71/17 81/12 81/21 89/16 94/1 94/2 100/13 100/14 122/21 131/8 131/23 139/9 142/13 143/2 146/9 148/21 156/9 162/1 185/16 187/9 195/17 206/5 210/8 210/18 213/25 217/14 221/1 226/24 233/24 234/7 234/13 235/19 251/2 254/20 255/12 255/25 257/7 257/19 257/20 258/15 259/15 262/11 265/3 265/19 266/15 269/13 270/13 270/15 271/2 273/24 276/2 281/4 285/7 286/10 290/21 295/20 297/9 298/18 303/11 306/19 307/4 313/22 313/25 316/21
makes [7] 106/11 108/24 216/20 226/16 238/16 245/20 251/5
making [10] 63/12 125/5 143/16 238/2

M

making... [6] 251/9 252/14 264/16 290/5 295/15 301/7
man [2] 52/12 119/17
management [1] 305/21
Manslaughter [1] 313/23
many [5] 154/16 213/10 227/10 308/20 309/15
Maple [10] 35/16 36/1 36/17 37/17 40/17 41/8 76/12 158/22 163/14 179/19
March [8] 1/12 276/21 297/12 297/21 297/21 298/15 301/14 318/19
Marein [30] 1/18 8/1 8/12 31/19 40/9 52/5 60/4 70/9 82/8 92/3 108/2 113/21 116/15 139/17 150/24 160/10 172/19 181/14 187/15 197/16 221/24 225/23 226/21 239/16 242/13 254/9 261/7 265/13 274/11 301/1
Marine [1] 203/21
mark [10] 1/18 8/1 8/12 17/23 74/21 142/22 143/24 260/5 288/8 305/20
marked [1] 297/11
married [3] 77/9 285/11 292/22
mass [2] 243/12 243/16
match [1] 223/24
matched [1] 176/7
matching [1] 176/25
matter [13] 6/20 16/2 50/19 50/22 144/18 229/3 229/22 232/5 250/20 284/14 286/15 287/13 294/2
matters [2] 171/14 293/14
may [57] 5/2 6/18 20/23 27/10 30/17 34/9 36/20 39/12 58/3 59/4 67/23 73/10 79/11 81/20 92/2 92/3 94/20 94/25 99/4 103/16 113/21 113/22 115/9 115/15 124/2 125/21 126/15 127/6 127/15 130/20 132/16 135/25 148/16 148/17 156/11 157/7 164/13 166/15 183/7 185/6 185/22 185/23 189/10 192/19 192/23 194/3 203/24 239/19 240/17 254/7 268/19 269/1 300/9 301/17 310/23 312/19 312/20
maybe [42] 19/14 22/8 28/20 31/25 35/2 35/18 64/24 65/19 66/12 66/13 66/16 68/8 75/20 80/20 81/5 103/19 103/20 110/8 161/5 172/4 179/8 179/24 202/12 203/10 206/13 215/4 215/10 218/3 224/4 224/7 225/12 232/7 241/10 254/17 256/10 256/12 258/22 278/8 284/1 292/18 315/23 316/23
me [126] 3/24 5/25 9/16 14/7 18/11 43/19 44/14 45/23 54/15 55/24 58/16 58/20 61/11 62/4 74/16 74/24 83/24 87/7 90/2 93/9 97/25 98/11 98/20 99/20 100/1 100/1 100/15 110/13 110/23 112/12 116/10 118/11 118/16 127/20 129/15 138/23 144/6 146/17 146/20 148/18 149/3 153/22 153/25 164/12 173/7 180/12 180/18 187/22 188/15 190/21 193/19 197/22 199/14 201/14 202/5 203/9 205/15 207/6 210/17 211/18 215/22 216/16 218/16 219/19 219/22 221/16 222/22 222/24 223/24 226/13 228/5 231/12 231/19 231/20 235/25 238/2 238/12 239/6 240/13 241/11 244/23 248/2 249/10 251/9 256/21 262/20 263/7 263/8 264/15 266/4 266/8 272/23 272/24 273/5 275/9 276/10 277/18 277/23 278/2 281/13 281/22 281/25 282/20 284/15 284/20 285/3 285/16 285/19 287/6 288/3 290/13 290/21 291/19 291/22 292/11 293/8 293/20 293/20 294/6 295/5 302/4 305/17 307/15 309/19 315/16 319/9
mean [80] 18/24 20/21 21/8 28/7 28/10 29/24 30/25 32/8 46/18 47/25 50/19 50/22 55/2 62/20 63/9 63/16 76/17 87/13 98/1 106/22 110/19 127/19 127/22 141/21 169/20 177/16 178/25 179/23 180/17 189/5 189/19 195/23 197/1 204/18 216/8 218/4 218/6 218/15 220/8 220/23 222/25 224/25 227/14 228/22 228/23 231/16 231/18 232/9 232/13 247/6 251/11 255/15 256/22 258/2 259/20 260/9 262/25 269/9 271/4 271/11 271/14 271/23 272/1 272/20 275/24 279/12 279/13 279/15 280/20 281/22 282/19 286/15 292/15 293/7 293/22 293/25 298/3 298/21 301/10 307/13
meaning [1] 296/20
meaningful [1] 294/17
means [9] 5/22 7/2 46/2 46/3 63/10 86/12 107/18 190/21 310/10
meant [5] 46/16 74/24 113/4 118/12 235/22
meantime [4] 11/11 45/16 296/1 309/25
Mechanical [1] 1/23
mechanism [1] 246/21
mechanisms [1] 154/6
media [40] 11/1 55/17 55/19 61/20 62/12 62/18 66/8 75/15 76/11 77/18 78/3 79/6 108/12 112/9 130/19 131/2 135/20 136/1 159/4 167/23 168/21 169/11 169/16 179/10 184/24 185/12 185/15 187/9 214/6 218/24 220/21 269/15 269/25 270/7 270/14 270/15 270/21 270/21 308/10 311/9
medical [3] 106/8 244/14 272/21
medication [7] 241/2 241/4 241/9 244/19 244/20 244/23 245/3
meet [1] 129/19
meeting [2] 2/4 2/18
member [2] 56/1 232/1
members [3] 175/14 260/21 272/15
memory [9] 30/2 92/13 96/15 145/1 145/3 175/11 177/12 178/14 316/3
mental [3] 236/8 241/7 246/15
mentally [3] 238/12 281/25 287/16
mention [5] 75/4 121/4 121/7 270/20 314/19
mentioned [18] 14/22 29/21 51/10 58/12 59/1 68/4 79/18 80/20 81/18 113/25 137/23 172/4 196/16 241/15 242/1 272/10 314/19 319/8
merged [2] 160/24 162/15
met [2] 3/4 292/22
middle [2] 119/25 289/20
might [52] 9/11 22/23 23/16 28/20 35/12 37/5 37/10 38/1 43/17 48/24 66/16 68/23 76/20 79/13 93/6 145/5 149/4 156/22 167/17 171/17 172/5 172/7 176/18 179/24 200/16 201/17 205/23 207/10 207/19 209/12 217/22 221/23 231/10 231/19 235/19 238/11 239/24 242/7 249/22 250/25 253/2 254/9 269/6 272/5 272/6 273/11 281/4 282/5 289/16 291/4 292/11 300/2
miles [2] 167/3 287/18
Miller [1] 305/2
mind [34] 24/14 40/1 59/9 61/9 62/25 68/23 101/17 104/6 106/9 106/12 107/6 112/25 124/2 125/11 126/19 128/5 149/4 151/25 153/4 170/11 190/18 195/18 205/15 218/7 220/2 224/15 230/3 233/16 244/22 255/22 269/13 277/2 287/23 300/11
minded [4] 25/3 237/1 271/22 299/3
minds [2] 5/10 5/11
mine [5] 54/25 55/1 99/16 100/19 181/11
minimal [1] 4/3
minute [3] 216/12 216/22 231/23
minutes [3] 73/20 73/21 217/6
miscarriage [3] 285/12 292/18 305/9
misdemeanor [1] 51/15
miss [2] 226/12 242/5
missed [2] 64/24 187/21
missing [1] 188/25
mistake [3] 54/1 226/24 265/19
mistrial [1] 312/5
molestation [1] 44/20
Mom [4] 199/13 206/21 208/4 210/13
Mom's [1] 115/19
moment [13] 16/4 18/6 59/8 108/16 116/16 122/3 124/14 140/4 141/25 146/15 178/22 200/14 243/21
Monday [1] 10/9
monetary [1] 4/2
money [1] 220/18
month [2] 301/14 302/10
months [9] 20/5 21/4 23/16 183/22 185/6 189/1 206/11 223/1 274/18
mood [1] 245/21
more [61] 10/24 12/25 18/4 22/14 27/25 28/1 30/1 42/9 48/8 49/9 50/25 54/9 72/15 77/11 85/9 97/6 98/15 98/17 110/20 119/16 121/8 143/5 144/17 145/13 150/6 152/9 152/11 153/16 153/21 157/14 162/16 164/23 164/24 184/2 184/3 184/22 199/21 208/8 215/1 215/20 228/17 237/22 241/1 241/6 249/6 254/16 257/19 258/18 265/25 266/5 266/18 268/24 273/9 277/13 278/12 285/4 290/22 297/18 303/10 309/19 315/17
morning [120] 2/8 2/9 7/13 7/17 8/5 8/13 10/9 13/5 15/25 16/25 18/8 19/14 28/14 28/16 28/24 29/1 29/9 29/19 30/5 30/13 31/21 31/22 31/25 32/20 34/20 34/21 37/15 40/11 40/13 40/22 42/24 42/25 48/22 52/7 52/8 52/25 54/6 56/23 60/5 60/7 62/8 65/5 65/8 65/10 66/1 66/4 66/24 68/2 68/3 68/5 69/3 69/17 70/10 70/11 71/14 75/25 76/23 78/4 79/16 79/17 82/10 82/11 82/13 90/21 92/7 92/8 94/17 94/18 109/15 110/23 112/12 113/24 114/2 116/11 116/18 116/19 117/16 118/8 124/21 130/7 135/16 135/18 136/4 139/1 144/3 144/9 144/10 144/13 144/25 145/17 146/9 147/5 153/3 164/7 164/17 164/22 183/15 183/20 184/1 184/19 184/20 185/7 188/6 189/21 193/14 195/1 198/10 198/12 202/4 208/17 213/14 228/3 268/21 276/8 297/4 304/6 307/17 309/24 314/20 315/20
morning's [2] 77/13 134/23
most [12] 3/4 4/14 55/18 57/8 61/3 61/20 116/5 123/21 154/10 154/14

M

most... [2] 173/15 244/7
mother [7] 116/21 194/11 198/1 198/7 202/4 204/7 214/7
mother's [2] 114/8 203/24
motion [18] 131/23 305/23 306/3 306/9 306/10 306/12 306/18 306/19 306/20 306/25 307/13 307/20 316/1 316/9 317/12 317/12 317/13 318/7
mouth [3] 127/20 263/4 266/8
move [1] 317/4
moved [6] 93/11 116/8 271/12 274/17 284/8 303/2
Mr [8] 8/8 160/9 206/17 215/16 215/17 226/20 257/16 301/1
Mr. [48] 14/20 23/8 23/8 31/19 37/14 40/9 48/20 52/5 55/15 60/4 70/9 82/8 82/22 92/2 92/3 108/2 113/20 113/21 116/15 137/18 139/17 147/1 150/24 160/5 170/22 172/19 181/14 185/25 187/15 190/11 196/11 197/16 221/24 225/23 239/14 239/16 242/13 254/7 254/9 258/17 261/7 265/13 274/11 300/3 301/5 305/2 314/3 315/13
Mr. Bradley [3] 23/8 314/3 315/13
Mr. Burling [18] 14/20 37/14 48/20 82/22 92/2 113/20 137/18 147/1 160/5 170/22 185/25 190/11 196/11 239/14 254/7 258/17 300/3 301/5
Mr. Dewey [1] 55/15
Mr. Jepsen [1] 23/8
Mr. Marein [24] 31/19 40/9 52/5 60/4 70/9 82/8 92/3 108/2 113/21 116/15 139/17 150/24 172/19 181/14 187/15 197/16 221/24 225/23 239/16 242/13 254/9 261/7 265/13 274/11
Mr. Miller [1] 305/2
MRI [1] 210/8
Mrs. [1] 6/23
Mrs. Ritchey [1] 6/23
Ms [4] 15/5 37/22 107/15 316/5
much [59] 3/6 17/1 20/2 24/23 29/4 33/4 33/7 33/21 36/20 42/1 44/17 58/24 64/16 67/11 72/8 73/19 78/7 84/12 87/17 98/18 100/24 101/4 102/17 104/4 105/17 110/20 115/11 120/4 122/14 124/17 128/15 129/5 130/8 133/4 141/25 154/21 155/1 162/12 173/14 181/16 182/4 192/2 204/22 212/15 228/17 234/2 245/14 267/10 271/24 274/23 277/13 285/18 292/13 296/1 297/13 300/24 303/21 308/17 308/21
multiple [4] 104/10 156/19 156/25 277/22
murder [23] 6/24 6/24 36/12 44/1 44/20 49/14 51/10 51/18 236/5 251/17 253/18 255/6 256/11 256/21 262/19 262/19 263/15 269/12 269/12 276/20 276/21 298/13 298/14
murdered [2] 39/9 39/12
murders [1] 263/24
must [6] 4/17 5/14 5/16 187/1 196/23 298/7
mutilated [4] 232/25 248/13 264/14 289/22
my [151] 2/10 3/3 3/4 3/8 4/25 6/8 7/14 7/17 8/6 8/10 14/7 16/7 21/11 23/3 23/4 24/1 24/1 24/6 24/13 25/20 26/7 30/2 42/4 43/24 44/10 47/14 47/14 53/3 57/14 59/6 66/2 75/3 76/1 82/14 87/6 92/13 98/4 98/12 100/14 100/14 100/22 100/22 100/24 100/24 101/2 101/18 102/7 104/6 110/22 111/1 111/1 112/12 118/9 129/10 136/4 144/9 144/11 145/12 146/11 147/10 147/11 148/7 151/11 151/24 151/24 151/25 152/16 153/19 167/3 180/12 182/10 183/10 190/18 195/24 197/9 199/13 200/15 202/3 203/7 203/7 203/9 203/20 205/5 218/1 218/2 218/9 218/17 219/3 219/3 219/6 220/4 220/16 220/22 222/23 222/25 228/25 229/17 230/5 230/15 233/18 234/10 236/5 237/23 238/7 240/12 241/4 241/9 241/18 241/19 242/25 243/13 245/20 245/20 245/21 248/4 248/5 248/16 251/8 255/8 255/13 261/24 263/12 264/4 266/9 269/17 270/5 271/12 279/14 282/1 285/12 285/15 286/14 286/18 287/23 288/5 290/6 292/19 292/22 294/1 294/11 297/12 305/14 306/16 307/10 307/25 308/14 309/19 312/2 316/2 319/8 319/9
myself [8] 4/20 119/6 144/5 146/21 243/3 243/16 270/5 287/16
mystery [1] 188/11

N

naive [1] 220/24
name [16] 7/14 7/18 8/7 15/9 17/21 17/22 30/13 58/12 62/21 138/21 161/9 161/14 198/9 228/5 245/5 278/24
named [1] 120/20
namely [1] 16/2
names [7] 35/9 65/7 109/10 166/7 244/25 280/17 296/19
nation [1] 264/1
naturally [2] 46/20 97/13
nature [18] 50/18 53/18 102/25 106/9 122/20 195/9 217/22 235/14 235/18 236/1 251/1 261/13 269/1 271/25 281/3 297/8 302/23 315/18
necessarily [1] 228/11
necessary [2] 4/8 9/18
need [18] 14/4 54/2 97/24 103/10 103/21 123/21 154/4 156/13 229/7 243/22 265/25 283/23 287/22 288/17 291/3 293/24 306/17 306/24
needed [1] 99/15
needs [3] 3/17 49/25 223/22
negative [1] 302/15
negatively [2] 84/22 106/17
negotiations [1] 313/18
neighbor [2] 174/7 263/12
neighbors [3] 175/14 180/10 180/12
nephew [1] 223/22
nervous [16] 13/24 21/15 21/18 21/18 225/25 227/18 227/21 253/25 254/20 258/6 261/11 261/16 261/20 266/2 266/25 292/10
nervousness [2] 254/4 259/11
networking [1] 312/2
never [25] 3/23 4/14 36/9 73/10 90/16 97/5 117/22 117/24 138/23 161/14 176/21 194/15 194/17 199/5 199/14 207/14 218/5 220/10 233/18 233/22 246/19 251/8 251/12 260/8 293/3
nevertheless [1] 236/20
new [10] 14/7 14/25 20/10 89/23 90/20 169/11 224/5 224/15 226/20 303/17
newborn [21] 12/21 16/21 17/4 18/21 19/24 21/12 91/4 92/17 146/3 154/7 218/22 223/10 232/24 276/21 283/13 284/19 289/19 298/5 298/14 298/18 301/13
news [102] 12/15 12/17 13/3 13/5 15/2 16/25 18/12 19/9 19/15 27/24 28/7 28/17 28/21 30/20 30/20 31/8 31/24 32/10 33/5 40/18 55/21 57/19 57/20 59/2 59/3 62/13 66/3 66/5 67/9 68/5 69/2 69/3 69/10 69/13 69/17 70/14 70/17 70/20 70/23 71/24 75/3 76/2 77/13 79/24 80/12 83/18 85/5 85/18 85/24 86/2 88/1 91/11 92/25 95/23 104/1 104/20 104/24 105/5 105/21 111/11 116/25 118/2 139/25 140/15 141/9 141/12 144/4 144/8 144/15 145/11 145/13 147/5 147/11 147/13 152/25 153/9 163/3 163/17 163/20 164/2 164/14 164/21 175/23 178/10 179/10 179/16 183/14 183/15 184/19 186/18 193/7 193/25 193/25 194/4 200/1 207/1 212/20 218/24 243/18 263/20 312/17 312/18
newspaper [16] 36/15 36/16 90/4 90/8 95/20 104/11 111/9 158/20 176/3 176/5 193/22 199/6 199/10 199/15 312/14 312/24
newspapers [2] 167/25 207/4
next [18] 36/7 74/3 74/15 88/25 93/11 103/3 140/23 142/14 160/5 164/12 164/19 180/18 180/19 182/10 182/20 189/20 216/14 230/15
nice [3] 16/10 209/1 227/20
Nicholas [2] 1/16 7/5
Nick [7] 7/14 125/18 216/2 304/15 306/3 306/21 317/13
Nick's [1] 307/13
nicknamed [1] 45/6
night [5] 118/19 202/13 202/14 286/15 304/4
nine [3] 20/4 155/19 155/20
no [247] 1/4 1/5 1/12 4/3 5/2 15/14 19/21 20/17 21/6 24/5 24/6 28/9 29/8 29/16 30/11 30/25 31/2 31/15 31/18 33/3 36/2 37/8 39/1 39/4 39/22 40/20 41/6 41/23 46/11 49/14 57/5 58/10 58/10 58/15 58/15 61/12 61/15 62/9 64/2 66/22 67/20 69/6 69/7 69/15 70/5 70/25 70/25 71/8 72/11 75/16 75/22 79/7 80/3 80/16 80/25 82/1 83/5 84/24 85/6 85/19 85/22 85/22 86/5 86/5 87/24 88/16 88/16 88/16 89/9 90/24 91/7 91/8 91/13 91/18 91/21 92/20 92/23 92/24 92/24 93/8 93/8 93/16 93/17 93/24 96/21 96/23 97/1 97/2 97/3 100/25 100/25 105/3 106/3 106/18 106/22 107/2 107/12 107/16 107/18 107/25 111/17 112/19 113/18 114/18 114/21 115/2 115/5 115/16 115/22 116/4 116/13 117/12 117/15 119/5 125/1 125/5 125/7 126/16 132/21 137/1 137/3 137/8 138/14 140/18 142/7 151/2 151/3 157/9 157/9 159/20 159/22 160/2 160/19 160/25 161/2 161/10 161/16 162/5 162/12 162/22 163/10 163/22 164/2 164/3 164/6 164/8 164/25 164/25 165/2 170/20 174/2 174/3 174/8 175/7 177/4 180/4 185/1 185/10 185/19 186/13 187/3 187/14 189/14 189/18 190/9 194/18 195/7 195/10 196/25

N

no... [78] 197/14 198/19 199/1 199/4 199/20 199/21 201/10 204/3 204/10 207/5 207/5 207/14 207/21 210/16 212/10 213/1 213/22 217/16 220/18 222/22 223/16 224/8 224/23 225/17 226/4 226/4 231/18 232/15 234/18 237/3 237/11 240/2 242/9 245/25 258/12 260/12 260/14 260/17 260/17 260/18 260/18 260/18 260/18 260/24 261/1 261/5 263/5 263/11 264/3 264/6 265/14 266/14 267/7 268/16 271/4 271/9 276/9 278/15 285/24 288/1 288/7 290/10 293/9 294/14 295/3 295/8 295/13 295/17 295/17 296/20 300/22 302/25 303/9 304/17 306/22 306/24 311/5 313/24
nobody [1] 98/8
nobody's [2] 278/23 279/7
None [2] 108/3 127/16
noon [2] 129/10 307/15
Nope [6] 96/19 159/2 159/5 159/11 198/8 301/1
nor [2] 127/24 212/24
normal [3] 240/6 240/20 241/6
normally [1] 199/9
northeast [1] 173/2
nose [2] 73/12 73/15
not [227] 5/16 7/1 7/2 9/4 9/14 10/15 10/17 10/25 11/1 11/7 14/13 15/1 17/16 18/3 19/19 22/24 23/11 23/16 23/25 24/24 25/16 27/3 27/12 28/8 28/21 31/15 32/3 32/8 34/3 35/8 36/25 40/14 44/14 45/1 45/7 46/1 46/5 46/7 46/20 47/1 47/3 48/9 49/1 49/2 49/24 50/16 50/20 50/23 51/17 52/12 55/14 56/2 59/5 59/25 60/23 61/11 63/13 68/17 68/20 70/22 75/16 76/15 82/24 83/1 83/12 83/20 86/14 89/10 94/21 95/4 96/10 96/12 96/12 98/18 99/13 100/8 100/19 100/23 101/1 101/19 102/13 103/2 103/13 106/6 106/14 108/9 109/10 115/20 116/11 117/10 117/13 117/15 121/13 121/23 122/13 123/9 123/11 125/8 125/22 126/8 126/15 126/18 127/19 127/23 128/9 128/12 130/22 132/2 142/23 144/6 150/15 151/12 153/13 153/22 153/25 157/25 158/3 159/7 162/18 163/10 163/21 164/14 164/15 166/7 171/10 171/16 171/18 173/14 177/4 178/4 178/6 181/7 185/11 191/14 198/18 199/8 201/7 201/9 202/18 202/21 203/11 204/3 206/14 208/12 208/13 209/24 213/10 215/9 216/9 218/10 221/1 223/5 223/24 226/15 227/1 229/14 230/23 232/14 232/20 233/9 235/10 236/8 238/13 238/25 245/22 246/18 248/10 248/23 249/7 249/20 249/21 250/15 252/13 253/21 255/21 259/1 259/11 259/14 261/1 263/3 263/8 263/13 264/22 264/24 265/2 265/4 265/8 265/19 266/9 268/9 269/22 269/25 270/7 270/9 270/22 271/5 273/2 273/6 273/18 281/24 282/23 284/9 284/23 286/12 290/24 291/15 292/18 298/20 302/3 304/7 304/20 305/17 306/4 306/9 309/25 310/7 310/11 310/20 310/23 311/2 311/14 312/7 312/9 312/12 312/15 312/18 312/23
Notary [1] 319/4
noted [2] 26/19 259/24
notes [2] 305/14 319/8
nothing [57] 15/12 15/16 24/6 27/25 40/6 40/21 45/5 45/5 52/3 60/2 62/9 62/24 70/7 82/5 84/23 88/5 90/16 90/19 90/20 92/23 93/10 94/16 96/24 97/2 121/4 126/24 137/2 139/16 140/11 142/16 144/20 155/18 159/9 161/3 164/4 164/23 164/24 172/18 182/13 183/23 189/15 196/1 196/5 199/5 200/13 207/22 212/8 212/11 212/23 222/12 222/13 227/20 236/19 248/2 257/2 257/4 274/10
noticed [1] 210/1
notifying [1] 172/14
notions [5] 26/4 54/15 63/14 160/1 278/16
notwithstanding [3] 63/5 99/23 100/4
now [111] 6/8 7/24 8/15 8/19 9/19 10/4 10/8 10/10 11/2 11/14 14/18 16/16 22/20 29/18 30/3 31/23 34/5 34/16 37/11 38/9 42/17 49/17 56/6 58/11 59/6 60/16 60/22 64/7 65/12 67/10 67/24 68/22 69/4 71/6 77/16 78/6 78/16 80/18 81/17 82/17 83/20 86/6 87/10 95/7 97/15 98/22 98/24 108/6 108/22 112/24 119/3 120/25 126/7 135/5 138/6 140/1 146/12 149/11 150/2 150/5 150/16 153/6 155/15 165/13 169/15 174/15 175/10 176/21 176/22 176/24 177/21 182/9 183/19 185/4 186/3 188/16 189/21 190/10 192/19 197/20 201/3 209/18 211/25 214/23 219/6 223/22 225/25 228/14 230/8 240/24 243/5 247/16 251/4 251/23 258/3 261/16 261/20 266/18 269/19 288/14 294/21 303/13 304/2 304/17 305/1 306/20 309/22 310/10 310/14 313/3 315/8
Nu [7] 39/22 68/25 91/13 91/21 92/24 199/4 260/24
Nu-ugh [7] 39/22 68/25 91/13 91/21 92/24 199/4 260/24
nude [1] 181/3
number [63] 12/3 15/25 23/6 25/8 26/22 27/14 27/16 29/20 34/16 35/3 35/11 35/13 37/16 40/11 42/17 42/22 48/22 54/7 56/23 68/2 73/9 74/3 74/8 79/16 89/5 89/21 92/7 109/9 113/3 113/25 127/11 131/22 132/10 132/24 134/22 137/22 142/16 143/2 143/4 149/17 149/20 155/16 166/8 172/21 183/2 192/7 200/12 200/16 201/20 208/25 215/9 215/14 216/18 217/13 217/20 240/24 241/12 268/25 280/16 281/2 296/18 297/7 305/8
numbers [5] 15/21 65/7 166/6 216/3 280/17

O

o'clock [2] 129/19 131/15
oath [1] 6/9
Objctn [2] 2/2 4/10
objection [3] 83/6 304/17 306/22
objection's [1] 26/19
objections [3] 132/19 214/23 315/18
objective [2] 237/1 282/10
obligation [1] 4/9
obligations [1] 132/17
obscured [1] 270/12
observe [1] 268/16
obtain [2] 6/4 311/15
obvious [1] 86/19
obviously [20] 12/4 50/15 51/10 54/13 55/19 79/19 87/25 131/6 145/7 147/4 150/1 222/9 229/11 269/9 271/11 279/14 281/19 292/20 304/20 316/15
occupy [1] 250/18
occur [1] 244/9
occurred [7] 123/15 148/1 177/2 184/23 240/7 246/6 301/21
odd [1] 227/10
off [21] 18/25 54/19 59/5 63/13 67/5 134/12 142/10 168/6 172/1 189/20 209/4 214/6 249/23 267/20 277/24 297/11 303/16 305/6 309/6 317/7 318/11
offended [2] 109/13 166/7
offense [3] 257/21 258/22 296/20
offer [7] 309/3 313/13 313/19 313/22 314/7 314/10 314/13
office [5] 7/16 7/22 186/5 307/7 316/20
officer [3] 32/25 84/20 287/17
officers [2] 310/6 311/8
Official [3] 1/20 319/4 319/18
officially [1] 315/9
Oh [37] 29/10 33/6 53/15 90/12 90/24 91/24 94/6 96/23 100/9 100/25 102/1 105/7 109/19 111/1 112/13 118/9 139/5 145/10 161/20 167/24 168/25 173/16 175/2 175/4 178/17 179/11 180/25 199/19 218/9 218/17 220/22 231/24 234/18 260/17 263/19 270/10 288/1
OHIO [13] 1/2 1/4 1/13 1/22 1/9 6/22 6/22 7/4 7/6 7/19 292/25 319/6 319/19
okay [405]
old [9] 186/20 202/19 205/14 218/5 223/2 281/7 281/17 281/17 286/14
older [4] 173/19 173/22 281/16 285/14
on [328]
once [11] 3/1 67/14 106/1 123/15 130/17 176/19 213/12 240/5 241/10 241/23 270/12
ONDREY [3] 1/7 1/11 2/25
one [97] 3/18 9/1 14/6 16/4 18/5 39/7 45/22 46/8 49/25 53/16 54/22 55/24 58/1 58/21 70/2 70/25 71/21 74/12 74/13 84/2 88/12 88/13 93/5 93/22 99/16 101/11 102/25 108/7 115/7 116/16 122/2 124/13 131/3 141/24 142/14 143/3 148/21 149/8 151/2 151/3 155/16 156/12 160/25 162/12 165/19 165/23 165/24 168/6 170/18 173/10 178/22 179/19 182/10 182/10 183/20 191/8 200/10 200/16 201/20 206/2 213/5 213/19 214/17 215/9 216/14 226/13 227/11 235/16 238/13 238/21 243/23 244/7 245/4 246/18 247/10 248/18 250/7 250/23 260/20 263/6 268/22 272/17 273/12 276/2 282/24 283/20 297/5 301/3 305/1 305/6 305/8 305/18 307/25 309/13 311/5 312/20 316/14
one's [2] 20/18 260/12
one-liner [1] 307/25
one-sided [1] 312/20
ones [8] 9/15 173/19 173/22 213/20 213/22 213/23 293/11 294/17
only [35] 2/18 9/1 9/15 34/24 37/24 44/6 53/16 55/14 60/23 102/25 106/7 137/11

O
only... [23] 138/16 138/20 140/8 142/15 143/5 155/16 156/16 158/9 163/17 171/11 196/17 214/18 219/4 220/14 223/1 252/13 282/24 294/24 295/6 299/20 305/6 308/2 312/20
onto [1] 93/11
open [24] 5/10 5/11 24/14 25/3 56/11 106/9 106/11 106/12 107/6 141/21 149/4 170/11 195/17 218/7 220/2 230/3 233/16 235/25 237/1 255/22 271/22 299/3 302/4 308/3
open-ended [1] 235/25
open-minded [2] 237/1 299/3
open/shut [1] 106/11
OPENING [2] 1/8 1/9
opinion [8] 26/7 67/18 151/25 154/12 159/17 169/17 310/11 312/9
opinions [7] 9/9 24/22 31/13 36/23 54/15 115/14 185/8
opportunity [4] 304/12 306/5 306/12 314/11
opposed [3] 82/25 216/9 273/12
or [233] 3/16 3/21 5/15 5/18 9/8 9/10 9/23 10/21 10/23 12/25 13/9 15/6 16/3 18/13 19/8 24/21 24/25 26/1 28/18 28/18 32/25 33/15 33/17 34/9 35/18 36/23 37/23 38/19 41/19 42/7 42/8 43/15 44/20 44/20 46/5 46/20 47/1 49/21 50/20 50/22 57/17 58/1 58/22 60/21 61/9 61/16 61/24 66/25 69/5 70/2 70/17 70/22 73/9 73/11 74/21 74/24 77/3 77/9 77/19 80/5 80/20 84/19 85/1 85/6 85/25 86/14 89/22 89/23 90/22 90/22 91/6 91/7 93/5 93/23 96/11 98/24 104/12 104/17 105/16 106/14 106/14 108/12 110/6 110/9 112/10 113/3 114/19 115/7 116/1 117/3 118/4 122/20 124/5 125/14 126/1 127/8 127/11 129/10 131/4 136/24 141/8 141/16 142/8 142/9 143/23 143/23 144/16 145/3 148/2 148/21 153/1 153/2 153/9 157/6 157/19 158/16 163/5 163/20 164/10 166/18 167/14 168/22 169/25 170/18 171/10 171/10 173/10 175/14 175/15 175/23 175/24 175/24 177/20 177/21 178/15 178/25 179/9 179/17 184/13 185/9 186/18 189/9 189/9 189/22 191/3 193/2 193/6 193/22 193/24 194/8 195/6 195/8 195/9 199/2 199/3 199/8 204/2 204/8 204/13 206/11 206/11 207/3 207/4 209/23 210/3 214/16 214/19 216/17 218/10 221/1 232/11 233/24 239/2 240/4 240/18 240/21 241/17 244/10 246/6 247/7 248/18 249/21 251/12 251/16 252/25 253/5 253/6 257/10 260/20 260/21 262/20 265/8 266/25 269/12 270/23 271/8 271/25 272/17 272/24 273/4 275/2 275/11 276/2 276/20 281/24 282/12 285/8 286/9 293/9 293/20 294/25 302/15 305/17 306/19 307/16 310/10 310/11 310/16 310/20 311/5 311/14 311/21 311/23 311/25 312/8 312/9 312/13 312/14 312/16 312/19 312/24 315/8 319/9
OR's [1] 272/21
oral [1] 306/20
order [7] 4/16 10/1 257/7 307/7 307/17 307/20 315/25
original [1] 276/6
originally [2] 116/7 118/17
originated [1] 18/14
other [83] 7/9 8/2 10/16 10/17 10/21 11/20 14/24 28/16 28/17 31/2 33/15 34/8 35/25 38/9 42/6 56/20 58/13 58/22 59/3 61/4 62/25 63/14 69/2 69/19 70/2 73/6 75/11 75/21 79/7 92/18 93/5 93/23 101/16 112/9 115/7 126/14 129/12 130/14 134/17 144/21 147/22 148/6 148/9 148/21 152/23 153/23 158/12 159/23 162/17 168/21 170/18 172/6 176/12 176/14 176/24 184/1 186/14 186/17 189/10 192/1 195/21 203/19 207/9 228/1 236/7 241/16 246/15 247/20 252/18 255/16 260/21 262/11 263/23 273/13 276/3 279/3 296/3 302/21 305/2 305/3 305/19 306/14 308/2
others [9] 33/23 40/17 55/15 57/1 57/17 61/14 142/5 199/23 312/3
otherwise [3] 111/3 200/13 302/15
ought [2] 26/9 67/18
our [24] 3/8 3/20 4/10 6/2 8/7 55/11 72/5 73/12 73/15 88/24 134/9 141/23 162/15 162/16 187/5 190/19 191/13 219/10 220/17 249/18 296/19 306/3 314/12 316/20
ourselves [2] 304/12 306/7
out [107] 9/20 12/5 13/4 20/14 24/15 33/9 33/24 34/6 35/2 35/5 39/9 40/1 41/2 42/4 43/9 43/14 48/14 62/25 63/24 64/9 72/8 72/24 81/10 81/25 88/6 88/14 89/8 89/18 93/18 97/19 101/2 102/10 103/8 104/2 105/11 108/8 109/14 118/19 123/8 125/11 126/19 129/21 135/1 142/4 143/25 147/13 147/23 156/18 159/16 159/24 162/16 171/18 173/25 180/23 191/23 192/21 193/14 195/1 196/18 198/1 199/22 203/1 205/18 214/2 215/5 216/17 217/1 219/7 228/2 228/10 234/16 235/9 238/2 238/5 243/2 243/7 245/21 249/19 250/16 251/5 259/7 259/23 260/22 266/17 267/19 272/17 273/11 276/6 279/1 279/24 282/9 284/20 285/25 296/23 296/25 297/3 298/5 298/12 303/9 303/11 304/10 304/22 305/2 305/4 305/20 308/18 317/8
outcome [2] 286/16 295/1
outlook [2] 58/8 98/12
outside [7] 11/20 33/16 108/15 130/20 134/17 220/21 311/16
over [20] 25/20 30/18 47/14 104/18 105/22 113/20 147/17 168/21 169/16 203/25 220/15 223/25 243/18 270/13 279/18 283/19 304/4 306/5 308/8 310/16
overall [1] 118/22
overcome [3] 24/8 26/8 101/25
overnight [1] 316/23
overwhelmed [2] 238/24 286/8
overwhelming [1] 282/13
owe [1] 151/2
own [18] 11/8 12/13 23/3 24/9 100/14 100/24 100/25 101/17 130/11 180/20 182/1 186/25 197/12 237/8 243/7 270/13 287/9 311/21
P
P.J [1] 174/13
page [6] 1/12 4/3 5/2 9/1 304/13 317/15
Pages [7] 1/3 1/3 1/4 1/4 1/5 1/5 1/6
paid [2] 55/16 185/3
painless [1] 156/8
panel [2] 1/11 232/1
panic [3] 243/19 244/3 244/8
paper [5] 97/4 117/11 162/24 175/25 276/23
papers [2] 141/12 283/21
paperwork [3] 210/24 210/25 211/6
Parkman [1] 91/6
part [19] 6/5 50/12 57/25 76/4 101/24 125/22 126/2 168/14 190/5 210/6 214/20 233/22 237/23 252/24 253/6 269/21 269/25 272/11 300/11
participant [4] 153/14 177/8 248/25 279/7
participants [1] 310/22
participate [9] 4/17 86/14 151/9 190/15 213/17 249/6 266/13 309/16 311/3
participating [2] 87/11 247/13
participation [8] 20/20 98/3 190/22 247/11 275/20 277/6 289/24 292/7
particular [10] 59/12 78/1 88/1 105/24 144/25 154/7 170/19 235/16 237/9 282/18
particularity [1] 317/14
particularly [2] 168/22 277/3
parties [9] 2/5 4/19 5/18 8/20 129/25 134/4 309/10 310/5 313/25
parties' [1] 312/6
partner [2] 8/11 94/25
passed [2] 9/19 297/3
passes [1] 104/6
passing [1] 136/3
past [7] 8/11 61/24 62/5 69/4 184/4 184/22 208/20
patience [11] 33/24 42/11 88/11 103/11 109/14 109/21 130/6 235/8 296/23 309/14 309/18
patient [4] 89/8 134/12 191/24 250/16
patiently [1] 103/9
pattern [1] 238/5
Paul [1] 8/8
Pause [2] 83/19 122/6
pay [3] 213/16 286/9 287/1
paying [3] 105/4 237/16 286/24
peace [1] 94/25
pen [1] 283/19
penalty [2] 7/3 257/5
people [44] 12/6 14/5 16/11 26/3 43/10 46/10 46/24 47/3 51/5 51/6 53/16 54/14 61/4 77/5 98/16 146/14 171/3 209/3 214/17 215/1 215/20 218/11 219/11 220/21 227/10 227/20 231/19 235/15 236/17 239/2 247/20 248/7 251/21 252/18 253/17 255/16 255/21 266/4 266/21 275/8 277/17 279/4 297/2 308/20
percent [5] 19/13 152/18 152/20 161/24 238/13
percentage [1] 220/13
perfect [1] 290/3
perfectly [1] 302/7
perhaps [4] 74/16 110/6 145/1 201/17
period [2] 31/25 240/7
permission [2] 311/6 311/11
permit [5] 14/18 23/12 48/7 312/7

P


permit... [1] 312/16
permitted [4] 130/22 270/22 310/1 310/7
person [40] 7/9 19/7 23/9 50/21 59/11 59/13 115/18 138/2 156/20 158/13 161/6 161/9 164/12 164/19 168/16 169/25 186/4 186/22 189/16 191/5 191/7 198/17 212/5 212/12 217/1 218/1 229/11 233/7 252/13 253/3 253/4 256/18 258/6 261/11 264/20 271/8 277/3 277/9 278/13 282/22
person's [1] 264/22
personal [13] 9/5 25/16 48/10 58/16 59/16 100/4 105/22 115/14 239/10 243/1 249/15 273/17 295/11
personally [5] 14/7 61/12 110/8 273/5 294/7
personnel [2] 310/5 311/8
persons [4] 8/3 70/23 99/9 174/10
perspective [7] 21/3 21/9 22/6 23/15 24/4 173/8 229/16
petty [4] 51/12 153/20 153/24 153/25
pharmacy [1] 141/22
phone [8] 119/21 144/9 145/20 147/8 202/11 203/24 204/6 219/6
phones [3] 10/21 11/1 312/1
photograph [18] 2/12 2/13 2/14 2/15 2/16 2/20 2/21 3/4 3/5 3/6 3/7 4/18 4/19 4/20 4/21 149/18 232/24 270/24
photographs [4] 4/23 149/20 248/10 264/10
photos [4] 230/19 230/23 232/5 284/18
phrase [4] 5/21 39/7 77/18 77/19
physical [4] 57/24 206/4 208/6 210/3
physiological [1] 245/16
picking [1] 17/12
picks [1] 299/24
picture [7] 136/15 136/18 137/23 138/1 140/12 140/22 153/11
pictures [5] 230/6 230/10 230/13 286/1 286/6
piece [1] 279/19
pieces [1] 136/8
pinpoint [1] 106/25
place [6] 61/3 90/14 129/18 189/10 313/16 313/21
placed [1] 161/16
Plain [3] 96/1 141/12 163/20
Plaintiff [2] 1/5 1/15
Plaintiff-Appellee [1] 1/5
planning [2] 314/23 316/16
play [6] 22/10 50/12 125/21 126/1 128/5 316/19
played [1] 317/9
playing [2] 11/12 316/16
plea [3] 313/18 313/19 314/13
PLEAS [7] 1/2 1/12 1/21 2/15 2/18 319/5 319/18
please [40] 2/7 3/18 6/9 6/12 6/13 7/7 8/1 9/20 10/3 11/2 24/20 34/7 34/23 42/4 72/9 87/22 102/10 108/9 109/7 109/12 130/3 130/18 131/1 135/7 142/4 154/22 165/9 181/21 191/24 199/25 201/4 214/4 216/3 249/20 249/23 266/8 280/2 296/2 300/3 311/12
plus [2] 8/11 209/9
point [12] 9/18 102/8 132/3 185/2 194/15 196/22 241/11 246/18 278/4 278/6 304/8 307/17
points [1] 298/12
police [4] 167/13 175/15 287/17 310/6
ponder [1] 86/18
pondered [1] 86/23
pop [1] 10/9
population [2] 173/8 173/9
portion [1] 173/2
portions [1] 317/21
portrayed [1] 178/9
position [4] 49/23 99/6 273/18 274/6
positive [2] 63/16 302/15
possible [6] 5/15 11/11 17/1 67/6 138/10 155/7
possibly [1] 275/22
post [1] 311/23
posted [1] 110/9
postponing [1] 203/12
pot [1] 234/13
potential [5] 20/19 23/15 192/14 247/10 275/19
potentially [5] 127/7 242/5 294/4 301/22 316/18
preconceived [7] 5/17 9/9 26/4 54/14 63/14 160/1 278/15
predict [3] 126/5 238/22 260/7
preface [1] 248/4
prefer [1] 98/25
preference [1] 253/12
pregnancy [4] 19/20 20/3 24/9 24/13
pregnant [8] 14/8 14/15 21/5 22/9 22/22 23/2 23/14 23/19
prejudgments [1] 265/3
prejudice [1] 5/15
prepared [1] 314/14
prescribed [1] 244/18
presence [4] 11/20 134/17 312/8 312/18
present [12] 2/5 4/24 11/20 20/22 21/24 130/1 134/5 134/16 140/16 238/14 252/5 309/10
presentation [1] 209/9
presented [33] 5/6 5/12 40/2 61/9 63/12 81/13 117/21 125/2 125/6 125/8 125/23 126/9 126/21 139/13 139/24 150/13 152/24 162/2 175/21 178/3 187/10 197/5 230/18 255/3 256/6 259/3 273/24 276/19 286/20 287/11 300/13 311/19 315/4
presiding [1] 2/25
pressing [1] 72/25
pretty [23] 16/10 33/7 57/11 63/16 104/4 105/17 140/4 148/13 155/8 155/9 173/4 173/14 204/21 212/1 212/15 225/11 227/19 245/13 247/14 256/11 262/22 284/18 285/24
prevent [6] 37/5 47/4 78/25 87/7 185/15 236/25
prevents [2] 56/9 299/2
previous [1] 102/5
previously [3] 4/14 125/21 317/13
principle [1] 191/11
print [1] 28/18
prior [11] 9/7 66/9 89/17 111/16 114/14 183/19 187/24 202/15 203/23 246/12 313/19
private [2] 132/9 277/3
privy [1] 61/19
probably [47] 22/24 23/1 23/25 24/6 24/17 27/2 28/10 65/11 69/22 80/10 82/18 85/8 87/14 89/12 104/10 116/5 117/3 124/6 124/12 130/7 146/23 149/3 150/15 151/6 153/21 157/20 158/21 158/23 163/15 173/8 173/12 180/18 193/23 194/5 203/9 221/25 225/11 227/8 228/18 230/23 233/4 239/15 254/22 254/23 293/24 299/25 307/25
problem [11] 26/12 82/3 89/9 244/1 255/13 261/2 263/11 264/3 288/7 295/8 299/7
problematic [3] 26/15 209/6 209/20
problems [2] 52/17 208/6
procedure [1] 4/16
procedures [1] 134/24
proceed [5] 99/4 162/6 254/3 300/3 314/14
proceeding [3] 8/21 25/25 63/18
proceedings [13] 1/9 1/10 1/23 2/3 11/9 129/24 134/3 309/9 318/18 319/7 319/11 319/12 319/14
processing [1] 290/12
Produced [1] 1/23
professional [3] 243/8 277/4 319/3
professionally [1] 236/6
profile [1] 269/20
prohibited [1] 310/2
prohibiting [1] 310/15
proof [2] 190/25 191/18
properly [2] 131/9 131/12
propose [1] 304/22
Prosecuting [1] 1/16
prosecution [1] 191/6
prosecutor [17] 7/5 19/8 33/1 40/16 67/23 71/11 79/11 84/19 96/25 97/8 127/12 177/7 185/22 221/23 261/24 272/5 285/21
prosecutor's [3] 7/15 186/5 227/3
prospective [78] 2/4 2/13 3/21 5/23 7/10 8/4 11/21 11/23 15/20 15/25 23/6 25/8 26/24 27/15 29/20 34/8 34/12 34/18 40/11 42/6 42/14 42/19 53/11 54/4 60/6 64/18 65/1 72/21 74/5 88/22 89/2 102/20 103/5 108/18 109/5 129/7 130/1 131/17 131/18 132/10 134/5 134/17 134/19 134/22 143/8 155/4 155/22 165/17 166/1 172/21 182/7 182/24 183/2 192/4 192/9 200/8 200/19 214/11 215/8 217/10 217/13 234/24 235/5 250/5 250/10 251/22 268/3 268/7 280/8 280/13 280/16 296/10 296/14 296/18 303/23 308/7 309/10 313/7
protect [1] 243/15
protected [1] 154/4
protocol [1] 177/24
prove [3] 191/4 191/6 257/14
proven [4] 187/4 190/20 191/11 259/8
provide [2] 11/13 144/21
provided [4] 62/19 63/2 143/18 315/14
proximity [1] 57/25
pry [1] 24/25
prying [1] 9/5
psychiatrist [4] 240/25 241/15 241/19 244/15
psychologically [1] 294/5
psychology [1] 246/19
PTSD [2] 236/7 237/24
Public [1] 319/4
publicity [2] 12/7 159/15
publish [1] 278/24
publishing [1] 96/11
pull [1] 83/8
punctured [1] 209/1
pure [1] 269/9

P

purely [1] 197/5
purpose [2] 6/3 9/5
purposes [1] 2/19
pursued [3] 121/5 121/14 121/23
pursuing [1] 122/13
push [1] 246/21
pushing [1] 209/12
put [32] 25/11 39/25 49/23 53/22 69/20 71/14 77/22 81/10 94/5 95/8 100/7 100/23 125/11 126/19 127/19 138/21 139/4 161/19 187/7 197/4 219/22 219/25 221/14 223/7 249/9 253/21 260/4 260/25 278/25 287/9 300/11 309/3
putting [5] 47/14 239/11 263/3 266/7 290/24

Q

Q-U....964....................965 [1] 4/15
qualifications [3] 6/2 8/22 9/17
queazy [1] 285/7
question [68] 9/23 14/18 23/12 23/17 27/5 29/18 35/2 35/7 45/19 53/16 63/24 71/10 78/11 78/15 86/18 88/13 101/11 101/18 109/24 110/14 122/22 124/23 127/11 142/15 152/1 152/22 156/12 166/18 177/7 183/10 191/9 192/25 200/11 201/20 203/18 206/2 213/6 214/17 214/18 215/3 215/9 215/14 217/20 226/1 229/17 230/15 233/10 247/25 255/5 259/25 260/5 265/5 265/6 265/15 265/23 268/22 268/24 281/2 290/14 294/11 294/13 297/7 298/8 301/4 301/4 301/8 301/24 306/17
question's [1] 226/16
questioned [3] 5/24 5/25 38/20
questioning [7] 6/3 34/25 43/14 103/14 134/24 155/11 297/1
questionnaire [36] 8/25 9/4 9/19 10/4 10/6 27/6 27/19 35/1 54/12 65/17 74/18 78/11 103/15 110/2 135/1 143/19 156/10 183/9 192/16 200/4 201/19 216/18 216/25 217/21 228/2 228/11 250/24 259/25 268/20 276/6 276/9 283/11 297/3 298/12 301/13 302/22
questionnaires [6] 10/11 12/4 43/7 74/15 166/13 235/15
questions [77] 3/16 6/7 8/16 8/22 9/3 9/14 9/21 16/1 16/17 24/21 26/2 31/18 34/7 34/8 37/11 40/15 42/7 43/6 48/8 52/5 56/21 67/23 72/5 72/13 74/16 79/12 89/15 92/3 95/5 103/18 107/24 108/1 113/21 113/22 116/13 127/2 137/19 142/9 147/2 150/23 154/16 162/5 165/4 170/23 185/22 185/24 187/14 196/11 197/14 199/21 200/5 201/4 201/16 206/17 208/2 214/14 214/14 222/3 225/20 226/21 227/4 239/11 239/15 242/12 249/18 254/8 254/9 258/19 261/5 270/23 272/4 282/6 285/22 300/1 301/2 303/10 305/25
quick [3] 220/17 272/9 305/19
quickly [1] 253/23
quite [5] 54/13 141/9 236/16 249/5 305/9
quiz [1] 10/9

R

race [1] 269/13
Raceway [1] 105/12
racing [2] 104/5 104/7
radio [8] 28/18 66/25 85/2 86/2 141/11 144/16 312/14 312/24
raise [3] 6/12 315/11 315/13
raised [1] 19/22
raising [1] 168/8
rape [1] 44/20
rather [9] 9/6 65/7 118/24 266/18 266/20 267/4 273/6 278/1 317/6
reach [5] 36/23 47/23 252/7 259/12 314/20
reached [3] 5/13 39/19 80/23
reaching [4] 23/22 29/15 56/16 273/12
react [6] 146/15 237/9 249/8 251/20 257/24 258/7
reacted [1] 114/23
reaction [8] 146/11 150/1 155/14 215/17 238/20 272/14 273/10 298/25
reactions [2] 45/20 260/3
read [51] 18/13 35/19 35/21 35/25 41/7 75/6 79/19 82/13 83/1 83/12 84/16 89/22 90/7 117/11 119/13 120/15 125/12 144/9 144/10 156/22 156/24 157/14 159/23 161/22 162/20 162/23 162/25 163/2 163/5 163/11 172/12 175/24 178/15 179/22 187/8 197/9 197/11 199/3 199/6 199/9 199/14 218/17 219/3 228/8 228/8 231/20 290/16 290/18 311/23 312/13 312/16
reading [17] 38/6 38/10 39/8 39/20 39/25 40/17 75/3 75/24 80/24 93/3 95/19 157/24 158/20 160/18 179/17 218/20 218/25
ready [8] 13/6 33/4 33/8 40/22 185/25 203/13 305/16 307/12
real [5] 98/21 196/17 264/5 272/9 293/17
realize [2] 30/14 239/10
realizing [1] 298/4
really [70] 16/22 29/23 30/1 32/16 32/17 33/19 38/23 46/7 48/2 50/7 51/24 57/7 57/8 61/8 62/25 66/14 67/8 68/20 71/19 71/22 75/12 75/19 76/18 78/12 81/1 86/19 89/11 103/13 104/8 107/8 111/3 118/16 138/17 138/19 145/8 162/12 163/11 166/22 167/21 168/10 169/19 169/21 171/5 175/11 176/21 177/5 196/5 198/9 202/18 202/22 204/4 220/17 226/14 227/25 233/23 238/4 240/19 243/18 243/22 248/6 250/15 250/18 255/8 258/10 258/13 261/16 266/22 269/25 305/11 308/4
reason [17] 74/11 109/23 138/17 138/20 170/3 170/4 171/11 201/18 209/23 217/18 218/12 219/4 235/12 250/21 270/3 280/25 295/6
reasonable [1] 257/14
reasons [1] 280/24
recall [54] 12/17 12/24 15/2 16/24 17/18 18/4 18/15 19/5 28/11 28/16 29/24 32/24 33/4 40/19 61/6 62/18 70/13 70/22 79/5 84/16 84/17 85/21 86/3 91/1 95/17 104/22 116/24 118/1 120/7 121/2 141/16 144/14 145/9 145/13 153/7 163/7 168/4 175/5 175/12 175/22 175/25 176/5 176/10 177/12 179/7 184/23 188/10 188/19 188/24 189/8 189/12 199/7 211/25 212/4
recalled [1] 117/18
receive [1] 262/1
received [1] 312/22
recent [11] 55/19 55/21 61/20 61/22 90/9 112/10 135/15 159/1 169/9 204/1 223/10
recently [2] 12/25 105/2
recess [7] 11/17 73/25 124/2 133/10 217/8 309/13 309/22
recesses [1] 61/9
recognize [10] 4/1 62/21 62/22 63/17 95/10 138/6 138/17 178/2 198/9 227/21
recognized [1] 65/17
recognizes [1] 4/7
recognizing [1] 229/25
recollection [7] 184/24 193/20 194/3 194/8 203/23 307/10 308/22
recollections [2] 66/20 75/14
reconvene [2] 73/23 309/23
record [21] 3/10 12/1 25/12 25/18 83/2 129/21 130/5 131/21 155/7 155/13 290/18 309/4 309/7 313/12 313/13 313/17 313/21 314/17 315/24 318/11 319/12
recorded [1] 316/16
recording [1] 3/13
redacted [1] 306/2
redactions [1] 316/21
reduced [2] 314/6 314/7
refer [4] 12/2 15/20 27/14 35/11
referencing [2] 314/6 317/15
referring [3] 35/9 166/6 236/12
reflect [5] 60/24 155/7 155/13 189/10 212/2
Refresh [1] 316/2
regard [2] 188/2 309/18
regarding [9] 40/19 41/4 71/11 96/14 132/15 141/10 305/24 306/14 314/21
Registered [1] 319/3
regular [2] 213/9 241/7
rehabilitate [1] 26/14
rejected [1] 314/13
relate [2] 136/12 301/19
related [1] 71/6
relates [3] 85/3 176/1 277/4
relating [1] 175/16
relation [1] 56/1
relationship [3] 59/17 286/18 287/5
relationships [1] 8/18
relatively [1] 39/5
relax [2] 34/24 143/15
relaxed [1] 16/15
released [1] 310/17
relevant [1] 102/4
religion [1] 87/6
religious [9] 47/14 49/18 52/11 52/15 52/22 132/15 229/11 229/16 229/18
remain [2] 10/13 166/10
remainder [1] 308/5
remains [2] 23/13 23/17
remarked [1] 105/11
remarks [1] 2/10
remember [95] 13/2 18/18 19/2 19/13 19/16 28/9 28/21 29/4 30/9 30/23 33/19 35/17 36/4 36/5 37/25 38/6 38/10 38/11 39/2 42/4 43/5 45/13 56/25 57/8 59/3 66/10 66/12 66/14 68/14 68/18 69/13 75/20 76/10 79/24 80/9 80/11 80/14 80/17 85/5 85/11 85/12 92/10 95/23 96/9 96/18 110/17 110/19 111/5 111/8 145/10 147/18 147/22 148/2 157/24

R

remember... [41] 158/8 160/16 160/17 161/8 167/13 167/17 168/11 171/9 171/23 172/6 172/12 174/19 175/8 175/19 176/13 176/20 177/19 179/25 180/3 180/23 181/1 183/25 184/4 184/10 184/11 186/17 190/2 202/25 204/1 234/16 240/6 240/9 240/10 240/14 240/14 247/2 249/20 267/18 290/16 305/13 305/15
remembered [1] 178/8
remind [2] 94/24 128/19
remotely [1] 236/19
rendering [1] 221/10
repeat [3] 40/15 53/3 290/14
Repercussions [1] 46/17
rephrase [1] 2/16
report [9] 2/19 3/8 4/24 131/1 131/3 189/22 311/4 311/12 312/13
reported [4] 69/14 104/24 123/4 125/4
reporter [9] 1/20 3/9 33/16 226/14 299/24 319/4 319/4 319/6 319/18
reporters [1] 70/24
reports [13] 62/13 116/25 117/8 167/23 175/23 179/10 180/3 186/15 263/20 312/17 312/18 312/23 315/15
representatives [1] 311/9
represented [2] 7/4 7/25
representing [1] 8/20
represents [1] 4/4
request [1] 308/2
requesting [1] 305/24
require [1] 307/7
required [3] 4/10 6/6 311/17
requires [1] 277/20
research [7] 10/22 130/11 163/5 182/1 204/8 308/13 308/24
researched [1] 28/1
reservation [2] 102/2 254/25
reservations [5] 47/12 221/2 254/15 256/13 271/20
resolution [1] 57/6
respect [1] 26/17
respectfully [5] 25/14 25/15 26/16 131/25 152/12
responded [5] 65/18 86/20 114/5 156/10 201/20
response [10] 16/20 118/9 118/12 123/22 190/19 222/10 222/19 225/5 228/12 232/6
responses [4] 10/3 74/14 192/15 250/23
responsibility [1] 52/18
rest [2] 94/25 249/19
result [4] 13/8 36/19 134/25 277/7
resulted [1] 236/4
resume [1] 134/9
resumed [4] 129/24 134/3 134/15 309/9
return [4] 11/10 128/18 154/21 165/8
revealing [1] 149/14
review [3] 10/10 119/4 306/5
reviewed [1] 110/9
reviewing [1] 113/3
rewarding [1] 3/22
rib [5] 203/9 206/14 208/10 208/22 209/5
rid [1] 83/13
right [199] 3/6 3/8 6/12 17/23 22/20 24/16 25/5 25/18 26/18 28/12 28/15 29/11 31/16 34/16 39/6 41/1 47/16 48/6 48/12 48/16 48/19 48/25 49/4 49/4 50/2 51/6 52/13 54/20 55/11 55/13 57/14 57/18 58/6 59/6 59/19 65/12 66/18 67/16 67/22 68/9 71/6 71/7 73/18 75/10 78/22 79/4 79/10 82/6 82/17 83/7 84/7 87/10 90/18 92/1 95/7 95/15 97/14 98/9 98/22 98/24 105/18 105/20 107/22 108/22 111/21 114/3 119/10 120/25 123/13 123/16 123/19 125/13 125/16 125/24 127/9 127/17 128/1 129/2 134/21 136/10 136/22 137/5 142/25 144/11 146/12 150/2 150/16 150/17 153/6 157/10 162/14 163/3 165/15 168/19 169/14 170/21 172/9 172/25 173/3 173/4 173/18 175/10 176/21 176/24 177/6 177/25 177/25 178/4 178/11 179/3 179/15 180/16 180/17 181/1 181/12 182/14 183/1 186/22 190/2 192/6 194/22 197/20 199/17 204/14 205/7 206/1 206/16 211/25 213/2 214/1 214/3 214/13 216/11 219/22 220/11 221/15 221/17 223/8 223/11 223/22 225/7 228/20 232/8 232/19 234/5 234/21 235/1 237/20 242/19 248/19 251/23 252/15 252/15 252/16 252/19 252/25 255/23 257/17 258/1 258/3 258/13 258/16 258/16 261/16 261/20 262/24 264/24 266/18 267/8 269/19 273/19 274/8 277/20 279/5 279/9 285/10 285/20 289/11 289/21 291/7 291/14 292/9 293/9 294/10 294/21 300/23 303/6 305/1 305/3 307/21 308/25 309/6 312/6 313/3 313/11 315/2 315/7 316/10 317/10
rise [1] 6/12
RITCHEY [12] 1/7 6/22 6/23 7/24 8/8 15/5 37/22 74/21 107/15 143/24 189/16 316/5
Rjctd [2] 2/2 4/10
road [10] 36/7 55/11 57/22 67/6 71/4 105/18 158/11 172/2 232/25 248/13
roadway [1] 264/13
robbery [2] 218/4 225/13
Robinson [2] 174/13 174/14
role [5] 4/25 22/10 51/19 128/5 226/20
room [28] 2/4 10/12 11/19 25/9 34/10 34/13 70/18 70/20 87/22 102/12 124/1 129/25 130/16 131/18 133/8 134/4 134/10 134/16 136/4 136/10 138/19 191/24 227/8 247/17 277/16 305/4 309/9 310/9
rosary [2] 221/16 229/12
round [1] 74/15
routine [1] 127/8
RPR [2] 1/20 319/17
rude [1] 280/20
rule [1] 310/14
rules [4] 4/18 4/25 5/1 228/24
ruling [1] 316/17
rumors [1] 181/11
running [1] 239/2
rush [2] 253/22 304/21

S

sacrifice [1] 4/10
sad [6] 37/2 41/11 41/14 93/9 93/10 232/11
safe [2] 73/17 129/17
said [87] 3/12 7/14 9/14 13/25 17/15 17/19 29/3 30/8 30/19 31/1 32/12 32/18 33/8 34/5 37/16 38/14 39/7 39/10 39/16 57/11 63/4 68/7 69/17 71/25 78/17 86/8 88/10 92/13 92/14 94/20 97/18 98/8 106/23 111/1 118/16 125/21 127/6 127/10 127/16 136/16 140/6 140/23 144/5 145/1 145/10 145/19 147/7 148/8 153/19 155/17 161/5 163/8 164/19 164/21 171/5 175/22 176/5 185/5 189/12 194/14 202/5 206/21 208/25 208/25 209/1 211/18 212/13 215/14 218/25 220/20 225/12 239/20 240/19 255/6 256/10 258/11 260/16 265/23 269/11 269/14 283/21 290/4 292/13 293/24 319/7 319/11 319/13
sales [1] 272/21
same [23] 18/20 43/22 44/15 51/11 64/6 72/14 130/8 151/12 151/14 151/18 151/22 154/5 154/22 165/8 169/4 200/1 256/13 267/22 300/18 301/14 302/10 302/11 304/13
sank [1] 222/25
sat [1] 274/3
sauce [1] 234/8
sausage [1] 234/20
savvy [1] 198/18
saw [29] 19/9 59/2 71/24 74/14 88/5 136/15 137/23 138/25 140/19 140/20 144/4 144/13 145/3 147/5 169/1 171/17 183/13 183/14 184/1 185/5 185/9 189/24 193/7 193/10 195/13 195/21 211/17 211/21 241/21
say [76] 2/16 22/12 24/6 26/16 28/6 30/3 31/4 35/13 39/11 47/6 47/8 47/24 49/19 50/12 55/3 64/21 79/22 80/4 80/11 85/16 86/12 86/22 90/10 91/4 96/3 96/12 100/17 105/14 107/17 121/6 122/19 123/5 128/8 128/12 128/20 128/23 129/11 138/2 142/20 148/16 149/23 152/12 153/16 154/9 157/6 167/21 169/21 171/17 172/10 175/18 176/10 177/17 190/8 191/15 191/17 201/8 202/21 206/23 207/2 211/4 212/6 224/24 228/14 228/17 233/13 241/10 255/7 255/19 258/3 261/10 263/6 293/21 299/20 300/17 305/16 308/21
saying [26] 43/25 44/5 44/9 44/14 48/1 50/7 50/13 51/8 54/16 54/19 86/22 104/22 176/18 184/11 202/11 205/14 205/18 221/13 259/17 263/12 266/7 266/10 273/5 274/2 276/1 307/22
says [11] 46/12 83/16 110/8 110/24 143/3 181/9 182/11 200/16 216/25 217/1 276/23
scales [1] 244/6
scared [1] 292/11
scary [2] 251/18 252/24
scenario [1] 223/20
scene [3] 149/19 167/9 171/4
Schaner [2] 3/5 6/9
school [6] 185/2 236/3 236/3 236/13 242/23 242/25
schools [2] 160/24 162/15
Sciatica [1] 201/13
screaming [1] 239/3
scrolling [1] 147/10
seal [5] 306/13 306/19 306/23 307/5 316/2
Seamen [1] 316/15
Seamon [1] 7/21
seat [18] 24/19 27/3 27/3 34/23 54/8 65/12 89/11 94/21 95/2 103/13 109/8

## S


seat... [7] 135/7 154/22 156/4 165/8 201/4 250/15 268/11
seated [6] 2/7 6/19 7/9 8/3 10/13 130/3
second [3] 3/3 217/14 223/6
secondly [1] 214/22
secretary [1] 3/13
see [39] 8/19 29/10 46/18 54/2 57/19 57/22 82/20 83/4 131/14 138/19 157/17 164/9 167/23 168/24 170/13 174/4 174/6 186/3 202/3 218/17 218/24 221/16 223/13 224/3 226/23 230/6 230/10 236/11 240/24 241/17 241/18 241/19 251/9 264/9 271/11 278/17 288/3 290/21 291/19
seeing [10] 66/10 112/8 138/9 141/16 161/9 186/15 241/15 242/2 243/4 244/14
seek [2] 242/22 243/8
Seeley [1] 67/5
seem [2] 16/5 262/19
seemed [3] 18/19 19/3 155/9
seems [4] 110/7 209/17 251/14 251/17
seen [20] 27/24 40/18 69/3 84/25 88/9 98/5 98/7 104/10 105/2 105/22 112/9 136/16 138/25 140/2 183/18 183/20 185/7 186/4 222/11 230/24
selected [17] 46/23 81/11 101/13 101/23 161/18 170/4 172/11 187/6 196/8 197/6 205/3 206/3 254/2 271/19 273/21 286/5 316/13
selecting [1] 2/19
selection [4] 5/20 69/20 136/19 140/23
self [1] 141/19
self-employed [1] 141/19
Semper [2] 213/3 213/4
send [2] 191/23 249/18
sending [1] 199/21
Senior [1] 1/16
sense [7] 4/6 99/19 108/24 216/20 229/2 238/17 277/2
sent [5] 35/1 135/1 305/4 306/2 317/13
sentence [1] 298/11
sentencing [2] 313/25 314/1
separate [6] 10/12 11/19 134/15 224/15 225/8 300/11
serious [14] 6/25 119/2 123/3 131/6 151/6 230/1 251/24 252/22 256/11 256/18 258/21 264/17 270/17 313/1
seriously [3] 11/4 130/18 261/22
serve [3] 4/2 8/23 154/13
served [2] 4/15 203/20
service [4] 3/21 4/7 4/8 310/17
set [8] 9/10 24/17 72/5 106/3 181/13 191/23 279/24 316/14
settling [1] 220/19
seven [5] 143/5 182/21 182/22 235/2 235/3
several [2] 89/14 240/21
severe [3] 243/19 243/24 243/25
severely [1] 312/5
share [2] 88/2 126/13
sharing [1] 244/23
she [60] 3/12 44/10 44/13 53/17 53/20 76/25 77/1 77/1 77/9 77/22 99/17 99/18 99/19 99/21 103/1 109/2 110/23 110/24 114/6 114/9 115/13 115/15 115/17 115/17 118/15 143/3 155/8 155/15 155/17 200/12 202/5 204/8 204/16 206/23 206/23 207/2 207/5 207/11 207/12 207/17 210/15 210/16 210/20 210/21 210/23 211/3 211/11 211/15 211/17 211/20 211/22 212/3 212/6 212/13 212/19 305/8 305/9 305/10 305/11 314/12
she's [8] 3/14 3/15 26/13 53/17 53/19 210/18 210/19 211/5
sheriff [3] 19/8 19/15 171/9
Sheriff's [3] 7/22 174/22 174/23
shoes [1] 251/23
shooting [9] 236/4 236/13 242/18 243/12 243/12 243/17 246/6 246/13 246/13
shootings [1] 236/24
short [6] 1/21 4/15 9/25 73/3 120/13 210/2
shorthand [1] 319/7
shortly [2] 242/17 242/21
shortness [1] 209/25
shot [2] 218/4 233/18
should [16] 2/16 15/20 19/19 25/23 51/7 52/11 82/19 107/2 157/6 223/6 228/18 245/10 310/14 310/25 311/4 311/10
shoulder [1] 218/2
shoulders [1] 228/15
shouldn't [2] 9/2 130/25
show [9] 76/18 116/10 136/18 149/9 149/15 149/18 191/2 270/9 270/24
showed [3] 136/15 138/3 140/14
showing [3] 119/21 200/24 215/24
shows [2] 122/19 149/22
shut [3] 106/11 238/12 243/15
sick [1] 150/15
side [3] 71/3 158/11 220/1
sided [1] 312/20
sides [8] 27/8 94/14 150/10 224/19 225/1 252/5 295/19 299/5
Sidley [1] 172/2
significance [1] 262/21
significant [2] 95/10 118/24
silly [2] 225/11 226/5
similar [2] 236/19 287/21
similarly [2] 121/22 122/10
simple [2] 271/14 302/23
simpler [1] 253/15
simply [5] 31/5 54/16 182/11 200/11 304/22
since [22] 6/4 12/7 12/8 19/22 43/16 77/8 88/1 89/21 90/16 93/17 103/17 105/3 166/16 183/8 183/23 206/2 208/5 214/18 236/6 236/24 241/8 243/24
single [2] 24/4 199/12
sir [11] 52/7 52/25 60/12 64/4 70/12 84/12 108/4 191/19 200/21 216/6 233/18
sit [35] 22/20 24/19 27/10 45/11 46/10 46/23 48/17 49/7 50/20 53/2 63/15 71/12 81/21 81/22 85/21 87/9 120/25 123/20 150/9 175/9 199/14 206/6 209/23 211/25 213/8 229/24 235/9 242/3 255/1 256/23 267/5 279/24 284/2 294/20 313/10
site [5] 2/17 33/15 70/17 77/6 189/23
sites [1] 312/2
sitting [29] 3/5 23/7 37/6 41/2 41/13 46/25 51/20 65/12 92/19 103/8 108/8 123/25 130/6 138/6 147/20 160/16 164/19 173/25 176/24 209/8 209/19 221/3 232/1 233/7 239/22 265/24 283/19 296/23 300/8
situated [2] 121/22 122/10
situation [18] 15/10 22/18 144/20 151/22 152/13 152/16 152/17 225/2 227/22 238/25 249/9 257/24 258/1 260/7 275/23 283/8 285/19 286/7
situations [1] 50/24
six [16] 20/5 21/4 23/16 200/12 208/18 209/9 209/11 214/17 215/3 215/20 215/21 217/20 241/20 268/25 281/2 297/7
six-plus [1] 209/9
Sixteen [1] 54/2
slow [1] 245/23
small [9] 61/3 122/15 122/16 124/6 125/21 126/2 163/4 173/4 175/12
smaller [2] 244/6 253/13
smallest [1] 173/9
smartphone [1] 219/4
smash [1] 266/24
Smile [1] 261/18
so [430]
soccer [1] 281/23
social [3] 10/25 308/10 312/2
sold [1] 220/17
sole [1] 6/3
solely [5] 40/1 126/21 139/10 162/1 187/9
solicited [1] 131/2
solved [1] 188/11
some [120] 4/5 10/20 11/13 12/7 12/9 16/20 16/23 21/23 30/18 31/25 33/23 35/3 35/14 37/11 38/5 42/9 43/17 48/8 51/5 51/6 56/21 57/20 59/1 65/18 65/19 65/23 67/23 69/9 74/13 74/16 74/16 74/19 74/20 74/21 74/25 75/7 79/12 89/22 92/2 92/4 92/9 95/8 103/17 103/18 109/25 110/5 110/6 110/15 112/8 113/21 113/22 114/5 123/6 124/10 128/5 129/12 130/19 135/3 135/4 143/4 143/22 147/8 149/7 149/8 149/18 153/23 155/16 156/11 156/22 165/20 170/22 176/12 180/10 182/20 185/22 185/24 192/7 192/19 200/17 201/16 201/21 202/21 209/23 213/7 222/2 224/1 224/24 230/19 235/14 235/14 236/5 236/7 239/15 244/10 246/10 246/15 252/7 253/20 254/7 254/9 256/15 264/9 266/20 272/5 272/13 278/5 278/8 278/23 282/6 284/17 284/18 294/4 294/16 300/1 301/17 302/13 304/11 305/24 307/17 309/16
somebody [20] 36/8 46/4 49/15 53/24 56/2 111/2 168/6 172/1 173/7 177/18 179/13 188/2 197/10 226/6 233/2 233/5 233/24 255/9 277/7 279/18
somebody's [1] 129/12
somehow [2] 27/10 89/23
someone [20] 35/12 51/21 55/23 110/18 131/1 138/10 184/7 184/8 185/12 186/15 188/13 191/17 218/3 223/21 223/25 253/16 255/2 257/3 258/22 311/10
someone's [3] 226/8 233/19 233/20
something [85] 13/14 18/13 25/12 27/7 27/19 28/6 30/8 45/7 46/6 51/13 54/11 58/17 64/24 68/8 68/19 73/9 79/22 80/12 88/6 89/23 91/7 94/24 97/18 103/16 110/10 111/5 116/11 117/10 117/13 126/6 127/6 147/5 149/10

S

something... [52] 153/20 153/22 153/23 157/21 171/17 172/12 172/13 175/24 177/11 177/18 178/13 178/14 179/24 180/6 183/8 183/14 188/6 189/11 191/17 192/17 202/5 203/1 204/13 211/18 212/20 218/24 220/19 233/22 238/9 238/11 239/21 239/24 240/23 241/16 242/6 245/10 246/5 248/17 251/1 251/10 251/17 253/15 253/22 256/12 269/1 269/25 272/10 273/1 282/18 293/9 298/8 313/13
sometimes [4] 228/17 237/25 238/1 253/17
somewhat [2] 55/9 171/2
somewhere [2] 91/6 203/25
son [9] 197/9 285/14 297/12 297/21 298/17 300/10 300/17 301/15 302/12
son's [1] 301/20
soon [3] 11/10 83/11 318/10
sorry [39] 13/23 14/12 20/16 21/5 21/7 32/5 34/4 38/15 80/2 101/8 102/22 109/19 113/1 120/3 144/6 151/1 154/15 162/8 173/20 201/12 203/14 211/14 217/14 223/7 225/15 226/18 228/25 239/11 245/6 257/16 265/12 265/15 267/14 277/24 277/24 284/21 290/8 295/11 303/9
sort [5] 47/13 59/15 112/21 238/19 254/19
sorts [2] 11/2 281/12
sound [5] 6/25 225/16 226/5 226/5 249/7
sounded [2] 77/21 114/4
sounds [3] 122/19 196/17 225/11
source [5] 35/25 112/16 163/18 193/3 193/21
sources [5] 56/8 104/24 169/16 179/16 207/3
space [2] 2/20 312/3
spaghetti [1] 234/8
spasm [1] 208/11
spasms [1] 209/25
speak [16] 5/22 5/24 61/2 109/18 130/21 130/22 130/24 171/13 237/25 240/13 269/24 270/2 281/1 289/10 290/1 310/18
speaking [2] 166/14 247/12
specific [13] 14/24 22/15 28/22 55/7 66/20 121/8 171/22 189/5 203/23 207/3 241/12 243/12 243/16
specifically [7] 17/17 19/16 184/2 192/16 192/20 241/4 250/24
specifics [3] 144/17 180/3 190/8
Speculated [1] 205/12
speculation [1] 269/10
spending [1] 278/9
spent [1] 3/7
spoke [1] 58/14
spokesperson [1] 19/6
spot [1] 290/25
spouse [3] 130/13 164/21 308/11
spread [1] 25/17
spreading [1] 181/11
staff [2] 131/3 172/14
stage [5] 54/17 109/25 145/25 169/18 309/20
stand [3] 7/8 8/1 209/17
standard [2] 50/22 308/15
standpoint [1] 26/10
start [14] 54/15 54/19 75/6 110/13 172/5 176/19 190/1 195/3 202/1 216/12 238/2 238/23 253/13 315/9
started [1] 155/9
starting [6] 9/18 29/1 183/17 189/25 193/11 241/9
starts [4] 5/19 121/19 213/12 245/6
state [24] 1/4 1/13 1/9 1/11 1/23 3/2 5/8 6/21 6/22 7/4 25/2 131/10 132/20 160/6 166/19 239/15 247/1 247/22 254/8 257/13 259/8 313/12 313/19 314/22
stated [4] 15/9 17/21 162/24 164/12
statement [2] 122/22 154/10
Statement.............592 [1] 1/9
STATEMENTS [1] 1/8
station [3] 70/14 76/13 189/20
stay [9] 10/13 132/6 134/12 142/10 214/6 249/22 267/20 296/1 303/15
stealing [1] 279/19
Stenography [1] 1/23
step [2] 148/19 247/10
Steven [3] 1/18 7/25 8/7
stick [1] 153/4
sticks [1] 62/25
stigma [1] 98/17
still [29] 23/19 60/10 67/12 78/8 78/24 79/3 82/19 96/11 97/15 100/3 102/12 108/8 113/11 125/3 126/1 126/1 137/12 203/8 209/19 209/23 237/14 244/19 255/18 265/6 281/11 282/11 283/22 286/17 309/3
stillborn [1] 81/6
Stip [2] 2/2 4/10
stipulation [2] 314/21 315/3
stone [5] 136/15 140/10 140/13 140/19 140/21
stood [2] 147/22 162/16
stop [4] 73/8 177/20 244/1 266/8
stopped [1] 241/22
store [2] 51/13 279/20
stories [17] 12/17 14/25 15/5 16/25 18/13 19/10 28/17 31/9 46/20 59/4 69/3 85/18 91/11 104/11 168/21 183/21 186/18
story [22] 36/4 40/18 41/8 41/17 68/5 69/2 69/10 69/14 70/17 71/5 91/12 94/14 118/2 136/5 138/11 139/25 140/10 140/16 147/13 152/25 153/9 161/5
stream [1] 194/1
street [3] 1/12 180/20 289/20
stretch [2] 209/16 209/22
strictly [1] 98/8
strike [2] 26/3 285/1
strikes [1] 278/16
strong [6] 47/21 52/11 52/15 52/22 191/10 219/25
stronger [1] 191/2
struggle [2] 87/1 237/16
struggled [5] 78/10 78/15 86/8 86/13 86/22
struggling [1] 305/12
stuck [1] 196/18
studio [3] 33/15 189/22 190/3
study [2] 231/3 246/19
studying [1] 227/8
stuff [9] 30/22 46/19 147/8 149/7 176/12 176/14 176/20 283/7 285/15
subject [9] 16/2 27/20 229/3 229/22 232/5 284/13 294/2 312/15 313/1
submitted [2] 310/12 312/10
submitting [2] 64/8 201/3
subsequent [2] 91/11 168/20
Subsequently [1] 11/17
substance [1] 183/25
substantial [1] 22/1
such [10] 6/5 123/2 175/12 262/22 311/3 311/4 312/2 312/4 314/13 319/6
sudden [4] 45/12 177/11 206/13 208/11
suddenly [1] 172/11
suggested [1] 275/20
suggesting [1] 26/8
suggestion [1] 215/18
suit [1] 221/24
summarizing [1] 112/21
summing [1] 52/9
Sundays [1] 164/1
super [1] 237/25
supervision [1] 319/9
Supplemental [1] 3/8
supposed [2] 190/1 195/3
supposedly [1] 186/21
sure [67] 25/13 26/6 32/8 46/1 57/2 68/18 68/20 71/20 74/10 76/15 81/25 83/10 83/13 83/13 84/14 87/3 89/16 96/10 97/16 102/15 102/18 122/23 123/1 123/23 124/15 124/24 127/3 127/3 127/21 128/16 131/8 132/2 133/5 142/14 143/3 143/14 143/20 144/2 154/25 160/7 171/5 202/25 205/21 206/18 210/8 210/18 213/25 216/4 220/3 236/8 237/19 245/22 253/3 259/12 266/11 270/19 279/22 284/7 295/20 296/24 299/22 303/12 305/18 307/4 317/2 317/25 318/3
surgeons [2] 269/20 272/11
surgery [2] 203/10 203/11
surmised [1] 74/11
surprise [5] 114/5 114/24 114/24 118/22 118/23
surprised [3] 115/17 116/5 118/16
surround [1] 157/6
suspect [5] 61/1 61/3 189/6 189/7 189/13
suspicions [1] 144/11
sway [2] 58/21 93/22
swaying [1] 223/14
Swisher [1] 142/22
sworn [2] 6/6 6/15
sympathy [1] 5/16
system [7] 4/10 4/13 160/3 187/5 190/19 191/14 296/20

T

table [1] 7/9
take [31] 2/21 9/2 11/3 16/5 32/21 73/1 73/2 73/19 97/14 130/9 130/18 140/3 146/15 146/16 154/3 178/2 208/15 210/8 213/9 213/13 216/12 216/17 241/4 245/3 246/20 247/10 253/20 267/4 291/25 307/20 317/7
takes [4] 200/15 216/24 234/10 277/23
taking [7] 3/12 63/11 90/14 103/9 208/13 213/10 216/21
talk [43] 3/18 10/16 51/17 53/4 53/4 60/23 61/1 64/9 86/7 97/25 98/24 128/23 131/2 142/24 154/23 175/3 184/2 192/1 199/23 208/3 214/4 215/6 217/19 228/17 228/22 231/23 234/16 235/22 247/17 250/22 262/13 267/19

T

talk... [11] 270/8 270/14 270/23 278/6 278/12 278/20 293/5 304/2 304/5 308/11 311/6
talked [14] 42/7 61/14 98/18 148/12 153/3 175/6 192/2 215/2 234/17 260/12 261/25 267/19 280/3 296/3
talking [21] 30/4 43/22 50/17 62/12 68/10 80/5 80/6 85/17 181/22 184/3 192/14 199/24 208/22 215/11 248/11 248/11 262/18 268/14 275/19 277/17 290/13
task [2] 5/3 219/10
teach [1] 281/22
team [1] 279/14
tear [1] 232/7
tearing [1] 232/10
technicians [1] 314/23
television [14] 32/21 40/23 66/25 67/2 85/1 117/8 141/11 175/24 187/23 188/7 211/21 278/25 312/14 312/24
tell [42] 21/23 44/25 98/6 98/20 99/10 100/15 100/16 107/8 118/11 127/20 130/13 130/22 134/23 149/21 158/10 161/2 170/5 188/15 190/21 193/19 197/9 197/22 204/8 204/16 213/8 214/7 218/6 228/6 233/1 235/25 249/10 258/23 262/2 263/8 264/15 279/18 282/21 284/9 291/18 293/9 293/20 304/23
telling [9] 16/10 44/14 99/20 121/18 156/2 212/4 249/14 279/4 282/3
tells [1] 197/11
temporarily [2] 156/7 220/16
temporary [1] 2/17
Ten [2] 73/20 73/21
tend [1] 269/20
tendency [2] 226/15 301/17
tends [1] 269/13
tensions [1] 279/11
tenth [1] 242/19
term [5] 86/7 117/18 118/1 301/6 301/8
terms [3] 26/2 302/23 314/10
terribly [1] 229/3
testimony [7] 5/6 170/13 206/7 209/9 219/17 300/14 315/16
testing [3] 193/7 194/11 196/18
text [3] 114/1 114/7 119/3
texted [3] 110/23 112/12 118/8
texts [1] 128/23
than [44] 21/3 22/15 28/16 30/1 31/2 35/25 36/21 48/10 63/1 65/7 69/2 69/19 75/11 75/21 79/7 85/9 110/20 119/16 130/14 144/18 144/21 145/13 148/6 148/9 150/6 152/9 152/11 152/13 152/20 158/12 162/17 176/25 184/1 186/14 195/21 203/19 207/9 215/22 228/1 228/18 267/5 279/3 302/21 317/6
thank [139] 7/12 7/23 11/15 14/21 15/16 25/3 31/17 33/20 33/22 34/10 37/9 37/12 40/7 41/25 42/10 48/21 52/2 52/24 53/7 56/22 60/1 64/3 64/7 64/13 64/15 68/1 70/6 72/2 72/7 72/16 79/14 82/4 82/9 84/7 84/11 84/12 87/16 88/10 88/18 89/7 92/5 94/15 101/3 102/9 102/16 103/7 103/8 108/1 108/3 108/5 109/14 116/12 116/14 124/16 128/14 128/17 129/3 129/4 130/5 131/15 132/25 133/3 134/21 137/20 139/15 141/25 142/1 142/3 143/12 150/17 154/19 154/20 155/1 160/11 160/12 162/4 165/6 165/14 170/22 170/24 172/17 172/20 181/16 181/17 186/1 187/13 191/19 192/2 196/12 197/13 199/16 200/5 200/21 206/19 207/23 216/6 225/18 234/1 234/5 234/22 235/7 239/12 242/10 242/14 249/13 249/16 250/2 250/16 254/10 261/4 267/10 267/11 267/17 267/25 268/1 274/8 274/12 274/22 274/23 279/20 288/6 288/9 295/7 295/10 296/7 296/8 296/22 300/4 300/24 303/7 303/20 309/14 313/4 313/15 314/2 314/15 318/14 318/15 318/16
thanking [1] 109/20
thanks [7] 33/24 56/5 64/5 142/10 182/3 214/1 280/6
that [1015]
that's [181] 4/19 5/21 14/3 14/7 18/7 20/17 21/17 24/23 30/15 33/6 35/4 35/22 37/2 37/2 38/20 39/13 39/17 44/8 44/9 44/23 45/1 45/7 46/6 46/14 46/15 56/2 56/2 62/22 64/23 66/5 66/13 67/8 69/15 69/16 69/22 75/12 76/7 77/12 78/2 78/21 81/13 84/1 85/6 88/6 96/15 96/16 100/1 100/1 100/18 100/18 100/19 106/2 108/25 110/10 114/9 114/12 115/19 120/5 121/22 121/24 123/9 125/8 131/4 131/12 136/17 136/20 137/3 138/22 140/24 144/12 145/11 148/10 149/10 150/13 150/20 151/24 153/20 153/22 154/10 155/13 156/21 157/7 158/15 158/18 162/2 166/9 167/5 169/5 169/25 171/11 172/2 172/25 176/15 176/17 179/23 180/7 180/14 180/16 184/8 187/4 189/3 190/17 190/18 191/4 193/10 196/4 199/20 201/6 203/3 206/14 208/15 209/1 209/12 211/18 212/14 212/15 213/24 217/2 217/16 219/1 219/18 220/12 221/20 222/4 222/15 222/24 223/8 223/12 226/2 226/19 228/19 229/1 230/11 233/7 233/12 236/16 237/5 237/18 245/1 245/7 247/24 248/12 248/20 249/18 252/23 253/20 255/4 256/5 256/11 257/5 257/17 259/1 264/14 270/2 271/14 275/6 276/10 276/22 279/16 280/18 280/20 282/4 283/16 287/21 290/6 293/14 293/25 294/2 294/14 295/5 295/6 295/13 298/15 299/18 300/24 301/24 302/5 307/10 307/21 307/23 308/1
theft [3] 51/12 51/18 256/14
their [17] 5/11 15/21 27/14 35/9 99/11 99/14 103/15 166/6 166/7 191/1 191/5 191/6 235/15 268/19 269/23 270/13 314/1
them [30] 3/19 8/18 100/21 104/2 104/3 130/22 130/23 173/10 203/12 208/7 214/19 214/20 216/10 227/1 231/3 231/4 240/14 244/5 244/10 264/3 267/15 275/9 278/2 278/17 279/18 292/2 292/4 295/16 304/23 317/7
themselves [1] 262/10
then [113] 6/1 12/19 18/16 18/18 19/3 19/16 35/20 36/10 36/11 49/14 55/14 55/23 57/21 58/25 61/18 63/4 64/6 68/16 68/24 69/1 69/20 71/10 73/19 76/10 77/8 79/12 80/15 83/4 90/15 91/2 91/16 92/3 94/11 97/3 104/17 107/23 108/11 111/14 112/8 116/7 120/12 122/22 123/9 125/8 126/9 127/10 128/11 136/18 136/19 138/20 140/12 140/19 140/21 140/22 143/1 145/4 147/7 148/11 149/19 158/23 159/16 160/1 160/9 163/4 171/10 171/10 171/15 180/18 181/13 182/15 183/23 184/25 185/23 187/21 188/5 189/20 191/5 198/11 201/17 203/11 206/10 208/14 215/4 217/2 221/24 226/21 237/21 239/16 241/21 243/24 246/1 252/6 259/5 260/21 266/6 269/14 273/24 285/13 285/15 287/19 288/4 289/6 289/12 292/19 299/4 304/4 307/14 308/2 309/5 313/3 315/23 318/6 318/13
therapist [4] 240/25 241/19 242/2 242/6
there [119] 3/15 3/17 11/12 12/7 12/20 18/20 19/6 29/11 32/23 32/24 33/25 36/6 36/7 37/3 38/8 41/16 43/17 51/18 55/9 55/11 57/3 57/5 58/12 62/17 63/24 63/25 66/4 66/8 67/6 69/20 70/22 71/2 71/4 71/9 81/19 85/6 88/14 89/8 91/3 91/14 93/18 97/19 103/8 104/5 104/7 109/15 111/25 119/6 120/18 121/3 121/7 121/10 121/21 122/9 128/4 129/21 130/17 134/11 134/13 136/23 140/9 140/12 140/16 141/9 146/7 159/16 161/2 168/20 173/25 175/9 176/11 176/24 179/9 179/25 180/9 180/24 186/11 188/6 192/11 203/1 210/19 214/16 215/5 219/16 223/7 235/9 238/11 243/11 243/16 250/16 250/25 252/17 255/16 264/6 269/1 269/14 272/15 277/25 279/1 281/6 285/25 288/2 293/9 296/23 296/25 297/8 298/4 298/5 298/7 301/17 303/9 303/11 304/23 304/25 305/1 306/14 308/18 313/18 313/24
there's [34] 16/16 23/14 57/20 58/21 62/23 87/14 88/4 102/25 106/3 106/14 107/2 169/10 180/17 185/11 185/14 202/25 205/19 227/10 227/20 236/21 239/2 239/3 248/14 261/1 285/18 292/13 293/10 299/25 305/17 306/10 306/13 307/20 308/17 317/17
therein [1] 319/14
these [39] 8/17 9/14 10/11 11/3 12/3 14/25 15/5 34/7 42/9 49/18 50/24 53/16 56/7 70/1 93/21 113/17 143/16 149/13 150/4 166/13 169/16 182/11 183/3 186/15 186/18 219/10 226/24 235/13 239/10 251/1 251/24 256/13 270/16 280/22 281/3 286/6 287/11 295/10 296/25
they [94] 9/6 17/2 17/4 17/7 17/11 17/20 25/22 26/8 27/6 30/13 35/12 35/20 36/8 36/10 36/11 38/19 38/21 39/9 46/21 59/12 69/16 75/4 77/2 77/3 77/4 77/10 77/25 83/22 91/4 91/7 91/8 96/11 103/15 106/1 110/17 112/2 112/4 112/21 116/9 118/20 122/13 130/24 130/25 136/15 136/18 140/13 140/19 140/21 140/21 140/23 146/4 149/23 156/10 156/19 157/15 158/13 161/6 166/15 176/7 176/10 183/7 184/6 186/21 188/12 189/25 190/2 190/7 191/4 192/17 194/11 197/25 206/5 208/24 208/25 215/9 218/16 218/16 231/19 232/6 236/25 237/15 253/5

T

they... [12] 253/6 253/17 262/1 268/19 270/9 270/14 273/10 275/10 277/18 307/19 310/23 311/10
they'll [1] 81/25
they're [12] 12/4 25/2 32/9 131/11 210/7 230/23 253/5 254/16 257/24 258/23 304/23 308/23
they've [1] 98/20
thing [23] 14/7 16/4 73/6 83/1 83/18 140/8 140/23 144/4 149/8 156/16 158/9 169/4 170/18 211/7 219/2 221/18 226/13 256/12 271/12 273/3 287/21 290/6 304/5
things [57] 2/22 11/2 12/9 13/8 30/18 35/3 35/14 43/17 65/18 65/20 65/23 65/25 74/19 74/20 74/21 74/25 89/22 100/24 101/2 103/19 106/8 110/5 110/6 110/15 131/12 135/3 135/4 143/4 143/22 145/2 149/9 155/17 156/11 165/20 167/16 167/17 171/14 172/6 177/16 182/20 192/7 192/19 193/1 200/17 201/21 224/1 238/2 238/22 239/19 239/20 243/15 272/22 281/12 281/23 282/12 315/18 317/4
think [266] 3/4 3/14 12/18 13/13 13/18 14/1 17/14 18/1 18/11 19/14 19/14 19/21 20/25 23/17 24/8 24/17 26/9 26/14 29/21 30/14 30/15 30/17 35/14 35/21 37/5 37/19 38/13 38/21 38/25 39/10 39/15 39/23 41/24 41/24 43/15 43/20 45/9 45/12 50/4 54/16 56/6 56/9 56/17 59/15 61/8 66/16 67/17 71/6 73/4 73/7 73/16 74/25 76/19 78/14 79/2 79/21 81/15 81/20 83/16 83/22 85/3 86/1 86/2 86/19 87/5 90/3 91/4 91/16 93/4 93/20 97/14 105/15 108/23 110/15 110/25 115/16 116/20 118/13 118/21 119/23 121/1 122/15 123/25 124/5 125/9 125/10 126/9 126/10 126/12 126/19 129/16 135/15 138/2 143/6 145/24 146/4 146/19 146/22 148/3 148/8 148/16 148/17 149/1 149/12 149/22 149/25 150/3 150/8 150/22 151/5 151/10 151/22 153/13 156/18 157/7 157/12 157/19 158/10 158/19 158/22 159/18 161/4 163/13 165/4 166/23 168/13 170/3 170/6 170/8 170/10 177/3 183/11 185/14 185/20 187/20 190/2 190/11 192/17 193/2 193/8 193/18 194/14 195/24 196/6 201/23 202/1 203/12 205/2 210/23 213/15 214/15 214/16 218/1 219/18 220/5 221/2 221/6 222/23 222/24 224/8 224/9 224/11 224/13 224/14 224/18 227/9 227/17 230/1 231/7 232/22 233/21 233/23 235/25 236/22 236/25 237/6 237/8 237/13 237/15 239/24 240/1 242/7 242/18 244/17 245/5 246/13 246/24 249/3 249/13 251/24 252/2 252/3 252/10 252/20 253/7 253/18 254/1 254/5 254/13 256/16 258/4 259/21 259/21 259/22 260/9 264/14 264/19 264/20 264/21 266/16 267/1 267/2 267/7 269/6 271/19 271/21 272/1 273/20 275/6 275/7 276/23 282/10 282/13 282/16 284/2 284/4 284/22 286/4 286/7 286/9 286/23 287/10 289/2 289/3 289/23 290/4 291/24 294/3 295/25 298/2 298/20 298/23 299/1 299/6 299/9 299/13 300/6 300/8 300/19 301/17 302/3 302/9 302/14 302/16 302/19 304/4 305/16 305/17 307/6 312/25 313/1 313/12 314/19 316/8 317/16
thinking [19] 30/22 38/9 49/20 53/21 68/14 68/22 92/19 124/11 147/21 149/2 150/16 160/17 220/22 253/5 281/20 297/24 298/16 300/10 316/12
Thirty [5] 142/21 155/19 155/20 250/7 268/5
Thirty-four [2] 142/21 268/5
Thirty-nine [2] 155/19 155/20
Thirty-one [1] 250/7
this [446]
Thompson [33] 12/21 14/23 16/22 17/5 17/9 18/22 20/1 54/19 55/15 61/2 62/16 91/6 105/12 105/16 158/12 160/23 160/24 161/1 162/13 165/22 167/2 167/8 168/16 170/17 173/2 174/1 174/11 175/15 177/1 179/1 179/5 180/10 180/15
those [44] 2/11 4/17 5/1 6/25 11/1 13/8 24/8 27/5 43/6 47/21 65/23 65/25 78/24 81/10 85/18 92/10 93/3 100/7 117/7 136/1 148/9 156/9 166/14 179/14 180/3 183/6 184/17 192/16 195/16 200/11 215/4 216/3 219/25 231/1 235/23 236/22 248/9 257/15 262/3 273/21 281/12 282/9 282/12 297/8
though [12] 89/11 106/10 125/12 127/23 135/24 225/4 228/8 241/13 252/2 282/25 298/24 300/9
thought [24] 16/23 33/5 48/24 59/8 118/17 128/8 176/7 176/22 207/7 207/10 207/12 207/19 208/14 215/13 219/21 223/23 225/12 225/24 243/20 249/2 256/20 293/3 305/1 314/18
thought's [1] 300/18
thoughts [7] 22/9 23/3 24/9 24/13 100/25 207/12 240/12
three [8] 77/11 117/3 141/8 157/21 179/8 280/10 314/22 316/14
through [41] 33/24 42/10 56/7 72/16 73/12 98/10 102/12 104/3 104/6 105/15 112/6 136/4 136/10 138/18 140/20 140/25 144/15 147/10 148/7 150/9 151/16 169/15 183/16 185/15 214/24 215/4 216/10 224/1 236/20 237/7 239/12 240/4 242/4 253/22 285/13 287/23 295/16 302/2 302/9 304/3 317/20
throughout [4] 8/10 155/10 268/15 308/4
throw [1] 235/24
Thumb [1] 2/18
thus [1] 128/4
ties [1] 153/18
time [54] 3/6 16/8 19/10 23/21 25/16 38/22 53/8 57/7 60/25 66/12 66/16 66/21 73/19 80/9 90/5 93/4 93/19 97/22 99/19 103/10 105/15 108/7 113/16 133/1 141/23 155/2 165/13 167/13 168/4 177/2 181/18 191/16 194/15 197/10 199/13 202/9 227/1 227/12 240/7 240/10 243/1 250/18 256/24 258/4 258/10 276/11 277/20 278/6 278/9 295/10 296/17 300/18 310/2 310/19
times [5] 12/8 96/3 208/19 223/5 240/21
timing [1] 61/25
tiny [1] 264/12
today [44] 17/13 28/4 41/13 63/2 69/14 75/3 75/6 79/9 79/19 85/21 89/18 91/20 112/14 114/16 118/15 118/20 121/19 133/1 136/19 137/7 140/24 147/14 159/8 161/15 183/17 187/24 190/1 195/3 200/25 206/8 208/7 209/7 209/13 210/22 213/10 213/12 213/19 214/6 279/15 296/1 308/3 308/17 309/16 314/17
together [4] 69/21 71/15 138/22 161/16
told [14] 32/2 44/5 55/24 90/6 116/9 126/10 151/4 153/19 188/9 207/6 207/17 227/24 275/9 302/22
Tom [12] 54/23 55/3 56/25 57/4 57/17 58/12 58/23 59/18 60/16 60/24 174/17 175/1
tombstone [1] 136/24
tomorrow [4] 304/18 309/24 315/20 316/12
tonight [1] 308/12
too [12] 100/23 110/20 163/24 169/1 210/9 228/17 228/25 255/16 281/23 285/18 292/13 307/10
took [6] 59/7 141/23 209/4 223/24 242/4 319/6
top [1] 59/6
topic [5] 61/17 98/24 99/2 150/3 272/23
totally [2] 28/3 270/12
touch [1] 149/6
touched [6] 59/15 69/25 80/19 115/24 171/21 240/17
tough [5] 205/6 205/25 221/13 235/9 256/21
towards [2] 247/10 278/15
town [3] 61/2 173/17 203/8
township [4] 54/20 55/12 55/16 173/4
track [2] 106/2 277/25
tracking [1] 104/3
tract [1] 208/16
transcribed [1] 319/9
transcript [6] 1/9 1/10 317/11 319/11 319/11 319/14
Transcription [1] 1/23
transpired [2] 205/11 205/12
trauma [1] 241/2
traumatic [1] 248/6
treated [1] 107/3
trepidation [3] 21/23 277/5 278/8
trial [38] 1/10 3/1 3/1 4/17 5/19 6/6 8/10 17/12 40/3 121/18 144/5 144/10 146/23 159/21 172/10 190/1 193/11 195/3 213/12 242/3 242/3 247/19 253/4 258/25 263/6 270/8 270/12 270/22 292/8 300/13 305/21 310/16 310/22 311/19 312/6 312/15 312/22 319/12
tried [1] 100/23
trigger [3] 232/6 238/19 246/14
triggered [2] 238/6 243/7
triggers [2] 240/20 248/17
trip [1] 217/14
true [5] 4/19 4/21 46/21 293/11 319/13
trust [2] 30/2 62/4
truth [4] 5/22 5/25 95/1 218/6
truthful [4] 28/14 113/8 218/3 293/14
try [19] 11/7 12/5 15/22 16/23 24/14 65/22 83/25 99/13 100/22 100/22 101/2 149/3 206/20 212/2 218/7 220/4 276/2 297/17 299/4

T

trying [25] 24/24 26/13 27/4 27/12 33/4 33/7 33/8 35/4 48/9 89/16 89/18 135/5 135/9 143/24 148/3 156/8 166/12 192/18 213/11 216/10 218/11 246/8 269/4 280/21 282/8
Tuesday [1] 318/19
tugged [1] 203/2
turn [1] 113/20
turned [4] 29/9 33/5 66/3 144/3
TV [26] 28/18 29/9 31/11 40/25 46/19 46/20 76/13 104/12 111/10 111/12 112/8 113/11 125/15 135/13 136/10 138/21 159/10 167/25 183/13 183/21 184/1 184/11 193/22 194/1 202/6 211/18
twelve [1] 1/11
Twenty [3] 20/4 235/2 235/3
Twenty-nine [1] 20/4
Twenty-seven [2] 235/2 235/3
twice [1] 285/12
twin [1] 223/5
Twitter [1] 312/3
two [28] 1/11 27/17 27/18 62/6 69/21 69/21 71/15 71/15 89/21 94/14 108/14 151/11 161/16 161/16 166/18 184/18 193/6 201/17 214/14 214/14 223/1 223/5 281/7 281/17 286/14 292/20 296/12 305/19
type [4] 51/22 148/15 221/4 272/18
typewritten [1] 319/10
typically [2] 184/16 213/13

U

U....964....................965 [1] 4/15
U.S [2] 285/16 292/22
ugh [7] 39/22 68/25 91/13 91/21 92/24 199/4 260/24
uh [110] 17/6 17/10 18/9 20/9 20/12 28/2 30/6 32/14 38/7 41/18 42/2 43/8 43/12 50/10 68/6 69/11 82/15 86/10 89/25 92/17 95/18 95/21 97/20 97/23 99/25 100/6 105/13 110/21 116/23 118/10 120/22 122/4 127/13 137/25 139/2 140/5 145/18 146/13 147/19 148/14 149/24 159/12 162/19 167/4 167/19 179/6 187/17 188/4 188/17 190/13 199/11 219/13 221/5 222/17 225/14 227/6 227/23 228/9 228/16 229/5 229/9 229/20 229/23 230/21 231/2 231/6 231/15 232/3 232/12 236/14 238/8 239/4 244/16 244/21 246/3 247/5 248/8 251/13 254/18 256/1 256/4 256/7 256/8 256/25 257/8 257/12 258/24 259/4 260/1 261/12 261/14 261/17 262/7 262/14 263/2 263/22 263/25 264/11 265/10 265/11 265/11 268/17 275/1 276/7 279/2 286/22 289/5 292/14 299/14 299/17
uh-huh [110] 17/6 17/10 18/9 20/9 20/12 28/2 30/6 32/14 38/7 41/18 42/2 43/8 43/12 50/10 68/6 69/11 82/15 86/10 89/25 92/17 95/18 95/21 97/20 97/23 99/25 100/6 105/13 110/21 116/23 118/10 120/22 122/4 127/13 137/25 139/2 140/5 145/18 146/13 147/19 148/14 149/24 159/12 162/19 167/4 167/19 179/6 187/17 188/4 188/17 190/13 199/11 219/13 221/5 222/17 225/14 227/6 227/23 228/9 228/16 229/5 229/9 229/20 229/23 230/21 231/2 231/6 231/15 232/3 232/12 236/14 238/8 239/4 244/16 244/21 246/3 247/5 248/8 251/13 254/18 256/1 256/4 256/7 256/8 256/25 257/8 257/12 258/24 259/4 260/1 261/12 261/14 261/17 262/7 262/14 263/2 263/22 263/25 264/11 265/10 265/11 268/17 275/1 276/7 279/2 286/22 289/5 292/14 299/14 299/17
ultimately [6] 46/23 221/9 253/25 258/14 306/11 314/6
Umm [1] 217/25
un [1] 124/5
un-hear [1] 124/5
unanswered [1] 215/15
unaware [1] 136/1
unbiased [1] 87/6
uncertainty [1] 252/3
uncomfortable [6] 24/25 53/18 238/3 251/6 262/23 285/7
undecided [2] 263/10 266/2
under [8] 83/17 149/12 306/12 306/19 306/23 307/5 316/2 319/9
understand [29] 9/22 9/24 22/4 26/5 34/24 39/18 44/3 100/3 125/1 151/5 152/22 154/18 160/3 178/21 213/25 219/15 229/6 229/7 249/12 250/19 252/13 255/17 257/2 265/6 265/18 270/18 291/4 295/18 315/17
understandable [2] 251/25 301/24
understanding [2] 169/5 290/5
understatement [1] 201/7
understood [8] 92/16 99/20 121/5 121/16 121/25 178/15 243/3 295/23
unlearn [5] 124/5 126/6 127/16 128/3 128/13
unless [2] 129/12 313/2
unrelated [1] 151/11
until [25] 5/11 28/4 98/25 106/12 116/11 117/15 117/23 136/3 159/8 162/13 164/16 176/22 177/20 187/4 190/20 190/24 191/11 194/14 226/16 243/1 256/2 307/20 310/12 312/10 315/8
unusual [1] 302/20
up [73] 35/20 35/21 36/11 49/24 52/10 66/2 69/4 71/11 71/18 74/3 83/8 83/19 83/20 93/14 93/21 97/18 101/11 109/18 112/13 112/16 114/20 116/10 118/19 119/3 119/6 123/9 123/12 124/23 125/19 126/18 128/9 128/10 141/23 145/20 147/8 147/10 147/11 148/5 153/1 167/2 176/19 177/17 186/5 186/11 191/9 194/14 200/24 202/16 203/8 206/3 206/9 208/5 209/22 210/19 213/6 216/13 232/7 232/10 265/23 269/18 277/14 277/17 278/2 279/10 281/18 289/2 293/6 295/20 298/6 299/24 308/6 308/16 315/6
update [2] 76/3 76/11
upon [17] 64/1 65/16 67/17 80/24 93/2 132/8 132/14 137/11 178/3 185/8 197/21 204/6 212/2 254/25 280/24 312/16 312/21
upset [2] 155/9 236/1
upsetting [4] 217/23 218/8 229/4 229/22
uptight [1] 16/6
us [42] 2/21 7/20 8/9 16/19 17/1 24/5 27/22 32/2 45/13 56/8 63/2 69/8 72/17 76/22 88/8 89/14 92/9 95/8 96/14 103/24 112/22 128/10 133/1 136/13 143/13 143/18 151/4 160/15 170/5 172/15 186/12 188/10 200/15 220/18 227/24 234/14 239/13 242/24 249/13 249/14 268/23 297/18
use [4] 78/1 98/11 228/25 296/19
used [12] 39/7 77/17 81/1 86/7 94/25 98/17 141/21 181/2 186/21 189/6 287/18 301/6
using [2] 280/17 301/8
usually [5] 145/11 184/18 189/19 226/23 238/23

V

V......913....................965 [1] 4/15
vacation [1] 267/4
vague [2] 15/2 39/5
vaguely [1] 66/11
valid [2] 293/20 293/22
various [2] 56/7 104/24
vasectomy [2] 285/18 292/21
verbally [1] 240/11
verdict [9] 5/7 5/13 23/23 45/21 260/4 272/14 273/12 277/8 311/18
versus [4] 51/18 151/23 191/1 273/12
very [56] 9/2 11/3 11/3 15/2 16/23 24/23 25/16 25/17 26/14 40/10 45/19 52/6 52/21 52/24 55/20 57/19 61/2 61/24 72/2 72/7 84/12 93/9 93/10 93/17 99/16 102/6 119/1 120/4 120/12 124/6 127/1 129/4 130/18 136/20 137/21 141/25 154/21 155/8 169/10 191/16 213/10 227/4 230/15 230/19 230/25 232/23 238/7 251/21 264/9 274/22 277/3 296/24 298/10 300/24 302/23 318/12
VI [1] 1/5
via [1] 1/23
Vicki [16] 3/5 6/8 34/15 53/13 53/25 54/1 74/2 88/24 102/22 108/13 108/14 109/2 131/3 142/13 216/14 216/24
video [8] 11/12 57/21 59/1 119/15 119/16 119/24 120/2 120/10
view [13] 51/19 93/22 115/25 116/3 126/2 137/7 138/12 148/18 301/9 301/22 302/8 302/13 312/13
viewing [1] 248/9
views [3] 23/3 24/1 115/1
VII [2] 1/9 1/6
violation [1] 312/4
violent [1] 237/7
virtually [1] 220/13
visit [1] 77/5
voir [16] 5/21 6/15 11/18 64/8 74/12 99/1 134/9 134/15 149/7 183/3 214/21 215/1 219/10 235/13 280/23 309/17
Vol [7] 1/3 1/3 1/4 1/4 1/5 1/5 1/6
Volume [1] 1/9
volunteer [2] 60/14 175/15
vote [5] 73/14 256/24 260/16 260/20 264/24
voted [1] 272/17
vulnerable [1] 154/8

W

wait [8] 98/25 108/15 132/1 177/19 226/15 255/25 315/8 315/11
waiting [1] 41/2
walked [1] 164/16
walking [3] 138/18 140/20 140/25

W


wanna [1] 94/10
want [114] 2/14 7/1 16/14 16/22 20/24 23/10 26/5 34/2 46/9 73/1 73/6 73/8 73/11 79/12 86/7 86/11 91/4 94/2 96/2 98/11 99/13 99/17 99/18 108/20 108/21 110/11 119/12 120/25 124/22 127/19 127/20 129/18 130/9 130/10 130/15 131/8 131/22 137/18 149/10 149/21 166/23 170/5 176/15 190/20 201/22 203/4 208/3 211/8 214/19 214/20 214/22 216/16 217/19 220/18 220/25 221/17 221/23 224/21 227/16 228/23 231/10 231/20 231/22 234/19 235/21 236/9 247/9 248/2 248/3 248/3 248/23 258/10 263/7 265/16 265/22 265/24 266/3 266/4 266/21 266/22 267/13 268/23 269/21 270/1 270/14 271/7 272/23 277/15 277/17 278/1 278/3 278/11 278/21 282/5 286/13 286/17 290/5 290/7 293/19 294/17 295/20 300/2 301/4 301/7 304/2 304/4 305/14 309/3 309/4 313/3 315/8 315/11 315/13 315/24
wanted [19] 8/19 39/18 58/22 87/2 99/17 113/7 156/17 158/1 213/24 218/13 246/18 280/25 281/9 281/21 297/13 313/12 313/16 313/21 315/7
wanting [1] 47/3
wants [2] 35/12 160/9
Warner [1] 316/20
was [363]
wasn't [8] 71/20 78/19 86/18 148/6 237/19 243/1 282/17 282/17
waste [1] 258/10
wasting [1] 220/18
watch [4] 40/24 159/12 184/16 193/25
watched [2] 30/20 263/18
watching [3] 31/6 119/25 184/19
way [45] 3/23 13/10 20/8 27/10 29/6 35/10 51/1 54/9 58/1 58/3 58/22 70/2 75/21 79/22 80/4 91/2 92/13 93/5 93/22 94/7 96/4 96/6 98/5 106/3 107/2 115/7 116/3 131/13 148/21 217/20 237/10 238/2 239/1 248/18 260/16 260/20 268/19 270/4 272/17 276/2 278/17 281/1 297/2 297/6 300/20
ways [1] 235/14
Wdrwn [2] 2/2 4/10
we [184] 2/21 3/2 3/17 4/1 4/3 4/6 9/24 10/11 10/14 11/10 11/14 12/3 14/3 24/23 24/23 26/4 26/5 26/11 35/1 35/11 42/7 42/16 43/5 48/10 48/13 53/21 53/22 54/1 54/1 54/8 62/12 64/11 65/14 65/17 67/14 72/9 73/2 73/4 73/7 73/8 73/10 73/14 74/14 80/5 80/6 88/7 102/11 103/10 103/20 107/25 108/21 110/11 122/2 123/9 126/10 127/4 129/9 129/20 130/8 130/14 130/17 130/19 131/5 131/8 131/13 131/24 132/22 133/7 134/10 134/24 135/1 141/21 141/22 143/1 143/16 146/24 149/8 149/10 149/17 150/22 154/6 155/15 156/8 156/13 165/12 166/10 181/22 182/15 192/1 192/15 192/21 199/24 200/2 201/18 201/22 203/4 212/1 213/9 213/12 214/15 214/19 214/19 214/22 215/3 215/5 215/5 216/12 217/19 220/17 222/16 226/24 226/25 229/6 230/17 234/17 235/17 235/21 235/24 239/9 249/12 249/21 250/1 250/18 250/21 253/22 255/17 257/6 267/19 268/20 270/17 280/3 280/19 280/22 280/25 281/9 282/4 285/13 290/1 292/24 292/24 295/20 296/19 296/25 297/3 297/13 298/21 303/12 304/1 304/2 304/5 304/22 304/25 305/2 305/3 305/4 305/20 305/22 306/3 306/6 306/11 306/17 306/19 307/3 308/3 308/5 309/3 309/16 312/25 313/16 313/20 313/22 314/16 314/20 314/23 315/8 315/11 316/13 316/23 317/8 317/10 317/12 318/9 318/10 318/13
we'll [17] 24/18 27/15 73/23 87/21 129/18 134/13 142/17 149/9 165/7 184/2 191/23 200/14 249/18 278/20 295/25 304/23 315/19
we're [100] 2/18 2/19 8/23 10/2 11/25 16/10 21/18 24/17 24/24 26/2 26/21 27/4 27/12 27/13 34/16 34/24 35/4 35/8 43/5 43/13 43/21 48/9 50/16 53/14 54/13 63/25 64/6 65/6 72/4 72/15 74/11 82/25 89/15 89/18 93/18 95/9 97/21 103/2 103/3 103/11 103/14 107/23 109/8 109/23 128/11 129/17 130/4 131/20 134/8 135/5 135/9 142/23 143/24 149/6 156/8 166/5 166/12 166/14 169/9 172/10 183/3 191/22 192/18 199/21 213/9 213/10 216/8 216/21 217/5 220/16 221/21 227/19 234/12 235/12 239/11 248/10 248/11 249/25 251/3 255/20 255/21 265/2 269/4 279/23 280/16 280/20 284/17 286/25 296/17 297/5 304/13 305/7 306/7 307/12 309/12 309/21 309/23 313/11 314/13 317/15
we've [14] 33/23 42/9 72/15 108/10 166/13 192/13 214/24 216/8 268/13 268/14 296/2 308/16 313/10 314/11
wear [2] 172/23 228/15
wears [1] 218/1
weather [1] 183/16
week [4] 240/20 241/10 241/21 242/5
weekend [2] 104/5 306/5
weekly [4] 241/17 241/19 241/25 242/2
weeks [3] 20/5 112/10 241/20
weigh [2] 100/21 123/10
weight [2] 5/5 122/14
welcome [13] 2/14 65/3 84/10 87/19 88/20 101/6 124/19 142/12 166/3 183/2 225/22 234/4 274/20
Welich [1] 226/12
well [90] 4/3 24/3 32/3 32/5 32/7 44/10 46/18 47/18 50/14 51/4 51/16 54/18 54/24 58/20 75/2 76/24 86/17 87/2 87/10 93/16 95/3 98/4 110/16 122/12 122/18 124/4 144/3 146/22 153/18 157/5 162/14 167/1 167/11 171/16 176/2 176/6 176/17 177/15 180/11 188/7 202/3 202/20 203/3 203/14 207/9 213/24 214/1 216/7 220/11 221/16 223/3 224/20 224/22 226/7 227/8 233/21 234/12 235/7 237/20 238/7 239/9 241/5 241/25 249/17 251/7 252/9 253/14 253/19 254/14 255/20 258/14 261/3 261/23 264/18 264/23 269/8 281/15 284/16 285/1 295/9 297/23 298/10 298/19 301/25 304/11 304/19 305/24 306/10 307/19 308/21
Wendy [2] 3/14 131/4
went [11] 55/8 116/6 140/21 145/20 147/17 151/15 207/15 210/10 218/17 285/13 317/20
were [73] 23/7 23/9 38/8 40/22 41/2 42/8 44/6 46/22 49/19 51/12 53/5 58/12 59/12 61/19 66/24 70/22 75/24 81/11 96/11 106/1 107/8 112/20 117/8 126/14 127/4 139/6 142/5 143/18 144/11 161/17 171/5 172/10 172/11 175/21 179/17 181/22 184/7 189/25 197/6 199/24 206/3 210/21 213/8 218/19 218/25 225/25 227/14 228/1 228/4 232/22 239/22 240/4 240/5 242/3 243/9 244/10 244/18 246/6 249/9 261/25 262/2 273/11 273/21 275/10 277/8 277/10 278/24 279/6 285/25 286/5 292/25 314/23 319/9
weren't [1] 171/5
whacked [1] 210/9
what [383]
what's [17] 22/5 40/2 63/11 72/24 99/6 139/12 150/13 171/19 187/10 194/7 197/5 238/19 249/2 283/16 284/14 293/23 300/12
whatever [14] 94/5 104/12 138/25 161/21 167/14 169/25 190/12 206/12 228/23 243/9 271/9 271/25 276/3 276/4
whatnot [2] 75/9 77/6
whatsoever [1] 64/12
when [139] 10/1 12/25 13/3 13/5 18/13 18/14 19/9 22/12 23/21 24/9 26/1 26/11 28/5 30/3 31/4 31/23 32/20 35/17 37/21 38/2 40/22 41/1 41/7 42/3 55/20 62/11 64/9 66/2 66/12 67/13 68/8 71/13 72/8 73/8 75/21 77/22 79/22 80/4 80/5 80/11 85/16 86/12 86/21 90/13 90/14 97/14 99/9 99/19 102/10 104/15 104/15 104/23 107/17 108/7 110/17 110/17 113/2 116/21 118/7 118/15 118/17 121/6 123/25 127/4 127/11 135/14 142/4 145/11 148/4 148/16 153/12 153/21 153/23 156/18 157/4 157/7 157/12 157/13 157/14 161/5 164/11 171/4 171/24 178/24 179/8 180/23 181/20 183/15 184/19 184/22 186/10 193/7 194/21 198/10 202/21 209/15 209/16 209/23 210/10 210/11 218/8 218/17 220/20 220/20 222/11 223/14 223/25 226/23 228/1 234/15 236/2 238/23 239/7 240/9 241/24 245/17 247/21 255/11 256/24 257/25 258/4 262/17 267/18 269/11 275/9 275/19 275/20 276/5 279/17 301/5 301/10 303/8 303/10 307/10 308/3 308/11 310/16 310/17 315/3
whenever [1] 90/7
where [35] 3/3 10/13 22/24 54/21 54/22 57/12 57/23 76/15 76/19 98/7 99/20 105/19 145/3 145/9 161/1 181/1 183/18 184/10 206/23 217/21 219/16 223/21 239/1 243/2 243/18 243/21 243/25 245/11 252/24 253/15 268/25 275/9 286/7 288/14 294/1
whether [16] 28/17 32/24 50/20 70/22 81/4 86/14 106/14 175/21 175/22 221/1 238/25 257/10 270/14 278/21 281/24 310/9
which [16] 3/17 11/13 66/3 135/2 191/2 191/3 197/20 200/15 210/17 238/5 241/1 242/18 292/25 302/2 302/8 310/9

W

while [20] 10/14 16/13 18/19 19/4 37/24 55/6 83/23 117/5 122/18 166/10 167/12 219/14 224/6 227/3 246/17 246/25 249/5 278/22 287/24 288/2
who [40] 2/12 3/5 4/17 5/9 5/10 8/19 27/5 36/9 36/12 39/9 49/25 54/10 54/14 103/14 112/4 126/15 156/9 156/20 158/14 166/15 167/9 167/14 171/3 182/11 182/16 183/7 191/1 192/17 194/11 195/8 198/1 200/11 200/16 222/23 224/24 255/21 274/3 298/5 305/3 305/8
who's [2] 45/6 287/17
whole [12] 19/2 45/24 83/1 95/5 119/13 136/5 140/10 146/23 185/11 250/20 269/24 298/11
whose [1] 77/3
why [22] 39/13 69/22 81/2 99/14 99/14 99/17 99/18 136/23 153/16 170/5 180/14 204/15 215/3 222/12 235/16 235/24 235/25 253/6 263/8 269/6 293/1 315/10
wife [2] 285/12 292/19
WiFi [2] 83/15 83/16
will [42] 2/25 3/2 3/7 3/12 5/23 6/11 7/7 8/1 10/11 10/12 11/10 11/12 11/13 54/18 65/13 88/13 98/19 100/21 101/14 101/24 108/13 136/19 149/8 173/7 177/10 221/25 231/9 252/17 255/16 262/5 262/5 264/6 270/22 278/6 294/25 307/15 307/24 310/18 311/6 315/3 316/17 318/10
wish [2] 249/11 293/5
wishing [1] 101/19
within [4] 69/4 130/16 185/5 306/1
without [5] 58/4 152/10 191/18 250/17 293/5
witnesses [5] 1/11 4/2 4/20 5/4 316/14
WKYC [2] 112/17 119/4
Wolf [1] 168/14
woman [3] 114/8 176/1 204/20
women [2] 98/19 224/24
won't [5] 88/3 128/13 133/7 214/8 307/19
wonder [1] 212/14
wonderful [1] 267/17
wood [1] 104/2
woods [6] 12/22 17/4 18/21 91/6 92/15 180/19
word [4] 77/17 78/1 81/1 98/11
words [10] 12/13 33/16 86/12 127/19 152/23 248/3 262/11 263/4 266/7 287/10
work [8] 54/21 55/23 141/19 186/6 231/5 269/17 269/18 278/7
worked [4] 57/4 58/18 58/19 58/24
working [3] 238/10 240/23 302/8
works [2] 54/24 187/5
world [1] 163/3
worried [2] 21/24 266/25
worry [1] 250/14
would [237] 20/23 22/10 22/13 23/2 23/9 24/7 24/14 29/12 30/24 33/12 35/10 37/21 41/15 41/20 46/4 46/13 46/24 47/6 47/8 47/24 47/25 49/5 49/8 49/9 49/16 49/22 49/25 50/5 50/11 50/12 51/11 51/14 52/16 53/2 56/13 56/14 56/18 59/20 59/25 61/1 61/23 68/15 73/7 73/19 78/23 78/25 79/3 82/2 83/3 87/3 90/10 91/16 92/22 93/13 93/22 93/25 98/25 100/11 106/13 117/2 118/18 122/8 122/15 123/5 123/7 124/6 124/7 124/9 124/12 125/4 125/9 125/25 126/1 126/5 126/10 126/13 127/7 128/7 128/8 128/11 131/24 132/12 132/22 138/23 139/3 143/1 144/21 146/9 146/20 146/22 147/12 149/2 149/3 149/10 149/22 150/4 150/9 151/7 151/12 154/7 154/9 154/11 159/17 159/17 159/24 161/13 161/18 163/17 166/17 170/11 171/12 171/17 172/13 173/19 177/17 177/24 178/1 178/15 179/1 183/10 185/15 187/7 188/16 190/14 193/1 195/16 195/24 196/2 197/3 197/22 203/1 205/2 205/8 206/5 207/6 209/5 209/7 213/15 215/20 216/14 219/21 220/4 221/13 223/20 224/12 224/18 230/5 230/7 231/20 232/15 233/4 236/25 237/8 237/15 239/21 240/21 241/10 244/22 249/8 251/2 251/15 251/20 251/25 253/6 253/13 255/12 255/13 255/17 255/18 256/13 256/14 256/17 256/19 258/7 258/11 259/10 260/7 260/9 263/6 263/10 263/13 264/3 264/23 266/4 266/17 266/20 267/8 269/3 270/1 270/7 271/2 271/7 273/2 273/6 273/22 274/4 274/4 276/4 276/9 277/5 277/11 278/1 282/2 284/12 286/8 286/10 287/4 287/10 287/14 289/23 290/21 293/24 295/3 297/9 297/24 299/7 302/1 302/2 302/3 303/11 304/16 305/22 306/4 306/11 307/7 307/11 308/5 308/20 308/21 312/1 312/5 313/25 314/18 314/21 315/16 315/21 316/22
wouldn't [20] 30/2 51/1 58/17 87/4 87/7 122/14 161/15 185/2 230/6 249/11 256/17 258/9 258/11 263/7 265/24 266/3 266/25 271/5 283/4 298/20
Wow [1] 85/10
wrenching [1] 146/5
wrestling [1] 236/23
write [1] 9/23
writing [2] 113/3 314/7
written [5] 1/23 8/25 110/9 135/1 315/6
wrong [6] 18/11 88/5 173/6 253/1 255/13 293/10
wrongly [1] 51/5
wrote [3] 218/12 281/6 297/11

Y

yeah [165] 29/23 31/7 31/10 32/4 32/22 34/4 43/3 43/3 43/23 47/10 47/20 48/3 49/16 50/2 50/4 52/1 68/12 73/4 73/16 76/6 77/15 79/23 83/11 83/24 83/25 85/14 88/3 91/24 91/25 94/6 94/9 94/13 94/13 101/21 104/13 104/25 105/9 108/23 118/6 119/8 119/11 120/6 120/17 122/4 132/7 136/14 138/3 139/5 139/8 139/11 140/2 141/20 143/3 146/18 150/19 155/12 156/6 157/20 157/23 161/20 163/23 167/21 167/24 168/2 168/17 168/25 169/3 169/7 169/22 170/14 172/16 173/5 173/11 173/16 174/12 174/20 174/24 175/2 175/4 176/2 178/17 178/20 179/11 180/25 181/1 189/4 193/23 196/5 196/19 198/14 201/11 203/16 204/14 208/1 208/21 208/24 209/21 210/1 210/6 211/2 215/13 219/7 224/17 226/11 230/14 233/3 236/15 240/8 242/20 245/13 246/11 247/8 250/2 252/10 252/23 253/14 257/22 257/22 259/20 261/19 263/19 264/2 264/19 266/19 268/13 269/8 271/23 272/8 272/20 274/1 275/6 275/13 275/16 276/24 276/25 277/24 277/25 278/10 279/12 279/13 282/19 283/10 283/15 284/11 284/16 285/9 287/7 288/1 289/8 291/2 291/23 292/5 293/18 294/9 294/22 296/5 302/5 305/16 306/15 306/24 307/9 308/9 308/14 308/25 315/10
year [21] 35/18 35/18 37/18 37/18 41/8 41/9 60/21 61/24 69/4 193/6 203/6 219/6 220/15 271/13 281/7 281/17 281/17 286/14 301/14 302/11 303/2
years [50] 8/11 17/3 25/21 28/7 28/9 30/18 62/6 66/9 75/18 80/6 102/5 104/18 105/22 110/18 111/6 111/16 111/20 117/4 117/23 118/4 141/5 141/7 141/9 144/14 145/2 146/4 153/2 156/19 156/25 157/21 158/16 159/15 168/22 168/22 169/16 178/12 179/9 179/14 193/6 193/19 202/21 204/1 206/10 206/11 218/4 240/24 243/5 288/22 301/21 302/12
yes [85] 7/11 15/22 20/15 40/5 45/22 47/7 52/20 52/23 53/17 60/12 60/15 63/7 72/18 74/22 78/5 79/20 81/15 86/24 96/6 100/10 102/1 111/7 113/5 114/6 117/1 117/9 118/3 118/25 120/8 120/11 120/14 120/18 126/23 129/22 135/22 136/2 142/15 147/6 147/15 147/15 150/7 158/6 162/3 162/8 163/15 181/15 182/19 187/12 193/15 197/7 198/14 200/12 201/1 206/18 211/23 215/3 217/25 221/8 222/12 227/11 246/23 247/8 268/25 276/13 276/22 280/11 283/18 284/24 286/2 287/2 288/25 289/11 289/14 290/20 291/10 291/17 293/12 294/7 297/11 299/18 299/19 304/8 313/14 314/7 314/9
yesterday [2] 85/13 202/12
yet [3] 44/17 238/6 258/1
you [1813]
you'd [2] 267/4 272/1
you'll [9] 5/25 8/16 9/15 10/24 101/15 108/8 187/21 232/17 255/10
you're [111] 19/1 21/7 21/14 23/14 23/18 26/7 27/2 30/4 31/5 32/1 34/6 34/23 45/8 54/8 63/20 65/12 77/20 78/17 84/9 85/10 86/22 87/18 88/19 91/22 94/20 96/4 101/5 106/5 124/18 128/18 130/13 132/3 133/6 135/6 136/1 142/11 150/2 150/5 156/3 166/10 176/24 177/9 184/11 185/25 191/14 191/15 202/10 205/13 205/17 206/4 208/6 208/22 209/19 210/2 210/4 211/9 212/14 215/11 221/12 224/6 225/17 225/21 227/7 229/11 229/19 231/13 232/10 232/11 232/25 233/15 234/3 234/13 236/12 244/19 246/22 247/16 250/15 251/23 252/3 252/13 252/25 253/25 254/19 259/1 259/2 259/9 259/13 261/10 262/8 264/9 268/10 269/5 270/11 272/18 274/24 277/2 281/14 286/20 287/25 290/10 290/13 290/23 290/25 291/19 293/13 298/4

Y

you're... [5] 298/15 298/16 310/2 310/7 311/14
you've [37] 18/1 22/21 24/21 32/2 32/11 34/6 56/7 56/8 62/24 63/2 63/5 74/11 79/5 80/23 84/15 96/14 104/10 105/22 106/10 110/4 110/8 126/7 141/1 171/21 180/2 196/1 213/6 225/4 227/24 230/24 247/17 247/18 254/15 256/2 262/11 262/20 271/20
young [2] 55/20 224/1
younger [1] 281/16
youngest [1] 297/12
your [297] 3/6 3/20 4/7 6/2 6/12 7/11 8/22 9/5 9/11 9/17 10/2 10/20 11/1 11/7 12/2 12/13 20/8 20/21 21/24 22/1 22/5 23/22 24/9 24/19 24/21 25/4 27/17 29/6 29/12 31/13 33/24 37/12 39/20 40/1 40/3 40/7 41/21 42/10 45/21 46/16 47/2 47/9 47/11 48/10 49/6 49/24 50/19 51/19 51/19 51/20 52/10 52/12 52/17 53/8 54/11 55/14 56/16 57/24 58/8 59/21 61/9 62/25 65/9 68/1 71/12 71/18 72/18 74/18 79/14 80/20 81/10 81/20 82/13 86/12 86/15 88/7 88/11 91/16 92/5 93/3 93/22 96/14 98/1 98/2 99/6 100/4 101/17 101/19 101/24 102/13 103/11 104/18 106/10 107/10 108/1 109/14 109/20 114/15 114/16 115/1 115/13 115/25 116/2 116/2 118/7 118/8 122/3 123/21 124/2 125/1 125/4 125/11 126/2 126/19 127/20 128/4 128/22 128/25 130/5 130/11 130/13 132/21 133/1 134/12 135/2 135/20 137/20 138/12 139/9 145/1 146/25 147/8 148/18 150/11 151/9 152/13 153/2 153/4 154/12 154/12 154/21 154/23 155/2 159/17 160/12 162/1 165/8 165/10 165/13 166/17 168/23 169/5 170/16 170/24 175/11 177/11 178/13 180/10 181/18 182/1 183/9 186/1 186/25 187/9 190/15 190/19 190/22 190/24 190/25 190/25 191/25 193/20 194/3 194/8 196/2 196/12 197/4 197/12 199/25 200/3 200/4 201/2 201/19 201/24 203/23 204/6 205/8 206/18 206/21 208/4 208/4 208/16 210/13 211/6 214/7 216/7 224/15 224/15 228/15 228/15 230/24 231/4 232/20 233/1 234/6 235/8 235/10 237/7 239/13 242/7 243/7 247/10 248/3 248/24 249/2 249/22 249/23 250/18 250/19 250/24 252/2 253/12 253/24 254/4 254/15 259/23 259/25 260/21 262/3 262/13 262/16 262/22 263/4 264/15 265/6 266/8 266/10 266/11 266/12 267/17 268/22 268/23 269/13 270/9 270/16 270/24 272/16 273/22 274/6 275/19 277/4 277/8 278/12 278/23 278/24 278/25 279/11 279/20 283/1 286/24 287/5 287/9 287/12 289/13 289/24 291/5 291/16 292/7 294/25 295/10 296/23 297/14 297/21 298/17 300/4 300/10 300/11 300/17 300/18 300/20 301/6 301/15 301/20 302/12 304/9 305/5 308/6 308/11 309/14 309/18 310/15 312/8 312/17 313/14 314/5 316/1 317/19
yours [1] 143/21
yourself [4] 22/22 77/20 145/21 196/22
yourselves [3] 7/8 8/2 310/8
Yup [4] 109/22 182/5 191/21 230/6
Yupper [1] 250/8

Z

zilch [1] 222/13
zone [1] 238/1