GEAUGA COUNTY CLERK OF COURTS Case: 19C000083, eFile ID: 133817,
FILED: ONDREY, DAVID M 08/10/2022 10:51 AM

# IN THE COURT OF COMMON PLEAS
# GEAUGA COUNTY, OHIO

STATE OF OHIO :
Case No. 19C000083
Plaintiff-Appellee :
App. No. 22-G-0025
- vs - :

GAIL RITCHEY : JUDGE DAVID M. ONDREY

Defendant-Appellant :

\- - - - - -

## TRANSCRIPT OF PROCEEDINGS / Vol. VI of VII

Transcript of Jury Trial Proceedings had before the Honorable David M. Ondrey and a jury panel of twelve and two alternates on the 2nd day of April, 2022 as continued from April 1, 2022 in the Court of Common Pleas, City of Chardon, County of Geauga and State of Ohio.

\- - - - - -

## APPEARANCES:

For the Plaintiff-Appellee
Nicholas A. Burling, Asst. Prosecuting Atty.
Kara Keating, Sr. Asst. Attorney General

For the Defendant-Appellant
Steven L. Bradley, Esq.
Mark Marein, Esq.

\- - - - - -

Anita L. Comella, RPR
Official Court Reporter
Geauga County Court of Common Pleas
100 Short Court
Chardon, Ohio 44024



Proceedings written by Mechanical Stenography
Transcription Produced via Computer

# INDEX

Vol. I = Pages 2 - 318
Vol. II = Pages 319 - 329
Vol. III = Pages 330 - 588
Vol. IV = Pages 589 - 800
Vol. V = Pages 801 - 847
Vol. VI = Pages 848 - 982
Vol. VII = Pages 983 - 1109

## OPENING STATEMENTS

State of Ohio Opening Statement..............592
Defendant Opening Statement ...............601

## STATE WITNESSES

Page No.

CHERYL JENKINS
Direct Examination By Mr. Burling: .........631

CHIEF SCOTT NEIHUS
Direct Examination By Mr. Burling: .........637
Cross-Examination By Mr. Bradley: ..........662

DOCTOR JOSEPH FELO
Direct Examination By Mr. Burling: .........671
Cross-Examination By Mr. Bradley: ..........730
Redirect-Examination By Mr. Burling: .......780
Recross-Examination By Mr. Bradley: ........788

DETECTIVE DON SEAMON
Direct Examination By Mr. Burling: .........809

DOCTOR JOSEPH FELO
Rebuttal Examination By Ms. Keating: ......973

**STATE EXHIBITS**

| Exhbt | ID | Objctn | Stip | Admtd | Rjctd | Wdrwn |
|---|---|---|---|---|---|---|
| 1 | 643 | | | 843 | | |
| 2 | 645 | | | 843 | | |
| 3 | 650 | | | 843 | | |
| 4 | 651 | | | 843 | | |
| 5 | 652 | | | 843 | | |
| 6 | 653 | | | 843 | | |
| 7 | 820 | | | 843 | | |
| 8 | 682 | | | 843 | | |
| 9 | 688 | | | 843 | | |
| 10 | 689 | | | 843 | | |
| 11 | 691 | | | 843 | | |
| 12 | 693 | | | 843 | | |
| 13 | 703 | | | 843 | | |
| 14 | 706 | | | 843 | | |
| 15 | 711 | | | 843 | | |

**Exhibit 1** Photograph

**Exhibit 2** Photograph

**Exhibit 3** Photograph

**Exhibit 4** Photograph

**Exhibit 5** Photograph

**Exhibit 6** Diagram

**Exhibit 7** Thumb Drive

**Exhibit 8** Autopsy Report

**Exhibit 9** Photograph

**Exhibit 10** Photograph

STATE EXHIBITS

| | |
|---|---|
| **Exhibit 11** | Photograph |
| **Exhibit 12** | Photograph |
| **Exhibit 13** | Photograph |
| **Exhibit 14** | Photograph |
| **Exhibit 15** | Doctor Joseph Felo's Supplemental Report |

## DEFENDANT WITNESSES


**Page No.**

KENT E. HARSHBARGER MD
Direct Examination By Mr. Marein: .........864
Cross-Examination By Ms. Keating: ..........926
Redirect-Examination By Mr. Marein: ........951


## DEFENDANT EXHIBITS


| Exhbt | ID | Objctn | Stip | Admtd | Rjctd | Wdrwn |
|---|---|---|---|---|---|---|
| A-D | 963 | | | 965 | | |
| E | 666 | | | 965 | | |
| G | 669 | | | 965 | | |
| I | 963 | | | 965 | | |
| J | 963 | | | 965 | | |
| L | 761 | | | 965 | | |
| M-P | 960 | | | 965 | | |
| Q-U | 964 | | | 965 | | |
| V | 913 | | | 965 | | |


**Exhibit A-D** Camp Koinonia brochures/literature

**Exhibit E** Photograph

**Exhibit G** Photograph

**Exhibit I** Photograph

**Exhibit J** Photograph

**Exhibit L** Climatological Chart

**Exhibit M-P** Photographs

**Exhibit V** Dr. Harshbarger's 09/16/2021 Report

**CLOSING ARGUMENTS**

**Page No.**

State of Ohio Closing Argument ............984
Defendant(s) Closing Argument ............1007

- - - - - -

Verdict ..................................1104

- - - - - -

**P R O C E E D I N G S**

\- - - - - -

[ The following proceedings took place outside the hearing and presence of the jury ]

\- - - - - -

THE COURT: All right. So let's proceed on the record. We're here in chambers outside the presence of the jury on *State of Ohio v. Gail Ritchey*. Case Number 19C83.

We want to deal with several issues, the first of which a motion for acquittal has been made along with a memorandum in support. The Court's going to reserve ruling in order to give the State time to respond. And I'm open to any other suggestions but it seems the logical deadline would be by noon on Monday, is that possible?

MS. KEATING: Judge, we can respond now.

THE COURT: Oh, I forgot you mentioned that.

MS. KEATING: Yeah.

THE COURT: So why don't you

go ahead with your response.

MS. KEATING: So, looking at Ohio Rev. Code § 2901.12(J) that handles issues of venue when there's the death of a person involved. So essentially when it involves the death of a person and it can't be reasonably concluded where the death occurred --

THE COURT: Reasonably concluded or determined?

MS. KEATING: Reasonably determined where the death occurred, then the offender can be tried in the jurisdiction where the body was found. So that would here.

I did find some case law that venue is not a listed element of a charge but it's just a general element that has to be proved. And this particular case dealt with an individual who had been charged with kidnapping and murder. There was a kidnapping that occurred in Franklin County, couldn't find this child for months. Six months later they find the body in Marion

County. Don't know where the homicide occurred. So he was-- the defendant was charged in Marion County with all counts related to the incident.

Here, the State's going to argue that we don't know where this homicide occurred. There are a number of statements that Ms. Ritchey makes during the interview with the interrogation that are unreliable. And we don't believe that we can rely on her statement as to where she was when the baby was born; therefore, we can't prove where the murder occurred. The only thing we can prove is where the baby was found.

Detective Seamon testified that he attempted to verify some of the statements that she made and he did verify some but he was unable to verify where in fact she had given birth. And that based on that, the State believes that Geauga County is the appropriate county to pursue this.

If you think about the reverse, if

this had been filed in Cuyahoga County, Ms. Ritchey could have then remembered that she gave birth in Geauga County and we would be in the same position where the defense would be asking to be moving it here. And the only piece of evidence that we can verify about where this occurred is where the body was found.

THE COURT: Okay. Thank you.

Mr. Marein, do you want to respond?

MR. MAREIN: Actually, I have a couple of comments and if Steve wants to chime in afterwards since Steve had directed the writing that has been filed with the court.

What the prosecutor just described in terms of her legal research is easily distinguishable. You have a kidnapping that occurs in Franklin County. You have the body found six months later in an adjacent county. You have charges of kidnapping and a homicide; that is a continuing course of conduct. And there is a specific provision in the venue

statute that deals precisely with that issue and that opinion was predicated just on that.

Secondly, venue, the determination of where this killing took place, I'm using that term just for purposes of argument, is a function of examination of the record. We don't go outside of the record and for purposes of what is in the record and for purposes of you making a determination for a Rule 29, Request of Judgment of Acquittal, you are confined to the record.

And when the prosecutor says: Well, we don't find her statements to be reliable, this is not a question of determining credibility. It's a question of what is in the record. And what is in the record is one piece of evidence and that is that I gave birth while sitting on a toilet in Shaker Heights, Ohio.

Now, had the State filed a -- or requested an additional charge of, say for example, Mutilation of the Corpse,

then you would have a continuing course of conduct. They chose not to do that. The homicide does not occur in Geauga County. There is no evidence that it occurred in Geauga County. And the determination of whether or not you can believe that statement is not germane to this proceeding, and at this stage of the proceeding.

And then, finally, the officer being asked the question could you verify -- Judge, by the record the birth took place in 1993. The determination of who was the birth mother is done 26 years later. It is a-- the questions-- the question of being able to verify or not is -- it's -- I'm trying to be kind here. It would be ridiculous to assume that you could verify anything 26 years later other than who the birth mother is with DNA.

You have-- there's no physical evidence left. And they clearly talked to the Kantor/McNulty family and they came up absent.

The fact is the only evidence in this record is that Cuyahoga County was the place of the homicide. There is no continuing course of conduct. The venue statute that we have cited is the only applicable provision of that venue statute, and as a matter of law venue is in Cuyahoga County, not Geauga County.

And lastly, to address the prosecutor's argument wherein she indicates: Well, we'd have the same problem if we were in Cuyahoga County, that is-- that falls on deaf ears. No you wouldn't because the record, the only evidence in the record is that it occurred in Shaker Heights.

THE COURT: Okay. Don't add. I listened to all the argument. It gives me enough to think about it.

I do want to pose this question to everybody and that is certainly under civil rules there's issues about waiver of certain types of defenses. I'm curious in this case, since you made a motion to change venue and you didn't

include this specific argument, is it possible that it gets waived under those circumstances?

MR. BRADLEY: By merely making the request? I don't think so. We asked for purposes of pretrial publicity that the court be conducted, or the trial I should say, be conducted in another venue; that would not relieve the burden on the prosecution to establish venue in Cuyahoga County.

If I may just add to a few remarks.

THE COURT: Briefly. We don't want to hold up the jury.

MR. BRADLEY: So the test for the Court is to construe the evidence in a light most favorable to the prosecution and it is incumbent upon the prosecution to prove beyond a reasonable doubt that one or more elements of the crime took place in Geauga County. If that's not done, there is no venue.

Now, they correctly cite the fact that if a judicial precedent is met, to

wit, that there is not -- it can't be reasonably determined where the homicide took place, then it is where the body was found. But I want to emphasize that reasonably be determined is not proof beyond a reasonable doubt.

And as Mr. Marein just articulated, the only evidence in the record here is that the birth took place in Cuyahoga County. And we think that the record-- there is sufficient evidence in the record to reasonably determine that-- where the birth took place and thus the homicide.

So we don't think they're entitled to the benefit of that alternative provision of the venue statute and that what should apply is that one or more elements of the crime took place in Geauga County. And I think the record is crystal clear. Not only is there insufficient evidence. There's no evidence that the homicide took place in Geauga County.

THE COURT: All right. Then

I'm going to defer a decision on it while I think about this one.

What was next on our agenda?

MR. BURLING: Do you want to talk about stipulations or wait until after?

THE COURT: Well, I just know stipulations are coming. We don't have to cover it further.

MR. BURLING: Was it jury instructions?

THE COURT: Well, the jury instructions. Now I've seen them and a lot of it does, the differences center around this whole issue, so obviously no decision on the jury instructions until I make that decision.

MR. MAREIN: The other issue, I believe, was the report.

THE COURT: The admission of the report.

I'm going to admit the report. And the basis would be, while I agree that under normal circumstances it would not be admissible, my recollection is

that Doctor Felo was presented an opportunity to discuss his report and made comments about it without objection, so I think any objection -- and it therefore was identified, so I think the objection to it has been waived.

MR. MAREIN: May I just say something about that?

THE COURT: Sure.

MR. MAREIN: If you examine that record with a microscope, he never addressed that report. He was never asked one question concerning that report. That report was in a direct response to our *Daubert* challenge. That report for the most part discusses the water flotation test which was never discussed.

MS. KEATING: No.

MR. BRADLEY: No. There's two reports. I think the one they're talking about is the one that they're moving to admit which I think is State's Exhibit 15.

MR. MAREIN: But that is --

MR. BURLING: No. He did two. He did two reports.

MR. BURLING: The first one addressed the floating lung test. We didn't use that.

MR. BRADLEY: That's right.

MR. BURLING: The second one.

MR. MAREIN: Then if that is the case, then I'm wrong and I withdraw that objection.

MR. BRADLEY: If we could just make a quick record on this, Judge. So it is from our view perfectly appropriate to elicit testimony from an expert regarding his report. But it is a different level of analysis to allow it to be admitted as evidence into the record. And we think that 803(7) specifically exempts the State from introducing this report into the record and that's the basis of our objection.

We don't waive any objection to it being admitted into evidence merely by allowing him to elicit testimony from it

and we would rely on 803(7) as specifically precluding it from being admitted into evidence. And with all of that being said then and without waiving our arguments, then we would look to elicit testimony from Doctor Harshbarger regarding his report and admit his report.

MS. KEATING: And we were going to have absolutely no objection to the admission of that report. I think you may want to redact the lung flotation.

MR. BRADLEY: Sure. We can redact as appropriate.

MS. KEATING: But, I mean, our plan was to not object to that report.

THE COURT: Well, good. I thought about it as a compromise but I didn't think I could make anybody do --

MR. BRADLEY: To be clear, we're not looking to broker compromise here. We think 803(7) specifically precludes the admission of this report. But understanding and respecting the Court's ruling, then as the alternative

we would look to introduce Kent's-- Doctor Harshbarger's report.

THE COURT: So lastly, did you guys one want to respond any further to their arguments about this report?

MS. KEATING: Doctor Felo specifically testified to the contents of the report. This specific report goes into the 5 percent of the microscopic examination was this; 40 percent was distended; 55 to 60 percent -- all of that he testified to and that's what's in his report and so it's no longer hearsay. He's testified to it in court and then it becomes important for the jury to consider when reaching a verdict.

THE COURT: Okay.

All right. Well, that's where things stand right now then is I'm admitting it. Your objections are noted. And it's my understanding that the defense intends to utilize the report of its expert during testimony today and that the State, preserving any

other objections, won't object otherwise under the same civil rule provision.

Okay. Anything more?

MS. KEATING: Doctor Felo will be watching the testimony of Doctor Harshbarger.

THE COURT: Oh, that's right. Yes. So let the record reflect that defense is not objecting to Doctor Felo observing the testimony of Doctor-- what's the name?

MR. BRADLEY: Harshbarger.

THE COURT: Harshbarger. I keep wanting to call him Hartshorn for some reason.

MR. BRADLEY: Harshbarger.

THE COURT: Anything else, folks?

MR. BRADLEY: No. Could we just have a few minutes before we call the jury in?

THE COURT: Yes.

\- - - - - -

[ The following proceedings took place in open court within the

hearing and presence of the jury ]

\- - - - - -

THE COURT: Good morning. Please be seated.

Ladies and gentlemen, as you heard at the end before you were dismissed yesterday the State has rested its case; therefore, it is the defendant's opportunity now to present her case and, therefore, I'm gonna ask Mr. Bradley if you would proceed.

MR. BRADLEY: Actually, Judge, our first witness will be directed by Mr. Marein.

THE COURT: Thank you.

MR. BRADLEY: I'm gonna go get Kent right now.

For the record, Judge, the defendant calls Doctor Kent Harshbarger.

THE COURT: Thank you.

**KENT E. HARSHBARGER MD, JD, MBA**,

witness herein, called on behalf of the defendant, being first duly placed under oath or affirmation was examined and testified as follows:

DIRECT EXAMINATION

BY MR. MAREIN:

MR. MAREIN: May I proceed, Judge?

THE COURT: Yes, you may. Please do.

MR. MAREIN: First of all, good morning to, everybody.

MULTIPLE VOICES: Good morning.

BY MR. MAREIN:

Q. Sir, kindly state your full name spelling your last.

A. Sure. My name's Doctor Kent Harshbarger H-A-R-S-H-B-A-R-G-E-R.

Q. Doctor Harshbarger, what do you do for a living?

A. I'm a board certified forensic pathologist and I currently am the elected official Montgomery County Coroner which is Dayton, Ohio.

Q. Beyond Montgomery County how many other counties do you serve as doing forensic pathology in the State of Ohio?

A. As an office, the Montgomery County Coroner's office is a regional forensic center. We serve, depending on one other county because they also are a regional center and we get

their overflow, between 30ish, 33 and 40 counties. There's 88-counties in Ohio.
Q. Do you ever get any rest?
A. Not much. I have a very well adequate staff.
Q. Doctor, I want to in a general sense, what does it mean to be the Montgomery County Coroner? What do you do?
A. Well, the coroner in general is responsible for designing, implementing, administrating the death investigation system for their jurisdiction, their county.
Montgomery County also has the regional component which I manage, manage personnel, manage budgets. Ultimately in Ohio the coroner has to be a physician, either an MD or DO; that's one of the requirements for Ohio. You do not need to be a forensic pathologist but I happen to also be, so I also do autopsies. I do them for Montgomery County, although less now that I have been the coroner. And I do it in a private setting or private practice. I do multiple autopsies in Ohio. I work in Indiana. I used to cover Kentucky as well, parts of Kentucky.
Q. Doctor, I'm gonna go through your

qualifications and I am going to violate a rule that my mother once told me and that is don't praise yourself but I think it's important that we talk about your educational background, your job experience, your degrees, your writings.
A. Yes, sir.
Q. Can you do that?
A. Yes, sir.
Q. Can you try?
Let's start out with your employment history.
A. Sure.
Q. If you would be so kind, can you detail that for the jury?
A. Sure. I was appointed the coroner of Montgomery County in September of 2011 and have been the coroner since, still am today. Prior to 2011 I was a deputy coroner. I also ran office operations. I started that position in November of 2002 through that September of 2011 when my predecessor retired.
Prior to 2002 I had worked in a private practice in central Illinois covering actually a majority of central Illinois doing cases, forensic pathology.

I also in my employment history am a recently retired army reservist with 36 years of service where I was assigned to the Armed Forces Medical Examiner's office. I was a consultant for many years at the Dayton Veterans Hospital in their pathology lab mainly doing autopsy pathology but also surgical gross pathology or dissection of the gross tissue.

I think that's-- so I still have my private practice. And my final employment is I am currently titled as the Chief Forensic Officer for the Ohio State Coroner's Association.

Q. What does that mean the "Chief Forensic Officer"?

A. Mostly it means it's the complaint department but I also am responsible for training new coroners that are out of cycle. So Ohio law requires a newly elected coroner to have certain hours of training, if they're appointed like I was out of cycle, I provide that training. I'm available for consulting to any coroner who has questions.

I backfill many coroners when they're on vacation. I backfill for signing death

certificates, if the coroner's unavailable. I talk to families. Participate with the board. And then also function with the association in sort of a, not really a lobbying capacity, but consulting with legislators on proposed law changes.

Q. I want to move to your education and I want to start with your undergraduate studies.

A. Okay.

Q. Where, when and what degree?

A. Well, I graduated high school in '84 and I started at a junior college in electrical engineering, and was less successful at that venture and took a couple years off when I joined the military. Went back in '86 to Southern Illinois University where I from '86 to '90 I got my bachelors of arts degree in physiology with minors in biochemistry and psychology. I graduated that in 1990 as my undergrad.

Q. And how about your medical school training?

A. Sure. So after college I attended Southern Illinois University School of Law from '90 to '92. From '92 to '96 I attended Southern Illinois University School of Medicine. In '96

I graduated with my law degree and my medical degree. It's technically a combined program so when I started I was designed to get both degrees; that was my medical education and law school.

Q. And explain to us why a medical doctor would get a law degree?

A. Well, this was the mid-80's when medicine was changing with a new thing called HMO's and many doctors were not happy with the potential futures of medicine. And I had an opportunity with the college that I went to, their combined MD/JD program was I was the second class, so essentially applying during the first class. I am smart enough to know that I went from an application pool of several hundred people for 70 slots to an application pool of two. And we got both got in.

So one was potential job careers. I was at the time interested in forensic pathology. I started college with a minor in administration of justice. I was going to be a police officer, an Illinois State Trooper at the time.

So finding forensic pathology I knew

that's a likely destination for me so the law degree combined program made sense at the time for career-wise medicine changed had another professional degree and it combined with forensic pathology at least from a knowledge sense.

Q. And to deviate for a moment, has that law degree been instrumental in your service as a board certified county coroner?

A. Yes. But I don't know that-- because I have it, I don't know the opposite side.

And I've used it for teaching. I teach presenting-- I present medical evidence lectures to our prosecutor's office, other venues. I don't practice law. I don't pretend to practice law but it does allow some greater familiarity maybe and knowledge of what is needed for the system.

Q. I'd like to talk about your residency and any fellowships, intern. Can you talk about that?

A. Sure. I graduate like I said in 1996 and then I attended an anatomic and clinical pathology residency program in Muncie Indiana at Ball Memorial Hospital. I graduated in 2000. And then I attended my fellowship in forensic

pathology which was at the Montgomery County Coroner's Office in Dayton, Ohio where I currently work. So that's my fellowship.
Q. Have you held any teaching positions?
A. Yes. Some of my-- well, my teaching positions are at Wright State and Ohio University their Specialty College of Medicine, United States College of Medicine and I am an associate assistant professor which basically means you're a volunteer. And I have taught the renal pathology course. I've done some neurodegenerative courses to the med students but mainly our function is having residents or med students from those schools rotate through our autopsy service in our office, most of my teaching is done at the autopsy table with med students or residents.
Q. Doctor, I note that you also have a masters degree.
A. Yes. So I was recruited back to Montgomery County Corner's office in Dayton as I said in November of 2002 with the intent of becoming the coroner or recruiting back to become the coroner. Doctor Davis, my predecessor, was going to retire in 2004. He retired in 2011.

So in that meantime I knew it was coming, so administrative duties were coming, so I felt I clearly enjoy education, so I did go back and get my master's of business administration from Wright State University 2006 to 2011.
Q. Okay. I want to talk about board certification. What is that?
A. In a general sense board certification is simply a third party or an outside entity that creates verifiable standards or milestones that one has to get and then ultimately pass an exam that they create and certify. And then they declare you're board certified because you've met their requirements.
Q. Are you board certified in any specialty?
A. I am board certified in what's called anatomic and clinical pathology as well as forensic pathology.
Q. So three separate board certifications.
A. Essentially, yes. But it's a little bit more complicated because pathology has anatomic pathology as a stand alone board, clinical pathology as a stand alone board, and then they have a combined anatomic and pathology. So while it could be three, mine is anatomic

clinical combined, so it's really two boards because I didn't do them separately. So it's technical, but it's really two boards because anatomic clinical is combined.
Q. How about licensure?
A. Yes.
Q. Were are you licensed to practice medicine?
A. Sure. Currently licensed in Ohio, Kentucky and Indiana.
Q. I'd like to move on to professional appointments and administrative committees. Can we do that?
A. Yes, sir.
Q. I note that you are a chairman of an ethics committee?
A. Since 2013 I have been a member or the chairman of the National Association of Medical Examiners' Ethics Committee. Yes.
Q. And what about affiliation with the National Association of Medical Examiners?
A. I am currently a sitting board member. Recently as of last year was on the executive committee, been on multiple committees for that organization, am a current fellow.
Q. And have you been appointed to any committee by

the governor of the state of Ohio?
A. I have. And I'm gonna forget the name. I'm trying to scan through it. Working group for review of the medical board's handling of the investigation of Doctor Richard Strauss. I sit on that committee, the Ohio State team physician of recent news. I sat on that committee which basically was brought together to review the policies as related to the medical board of Ohio and how they-- how their procedures failed or did not fail in that process.
Q. How about an affiliation with the Indiana University School of Medicine?
A. I have had affiliations with the Indiana University School of Medicine. I don't currently have that affiliation.
Q. But in what capacity?
A. I don't recall that. I was a trustee for the Indiana Medical Society as a resident. I have been president of the resident section of that. I have been president of the American College of Legal Medicine but I don't know the Indiana connection.
Q. Being the president of the American College of

Legal Medicine what does that mean?
A. So the American College of Legal Medicine is a national organization similar to what we just talked about with the National Association of Medical Examiners.
It's a national group and of note, it is exclusively attorney/physicians, so MDs, JDs with some ancillary membership but it's all physician/attorneys and I served in multiple positions and then eventually was elected president of that organization.
Q. Have you had an occasion during the course of your professional endeavors to engage or be a spokesperson for presentations and/or lectures relative to your specialty of forensic pathology?
A. Yes, I have. And I did find the Indiana School of Medicine where I was a faculty member for a brief period of time. So, yes, I've done multiple invited lectures or presentations.
Q. Can you take a look at and reference your CV that's in front of you, and just briefly tell us where you have provided lectures and presentations.
A. Nationally I've given presentations: The

National Institute of Forensic Technology Institute of Excellence in Washington DC. Attorney association meetings. Ohio Society of Interventional Pain Medicine meetings. Medical schools. Prosecutors offices. Funeral home and embalming organizations. Miami Valley EMS or multiple EMS symposiums. Children's hospital pediatric trauma symposiums. Multiple grand rounds presentations. Dayton Metropolitan Honor seminars. Our tissue banks presentations. Coroner's Association meeting presentations. FBI evidence response team training classes. Association of Tissue Banks, that was in California presentation. Everything else looks like its becoming redundant. I did UD, University of Dayton, has seminars where I've been asked to present.

Q. In your capacity as the Montgomery County Coroner have you had an occasion to work extensively with county prosecutors?

A. Of course, yes. Uh-huh. Yes. Well, that's -- obviously that role is supporting their office with death investigations.

Q. What about publications? Can you just briefly tell us where you have been published and

regarding what?

A. Sure. Most of-- many of my publications are as a resident with a few coming afterwards. But we did a research paper which was published in the Armed Forces Institute of Pathology magazine called Legal Medicine. Two of those articles have been published in the Annals of Diagnostic Pathology. Diagnostic Cyto Pathology. Platform presentations at various meetings.

I did author some-- they're called Continuing Education Programs that the College of American Pathologists produces, so basically case studies that pathologists use and answer questions to get education credits. We've done some papers in the Journal of Analytical Toxicology. Journal of Legal Medicine that were mostly book reviewed sections.

Q. Doctor, how many autopsies have you performed in your career?

A. Obviously not perfectly kept track but over 5,000.

Q. How many autopsies have you performed in your career as it relates to infants?

A. Again, not perfect records, a hundred, 125

somewhere that kind of range.
Q. Have you been called upon as the Montgomery County Coroner to make determinations of live birth?
A. Yes, sir.
Q. How is it that you got involved in this case?
A. Phone call or letter. Correspondence. I don't really remember which one but I believe your co-counsel reached out to me to be involved.
Q. Okay. And does the fact that you have been engaged as a defense expert create any ethical issues for you whatsoever?
A. No. Our job as forensic pathologists is the science based professional not-- we're here to help educate and use our skill set for these purposes. I don't -- the side that I'm working for at the time is irrelevant. It's -- my opinion wouldn't differ.
Q. As it relates to this case were you provided with certain documents, photographs, and/or other evidence?
A. Yes, sir.
Q. And who provided you with that information?
A. Your co-counsel or the office provided that.
Q. Can you tell us what it is that you've reviewed

and analyzed --
A. Certainly.
Q. -- in connection with this case?
A. Certainly. The coroner's report which subsumes many documents but some brief investigative information, an autopsy report, toxicology report, x-ray reports, all from the Cuyahoga County Coroner's Office, scene and body photographs, photographs of how the remains were found, and then at autopsy. And then I also examined the microscopic tissue slides themselves at the Cuyahoga Medical Examiner's Office. I said coroner's office but medical examiner.
Q. Doctor, have you had an occasion during the course of your professional endeavors to testify --
A. Yes, sir.
Q. -- in a courtroom?
A. Yes, sir.
Q. On how many occasions?
A. I have raised my estimates over time. It's over a hundred now but I don't have an exact figure.
Q. Have you been declared an expert in your field?

A. Yes.
Q. And have you been deemed to be of significant expertise such that you were able to render opinions in a courtroom?
A. Yes.
MR. MAREIN: Your Honor, I would respectfully request that the Court deem Doctor Harshbarger as an expert so I can begin eliciting his opinions.
THE COURT: Does the State have any comment?
MS. KEATING: No objection, Judge.
THE COURT: So granted.
MR. MAREIN: Thank you.
BY MR. MAREIN:
Q. So, Doctor, you've identified those items that you've reviewed in connection with the services that you have provided in this case.
A. Yes, sir.
Q. And have you been able to opine whether or not this was a live birth?
A. I have not been able to opine that.
Q. Why not?

A. That's a long answer.

Because the data available does not support using limited information i.e. microscopic evaluation of the lungs as a determinate or the sole determinate for live birth or evidence of essentially voluntary muscle movement which the breathing is the marker that you were able to expand your chest.

The only real markers of that are food in the stomach, although that can be faked as well, but if a child has eaten, then you know they can coordinate their muscles and swallow food.

So breathing, having expanded alveoli microscopically in my opinion is a useful data point but it is unreliable when all the other markers we use or other markers we typically have available to us allow for greater confidence by doing that.

So in my opinion there's just not enough information on top of post-mortem changes that have occurred which prevent reliability from that microscopic evaluation as really the sole data point we have. And I think it's just too unreliable to make that conclusion.

Q. Is there any way with the information that you have been provided in this case that you could comfortably, professionally, ethically tell us to a reasonable degree of medical certainty whether this was a live birth or not?
A. I could not do that. I did not. I don't do that. It's not my opinion in this case.
Q. We're gonna get to talking about this case, but I want to talk to you about your research that you did, medical research as it relates to this case.
A. Certainly.
Q. Tell us what you have done.
A. Obviously, I went and read chapters again, text book, forensic books and I, you know, as we all do, get on Google, you know, and search for articles. And I have, there's more -- some recent articles and one was it said actually from the Academic Forensic Pathology which is a publication of the National Association of Medical Examiners at this time. So it's a review article basically on that topic: Was the baby born alive and how that evaluation would take place. Also an article called Macroscopic and Microscopic Findings of an

Infant Lung in Cases of Live or Stillbirth. So combined with those, and the articles cite the textbooks as well, where those articles describe known cases where a baby is stillborn having expanded alveoli, known cases of live birth where the microscopic evaluation of the lungs have atelectatic or collapsed alveoli.

While it is relevant to the discussion, it's not enough data because it can go either way. If you have known stillbirth with expanded alveoli, and known live birth with collapsed alveoli, then because in the environment of forensic pathology, we don't know the starting point. Correct? We don't know. We're having to make assumptions -- assumption is probably the wrong word. We're making interpretations based on the data we have.

The data is known to cross over. It's not uniform in that an expanded alveoli means air was voluntarily passing back and forth through the baby's independent action from Mom. There are artificial means by which the alveoli can be expanded histologically. The main one is resuscitation, so air being forced into the

lungs during attempted life saving measures. The second main category is decomposition, so other things producing air that expand the lung.

If those are not present, then the microscopic evaluation becomes more confident. If those are present then the microscopic examination becomes equivocal or just a data point that you then look at other data points.

In this case we just don't have-- we have some other data points but we don't have many data points, other than the lung histology, and in my opinion that's not enough to conclude reasonably scientific certainty that a live birth occurred.

Q. Now, you studied the autopsy protocol --
A. Yes.
Q. -- that was authored by Doctor Challener back in 1993?
A. Yes, sir.
Q. Did you scrutinize that protocol?
A. Yes.
Q. Did you find there to be mistakes in the findings in that protocol as it relates to, let's start with the adrenal glands?

A. Yes.
Q. Tell the jury about that.
A. In the -- so, an autopsy I'm sure you've heard is done with the external exam, internal exam where the organs are evaluated. In this protocol there are multiple areas of the body absent and they are described, you know, stomach, gastrointestinal, the colon, the bowel, small bowel, pancreas, kidneys, adrenal gland, left arm, right leg are all absent. Ribs are missing, left lung is missing. So one of those described as absent is the adrenal glands; however, in the microscopic description section there is a description of the adrenal glands in the microscopic. So it's-- I'm not-- it's internally inconsistent. It's possible that the tissue was found later but it's internally inconsistent if the adrenal glands were absent yet they're described microscopically.
Q. Have you looked at the autopsy photographs?
A. I have, yes.
Q. Doctor, I'm going to hand you State's Exhibit 9 through 14.
A. Yes, sir.

Q. And I'm going to ask you to kindly review those and tell us if you've had an occasion previous to today's proceedings to have reviewed those?
A. I have. These are the photographs I've reviewed as part of my analysis.
MR. MAREIN: Can we publish for purposes of this segment of his examination, Judge, so that the jury can see what the doctor is referencing?
THE COURT: The exhibits you just referenced?
MR. MAREIN: Precisely.
THE COURT: Sure.
BY MR. MAREIN:
Q. Doctor, this is State's Exhibit 9, I believe?
A. Yes, sir. It is.
Q. What can you tell us from that photograph?
A. You know, infant obviously. Here there's been post-mortem mutilation as some of the trauma we just talked about artifact-- not trauma, but artifactual changes are present in this exam.
I would have preferred a scale. There's no height. There's no length mentioned. Obviously it would not be very accurate in these remains but there is no recording of a

foot length or length of the body which is helpful in determining gestational age.
Q. Can you tell us anything from the examination of that photograph that would support the determination of live birth versus stillbirth?
A. No, not from this exhibit. And further, I believe this exhibit shows particularly of the head, the leg, maybe the umbilical cord stump, the internal soft tissues of the chest, see the muscle is a darker grey; that decomposition is occurring, which then gives you a source of gas production which is a source of expansion of the alveoli artifactually.
Q. I'd ask you to reference your attention to State's Exhibit 10. And from the examination of that photograph, what can you tell us?
A. It's similar observations, particularly of the internal tissues, very autolyzed. The, I believe it's the left leg present and right arm, but above the lower extremity right where the pointer is now, very gray, greenish tissue so, again, to me indicative of some degree of decomposition and therefore a source of air.
Obviously internal organs are absent which in the evaluation of a live birth and

stillbirth what becomes significant is [1] those measurements gestational age could the infant have survived outside the womb and, second, are there any risk factors which would support inter-uterine death or peri-- death during labor.

So is there a congenital anomaly? Is there infectious organs? Is the placenta normal? Is it infected? Is there a long cord? Was there a cord accident? All those things. Because we're missing significant parts of the tissue in my mind reduce your confidence level when opining on expansion of lung alveoli because you don't know many another variables that potentially existed.

Q. Now, just looking at the head of the infant, can you tell us how far along the child was in its development?

A. No is the correct answer. Is it appearing later in term? Yes. I don't know how many weeks but the weight supports that as well as being at least the potential of a viable infant outside mother's womb by size.

What's most significant in my mind of this photograph and the head itself is it doesn't

show maceration which is one of the things you consider when live birth versus stillbirth is did the baby die in utero and then has a decomposition-type change which is maceration which is a sterile sort of autolysis or breakdown of the body and the brain, the head, and the sutures can begin to overlap. There's a much darker red appearance.

So me it's evidence that the baby is not macerating. It's not a long term inter-uterine change. Doesn't mean it wasn't dead in utero. It's just not long term, days so to speak.

Q. Can you now reference your attention to State's Exhibit 11?

A. Yes, sir.

Q. Looking at the baby's face can you tell us anything about how far along the baby was in its development?

A. Same answer. Again, technically, no, although it is farther along. In term you need really the measurements to decide. And this photo does show some suture overlap because we know during the later exam the brain is essentially autolyzed or no longer really meaningful. The exam is no longer meaningful due to

decomposition changes, and that's evident as the skull is basically contracting over itself because the internal tissues are lost.

You can't really tell age with any kind of detail from this picture, other than it is most consistent with viability which is 20 weeks but is it 30 weeks or 40 weeks or 45 weeks? You can't tell from this photograph.

Q. And regarding the ability to be able to opine with a reasonable degree of medical certainty the infant's development, why would that issue have relevance in determining whether it was a live birth or a stillbirth?

A. Well, there's a foundational question that must be answered. And a live birth is defined as the extrusion of the products of conception and independent of the mother.

So only appropriately gestational age infants, fetuses, can survive outside the mother regardless. So, and we use 20 weeks-ish, some countries use 24 weeks, some countries use 28 weeks to define when that period of time is.

So that's a foundational question a pathologist must answer is this even possible

to sustain life independent of mother. So the gestational age becomes significant along with those measurements that we talked about that weren't provided. Partly because of the mutilation, I'm not necessarily being overly critical, just the data points aren't here.

And then finally by using those measurements and having an idea of the gestational age, it's useful in predicting other risk factors. For instance, when you do the weight of this child against the charts, it's 31 weeks in the 10th percentile and I think 35 weeks in the 90th percentile. Clearly there's tissue missing. Clearly the baby was heavier than that putting it closer to full term by numbers.

But we don't know if the baby is actually 32 weeks and in a range of a 40 week baby. So then it's growing too fast. Does the mother have gestational diabetes? Other things that now the placenta is not sufficient to maintain that life independent-- not independent but in utero, particularly during the process of labor.

So the gestational age question becomes

relevant in assigning risk or tiers of confidence when you are putting the whole story together. And because we don't have that information it reduces in my opinion the ability to say to a reasonable degree of medical certainty just the air or the expansion of alveoli is a live birth.

Q. Doctor, can we move onto the next State's Exhibit which I believe, correct me if I'm wrong, is 12?

A. Yes, sir. It is 12.

Q. What can you tell us from that photograph?

A. The purpose of this-- really not much. The umbilical stump is autolyzing, deteriorating but the photograph is there to indicate that it's torn. It's not-- it hasn't been cut. It's not a smooth line. And obviously there's decomposition and animal predation that's happened, so the only thing we know is this stump is not smooth. It's not-- it could be animal. Could have been torn during delivery. But it's an example that the umbilical cord stump is there but it is jagged.

Q. Can you tell us anything from that photograph as it would relate to answering the question of

whether this was a stillbirth or a live birth?
A. Nothing from that photograph. The corollary of this photograph is that section seen histologically which was done and so you look for, if that was the actual separation point at birth, you look for inflammation. So if you have a wound, the body tries to heal it. Same principle.
There's no inflammation or microscopic evidence of reaction at that-- wherever the section was taken and I don't know where the section was taken of that umbilical cord. There's is no inflammation. Inflammation would be a further supporter of a live birth.
Q. I'd ask you to now reference your attention to State's Exhibits 13.
A. Yes, sir.
Q. What is that, Doctor?
A. It's an organ block sort of photograph so this is the internal tissues that remain, removed from the body, so it's sort of taking the picture in isolation.
The picture's purpose is to show the defects in what's call the pericardial sac, so the forceps and, looks like two pairs of

forceps maybe or scissors, are holding up the pericardial sac which is the tissue around the heart, sort of lubricates the heart as the heart's moving and fluid. Showing the puncture wounds from the animal activity in that structure. But it also shows the lung, liver, some of the neck structures, presumably the aorta vasculature going towards the legs is on the right side of the photograph.

To me, and what the autopsy protocol doesn't describe well, is what-- while it's advantageous to be the pathologist doing the exam, is texture. So an aerated lung is puffy. It's sponge-like on texture; that's not described. And the gross appearance of an aerated lung changes from sharp borders, collapsed in the chest cavity, to a puffy pink-red filling up the chest cavity. We've lost all that.

And this picture to me does not show an aerated lung. In fact the heart is almost bigger than the lung itself which that's-- the pointer's now on the heart, not by weight but the heart is clearly heavier. But that lung is sort of reduced, collapsed into the chest. We

don't have a chest. The chest walls are artifactually absent. Right ribs are gone. But that is not a macroscopic or visual appears of a healthy, aerated, pink, expanded lung.

So if you take for instance the corner of drywall is normally a very sharp angular point but you can round that edge, bullnose or something to it. It's the similar aspect of a collapsed lung, atelectatic lung, but now an inflated lung; that edge or margin along the heart edge is very sharp in this photograph. In a lung that is aerated and examable, fresher state, it has that curved margins to it which are not described in the autopsy report.

There is description in the autopsy report of a color change which is present in this photograph, sort of near the heart on the anterior or front surfaces of the lung. There is a lighter red-pink color which is consistent with air or gas, some expansion of the lung. Fully agree with that. But we don't have the texture which is very important which makes, again, the only way to evaluate the histologic appearance or microscopic appearance is in context of the gross or macro appearance.

I don't think that is clearly an aerated lung and, therefore, I have less confidence in the microscopic being not artifactual.

Q. In the course of your professional endeavors have you had an occasion to examine lungs and make the determination as to whether it was aerated or not?

A. Yes, sir.

Q. On how many occasions?

A. It's not a common occurrence, so it's a dozen, two doz-- you know, two, 24, you know, in that range. It's not-- thankfully, 20-year practice it's not something we do every day. It's in the 20's, upper teens, 20's, that I've actually done this exact exam.

Q. Now, I'd like to discuss the cause of the colorations.

A. Sure.

Q. Can you address that subject matter for this jury?

A. Sure. So in a unexpanded lung the alveoli are compressed or collapsed, unexpanded. The tissues then sort of overlap one another and they have a darker more dense purple color because you're seeing more of the blood on

itself and the tissues on top of itself.

When gas expands that lung you now create more volume, and actually more blood comes in because the surface area has changed inside the capillary, but the color is now able to appear lighter because you've expanded with gas. So as gas gets into the lung and expands it, it changes from that sort of bloody deep purple color to a more pink-salmony color as this tissue sort of separated and the air changes the light basically resistance to change the color.

Q. Beyond breathing, what other way is there for gas to be introduced to the lung?

A. Sure. The main one is resuscitation, so actually doing CPR, so to speak, is forcing air into the lung from a clinical sense. Air can be forced into the lung in a non-clinical sense i.e. animal activity. So air can be brought into the lungs through the birth process, so humans are-- we're negative pressure breathers so we have to create a vacuum inside our chest to bring in air. We don't force air in. So anything essentially that compresses the chest with an open airway and then allows the chest

to rebound is going to create that pressure difference to bring air in when the chest expands.

So the birth process can bring air in. You know, standing on the chest as an animal while you're chewing on the cheek can blow air in and attack the airway, can create sort of a bellows effect where the other lung is collapsed and air is pushed over to the other side. That air may be air brought in artifactually or it can be created through bacteria, decomposition, that the air is present in the lung that's then forced during the animal activity onto the other side and potentially expands the airway in those artificial mechanisms.

Bacteria can produce gasses as well. And that, the presence of those gasses can expand alveoli artifactually. You can have expanded alveoli without gas even being present. They just appear expanded. And many articles now are referring to that histologic appearance more of a sign of lung maturity than they are of expansion as a reliability component.

Q. So in connection with the coloration of the

lung that is presented in this photograph, what can you tell us?

A. It's anterior where gas would collect, assuming if the remains were upright. It's a relatively small portion of the lung. To me the most of the lung is a deep purple particularly as described in the autopsy report posteriorly.

It's very glistening heavy looking. I don't have the description of the feel which would have been helpful. But it's certainly not the appearance or color of a uniformly aerated, breathing, infant. There are places where there are expansion evident by that color change, yes.

Q. And the review of that photograph, does that provide you with any basis to say that this was a live birth?

A. I don't believe so. I believe it adds data which I think is actually opposite of defining it as a live birth.

Q. Why?

A. Because that lung doesn't -- it's very collapsed, shrunken, sharp margin. It's less consistent with a live birth in my opinion.

Q. I now ask that you reference your attention to

I believe State's Exhibit 13. What can you tell us about that photograph?
A. This photograph is sort of close up to show the defects in the pericardial sac. There is some lung, again, unfortunately covered by the scale, it does have to the date, I believe that's the date -- Case Number, 09326, that area of the scale, beneath that is sort of that salmony more red color where the bottom is a little darker and more purple as described in the autopsy report. I agree with the description.
Q. And how does that assist you in making a determination of stillbirth versus live birth?
A. Basically, again, it's reflecting that you have the heart basically from the utensil in the picture sort of in the middle of the photograph to the utensil on the right side of the photograph a little lower from the utensil to the -- by the scale, and the lung is only slightly larger than that. The lung is filling your chest cavity where your heart -- you know, it is not an expanded lung. We don't have a chest cavity. I fully admit that it could have been collapsed during that process but that's

not an expanded lung that's been aerated.
Q. So can you hypothecate as it relates to the review of that photograph?
A. As to?
Q. Hypothecate as to live birth versus stillbirth.
A. Again, I am of the opinion that that is a data point which is my whole opinion or basis. You need multiple data points because the histology is not a hundred percent. I think this gives you a data point on the side of not a live birth or at least enough variability that gives me pause on just the microscopic because they don't line up. The microscopic and the gross are not the same appearance.
Q. All right. Let's take that down.
Doctor, I want to now move into the subject matter of your review, examination, and analysis of the microscopic slides in this case.
A. Yes, sir.
Q. First of all, you were provided how many slides?
A. I don't know that I have that information with me. There's three sections-- three of the slides have lung sections.

Q. Okay. That's what I mean.
A. Yes.
Q. So just so we're on the same page, three slides relating to lung tissue?
A. Correct.
Q. Where did those slides come from?
A. The only thing I know or believe with labeling is from the autopsy, so they came from the right lung. We don't know where.
Q. How many lobes are there in the right lung?
A. Three.
Q. And where in the lung, which lobe were those tissues taken from?
A. That is not defined in the autopsy report.
Q. What is your criticism regarding that?
A. Criticism. It would have been advantageous to know instead of assuming that it's one from each lobe. For instance we don't know where they're taken from. So if you have artificially expanded areas that changed color and the sections all came from that area, you would have expanded alveoli appearing where the other tissues that weren't sectioned and from the macroscopic appear atelectatic or collapsed, you would miss that.

I don't know what-- you know, it's an assumption to assume that they're taken from multiple places which may be a reasonable assumption but it's still an assumption.

Q. As a board certified forensic pathologist how appropriate from a scientific standpoint is it for you to rely upon assumptions?

A. I would not rely on assumptions to make forensic conclusions. That being said, some of the detail or examination we do, does allow for interpretation on multiple data points. So the fewer data points you have that you are making opinions about because we don't know what actually happened, the more likely you introduce error.

So in these investigations you want and prefer to have historical information, scene information, medical records, and what was the maternal care, what's the mother's health, what did the placenta look like, what did the kidneys look like; all those things that we don't have. No decomposition. And because we don't have those things, it reduces the confidence level in making opinion statements.

Q. You had an occasion to review the three slides

in this case.
A. Yes, sir.
Q. What conclusions were you able to come to as it related to your examination?
A. There were certainly expanded alveoli microscopically. There's no question that that's present. There are when I looked at it I agree with the autopsy description. There are in the report areas of atelectasis or collapse of the airways are also present. So I agree with the autopsy. I agree with the provided-- that there are expanded alveoli histologically. No question.
Q. And what does that tell us as it relates to the ultimate conclusion of the question of live birth versus stillbirth?
A. That's all it tells you is that there's expanded alveoli histologically. And then you have to-- are there other explanations for why that would have occurred? And the answer is, yes.
Q. And what is that?
A. Animal activity. Forcing air in and out of the mouth because there's an animal chewing on the cheek. Chest impressions, either during birth

or during the animal process while the chest and airway were still intact. Decomposition. So the tissues have changed and bacteria can produce gas and that can collect in the lung tissues. Processing of the lung can create the appearance of expanded alveoli. There's some reports the autopsy itself can produce evidence of expanded alveoli.

As we talked about, stillbirth cases have expanded alveoli. Live birth have collapsed alveoli. Known cases. So everything is a data point. My exam shows expanded alveoli but I believe there are non-live birth reasons that that might be present.

Q. Doctor, I'm handing you what's been marked for purposes of identification as Defendant's Exhibit G. Can you tell us whether you've ever seen that photograph before?

A. Sure. I've seen this before. It's a photograph taken during the scene investigation.

Q. And does it show a thermometer?

A. It does, yes.

Q. And can you on review of that photograph tell us what the thermometer is showing?

A. You can't see where the end of the thermometer is or what it's measuring. I assume it's either in the axilla or it's in central sort of tissues. I can't tell. You see the thermometer reading itself which is reading looks like 50 or 49 degrees.
Q. Handing you what's been marked for purposes of identification as Defendant's Exhibits E. Have you seen that photograph before?
A. I have seen this photograph before.
Q. And where is the thermometer placed?
A. The thermometer in this Exhibit Number E is in the mouth.
Q. And gauging what?
A. Body temperature, so internal temperature. It attempts to get a marker of what the temperature of the body is.
Q. And you've already indicated that the temperature reading is somewhere 49-50?
A. Correct.
Q. Okay. What significance does that have regarding decomposition in your mind?
A. Decomposition is always happening through autolysis or what's called-- the enzyme activity is autolysis. Putrefaction is more

bacterial driven decomposition, that's always happening. You can reduce it by keeping the remains cool which slows that bacterial process. So by the marker, or temperature is a marker of: Are those processes slowed or not? The 49-50 degrees is going to allow for decomposition to continue.

Q. Doctor, for purposes of this next question I want you to assume the following facts: That the infant was exposed to the elements from a time period of late February, 27th, I believe, until it's recovery March 25th, so approximately a month, and that the temperature sometimes was below freezing, sometimes around 32, and other times in the 40s. Would you expect under those circumstances that there would have been decomposition?

A. Yes. There's going to be decomposition and the autopsy shows the brain is basically -- it's not described completely but liquified, so the brain is not a useful exam of the brain. So there is decomposition happening. It is not as much as I would expect in the internal structures and that's probably because they're exposed and froze, so the temperatures aren't

affecting it as much. It should be much greater, particularly histologically than it is with that time window.

And it's asymptomatic in the remains itself. The brain is very autolyzed and the internal organs are less autolyzed. So there is something in the environment temperature that is allowing decomposition by definition and clear with the brain but less in the torso organs and probably exposed in the shade, something with temperature is explaining that discrepancy.

Q. How does decomposition introduce gasses internally?

A. They are directly produced by the action of the bacterial processes, so the reactions produce off-gasses, so gasses are produced in that process during decomposition.

Q. I want to discuss with you the issue-- one moment -- of other ways that air or gasses could be introduced into the lungs of this infant. Can you please do that for us?

A. The main one in forensic practice is artificially through resuscitation efforts, air being blown in physically. Air can be blown in

by other mechanisms. Animal activity is one of those examples. During, you know, feeding on the cheek you basically essentially could be blowing air in at the same time.

There are ways that air is brought in artifactually during the birthing process. As we talked about the chest is compressed with an open airway and then it re-expands. It can bring air in. Gasses as we just talked about can develop inside the body, bacterial producing, and that produces air in the same fashion.

Q. What about one source of air being introduced from say for example an animal, being pushed into the lungs?

A. Sure. Either through the -- you know, airway while feeding or by compressing the opposite side. So clearly feeding would compress that left side and then if there is air through decomposition in the left side and the airway's in tact, it forces right down an open airway and now can be expanding the right side through its bellows sort of mechanism but by compressing and forcing air to the right side.

Q. Is there any way scientifically in this case

for anyone to opine to a reasonable degree of medical certainty where that air originated or how it originated?
A. My opinion is no. I would -- you know, I think there's too much variability in the circumstances of this case to opine that.
Q. Tell me what significance for example the fact that we do not have the placenta available?
A. Sure. There's, as I talked about, multiple data points needed when you're evaluating a case. One is, could the baby survive outside of Mom or are there risk factors of disease, congenital abnormalities, infection that would preclude live birth or at least create risk factors for death in utero or during the birthing process.
The placenta is one of those key organs and it's how baby stays alive with Mom oxygenating baby through the placenta; that's not available for exam, the placenta itself. So was there core amnionitis? Was there a, you know, a placental abruption? Was it over the, you know, cervix itself during delivery? Was the umbilical cord inserted wrong and then has risk factors for death. Was the cord too long?

Was it -- was there accident with the cord? All those things we can't evaluate because the placenta is not available.

Q. How about the absence of the umbilical cord?

A. Same things. You look for things in the diseases, abnormalities, infection and we just can't evaluate that. And some things are merely risk factors, so these things could have happened, that lowers your confidence when evaluating the other data points.

Q. You've had an occasion to study, analyze, the autopsy protocol as well as the coroner's verdict.

A. Yes, sir.

Q. And it is noted that the cause of death was violence. How can a pathologist under these circumstances presented in this case generate that opinion?

A. Well, there's only one way that that opinion can be generated; that opinion is generated because of the concealment of the remains and the opinion that it was a live birth. So then you have the opinion of a live birth and then concealment, it is sort of a standard axiom to do that.

But in this case I don't believe you can get to that initial baseline or foundation to say it's a live birth. We do not know the cause of death. That statement is a recognition of potential but it's also a recognition that we don't really know the cause of death, but because of actions after, it would appear concealment.

But you have to base -- first make the conclusion that it's a live birth and I don't think that's reasonable.

Q. And the information that was provided during the course of the interview of Gail Ritchey relative to her recollection of the birth process, what significance does that have in your evaluation of this case?

A. There is one-- there are, I guess, two ways to be concrete about a live birth and one is voluntary movement. And breathing is one sign of that, swallowing is another sign of that, heart beating, or pulsating in the umbilical cord, you know, making some kind of noises, cooing; that kind of.

So we don't have that information. From my understanding there is no indication of any

movement, any sound, any sign of-- that would be a marker of the one true variable that confirms a live birth which is voluntary movement.

Q. And I note in your-- in a report that you generated, which I'll mark right now.

- - - - - -

[ Defendant's Exhibit V marked for identification ]

- - - - - -

THE COURT: Counsel, how much longer do you anticipate direct? I know that it's a guess.

MR. BRADLEY: Now, would be a perfect time to take a break, Judge.

MR. MAREIN: Yeah.

THE COURT: All right. Then I think we'll take a break.

So, ladies and gentlemen, you heard you have time for a restroom break. So when no one any longer needs to use the restroom, please let a member of my staff know so we can bring you back in and continue the examination.

We're adjourned. Thank you.

\- - - - - -

[ Recess Had ]

\- - - - - -

[ The following proceedings resumed within the hearing and presence of the jury ]

\- - - - - -

THE COURT: Please be seated.

Mr. Marein, whenever you are ready please go ahead.

MR. MAREIN: Thank you, Judge.

BY MR. MAREIN:

Q. Doctor Harshbarger, I handed you an exhibit that we had marked, I believe, as Defendant's Exhibit V. And do you have it in front of you?

A. That's the report, right?

Q. Yes.

A. I have my copy. I don't have the exhibit for some reason.

Q. [Furnished] What is that?

A. It's a report that I generated September 16th 2021. Letter of my thoughts on the case.

Q. And addressed to Attorney Steven Bradley?

A. Yes.

Q. And many of your opinions that you've testified here in open court are addressed in that

report, is that accurate?
A. Yes.
Q. Okay. Now, Doctor, you are aware that one of the tests for examinations employed by Doctor Challener at the time that this autopsy was performed was a flotation test.
MS. KEATING: Objection.
MR. BRADLEY: Objection.
MR. MAREIN: One moment.
I'll withdraw.
BY MR. MAREIN:
Q. I want to address going backwards the slides that you reviewed.
A. Yes.
Q. Now, when reviewing those slides did you discern the existence of any decomposition in those tissues?
A. Some of the sections as I recall had autolysis or a form of decomposition. The lungs were fairly well preserved.
Q. Now, we know that we have three tissue samples of the lungs themselves or at least the one lung that remained?
A. Correct.
Q. We don't know where those tissue samples came

from on that lung.

A. Correct.

Q. And how much of a representative sample of the lung is presented in those tissue samples?

A. Of the lungs a very small percentage. It's, you know, you have small pieces of the lung itself on the slides and then you have a very thin slice of that section on the glass slide itself, so it's ultimately a very small percentage of the total alveoli in the case-- in a lung.

Q. Now, is it a accurate statement that there are-- there can be different pathological changes to various portions of an organ such that you would want to secure as many samples as possible?

A. I think in general that's a reasonable statement. Most pathological processes I think is the term you used should be relatively uniform, where in this case aeration also should be relatively uniform or not, so that's why you sample multiple areas of the lung.

Q. In this case was there decomposition noted in the autopsy and/or the photography of the autopsy itself?

A. My opinion is, yes, particularly of the brain which is described as sort of-- I don't remember the exact term -- sort of a liquefactive mass, and then in the pictures I believe there's decomposition, and then by definition there should be decomposition.

Q. How reliable is an opinion regarding stillbirth versus live birth predicated on those three slides?

A. My opinion is it's not reliable enough to make a reasonable degree of medical certainty opinion statement as to that question. I think there's too many variables in this case, too many other data points that are unknown, and reasons for expansion of the alveoli that are not related to breathing.

Q. Is your opinion consistent with your experience?

A. Yes.

Q. What about consistent with the medical literature on this subject matter?

A. I think the literature does show-- we as forensic pathologists as a profession have some-- I don't know the word I'm searching for. We cannot do research on these topics, so we're

starting from associations. And currently it's looking at known live births versus stillbirths and it's known that you can have both appearances. As we talked about on the slides, expanded alveoli are atelectatic or collapsed alveoli in either circumstance.

It is true that there is a statistical advantage or ability with aerated or expanded alveoli that gives you a data point towards potentially expanding alveoli with breathing, but it's not -- it requires all those other data points that we don't have to make that diagnosis.

So we don't have research with animal activity. We don't have research with significant decomposition. So we are just left with making associations and forming opinions to those, you know, necessary standards. And I don't think this allows that reasonable degree of medical certainty conclusion.

Q. Now Doctor Felo -- you're familiar with Doctor Felo?

A. Of course.

Q. He testified regarding his findings regarding patterns of tissue changes as it relates to the

slides that you examined, both you and he examined.
A. Okay.
Q. And he opined that less than 5 percent of the lungs showed no change; that approximately 40 percent of the lung tissue showed distended -- and I butcher the term-- al--
A. Alveoli.
Q. Alveoli. And that approximately 55 percent-- I'm sorry, 40 percent was distended and approximately 55 percent was non-distended, open air spaces. What was your analysis?
A. Similar. I would put the atelectatic so I think your first-- the 5 percent was also not what I recall from the report but more-- the 5 percent was atelectatic. I put that at a little higher percentage but, yes, there are opened air spaces.
I'm not accustomed to defining hyper-inflated and normal. I think it's too subtle, so I don't do that. But atelectatic versus expanded, the interpretation is reasonable, yeah.
Q. And based upon that interpretation is it possible for a forensic pathologist to opine

live birth versus stillbirth?
A. It's clearly possible because I think-- I would not-- that's why we're here -- I would not do it but I'm not judging that process.
MR. MAREIN: One moment.
Q. Now, you had indicated that you found decomposition.
A. Yes. I believe it's showed in the pictures.
Q. And Doctor Felo opined there was no composition.
A. That's Doctor Felo's opinion. I think there's-- while the brain is near liquified in the exam, I think there's evidence in the photographs of that green sort of autolytic muscle tissue present. The histology is remarkably preserved. I agree with that.
Q. Now, I had asked you a hypothetical as it related to the infant having been exposed to the elements and what likely affect that would have on decomposition. Do you remember that question?
A. Yes, sir.
Q. All right. I have here a document that memorializes the temperatures in February, late February, and through March.

A. Yes, sir. It's Exhibit L.
Q. And if you could-- by the way have you had an occasion to review that document?
A. Yes.
Q. And based upon what is presented in the changes of temperature, would that support decomposition?
A. Yes. It also supports lesser decomposition. I mean, there's days in here where it's minus 9 is one temperature, so there's freezing occurring. To me what's supporting decomposition is the fact it's, you know, February into March. It's happening.
The body decomposes sort of being frozen and then it decomposes very rapidly. So these temperatures, there's many -- there's 46, a 48, 50s for a period of stretch. Sunny is the condition described, which we don't know if the remains are in the sun or not, 44 degrees, 51 degrees. So there are periods of time where it is in a temperature range where bacteria will continue to operate. There's also temperatures that suggest cooling which would inhibit.
Q. Now, in discussions I have had with you, you have discussed the fact that a significant

portion of the torso has been removed ostensibly by animal activity. What significance does that have in your analysis as it relates to making a determination of whether or not this was a live birth?

A. It changes, as we talked about, the variables involved or the data points involved with your analysis. So was there natural or congenital abnormalities that we can't know which would change the risk or strength of other opinion data i.e. the microscopic expansion of the lungs. Would that matter with no kidneys? Would that matter with a diaphragmatic hernia? Would that matter with a placental infection? Would that matter with a congenital anomaly of the brain? All those data points we don't have; therefore, one of the analysis points is are there are congenital diseases? Are there risk factors too big for, you know, gestational age, maternal diabetes perhaps? Are there those risk factors which would change the analysis because it would further or add in a potential cause of death, not precluding live birth but -- well, some conditions would preclude live birth but changing the analysis

of what the histology might mean.
Q. So based upon what was presented at time of autopsy and the tissue samples taken, and the now information about the birthing process itself, how confident would you be in generating an opinion on a reasonable degree of medical certainty regarding the ultimate question of live birth versus stillbirth?
A. I would not be to the point-- I would not be confident enough to make that conclusion.
Q. And is your response here today consistent with the medical literature?
A. Yes. We talked about some of the research I did in the case in that article about "Was It a Live Birth?" There's a quote from one of the textbooks, Doctor Di Maio, Handbook of Forensic Pathology, the quote literally is microscopic sections of the lung are of no help in determining if a child breathed. There is enough variability that relying on that single data point to me without other information prevents reasonable medical certainty.
MR. MAREIN: One moment.
Q. Thank you.
A. Thank you.

THE COURT: Counsel, why don't you approach? Let's talk about timing.

- - - - - -

[ Sidebar conference had off the record out of the hearing of the jury ]

- - - - - - -

THE COURT: Okay. Everybody, as you probably are all painfully aware it's lunchtime. So that was the discussion about whether to plow forward or not but cross-examination could cause it will be well beyond the lunch hour, so I decided we're gonna go ahead and break for lunch now. So it's 5 to 12. Make sure, please, that you're back before 1 o'clock so that we can have you back in your seats at 1 o'clock.

And the same admonitions about the recess instructions, remember them please. We are adjourned.

- - - - - -

[ The following proceedings took place outside the hearing and presence of the jury ]

- - - - - -

THE COURT: Okay. So before I excuse everyone, counsel, anything you want to put on the record at this stage before we break?

MR. BURLING: No, your Honor.

MR. BRADLEY: Not on behalf of defense.

THE COURT: Okay. Then we're adjourned. Thank you.

\- - - - - -

[ Luncheon Recess Had ]

\- - - - - -

**A F T E R N O O N   P R O C E E D I N G S**

\- - - - - -

[ The following proceedings resumed within the hearing and presence of the jury ]

\- - - - - -

THE COURT: Please be seated.

Is the State ready to proceed with cross-examination?

MS. KEATING: Yes, Judge.

**CROSS-EXAMINATION OF DR. KENT HARSHBARGER**

BY MS. KEATING:

Q. Good morning-- good afternoon, isn't it?

A. Good afternoon. Yes.

Q. So, Doctor Harshbarger, I think this was kind of glossed over a little bit during your direct examination. But I want to ask you, you were actually paid by the defense team to review this case and come in and testify, is that true?

A. That's true.

Q. How much were you paid to testify?

A. I don't know I have been paid anything and certainly it's for my time. I charge $350 an hour.

Q. Is that $350 an hour to review and testify?

A. No. It's $350 an hour to review.
Q. And then how much is it for testifying?
A. $2500 for that four hour block.
Q. And how many hours did you spend reviewing?
A. I don't know. It's been-- I have not completely added it up. It's significant time since 2019, I believe.
Q. All right. So you got here around 10:00 o'clock, is that right?
A. Correct.
Q. And so it's now almost past one?
A. Correct.
Q. So today you've made, you will bill $7500?
A. 2500.
Q. Okay. 2500 flat to testify.
A. Four hours.
Q. Okay.
A. So in another hour.
Q. Okay. All right. Now, I want to talk about what you reviewed when, you know, forming an opinion on the case.
A. Yes.
Q. So you looked at the coroner's record from Geauga County/Cuyahoga County Coroner's Office?
A. Correct, as it was provided to me. I assume

it's complete. Correct.

Q. Yes. And you looked at the toxicology report, the x-ray reports as well?

A. Correct.

Q. You looked at the photos of the scene and of the body?

A. Correct.

Q. And those were photos that were taken from law enforcement as well as photos that were taken from-- by the coroner's office?

A. I'm not sure of -- I assume, but I don't know that specifically.

Q. Okay. Well, there were photos taken outside --

A. Correct.

Q. -- where snow was visible and then there were photos taken on a coroner's autopsy table?

A. Correct. In my office my own investigators, the coroner's investigators, not law enforcement, also have a series of pictures, so I'm assuming it's law enforcement. I just don't technically know.

Q. Fair enough. You also looked at tissue slides?

A. Correct.

Q. And you looked at those tissue slides back in 2019?

A. Probably, yes.
Q. And then you didn't prepare your report until September of 2021?
A. Correct.
Q. Now, in your report you reference several statements from the birth mother of the child?
A. Yes.
Q. And those statements weren't anywhere in the autopsy report, toxicology, x-rays, is that fair to say?
A. That is fair to say.
Q. They weren't in the photos?
A. That's fair to say.
Q. They weren't in the tissue slides?
A. Correct. I did neglect to put in my reviewed is the videotaped interview from law enforcement. I do have-- I did review portions of that.
Q. So in a trial for an aggravated murder case you forgot to include something that you had reviewed?
A. Yes. I did not include that I reviewed the interview videotape in my report or-- I clearly referenced it in my report but I did not list it so, yes, I neglected to. It's not in the

autopsy report, yes.
Q. All right. Now, in an ideal situation: There's a birth that happens in a hospital and there's a medical provider who's a witness to the birth?
A. Absolutely yes. Ideal situation I-- yes, there's a medical provider.
Q. Yes. In a perfect world this birth would have taken place in a hospital.
A. That's right. This birth -- yes.
Q. Here, not available, right?
A. I'm sorry. What?
Q. Here, that's not the case.
A. That's not the case.
Q. So we're gonna go to the other methods to determining if the baby was born alive?
A. Correct.
Q. So there are some findings that preclude a baby from being born alive, isn't that true?
A. Yes.
Q. And you talked about maceration during direct testimony?
A. Yes.
Q. Can you explain for the jury what maceration means?

A. It's understanding -- it's similar to decomposition except it's sterile. So it's -- forensic pathologists learn the difference of inter-uterine changes postmortem versus external putrefactive autolytic changes.
Q. I've seen descriptions of maceration like the skin is bubbling and kind of peeling off from the rest of the body, is that fair to say?
A. Yes.
Q. That's not present in this case is it?
A. No.
Q. Low gestational age might be another finding that would prevent a live birth, isn't that true?
A. It would demonstrate a risk that a live birth might or might not have happened.
Q. Well, I guess what I'm asking is a birth before 20 weeks would indicate that the baby can't be born alive?
A. Can't stay alive, certainly, yes. Can't exist absent the mother.
Q. You said fetal viability is 20 weeks?
A. Yes.
Q. And is there another-- other studies that fetal viability is around 24 weeks?

A. Correct.
Q. Now that's the point at which you as a coroner would determine the baby could live outside the womb on its own?
A. Twenty weeks, yes. Obviously that's-- the longer you are the more likely you are to live outside the womb, yes.
Q. And you might need medical intervention but generally around 20 weeks the child can survive?
A. In this country, right. That's our definition.
Q. When you're determining the age of a fetus ideally you would have medical records?
A. Correct.
Q. So you would look towards medical records of the mother receiving prenatal care?
A. Yes, that would be a data point, yes.
Q. There would be ultrasounds, measurements that that doctor had taken?
A. Sure. Yes.
Q. And that doesn't exist here?
A. Correct.
Q. So here we're looking at the body weight of the child?
A. Correct.

Q. As well as the-- examining the organs?
A. Correct.
Q. Now, you based your opinion on whether this was a full term child based on the stated weight of 2100 and 2 grams, is that right?
A. Partially, yes, and the organ exam.
Q. So you didn't give an estimate of how much the infant would have weighed with all the limbs and organs present?
A. Correct.
Q. So the 2100 and 2 grams doesn't take into account the leg that's missing?
A. Correct.
Q. Or the arm?
A. Correct.
Q. Or the other organs?
A. Correct.
Q. You would agree with me that if those had been present the baby would have weighed over that 2100 and 2 grams?
A. I do agree with that.
Q. Okay. So based on the approximately 2100-gram weight, you estimated that the baby was either 31 or 35 weeks old?
A. Yes, but the sentence before that says there's

a wonderfully broad variability and we don't have all the tissue, yeah.

Q. Uh-huh. So if the baby was 31 weeks old, the baby would have been in the 90th percentile for weight, is that fair to say?

A. Correct.

Q. And if the baby were 35 weeks old, would have been 10th percentile?

A. Correct, at the weight given in the autopsy reported.

Q. And in both of those estimations, 31 weeks and 35 weeks, are well beyond that fetal viability of 20 weeks?

A. Correct.

Q. Another indication that the baby was incompatible with life or incompatible with a live birth would be some lethal malformation?

A. True.

Q. And you didn't find that here?

A. Correct.

Q. So there are some findings that indicate there could be birth complications, isn't that true?

A. Yes.

Q. One of them is meconium?

A. Yes.

Q. Can you explain for the members of the jury what that is?
A. Sure. Basically GI contents in a baby that under stress gets excreted, and then since the baby is basically bringing in the amniotic fluid, it's brought in the lungs so you can see it microscopically. It is just-- not just, it is a sign of distress to the fetus.
Q. So essentially the baby breathing in its own fecal matter?
A. Correct.
Q. Or poop?
A. Right.
Q. And that would be evidenced by dark staining of the skin or the fingernails, is that true?
A. That is true.
Q. And that's not present here?
A. That's not present here.
Q. There would also be-- you would also look for signs of birth trauma?
A. Correct.
Q. Such as-- and I might be butchering this pronunciation, but precipitate labor?
A. Yes.
Q. And that is when there is an usually fast labor

with essentially explosion, explosion of fetus outside of the vagina?
A. Rapid delivery, yes.
Q. And if that happened in close proximity to a surface that could cause blunt force trauma to the fetus?
A. Correct.
Q. And that's usually characterized by skull fractures?
A. Could have a skull fracture by more commonly bleeding around the brain.
Q. And you didn't find the skull fracture or bleeding around the brain here?
A. Correct.
Q. Also, I'm definitely gonna butcher this pronunciation, occipital osteodiastasis?
A. Yes. Diastasis.
Q. Diastasis.
A. Separating of the sutures.
Q. And that's the occipital bone is the base of the skull?
A. Yes.
Q. And that -- there were no fractures or separation there?
A. Correct. As well as on x-ray. The x-ray

report specifically says there is not.
Q. So the x-ray confirmed that was not --
A. Correct.
Q. -- a potential birth complication.
I want to talk to you about stillbirths specifically. It is not your opinion that a stillbirth definitely occurred here, is that right?
A. That's right.
Q. Now, in comparison to other countries in the world the United States has a fairly low percentage of stillbirths, isn't that right?
A. Yes. If you qualify that with other countries being third world, yes.
Q. I believe Australia and United States have the lowest percentage of stillbirths?
A. Don't know the answer to that but it makes reasonable sense in advanced healthcare systems.
Q. There have been actually been studies in articles that you've cited that the United States experiences stillbirth in only three out of every one thousand births.
A. Correct.
Q. Now, I want to talk to you specifically about

the risk factors for stillbirths. You would want to know fetal condition?
A. Yes.
Q. So looking for lethal malformation?
A. Correct.
Q. You didn't find any of those?
A. True, but we're missing significant portions.
Q. You didn't find any evidence of chromosomal or genetic disease.
A. Fair, but we're also having an autolyzed brain and missing organs.
Q. You didn't find any structural abnormalities outside of the obvious animal activity?
A. Which is significant, yes, but that is a fair statement.
Q. And it's fair to say that while there are factors related to the placenta, you didn't have that information?
A. That's fair to say, yes.
Q. All right. So a stillbirth is more likely if the child's mother is under 15 years old?
A. Yes.
Q. And a stillbirth is also more likely if the mother is over 35 years old?
A. Probably, yes. I'm not an obstetrician.

Q. More likely if the mother smokes?
A. Yes.
Q. So it's more likely if there's documented medical history of a stillbirth?
A. Yes.
Q. Or documented history of an infant death within the first year of life?
A. I believe --
Q. Within the first week, I'm sorry.
A. Yes.
Q. Stillbirth is more likely if the mother never seeks medical care while she's pregnant?
A. Correct.
Q. Stillbirth is more likely if the mother abused alcohol or drugs?
A. Yes.
Q. Stillbirth is more likely if it's a multiple pregnancy, meaning pregnant with twins or higher number of infants?
A. Yes. Placental issues, yes.
Q. It's more likely if the mother's diabetic?
A. Correct.
Q. Or if the mother develops gestational diabetes?
A. Correct.
Q. And it's more likely if there's some maternal

infection?
A. Absolutely.
Q. Like COVID or Zika Virus might be an infection that can cause a stillbirth?
A. Fair, yes. Which we have no way to examine particularly in the placenta.
Q. Now, I want to talk to you about neonaticide.
A. Yes.
Q. Now, that is the deliberate killing of an infant within the first 24 hours --
A. Correct.
Q. -- of life?
A. Correct.
Q. And usually, based on research, that neonaticide is committed by the child's mother.
A. That would be most common, yes.
Q. Now determining whether it's neonaticide or stillbirth, you're going to look towards factors that determine whether or not the child was born alive.
A. First, yes. Foundational issue, yes.
Q. Yes. So you mentioned healing of the umbilical stump?
A. Correct.
Q. And now changes to the umbilical cord or the

umbilical stump are only going to be visible to the naked eye after 24 to 48 hours after birth.
A. I don't understand the question.
Q. Okay. So you or I looking at an umbilical cord without any microscope wouldn't be able to see any healing on the umbilical cord that's been cut or torn until 24 to 48 hours after birth?
A. Generally that's a true statement. There are research implications now with special staining, chemical staining of some markers that is ongoing but that's generally a true statement.
Q. Now, you know, scientists with a microscope with access to that chemical staining, they may be able to see changes as a result of healing sooner than that 24 to 48 hours, is that right?
A. Correct.
Q. They might be able to see it as soon as three hours --
A. Correct.
Q. -- after birth?
A. That's the research areas now, yes.
Q. But if the child was killed within minutes of birth, you wouldn't see any healing to the umbilical cord stump would you?

A. Don't know because that's still an area of research of when that develops when it happens there is some new research about inflammation of the umbilical cord actually occurring still in utero, so don't know answer to that.

It's reasonable with the state of knowledge now that that's a correct statement.

Q. Now I'm gonna ask this because I didn't fully understand. I believe the members of the jury definitely didn't understand --

MR. MAREIN: Objection as to what the jury understands and not.

THE COURT: Overruled.

BY MS. KEATING:

Q. Doctor, a baby can survive outside the womb with the placenta and the umbilical cord still attached.

A. Yes.

Q. It doesn't need to be cut immediately after birth.

A. Correct.

Q. In fact a baby could die and then the umbilical cord is cut or torn and then you have no evidence of healing?

A. Correct.

Q. You also talked about food in the stomach or food in the lungs.
A. Stomach.
Q. Food in the stomach; that would assume that the mother in fact fed the child?
A. No. The child was fed. The mother I don't-- correct.
Q. Okay. You would agree with me that if a child is never fed and is killed minutes after birth, there would never be any food in the stomach?
A. Agreed.
Q. There was a lot of talk about decomposition during your direct testimony. You are not able to give a definitive date of death are you?
A. No.
Q. It's not your opinion that the baby was born, died birthed in February of 1993, is it?
A. I think that is consistent with statements but pathologically or anatomically you can't make that distinction.
Q. So you don't know when the child was birthed?
A. My opinion would be it's a month by statements, but by pathologically or anatomy you can't make that distinction.
Q. Okay. So based on the pathology and the

anatomy, you don't know?
A. Correct.
Q. You also don't know based on pathology and anatomy where the child was birthed?
A. That's true, yes.
Q. Now, you stated there was actually less stump decomposition than you would expect?
A. True, based on the histology. The lung slides are relatively well preserved which I'm surprised actually.
Q. But there was decomposition to other parts of the body.
A. In my opinion, yes.
Q. The muscles?
A. The muscles and the brain.
Q. Now, you were shown a photo. Do you have the photos up there with you still?
A. Yes, I do.
Q. All right. So looking at Defendant's Exhibit G and Defendant's Exhibit E.
A. Yes.
Q. So that shows a thermometer in the baby's mouth and then the reading of that thermometer.
A. It shows Exhibit E is in the mouth and then Exhibit G has the reading, but it appears that

the thermometer has been moved. It may just be this is the photo where it was and then this is the reading so you can see it. I don't know that.

Q. All right. Now, this is back in 1993. It was using one of those old school thermometers?

A. It is. Looks like an old thermometer, yes.

Q. Okay. So now, we have these digital thermometers that will beep when the thermometers is done --

A. Yes.

Q. -- right?

One of those old school thermometers, it's not gonna indicate that is it?

A. It's not gonna-- well, I don't-- no, there is no indication of it's done reading the temperature, correct.

Q. Okay. So you don't know where in the process that thermometer was when that photograph was taken?

A. I don't under-- so, yes, I don't know if the thermometer was being placed there for 10 seconds or 15 minutes, nor multiple -- you really need multiple measurements to make any accurate determination.

Q. Say for example a coroner's investigator had that thermometers in his pocket.
A. Yes.
Q. And it was warm because it was close to his body and getting some of his body heat.
A. Okay.
Q. Okay. And then he took it out of his pocket and put it immediately in the infant's mouth.
A. Okay.
Q. Wouldn't that impact the temperature that was read?
A. If the thermometer already was reading 50 degrees and placed there momentarily, yes, it wouldn't have time to reequilibrate to the actual temperature of the baby.
Q. You were also asked about the cause of death being undetermined violence, is that right?
A. I'm sorry. I was distracted for a moment in my head. One more time?
Q. Okay. You were also asked about the cause of death --
A. Yes.
Q. -- for infant Doe being undetermined violence -- undetermined violent means.
A. Yes.

Q. Now, and you said that you can't get there.
A. I cannot get there, correct.
Q. Now, I want to talk to you about a little bit about suffocation.
A. Yes.
Q. Okay. So generally when we think of suffocation we think of someone suffocating another person with an object like a pillow.
A. Sure. Suffocation is the external obstruction of the airway.
Q. When someone is suffocated with a pillow there's going to be some sign on the body that that occurred, is that fair to say? There could be.
A. Yes, that's fair to say.
Q. There could be bruising from the pressure.
A. Particularly with someone with teeth and active, so non-obtunded, non-intoxicated person.
Q. Now, when a bag is used that's not the case, is it?
A. It would depend obviously on how the bag was used but, yes, the theory being just covering or eliminating oxygen capacity by a bag, plastic over the mouth and nose would change

the oxygen concentrations and they suffocate without those signs of trauma.
Q. If a baby was placed in a bag, they would then be suffocated.
A. Correct.
Q. And difficult to breath given the limited oxygen in the bag and eventually run out of air.
A. Yes.
Q. And there would be no physical injuries visible on the child consistent with that.
A. If that's the hypothetical, yes, there would be no injury.
Q. Now, we talked about-- or you talked about on direct the slides that you reviewed.
A. Yes.
Q. And the expansion of air that needs to happen when a child breathes.
A. Expansion of the alveoli?
Q. Yes. And you have reviewed Doctor Felo's report and watched him testify in another hearing, is that right?
A. That's right.
Q. And you don't disagree with his findings in the slides?

A. I-- my-- I have slightly different findings but I don't. His findings are his findings.
Q. Okay. You said the 5 percent of the non-expanded air spaces, you wouldn't disagree with that?
A. I would call it more than 5 percent but, yes. That's the only part I disagree with. There are expanded alveoli. I think there's more atelectasis than 5 percent.
Q. And what is that --
A. Collapsed.
Q. -- atelectasis?
A. Collapsed air spaces.
Q. You also don't disagree that there is absolutely no evidence of decomposition in the lungs?
A. Microscopically the lungs are relatively well preserved, yeah.
Q. Yes. You agree with Doctor Felo's findings that based on those review of the microscope slides, there's no evidence of decomposition of the lung.
A. Of the lung, yes.
Q. Now, there's decomposition in other areas of the body.

A. Correct.

Q. Now it's important to consider the lung morphology or in more simple terms the appearance of the lung?

A. Grossly or microscopically or both?

Q. Both.

A. It's important to consider both.

Q. And grossly we're looking at the color, is that fair to say?

A. It's one of the variables we're looking at.

Q. And we're also looking at texture.

A. Yes.

Q. But the color of a live born infant is generally, in their lungs, is going to be that lighter more salmony-pink color?

A. Yes. Assuming aeration, yes.

Q. That would be aerated --

A. Expansion.

Q. Aerated, yeah. The aerated, the expanded lung.

A. Correct.

Q. And the stillborn infant who hasn't breathed are generally going to have that darker, purplely color that's more in line with the liver?

A. Among other things, yes.

Q. Now, a child is going to need multiple breaths to fully expand their lungs, is that fair to say?
A. Yes.
Q. The first breath is not gonna fully expand the lungs.
A. Correct.
Q. And in order for the lung to be fully aerated or inflated, it's gonna need more time breathing.
A. Yes, and deeper breathing.
Q. More time and deeper breathing. So if a child is killed minutes, seconds after birth, those lungs wouldn't be fully aerated or fully inflated.
A. True.

MS. KEATING: Can I have a moment, Judge?

THE COURT: Certainly.

MS. KEATING: Judge, I have no further questions at this time.

THE COURT: Okay. Thank you. Redirect.

**REDIRECT EXAMINATION OF DR. KENT HARSHBARGER**

BY MR. MAREIN:

MR. MAREIN: Thank you.

Q. Doctor.

A. Yes, sir.

Q. Was this child suffocated?

A. I have no way of knowing that. You have to get to a live birth. I don't think you can get to a live birth. If you can't get to a live birth, you can't suffocate, you know, a body.

Q. And the prosecutor asked you a question about you agree with Doctor Felo that there were no signs of decomposition in the tissues that you examined of the lungs, correct?

A. On the microscopic slide.

Q. Right. And so tell me and -- actually don't tell me anything. Tell the jury how much of the lung was preserved from a tissue standpoint that would permit you to make the determination as to whether or not there was decomposition?

A. Very small portions of the lung. First of all, you're 50 percent, right? The whole left lung is missing, so you only have the right lung and then you only have three pieces of that lung on the glass slides.

Ultimately, it's a very small percentage of total lung tissue that would have been

present and then preserved. It is well preserved on the slide but it's a very small portion which immediately next door may have had a different appearance.

Q. And, again, I think you had indicated in your earlier testimony today that the medical documentation, the research, the writings that medical doctors rely upon have shown that there has been aeration with a stillbirth and there has been deflation with a live birth?

A. I would use the term expansion. The appearance histologically of aeration, the alveoli are expanded in both those cases, and they're collapsed, known to be seen collapsed histologically in known live births, yes.

Q. And you've talked about points of consideration that a objective pathologist would employ when answering the question of was this a live birth. Right?

A. Yes.

Q. And now the prosecutor asked you about these things that were absent: Organs and other information that may have been of assistance. Based upon what you have been presented in this case, is there anything other than the three

slides of a tiny portion of the remaining lung that is a point of consideration?
A. The only other point of consideration is the size being above that 20 weeks. So gestationally it is-- the baby was-- the fetus was capable of sustaining life outside the womb based on age but the only determination of a live birth or the marker of that which is voluntary movement or breathing is those lung slides.
Q. Doctor, you are the Chief Forensic Officer for the Ohio State Coroners' Association, is that right?
A. Yes.
Q. Not to belabor the point but the top guy of that organization.
A. No. There's an executive director and I serve with him. It is not-- well, yes. I'm not the top guy. There's an executive director and a board. I answer to a board. There's a nine member board I think right now.
Q. Was this a live birth?
A. In my opinion you cannot make that determination to a reasonable degree of medical certainty.

Q. Is there anything beyond those slides other than the size of the infant that is a point of reference that would assist a pathologist?
A. No, the lung histology is the marker being relied on.
Q. Anything else?
A. Not in my opinion.
Q. Now, the prosecutor asked you a question about food in the stomach. What significance would that have in a-- in rendering an answer to a question as to whether something was a live birth?
A. It's a secondary marker to voluntary muscle action. So to swallow, it takes a coordinated reaction. So a baby having ingested food would be proof or least another marker to add to the category of the baby was alive.
Q. The prosecutor asked you a question about when was the date of birth and where was the place of birth. And your response is?
A. I don't know.
Q. And what significance would that have in making the determination as to whether or not this was a live birth?
A. The only significance that comes to mind is

being able to evaluate a scene. We talked about precipitous delivery -- I can't say it either -- some of those markers would be present at a scene. It would be always good to have a scene evaluation but in this case we're literally left with the lung histology.

Q. And the prosecutor asked you a question about a thermometer. If a thermometer was for example placed in the pocket of a investigator, and then ultimately immediately placed in the mouth of the infant in this case, and then immediately pulled out, I think your response was the thermometer would really show or the thermometer reading would really show nothing.

A. It wouldn't be an accurate representation of the baby's core temperature.

Q. Okay. Let's talk about what's in evidence. Do you know whether or not as the prosecutor asked you whether or not the thermometer was in the officer's coat pocket?

A. I do not know.

Q. Do you know how long the officer placed that thermometer in the baby's mouth?

A. I do not know.

Q. Do you know what the duration was in waiting

for there to be a reading?
A. I do not know.
Q. So what significance do those questions have in this room?
A. Do not know.
Q. Or would the answer be none?
A. The answer-- I don't know that that's an answer I can provide.
Q. Okay. Now, the prosecutor asked you about you getting paid?
A. Yes.
Q. Is this how you make a living?
A. No.
Q. When you are testifying on behalf of the State of Ohio as the Montgomery County Coroner and on behalf of maybe 88 or -- I'm sorry, 40 other county prosecutors' offices, do you get paid? I mean, are you getting a salary?
A. I am, yes.
Q. Do you know whether or not for example in Cuyahoga County pathologists get paid?
A. My understanding is they would be on salary just like I would be.
Q. And so when you as a coroner testify in a court of law are you being paid?

A. Yes.
Q. Is there anything wrong, unethical, inappropriate, illegal, immoral, with you charging a fee for your services?
A. No.
Q. Have you ever had your house painted?
A. Yes.
Q. Do the painters get paid?
A. Yes.
Q. What about a plumber, does the plumber get paid?
A. A lot, yes.
Q. Is there any significance whatsoever with your being paid in this case and having it jade your opinions?
A. No. No. My opinions are my opinions. My time is also my time. So, yes, there's a fee that comes along with that. It's a Saturday. Typically I'm giving up other work. So that's-- I'm not today, but. There's no -- it does not change the testimony I provide. My time is compensated, yes.
Q. Doctor, I think this is the end of my questioning of you and safe travels back to Dayton.

A. Thank you, sir.

MS. KEATING: No further questions, Judge.

THE COURT: Okay. Thank you. You may step down. Thank you very much.

THE WITNESS: Thank you, Judge.

MR. BRADLEY: May we briefly approach, Judge?

THE COURT: Yes.

\- - - - - -

[ Sidebar conference had off the record out of the hearing of the jury ]

\- - - - - - -

THE COURT: So, ladies and gentlemen of the jury, yesterday you remember I read you a stipulation that the parties made so I have further stipulations now to recite to you.

The parties hereby agree and stipulate to the following facts:

Gail Ritchey was employed by David Kantor and Mary Ellen McNulty as a full-time nanny for their two children in their home located in Shaker Heights,

Cuyahoga County, Ohio.

The children, a boy and a girl, were approximately ages 7 and 4 and one-half at the time she began her employment.

Gail worked for the family for almost five years beginning in approximately July 1992 through approximately May 1997. Gail would typically work Monday through Friday from 7:00 a.m. 'til 6:00 p.m.

Had they testified Mr. Kantor and Ms. McNulty would have stated they saw Gail on daily basis, Monday through Friday, during this time period and observed no noticeable physical change in Gail consistent with her being pregnant, and had no idea that she was in fact pregnant during the period of July 1992 to February 1993.

Finally, Defendant's Exhibits M through P fairly depict the interior of the kitchen and the bathroom located off the kitchen as it appeared in March 1993.

Here's the next stipulation. The parties hereby agree and stipulate to the following facts:

Gail Ritchey was living at her parents Harvey and Nancy at their home in Lyndhurst, Ohio during the period to include July 1992 through February 1993. Gail's younger sister, also named Nancy, lived with the family as well. Had they testified Gail's mother and sister would have stated that they saw Gail on a daily basis during this time period and observed no noticeable physical change in Gail consistent with her being pregnant and had no idea that she was in fact pregnant.

That's the end of the stipulations.

Counsel, where do we go next?

MR. BRADLEY: Judge, subject to the admission of our exhibits we have no further witnesses at this time and we would respectfully rest.

THE COURT: Okay. Thank you.

Any objections to the exhibits,

the motion, because if there are, I think what I'll do is I'll excuse the jury and we can --

MR. BURLING: I don't know that there will be any objections but I think we should probably go over them just off the record.

MR. BRADLEY: I agree.

THE COURT: Okay.

MR. BURLING: Or I'm sorry, not-- outside the presence of the jury.

THE COURT: Okay. So you get a break. We'll take care of these details. And remember not to discuss the case amongst yourselves.

We're adjourned.

- - - - - -

[ The following proceedings took place outside the hearing and presence of the jury ]

- - - - - -

THE COURT: Please be seated.

Mr. Bradley, why don't you list the exhibits that you are offering for admission.

MR. BRADLEY: It will just take

a moment and get them in order.

THE COURT: Sure.

MR. BURLING: Judge, we have no objections to the exhibits that Mr. Bradley has just shown us.

THE COURT: Okay. Why don't you just read off the numbers.

MR. BRADLEY: So we have Defendant's Exhibit A, Defendant's Exhibit B, C, and D all of which are brochures and/or literature from the Camp Koinonia retreat that was held from February 26th through February 28th of 1993. We have exhibits E and G which were the photographs of the thermometer. Then we have Exhibit J which is a scene of the Sidley Road area on March 25th. We have Exhibit I which is just another photograph of the Sidley Road area on March 25th. We have Exhibit L which is actually a two-sided, single document but two-sided that is the climatological records. And we have exhibits M, N, O, and P which are the photographs of the interior of the Kantor residence and

more specifically the kitchen area and the bathroom area off the kitchen. And then photographs Q, R, S, T, and U are basically various photographs of --

THE COURT: Good thing you're tall.

MR. BRADLEY: -- of Gail Ritchey and her family that were referenced in our opening slide deck. And then we have Exhibit V, as in Victor, that is Doctor Harshbarger's report.

And consistent with our discussions in chambers and with the prosecutor, we intend to replace this report with a redacted version consistent with the Court's previous rulings. But we've otherwise discussed that with counsel and have an agreement and understand and I'll make sure that before this exhibit goes back to the jury it's been appropriately redacted and reviewed by the prosecutor.

And we would respectfully move the Court to admit all of these exhibits.

THE COURT: Okay. Noting that there's been no objection to any of them, I do admit them.

MR. BRADLEY: Could we briefly approach again for a moment?

THE COURT: Yes.

- - - - - -

[ Sidebar conference had off the record ]

- - - - - - -

THE COURT: All right.

Folks, we are going to adjourn. Counsel is gonna join me in chambers with the court reporter and we'll accomplish some further discussions back there and we hopefully won't be very long and then -- well, we've got to discuss whether or not you're putting on any rebuttal or not.

So we're adjourned for now.

- - - - - -

[ Conference held on the record, in chambers, outside the hearing and presence of the jury ]

- - - - - -

THE COURT: So you want to continue the discussion on the record as

far as the status of your Rule 29 motion?

MR. BRADLEY: That's correct. And just so the record is clear, I'm really relating back to our initial Rule 29(A) motion where we filed the supplemental memorandum that largely focused on the issue of venue, but we certainly also would raise the issue of the insufficiency of evidence as to the question, or element for that matter, that Gail Ritchey did anything to purposely cause the death of what would be Baby Boy Doe, and certainly insufficient evidence as to the matter of whether there's prior calculation and design.

I think the record is virtually-- or is devoid of any evidence regarding purposely causing the death and/or prior calculation and design. And there's no evidence really as to what happened at the time of the birth, other than what's set forth in her interview to law enforcement.

And again, that would all be, even construing the evidence in light most favorable to the State, that would be reasonable minds could only conclude that the State has failed to prove these elements beyond a reasonable doubt. We would just add that argument to the venue argument for purposes of Rule 29.

THE COURT: Understood.

Do you want to respond?

MS. KEATING: Yes, Judge.

Construing the evidence in the light most favorable to the State there is sufficient evidence to show prior calculation and design as well as purposely causing the death.

In the defendant's interview she states she knew that she was pregnant. She made absolutely no plans as to what she was going to do with that pregnancy. The State -- or the jury could conclude that that is prior calculation and design; that she had plans in advance to kill this child regardless of how it ended up.

The defendant also acknowledges that she placed the baby in a bag which is suffocation which we've discussed with both of the experts and that would show the purposely causing the death, depriving the child of oxygen, so there is-- both are issues of fact for the jury to consider.

THE COURT: Okay. Thanks.

Let's see. I'm just thinking out loud here. What we have left is potentially a rebuttal witness.

What I'm, I guess, what I'm inclined to do then, I would like you all to know prior to Monday morning where I stand on these motions. So I'll be listening but I'll be thinking out there also so that when we're all done, I'll let you know where I'm coming down on this.

Is that the only issue then we have to address?

MR. BRADLEY: Well, we also want the record to reflect that we would-- now that we have rested our

case, we would renew our Rule 29 motion and incorporate all of the same grounds.

I'll add one thing in response to the prosecutor's rebuttal that in terms of putting the baby into the bag and potentially suffocating it, you know, from the interview Miss Ritchey never indicates that she knows the baby is alive and thus cannot be purposely causing its death, even if the baby was alive, that she's unaware of it. She's not purposely causing the death. We just want to add that to our argument.

THE COURT: Okay.

MR. BRADLEY: And then, as I said, renew the Rule 29.

There's one or two other minor housekeeping matters that we can address sometime before Monday. We want to make sure the record is complete.

THE COURT: All right. So do we want to discuss -- first of all, is it your intention to call Doctor Felo --

MS. KEATING: Yes.

THE COURT: -- on rebuttal?

All right.

Yesterday you raised a concern about that. Do we want to talk about it now? Do we want to wait until we hear what he's got to say, et cetera?

MR. MAREIN: Rebuttal is a process whereby information that is introduced can now be rebutted. Everything that was discussed by our expert was discussed-- was discussed by Doctor Felo during his testimony, so this is just a do-over. This is not rebuttal. What are they rebutting?

THE COURT: Do you folks want to respond?

MS. KEATING: Specifically there are several topics that were not covered previously by Doctor Felo and definitely not included in Doctor Harshbarger's report that he did testify to.

He talked about adrenal glands. Nobody had talked about adrenal glands until today. He also indicated that given that there were missing organs, he

doesn't know whether or not the baby would have been able to survive outside the womb; that was not included in his report and was not testified to by Doctor Felo.

He also talked about an animal standing on the chest could have brought air in; that was not included in the report or testified to previously. He also talked about Doctor Felo's decomposition and-- let me see. Okay. So, sorry. He talked about the decomposition of the brain and how that was evident. Nobody had talked about decomposition of the brain before.

THE COURT: Okay. Well, I'm gonna go ahead and permit the rebuttal then.

MR. BRADLEY: Limited to those specific topics.

THE COURT: Well, they think of something else that didn't come up, so I'm gonna say those topics seem to be legitimate. If something else occurs to you that you believe wasn't covered, you

can object when you hear it and then we can talk about it.

MR. BRADLEY: Okay.

THE COURT: How much time, if any, would you like?

MS. KEATING: We've already prepared him. We can go.

THE COURT: You're ready to roll.

MS. KEATING: Yeah. Let's keep it moving. I've got a two and-a-half hour drive ahead of me, so I can go see my dogs tonight.

THE COURT: It's such a pleasant drive though.

\- - - - - -

[ The following proceedings resumed in open court within the hearing and presence of the jury ]

\- - - - - -

THE COURT: Okay.

Ladies and gentlemen, as you heard the defense has rested and, therefore, the State has the opportunity, if they so choose, to present a rebuttal witness

and they are going to present a rebuttal witness.

So, Ms. Keating, are you going to handle this?

MS. KEATING: Yes, Judge. The State recalls Doctor Joseph Felo.

**DOCTOR JOSEPH FELO,**

a witness herein, called on behalf of the State of Ohio, being first duly placed under oath or affirmation sworn, was examined and testified as follows:

BY MS. KEATING:

Q. All right. Doctor Felo, I'm handing you State's Exhibit 8.

THE COURT: We don't have to re-swear I don't believe. You've already been sworn in, Doctor.

THE WITNESS: I agree.

BY MS. KEATING:

Q. All right, Doctor Felo.

A. Hi.

Q. I'm gonna direct you to the part of the autopsy report that deals with the adrenal glands. And you were here when Doctor Harshbarger testified, is that true?

A. Yes.
Q. And did you hear him state that the adrenal glands were not present?
A. That's what he said, yes.
Q. Were the adrenal glands present in the body?
A. Yes.
Q. How do you know?
A. Because there's microscopic tissues that identified them.
Q. Is there a statement or a sentence in the autopsy report that says adrenal glands were not identified?
A. Correct, that's what it states.
Q. What does that mean?
A. It means that they were not identified in that Doctor Challener was not able to discern by looking at the tissues if an adrenal gland was there or not; however, it was confirmed under microscopy that some of the tissues that were submitted did indeed have adrenal glands. So "not identified" means he could not find them. It does not mean they were not there.
Q. So it doesn't mean that they didn't exist?
A. That's right.
Q. Now, did you hear Doctor Harshbarger talk

about, given that there were missing organs in the torso, that would have been difficult for him to conclude that there was a live birth?
A. Yes.
Q. What organs are necessary for there to be a live birth?
A. The heart, the lungs, and the brain.
Q. And as long as those three organs are present, can the infant survive outside the womb?
A. Yes.
Q. Now, you heard Doctor Harshbarger testify about standing-- an animal standing on the infant's chest.
A. I did.
Q. Can you explain what, if any, affect that had on your opinion?
A. It has no affect on my opinion and the reason for that is I don't know what animal, the size. And any time there's pressure on the chest, the ribs are designed to hold-- to protect the internal organs.

So, again, I mean, if it was a large animal, which there's no evidence based on the injuries on the body that this was a large animal, when I say "large", like a bear, I

don't think there's any significance in that statement that he had.

Q. And you heard Doctor Harshbarger testify about decomposition of the brain?

A. Yes.

Q. Did the fact that the brain had experienced decomposition, did that have any affect on your opinion?

A. It did not.

MS. KEATING: If I may have a moment, Judge?

THE COURT: Yes.

BY MS. KEATING:

Q. Doctor, if the brain as it was at the autopsy was so decomposed that it was essentially liquified, how do you know that it was a functioning brain at birth?

A. Based on the initial description of the brain there's no evidence of an epidural, subdural or subarachnoid hemorrhage; that's bleeding on the surface of the brain or on the membrane that separates the skull bones from the brain itself. So there's no-- like a stroke or trauma associated with the brain. And there was no birth defects with that that would have

been initially seen or malformations that
Doctor Challener did not comment on.
MS. KEATING: All right. No
further questions.
THE COURT: Thank you.
MR. MAREIN: One moment.
We have no questions of the
doctor.
THE COURT: Thank you, Doctor
Felo. Thank you, again, and you are
excused.
THE WITNESS: You're welcome.
THE COURT: Anything further
from the State?
MS. KEATING: No, Judge.
THE COURT: Okay.
Well, in that case we've come to
the end of the presentation of the
evidence by both sides, so what remains
to be done would be closing arguments by
counsel to you, and then I will issue
you further instructions to help not
only define further the crimes being
charged and the elements, but in
addition how to kind of manage and

function as a jury. Some suggestions for you and instructions for you.

So given the fact that it's a Saturday, and given the fact that we're now approaching 2:30, I made a determination that the best way to proceed is to have you come back Monday morning and everything will unfold then. And it would be likely not -- anything can happen unpredictable, but it's gonna be likely that you'll then be given the case for consideration on Monday at some point.

So, counsel, anything else you want to address before the jury's excused?

MR. BRADLEY: Not on behalf of the defense.

MR. BURLING: No, your Honor.

THE COURT: Okay. Then you are excused. And, again, you've got a whole day now to resist temptation and research and communications. And try and relax and have a good Sunday. Thank you for your extra effort today.

VOICE: What time?

THE COURT: Oh, Monday? What time? Excellent question. Well, we haven't all discussed this but I think it would be appropriate to begin, have you come into the courtroom as close to 8:30 as possible. So please be here starting at 8:00 and no later than probably than 8:15. Okay. Thank you.

\- - - - - -

[ Jurors exit courtroom. Adjourned for the day. The following proceedings took place outside the hearing and presence of the jury ]

\- - - - - -

THE COURT: Okay. Please be seated.

I'm prepared to address the rule -- pending Rule 29 motion for acquittal. I am denying the motion on both grounds that were offered. I do believe that reasonable minds could come to different conclusions as to whether or not the State has proven beyond a reasonable doubt the essential elements of the charges.

Secondly, as to venue. I've determined that venue is proper given the parameter of the statute. And I do this because I believe that it couldn't be determined with reasonable certainty the site of the alleged crime. The only evidence is the interview with the police; that wasn't sworn testimony, and there's been no corroborating evidence presented that it definitively happened in Shaker Heights. So I believe that the State had no realistic option but to bring the charges in Geauga County as the statute would permit.

So I think we've addressed everything that we need to address for today, so.

MR. BRADLEY: Just one minor point, Judge.

THE COURT: Yes.

MR. BRADLEY: In light of that ruling sometime in the last several hours we had filed a supplement to our proposed jury instructions, somewhat in anticipation of that particular ruling.

I don't think the prosecutor, to be fair, I don't think they've had the opportunity to even look at it but we do propose a series of jury interrogatories that would address that question regarding the venue issue. It speaks for itself. I just want to bring that to your attention.

THE COURT: Okay. I haven't seen those yet.

MR. BRADLEY: It was filed while we were in open court.

THE COURT: Okay.

MR. BRADLEY: But I just wanted to alert you to that.

THE COURT: All right. So I certainly will take a look at that.

Just so you know at this stage, absent some changes that you might suggest, I am proposing to use as the jury instructions the ones submitted by the State with the exception that I'm referring not to Geauga's Child but to Baby Boy Doe.

Okay. Then we are set for today.

Thank you.

MR. BURLING: Thank you, your Honor.

MR. BRADLEY: Thank you, Judge.

\- - - - - -

[ Proceedings Adjourned to Monday, April 4, 2022 ]

\- - - - - -

**CERTIFICATE**

I, Anita L. Comella, Registered Professional Reporter, Notary Public, and Official Court Reporter for the Geauga County Common Pleas Court, Chardon, Ohio do hereby certify that as such reporter I took in machine shorthand the proceedings had in said court in the above-mentioned cause; that my notes were transcribed by me or under my supervision into typewritten form as appear in the foregoing Transcript of Proceedings; that said transcript is a complete record of the proceedings had in the trial of said cause, and constitute a true and correct Transcript of Proceedings had therein.

------------------------

Anita L. Comella, RPR
Official Court Reporter
Court of Common Pleas
Geauga County, Ohio

Date: August 10, 2022

MR. BRADLEY: [33] 855/4 855/16 858/21 859/7 859/12 860/13 860/20 862/12 862/16 862/19 863/12 863/16 913/14 915/8 925/6 959/8 961/20 962/8 962/25 963/8 964/7 965/4 966/3 968/23 969/15 971/19 972/3 978/17 980/18 980/21 981/11 981/14 982/4
MR. BURLING: [11] 857/4 857/10 859/2 859/4 859/8 925/5 962/4 962/10 963/3 978/19 982/2
MR. MAREIN: [21] 851/12 857/18 858/8 858/11 859/1 859/9 864/2 864/6 880/6 880/16 886/6 886/12 913/16 914/10 915/9 920/5 923/23 942/11 952/1 970/6 977/6
MS. KEATING: [24] 848/20 848/24 849/2 849/11 858/20 860/9 860/15 861/6 862/4 880/13 915/7 926/9 951/17 951/20 959/2 967/11 969/24 970/16 972/6 972/10 973/5 976/10 977/3 977/15
MULTIPLE VOICES: [1] 864/8
THE COURT: [77] 848/6 848/22 848/25 849/9 851/9 854/17 855/14 856/25 857/7 857/12 857/20 858/10 860/17 861/3 861/18 862/7 862/13 862/17 862/22 863/3 863/15 863/20 864/4 880/11 880/15 886/10 886/13 913/11 913/17 914/7 924/1 924/8 925/1 925/8 926/6 942/13 951/19 951/22 959/4 959/10 959/15 961/24 962/9 962/12 962/21 963/2 963/6 964/5 965/1 965/6 965/10 965/24 967/9 968/9 969/14 969/21 969/25 970/14 971/16 971/21 972/4 972/8 972/14 972/21 973/15 976/12 977/5 977/9 977/13 977/16 978/20 979/2 979/15 980/20 981/9 981/13 981/16
THE WITNESS: [3] 959/7 973/18 977/12
VOICE: [1] 979/1

$

$2500 [1] 927/3
$350 [3] 926/23 926/25 927/1
$7500 [1] 927/13

'

'84 [1] 868/11
'86 [2] 868/15 868/16
'90 [2] 868/17 868/23
'92 [2] 868/24 868/24
'96 [2] 868/24 868/25
'til [1] 960/11

.

..................................1104 [1] 5/7
......643....................843 [1] 2/4
......645....................843 [1] 2/4
......650....................843 [1] 2/5
......651....................843 [1] 2/5
......652....................843 [1] 2/6
......653....................843 [1] 2/6
......682....................843 [1] 2/7
......688....................843 [1] 2/8
......820....................843 [1] 2/7
.....689....................843 [1] 2/8
.....691....................843 [1] 2/9
.....693....................843 [1] 2/9
.....706....................843 [1] 2/10
.....711....................843 [1] 2/11
...666....................965 [1] 4/12
...669....................965 [1] 4/12
...761....................965 [1] 4/14
.960....................965 [1] 4/14
.963....................965 [1] 4/11

0

0025 [1] 1/6
09/16/2021 [1] 4/24
09326 [1] 900/7

1

10 [3] 887/15 945/22 983/21
100 [1] 1/22
10:00 [1] 927/8
10th [2] 891/12 934/8
11 [1] 889/14
1109 [1] 1/6
12 [3] 892/10 892/11 924/15
125 [1] 877/25
13 [2] 893/16 900/1
13.....703....................843 [1] 2/10
14 [1] 885/24
15 [3] 858/25 938/21 945/23
16th [1] 914/20
1990 [1] 868/19
1992 [3] 960/8 960/20 961/7
1993 [8] 853/13 884/19 943/17 945/5 960/20 960/25 961/7 963/14
1996 [1] 870/21
1997 [1] 960/9
19C000083 [1] 1/5
19C83 [1] 848/10

2

20 [7] 890/6 890/20 931/18 931/22 932/9 934/13 954/4
20's [2] 896/14 896/14
20-year [1] 896/12
2000 [1] 870/24
2002 [3] 866/20 866/22 871/22
2004 [1] 871/25
2006 [1] 872/5
2011 [5] 866/16 866/18 866/20 871/25 872/5
2013 [1] 873/16
2019 [2] 927/7 928/25
2021 [3] 4/24 914/21 929/3
2022 [4] 1/12 1/12 982/7 983/21
2100 [3] 933/5 933/11 933/20
2100-gram [1] 933/22
22-G-0025 [1] 1/6
24 [7] 890/21 896/11 931/25 940/10 941/2 941/7 941/16
2500 [2] 927/14 927/15
25th [3] 907/12 963/17 963/20
26 [2] 853/14 853/19
26th [1] 963/13
27th [1] 907/11
28 [1] 890/22
28th [1] 963/13
29 [7] 852/11 966/1 966/6 967/8 969/1 969/16 979/18
2901.12 [1] 849/3
2:30 [1] 978/5
2nd [1] 1/12

3

30 [1] 890/7
30ish [1] 865/1
31 [4] 891/12 933/24 934/3 934/11
318 [1] 1/3
319 [1] 1/3
32 [2] 891/18 907/15
329 [1] 1/3
33 [1] 865/1
330 [1] 1/4
35 [5] 891/13 933/24 934/7 934/12 938/24
36 [1] 867/2

4

40 [7] 861/10 865/1 890/7 891/18 919/5 919/10 957/16
40s [1] 907/15
44 [1] 921/19
44024 [1] 1/23
45 [1] 890/7
46 [1] 921/16
48 [4] 921/16 941/2 941/7 941/16
49 [1] 906/6
49-50 [2] 906/19 907/6

5

5,000 [1] 877/22
50 [5] 906/6 906/19 907/6 946/12 952/20
50s [1] 921/17
51 [1] 921/19
55 [3] 861/11 919/9 919/11
588 [1] 1/4
589 [1] 1/4

6

60 [1] 861/11
6:00 [1] 960/11

7

70 [1] 869/17
7:00 [1] 960/11

8

80's [1] 869/8
800 [1] 1/4
801 [1] 1/5
803 [3] 859/19 860/1 860/22
847 [1] 1/5
848 [1] 1/5
88 [1] 957/16
88-counties [1] 865/2
8:00 [1] 979/8
8:15 [1] 979/9
8:30 [1] 979/7

9

90th [2] 891/13 934/4
982 [1] 1/5
983 [1] 1/6

A

a.m [1] 960/11
ability [3] 890/9 892/5 918/8
able [15] 853/16 880/3 880/22 880/24 881/8 890/9 897/5 904/3 941/5 941/15 941/18 943/13 956/1 971/2 974/16
abnormalities [4] 910/13 911/6 922/9 938/12

A
about [81] 850/25 851/7 854/19 854/22 857/2 857/5 858/3 858/9 858/23 860/18 861/5 866/4 868/21 870/19 870/20 872/6 873/5 873/19 874/13 875/4 876/24 882/8 882/9 885/2 886/20 889/17 891/3 900/2 903/13 905/9 909/7 909/9 909/13 910/9 911/4 912/18 917/20 918/4 922/6 923/4 923/13 923/14 924/2 924/11 924/19 927/19 930/21 937/5 937/25 940/7 942/3 943/1 943/12 946/16 946/20 947/3 947/4 948/14 948/14 952/9 953/16 953/21 955/8 955/18 956/2 956/7 956/17 957/9 958/10 970/3 970/3 970/22 970/23 971/6 971/10 971/12 971/14 972/2 975/1 975/11 976/3
above [3] 887/20 954/4 983/8
above-mentioned [1] 983/8
abruption [1] 910/22
absence [1] 911/4
absent [10] 853/25 885/7 885/10 885/12 885/19 887/24 895/2 931/21 953/22 981/19
absolutely [5] 860/10 930/6 940/2 949/15 967/19
abused [1] 939/14
Academic [1] 882/19
access [1] 941/14
accident [2] 888/10 911/1
accomplish [1] 965/14
account [1] 933/12
accurate [5] 886/24 915/1 916/12 945/25 956/15
accustomed [1] 919/19
acknowledges [1] 968/1
acquittal [3] 848/13 852/12 979/19
action [3] 883/22 908/15 955/14
actions [1] 912/7
active [1] 947/18
activity [9] 894/5 897/19 898/14 904/23 906/25 909/1 918/15 922/2 938/13
actual [2] 893/5 946/15
actually [17] 851/12 863/12 866/23 882/18 891/17 896/14 897/3 897/16 899/19 903/14 926/17 937/20 942/4 944/6 944/10 952/14 963/21
add [7] 854/17 855/12 922/22 955/16 967/7 969/3 969/13
added [1] 927/6
addition [1] 977/25
additional [1] 852/24
address [9] 854/9 896/19 915/12 968/22 969/18 978/15 979/17 980/16 981/5
addressed [5] 858/13 859/5 914/22 914/25 980/15
adds [1] 899/18
adequate [1] 865/4
adjacent [1] 851/22
adjourn [1] 965/11
adjourned [7] 913/25 924/21 925/9 962/16 965/19 979/11 982/6
administrating [1] 865/9
administration [2] 869/22 872/4
administrative [2] 872/2 873/11
admissible [1] 857/25
admission [5] 857/20 860/11 860/23 961/21 962/24
admit [6] 857/22 858/24 860/7 900/24 964/25 965/3
admitted [3] 859/18 859/24 860/3
admitting [1] 861/21
admonitions [1] 924/19
Admtd [2] 2/2 4/10
adrenal [13] 884/25 885/9 885/12 885/14 885/18 970/22 970/23 973/23 974/2 974/5 974/11 974/17 974/20
advance [1] 967/23
advanced [1] 937/18
advantage [1] 918/8
advantageous [2] 894/12 902/16
aerated [15] 894/13 894/16 894/21 895/4 895/12 896/1 896/7 899/12 901/1 918/8 950/17 950/19 950/19 951/8 951/14
aeration [4] 916/20 950/16 953/9 953/12
affect [4] 920/19 975/15 975/17 976/7
affecting [1] 908/1
affiliation [3] 873/19 874/13 874/17
affiliations [1] 874/15
affirmation [2] 863/23 973/10
after [10] 857/6 868/22 912/7 941/2 941/2 941/7 941/21 942/19 943/9 951/13
afternoon [2] 926/12 926/13
afterwards [2] 851/14 877/3
again [14] 877/25 882/14 887/22 889/19 895/23 900/5 900/15 901/6 953/5 965/5 967/1 975/22 977/10 978/21
against [1] 891/11
age [11] 887/2 888/2 890/4 890/18 891/2 891/9 891/25 922/20 931/12 932/12 954/7
agenda [1] 857/3
ages [1] 960/3
aggravated [1] 929/19
agree [16] 857/23 895/21 900/11 904/8 904/11 904/11 920/16 933/18 933/21 943/8 949/19 952/10 959/20 961/2 962/8 973/18
Agreed [1] 943/11
agreement [1] 964/19
ahead [5] 849/1 914/9 924/14 971/17 972/12
air [38] 883/20 883/25 884/3 887/23 892/6 895/20 897/10 897/16 897/17 897/19 897/23 897/23 898/2 898/4 898/6 898/9 898/10 898/10 898/12 904/23 908/20 908/24 908/25 909/4 909/5 909/9 909/11 909/13 909/19 909/24 910/2 919/12 919/18 948/8 948/17 949/4 949/13 971/8
airway [8] 897/25 898/7 898/15 905/2 909/8 909/16 909/21 947/10
airway's [1] 909/20
airways [1] 904/10
al [1] 919/7
alcohol [1] 939/15
alert [1] 981/15
alive [10] 882/23 910/18 930/16 930/19 931/19 931/20 940/20 955/17 969/9 969/11
all [50] 848/6 850/3 854/18 856/25 860/3 861/12 861/19 864/6 875/8 879/7 881/16 882/15 885/10 888/10 894/19 901/15 901/21 902/21 903/21 904/17 911/2 913/17 918/11 920/23 922/16 924/9 927/8 927/19 930/2 933/8 934/2 938/20 944/19 945/5 952/19 963/10 964/25 965/10 967/1 968/15 968/18
969/2 969/21 969/22 970/1 973/13 973/20 977/3 979/4 981/16
alleged [1] 980/6
allow [5] 859/17 870/16 881/18 903/10 907/6
allowing [2] 859/25 908/8
allows [2] 897/25 918/19
almost [3] 894/21 927/11 960/7
alone [2] 872/22 872/23
along [7] 848/13 888/17 889/17 889/20 891/2 895/10 958/18
already [4] 906/18 946/12 972/6 973/17
also [41] 864/25 865/12 865/18 865/18 866/18 867/1 867/7 867/17 868/3 871/18 879/11 882/24 894/6 904/10 912/5 916/20 919/14 921/8 921/22 928/19 928/22 935/19 935/19 936/15 938/10 938/23 943/1 944/3 946/16 946/20 949/14 950/11 958/17 961/8 966/9 968/1 968/18 968/23 970/24 971/6 971/10
alternates [1] 1/12
alternative [2] 856/16 860/25
although [3] 865/19 881/10 889/19
alveoli [33] 881/14 883/5 883/7 883/11 883/12 883/20 883/23 887/13 888/13 892/7 896/21 898/19 898/20 902/22 904/5 904/12 904/18 905/6 905/8 905/10 905/11 905/12 916/10 917/15 918/5 918/6 918/9 918/10 919/8 919/9 948/19 949/8 953/12
always [3] 906/23 907/1 956/4
am [15] 864/17 866/1 866/17 867/1 867/11 867/17 869/15 871/8 872/16 873/21 873/24 901/6 957/19 979/19 981/20
American [4] 874/22 874/25 875/2 877/13
amnionitis [1] 910/21
amniotic [1] 935/5
Among [1] 950/25
amongst [1] 962/15
analysis [9] 859/17 886/5 901/18 919/12 922/3 922/8 922/17 922/22 922/25
Analytical [1] 877/16
analyze [1] 911/11
analyzed [1] 879/1
anatomic [6] 870/22 872/16 872/21 872/24 872/25 873/4
anatomically [1] 943/19
anatomy [3] 943/23 944/1 944/4
ancillary [1] 875/8
angular [1] 895/6
animal [19] 892/18 892/21 894/5 897/19 898/5 898/14 904/23 904/24 905/1 909/1 909/14 918/14 922/2 938/13 971/6 975/12 975/18 975/23 975/25
Anita [3] 1/21 983/3 983/18
Annals [1] 877/7
anomaly [2] 888/7 922/15
another [13] 855/9 870/3 888/14 896/23 912/20 927/18 931/12 931/24 934/15 947/8 948/21 955/16 963/18
answer [13] 877/14 881/1 888/19 889/19 890/25 904/20 937/17 942/5 954/20 955/10 957/6 957/7 957/7
answered [1] 890/15
answering [2] 892/25 953/18
anterior [2] 895/18 899/3
anticipate [1] 913/12

## A

anticipation [1] 980/25
any [42] 848/17 858/4 859/23 861/4 861/25 865/3 867/22 870/19 871/4 872/15 873/25 878/11 880/12 882/1 888/4 890/4 899/16 909/25 912/25 913/1 913/1 913/21 915/16 938/6 938/8 938/12 941/5 941/6 941/24 943/10 945/24 958/13 961/25 962/5 965/2 965/18 966/19 972/5 975/15 975/19 976/1 976/7
anybody [1] 860/19
anyone [1] 910/1
anything [18] 853/19 862/3 862/17 887/3 889/17 892/24 897/24 925/2 926/22 952/15 953/25 955/1 955/6 958/2 966/12 977/13 978/9 978/14
anywhere [1] 929/8
aorta [1] 894/8
App [1] 1/6
appear [5] 897/5 898/21 902/24 912/8 983/10
appearance [12] 889/8 894/15 895/24 895/24 895/25 898/22 899/11 901/14 905/6 950/4 953/4 953/11
appearances [2] 1/15 918/4
appeared [1] 960/24
appearing [2] 888/19 902/22
appears [2] 895/3 944/25
Appellant [2] 1/8 1/18
Appellee [2] 1/5 1/16
applicable [1] 854/6
application [2] 869/16 869/17
apply [1] 856/18
applying [1] 869/14
appointed [3] 866/15 867/20 873/25
appointments [1] 873/11
approach [3] 924/2 959/9 965/5
approaching [1] 978/5
appropriate [5] 850/23 859/15 860/14 903/6 979/5
appropriately [2] 890/18 964/22
approximately [8] 907/13 919/5 919/9 919/11 933/22 960/3 960/8 960/9
April [3] 1/12 1/12 982/7
are [110] 850/7 850/10 852/13 857/8 861/21 864/25 867/18 871/6 872/15 873/7 873/14 877/2 881/9 883/23 884/5 884/7 885/5 885/6 885/7 885/10 885/11 886/4 886/21 887/24 888/4 890/3 892/2 894/1 895/1 895/2 895/14 896/21 897/21 898/22 898/23 899/12 899/13 901/14 902/10 903/12 904/7 904/9 904/10 904/12 904/19 905/13 907/5 908/6 908/15 908/17 909/5 910/12 911/7 912/17 914/8 914/25 915/3 916/13 917/14 917/15 918/5 918/16 919/17 921/19 921/20 922/18 922/18 922/18 922/20 923/18 924/9 924/21 930/18 932/6 932/6 934/12 934/21 938/16 941/1 941/8 943/13 943/14 944/9 949/2 949/8 949/17 950/22 953/12 954/11 957/14 957/18 957/25 958/16 962/1 962/23 963/10 963/24 964/3 965/11 968/7 970/13 970/17 973/1 973/3 975/5 975/8 975/20 977/10 978/21 981/25
area [8] 897/4 900/8 902/21 942/1 963/17 963/19 964/1 964/2
areas [6] 885/6 902/20 904/9 916/22 941/22 949/24
aren't [2] 891/6 907/25
argue [1] 850/5
argument [7] 852/7 854/10 854/18 855/1 967/7 967/8 969/13
arguments [4] 5/1 860/5 861/5 977/20
arm [3] 885/10 887/20 933/14
Armed [2] 867/3 877/5
army [1] 867/2
around [8] 857/15 894/2 907/14 927/8 931/25 932/9 936/11 936/13
article [3] 882/22 882/24 923/14
articles [7] 877/7 882/17 882/18 883/2 883/3 898/21 937/21
articulated [1] 856/8
artifact [1] 886/20
artifactual [2] 886/21 896/3
artifactually [5] 887/13 895/2 898/11 898/19 909/6
artificial [2] 883/23 898/16
artificially [2] 902/20 908/24
arts [1] 868/17
as [136] 1/12 850/12 854/7 856/7 859/18 860/1 860/14 860/18 860/25 863/5 863/24 864/20 864/22 865/23 867/11 868/19 870/8 871/21 872/17 872/17 872/22 872/23 873/22 874/9 874/20 876/18 877/2 877/24 878/2 878/11 878/13 878/19 880/8 881/4 881/10 881/23 882/10 882/15 883/3 884/24 885/12 886/5 886/19 888/21 888/21 890/1 890/15 892/25 894/3 896/6 897/7 897/9 898/5 898/17 898/24 899/6 899/20 900/10 901/2 901/4 901/5 903/5 904/3 904/14 905/9 905/16 906/8 907/22 907/23 908/1 909/6 909/9 910/9 911/12 911/12 914/13 915/18 916/15 916/16 917/2 917/12 917/22 917/23 918/4 918/25 920/17 922/3 922/6 924/9 927/25 928/3 928/9 928/9 932/2 933/1 933/1 935/22 936/25 936/25 941/15 941/18 941/18 942/11 952/18 955/11 955/23 956/18 957/15 957/24 959/23 960/24 961/9 964/10 965/25 966/1 966/10 966/15 966/22 967/15 967/15 967/19 969/15 972/22 973/10 975/8 975/8 976/14 978/1 979/6 979/7 979/22 980/1 980/13 981/20 983/6 983/10
ask [7] 863/10 886/1 887/14 893/15 899/25 926/16 942/8
asked [14] 853/11 855/6 858/14 876/17 920/17 946/16 946/20 952/9 953/21 955/8 955/18 956/7 956/18 957/9
asking [2] 851/5 931/17
aspect [1] 895/8
assigned [1] 867/3
assigning [1] 892/1
assist [2] 900/13 955/3
assistance [1] 953/23
assistant [1] 871/9
associate [1] 871/8
associated [1] 976/24
association [10] 867/13 868/3 873/17 873/20 875/4 876/3 876/11 876/13 882/20 954/12
associations [2] 918/1 918/17
Asst [2] 1/16 1/17
assume [7] 853/18 903/2 906/2 907/9 927/25 928/11 943/4
assuming [4] 899/3 902/17 928/20 950/16
assumption [4] 883/16 903/2 903/4 903/4
assumptions [3] 883/15 903/7 903/8
asymptomatic [1] 908/4
at [66] 849/2 853/8 863/6 867/5 868/12 868/13 869/20 869/23 870/2 870/5 870/23 871/1 871/6 871/16 875/21 877/9 878/17 879/10 879/12 882/21 884/9 885/21 888/16 888/22 889/16 893/5 893/10 901/11 904/7 909/4 910/14 915/5 915/22 918/2 919/16 923/2 924/18 925/3 927/23 928/2 928/5 928/22 928/24 932/2 932/23 934/9 941/4 944/19 950/8 950/10 950/11 951/21 956/4 960/4 961/4 961/5 961/22 966/22 974/17 976/14 976/17 978/12 979/8 981/3 981/17 981/18
atelectasis [3] 904/9 949/9 949/12
atelectatic [7] 883/7 895/9 902/24 918/5 919/13 919/16 919/21
attached [1] 942/17
attack [1] 898/7
attempted [2] 850/18 884/1
attempts [1] 906/16
attended [4] 868/22 868/24 870/22 870/25
attention [5] 887/14 889/13 893/15 899/25 981/8
attorney [4] 1/17 875/7 876/3 914/22
attorney/physicians [1] 875/7
attorneys [1] 875/9
Atty [1] 1/16
August [1] 983/21
Australia [1] 937/15
author [1] 877/11
authored [1] 884/18
autolysis [4] 889/5 906/24 906/25 915/18
autolytic [2] 920/14 931/5
autolyzed [5] 887/18 889/24 908/5 908/6 938/10
autolyzing [1] 892/14
autopsies [4] 865/18 865/22 877/19 877/23
autopsy [32] 2/19 867/7 871/15 871/16 879/6 879/10 884/16 885/3 885/21 894/10 895/14 895/15 899/7 900/11 902/8 902/14 904/8 904/11 905/7 907/19 911/12 915/5 916/24 916/25 923/3 928/16 929/9 930/1 934/9 973/22 974/11 976/14
available [7] 867/22 881/2 881/18 910/8 910/20 911/3 930/11
aware [2] 915/3 924/9
axilla [1] 906/3
axiom [1] 911/24

## B

baby [41] 850/13 850/15 882/23 883/4 889/3 889/9 889/17 891/14 891/17 891/18 910/11 910/18 910/19 930/16 930/18 931/18 932/3 933/19 933/23 934/3 934/4 934/7 934/15 935/3 935/5 935/9 942/15 942/22 943/16 946/15 948/3 954/5 955/15 955/17 966/14 968/2 969/5 969/8 969/10 971/1 981/24
baby's [5] 883/22 889/16 944/22 956/16 956/23
bachelors [1] 868/17

B

back [16] 868/15 871/20 871/23 872/3 883/21 884/18 913/24 924/16 924/18 928/24 945/5 958/24 964/21 965/14 966/5 978/7
backfill [2] 867/24 867/25
background [1] 866/4
backwards [1] 915/12
bacteria [4] 898/12 898/17 905/3 921/21
bacterial [4] 907/1 907/3 908/16 909/10
bag [7] 947/20 947/22 947/24 948/3 948/7 968/2 969/5
Ball [1] 870/23
banks [2] 876/10 876/13
base [2] 912/9 936/20
based [18] 850/22 878/14 883/17 919/24 921/5 923/2 933/3 933/4 933/22 940/14 943/25 944/3 944/8 949/20 953/24 954/7 975/23 976/18
baseline [1] 912/2
basically [13] 871/9 874/8 877/13 882/22 890/2 897/11 900/15 900/16 907/19 909/3 935/3 935/5 964/4
basis [6] 857/23 859/22 899/16 901/7 960/14 961/12
bathroom [2] 960/23 964/2
be [127] 848/18 849/7 849/13 849/19 851/4 851/5 851/5 852/15 853/17 853/18 855/7 855/8 856/1 856/5 857/23 857/25 859/18 860/20 862/5 863/4 863/13 865/6 865/15 865/17 865/18 866/13 869/22 872/25 875/13 878/9 880/2 881/10 883/24 884/23 886/24 890/9 890/15 892/20 893/14 894/12 897/14 897/18 897/19 898/10 898/11 903/3 905/14 907/18 908/1 908/21 908/25 909/3 909/22 911/20 912/18 913/2 913/14 914/7 916/13 916/19 916/21 917/6 923/5 923/9 923/9 924/13 926/6 931/12 931/18 932/17 932/18 934/17 934/22 935/14 935/19 935/22 940/3 940/16 941/1 941/5 941/15 941/18 942/19 943/10 943/22 945/1 947/12 947/14 947/16 948/4 948/10 948/12 950/14 950/17 951/8 951/14 953/14 955/16 956/3 956/4 956/15 957/1 957/6 957/22 957/23 962/5 962/21 965/15 966/14 967/1 967/3 968/17 968/17 969/9 970/8 971/23 975/5 977/20 977/20 978/9 978/11 978/11 979/5 979/7 979/15 980/5 981/1
bear [1] 975/25
beating [1] 912/21
because [37] 854/14 864/24 870/10 872/13 872/21 873/2 873/3 881/2 883/9 883/12 888/11 888/14 889/22 890/3 891/4 892/3 896/25 897/4 897/6 899/22 901/8 901/12 903/13 903/22 904/24 907/24 911/2 911/21 912/7 920/2 922/22 942/1 942/8 946/4 962/1 974/8 980/4
become [1] 871/23
becomes [6] 861/15 884/6 884/8 888/1 891/2 891/25
becoming [2] 871/22 876/15
been [56] 848/13 849/21 851/1 851/15 858/6 865/20 866/17 870/8 873/16 873/23 873/25 874/21 874/22 876/17 876/25 877/7 878/2 878/10 879/25 880/2 880/22 880/24 882/2 886/18 892/16 892/21 899/10 900/25 901/1 902/16 905/15 906/7 907/17 920/18 922/1 926/22 927/5 933/18 934/4 934/8 937/20 937/20 941/6 945/1 952/25 953/9 953/10 953/23 953/24 964/22 965/2 971/2 973/17 975/2 977/1 980/9
beep [1] 945/9
before [16] 1/11 862/20 863/6 905/18 905/19 906/9 906/10 924/17 925/1 925/4 931/17 933/25 964/21 969/19 971/15 978/15
began [1] 960/4
begin [3] 880/9 889/7 979/5
beginning [1] 960/7
behalf [6] 863/22 925/6 957/14 957/16 973/8 978/17
being [32] 853/11 853/16 859/24 860/2 860/4 863/23 874/25 883/25 888/22 891/5 896/3 898/20 903/9 908/25 909/13 909/14 921/14 930/19 937/14 945/22 946/17 946/23 947/23 954/4 955/4 956/1 957/25 958/14 960/17 961/14 973/9 977/23
belabor [1] 954/15
believe [28] 850/11 853/7 857/19 878/8 886/15 887/7 887/19 892/9 899/18 899/18 900/1 900/6 902/7 905/13 907/11 912/1 914/13 917/5 920/8 927/7 937/15 939/8 942/9 971/25 973/16 979/21 980/4 980/11
believes [1] 850/22
bellows [2] 898/8 909/23
below [1] 907/14
beneath [1] 900/8
benefit [1] 856/16
best [1] 978/6
between [1] 865/1
beyond [9] 855/20 856/6 864/19 897/13 924/13 934/12 955/1 967/6 979/23
big [1] 922/19
bigger [1] 894/22
bill [1] 927/13
biochemistry [1] 868/18
birth [86] 850/21 851/3 852/20 853/12 853/14 853/20 856/9 856/13 878/4 880/23 881/6 882/5 883/6 883/11 884/15 887/5 887/25 889/2 890/13 890/15 892/7 893/1 893/6 893/14 897/20 898/4 899/17 899/20 899/24 900/14 901/5 901/11 904/16 904/25 905/10 905/13 910/14 911/22 911/23 912/3 912/10 912/14 912/18 913/3 917/8 920/1 922/5 922/24 922/25 923/8 923/15 929/6 930/3 930/5 930/8 930/10 931/13 931/15 931/17 934/17 934/22 935/20 937/4 941/2 941/7 941/21 941/24 942/20 943/9 951/13 952/6 952/7 952/8 953/10 953/19 954/8 954/22 955/12 955/19 955/20 955/24 966/23 975/3 975/6 976/17 976/25
birthed [3] 943/17 943/21 944/4
birthing [3] 909/6 910/16 923/4
births [3] 918/2 937/23 953/15
bit [3] 872/20 926/15 947/3
bleeding [3] 936/11 936/13 976/20
block [2] 893/19 927/3
blood [2] 896/25 897/3
bloody [1] 897/8
blow [1] 898/6
blowing [1] 909/4
blown [2] 908/25 908/25
blunt [1] 936/5
board [17] 864/16 868/2 870/9 872/6 872/8 872/13 872/15 872/16 872/19 872/22 872/23 873/21 874/10 903/5 954/20 954/20 954/21
board's [1] 874/4
boards [2] 873/1 873/3
body [26] 849/14 849/25 851/8 851/21 856/3 879/8 885/6 887/1 889/6 893/7 893/21 906/15 906/17 909/10 921/14 928/6 931/8 932/23 944/12 946/5 946/5 947/12 949/25 952/8 974/5 975/24
bone [1] 936/20
bones [1] 976/22
book [2] 877/18 882/15
books [1] 882/15
borders [1] 894/16
born [8] 850/13 882/23 930/16 930/19 931/19 940/20 943/16 950/13
both [13] 869/3 869/18 918/3 919/1 934/11 950/5 950/6 950/7 953/13 968/4 968/7 977/19 979/20
bottom [1] 900/9
bowel [2] 885/9 885/9
boy [3] 960/2 966/14 981/24
Bradley [5] 1/18 863/10 914/22 962/22 963/5
brain [25] 889/6 889/23 907/19 907/21 907/21 908/5 908/9 917/1 920/12 922/16 936/11 936/13 938/10 944/15 971/13 971/15 975/7 976/4 976/6 976/14 976/17 976/18 976/21 976/22 976/24
break [6] 913/15 913/18 913/21 924/15 925/4 962/13
breakdown [1] 889/6
breath [2] 948/6 951/5
breathed [2] 923/19 950/21
breathers [1] 897/21
breathes [1] 948/18
breathing [12] 881/7 881/14 897/13 899/12 912/19 917/16 918/10 935/9 951/10 951/11 951/12 954/9
breaths [1] 951/1
brief [2] 875/19 879/5
briefly [5] 855/14 875/22 876/24 959/8 965/4
bring [7] 897/23 898/2 898/4 909/9 913/23 980/13 981/7
bringing [1] 935/5
broad [1] 934/1
brochures [2] 4/17 963/11
brochures/literature [1] 4/17
broker [1] 860/21
brought [6] 874/8 897/19 898/10 909/5 935/6 971/7
bruising [1] 947/16
bubbling [1] 931/7
budgets [1] 865/14
bullnose [1] 895/7
burden [1] 855/10
Burling [1] 1/16
business [1] 872/4
but [107] 848/17 849/18 850/20 856/4 859/1 859/16 860/15 860/18 860/24 865/17 866/3 867/7 867/17 868/4 870/10 870/16 871/13 872/20 873/3 874/18 874/23 875/8 877/3 877/21 878/8 879/5 879/13 879/23 881/11

B

but... [78] 881/16 882/8 884/11 885/17 886/20 886/25 887/20 888/21 890/6 891/17 891/22 892/15 892/22 892/23 894/6 894/23 894/24 895/3 895/7 895/9 895/21 897/5 899/10 900/25 903/4 905/12 907/20 908/9 909/23 912/1 912/5 912/7 912/9 918/11 919/15 919/17 919/21 920/4 922/24 922/25 924/12 926/16 928/11 929/24 932/8 933/25 935/23 937/17 938/7 938/10 938/14 941/11 941/23 943/18 943/23 944/11 944/25 947/23 949/2 949/6 950/13 953/2 954/7 954/15 956/5 958/20 962/5 963/22 964/18 966/8 968/17 977/24 978/10 979/4 980/12 981/3 981/14 981/23
butcher [2] 919/7 936/15
butchering [1] 935/22

C

calculation [4] 966/16 966/21 967/15 967/22
California [1] 876/14
call [6] 862/14 862/20 878/7 893/24 949/6 969/23
called [9] 863/22 869/9 872/16 877/6 877/11 878/2 882/24 906/24 973/8
calls [1] 863/19
came [4] 853/25 902/8 902/21 915/25
Camp [2] 4/16 963/12
can [86] 848/20 849/13 850/11 850/15 851/7 853/6 860/13 866/7 866/9 866/13 870/20 873/12 875/21 876/24 878/25 880/9 881/10 881/12 883/9 883/23 886/6 886/8 886/17 887/3 887/16 888/17 889/7 889/13 889/16 890/19 892/8 892/12 892/24 895/7 896/19 897/17 897/19 898/4 898/6 898/7 898/11 898/17 898/18 898/19 899/2 900/1 901/2 905/3 905/4 905/5 905/7 905/17 905/24 907/2 908/22 908/25 909/8 909/10 909/22 911/16 911/20 912/1 913/23 916/13 918/3 924/17 930/24 932/9 935/1 935/6 940/4 942/15 945/3 951/17 952/6 957/8 962/3 969/18 970/8 972/1 972/2 972/7 972/12 975/9 975/15 978/10
can't [19] 849/7 850/13 856/1 890/4 890/8 906/1 906/4 911/2 911/7 922/9 931/18 931/20 931/20 943/19 943/23 947/1 952/7 952/8 956/2
cannot [4] 917/25 947/2 954/23 969/9
capable [1] 954/6
capacity [4] 868/4 874/18 876/18 947/24
capillary [1] 897/5
care [4] 903/19 932/16 939/12 962/13
career [3] 870/3 877/20 877/24
career-wise [1] 870/3
careers [1] 869/19
case [48] 1/5 848/10 849/16 849/20 854/24 859/10 863/7 863/9 877/14 878/6 878/19 879/3 880/20 882/2 882/7 882/8 882/11 884/10 900/7 901/19 904/1 909/25 910/6 910/11 911/17 912/1 912/16 914/21 916/10 916/20 916/23 917/13 923/14 926/18 927/21 929/19 930/13 930/14 931/10 947/20 953/25 956/5 956/11 958/14 962/15 969/1 977/17 978/12
cases [7] 866/24 883/1 883/4 883/5 905/9 905/11 953/13
category [2] 884/2 955/17
cause [13] 896/16 911/15 912/4 912/6 922/23 924/12 936/5 940/4 946/16 946/20 966/13 983/8 983/13
causing [5] 966/20 967/16 968/5 969/10 969/12
cavity [4] 894/17 894/18 900/22 900/24
center [3] 857/14 864/23 864/25
central [3] 866/23 866/24 906/3
certain [3] 854/23 867/20 878/20
certainly [12] 854/21 879/2 879/4 882/12 899/10 904/5 926/23 931/20 951/19 966/9 966/14 981/17
certainty [11] 882/4 884/14 890/10 892/6 910/2 917/11 918/20 923/7 923/22 954/25 980/5
certificates [1] 868/1
certification [2] 872/7 872/8
certifications [1] 872/19
certified [6] 864/16 870/9 872/13 872/15 872/16 903/5
certify [2] 872/12 983/6
cervix [1] 910/23
cetera [1] 970/5
chairman [2] 873/14 873/16
Challener [4] 884/18 915/5 974/16 977/2
challenge [1] 858/16
chambers [4] 848/8 964/14 965/12 965/21
change [13] 854/25 889/4 889/11 895/16 897/11 899/14 919/5 922/10 922/21 947/25 958/21 960/16 961/13
changed [4] 870/3 897/4 902/20 905/3
changes [16] 868/6 881/21 886/21 890/1 894/16 897/8 897/10 916/14 918/25 921/5 922/6 931/4 931/5 940/25 941/15 981/19
changing [2] 869/9 922/25
chapters [1] 882/14
characterized [1] 936/8
Chardon [3] 1/13 1/23 983/5
charge [3] 849/18 852/24 926/23
charged [3] 849/21 850/3 977/24
charges [3] 851/22 979/25 980/13
charging [1] 958/4
Chart [1] 4/22
charts [1] 891/11
cheek [3] 898/6 904/25 909/3
chemical [2] 941/10 941/14
chest [20] 881/8 887/9 894/17 894/18 894/25 895/1 895/1 897/22 897/24 897/25 898/2 898/5 900/22 900/24 904/25 905/1 909/7 971/7 975/13 975/19
chewing [2] 898/6 904/24
Chief [3] 867/11 867/14 954/11
child [24] 849/24 881/11 888/17 891/11 923/19 929/6 932/9 932/24 933/4 940/19 941/23 943/5 943/6 943/8 943/21 944/4 948/11 948/18 951/1 951/12 952/4 967/24 968/6 981/23
child's [2] 938/21 940/15
children [2] 959/24 960/2
Children's [1] 876/7
chime [1] 851/14
choose [1] 972/25
chose [1] 853/2
chromosomal [1] 938/8
circumstance [1] 918/6
circumstances [5] 855/3 857/24 907/16 910/6 911/17
cite [2] 855/24 883/2
cited [2] 854/5 937/21
City [1] 1/13
civil [2] 854/22 862/2
class [2] 869/13 869/14
classes [1] 876/13
clear [4] 856/21 860/20 908/9 966/4
clearly [9] 853/23 872/3 891/13 891/14 894/24 896/1 909/18 920/2 929/23
climatological [2] 4/22 963/22
clinical [7] 870/22 872/17 872/22 873/1 873/4 897/17 897/18
close [4] 900/3 936/4 946/4 979/6
closer [1] 891/15
closing [2] 5/1 977/20
co [2] 878/9 878/24
co-counsel [2] 878/9 878/24
coat [1] 956/20
Code [1] 849/3
collapse [1] 904/10
collapsed [16] 883/7 883/12 894/17 894/25 895/9 896/22 898/9 899/23 900/25 902/25 905/10 918/5 949/11 949/13 953/14 953/14
collect [2] 899/3 905/4
college [10] 868/12 868/22 869/12 869/21 871/7 871/8 874/22 874/25 875/2 877/12
colon [1] 885/8
color [15] 895/16 895/19 896/24 897/5 897/9 897/9 897/12 899/11 899/13 900/9 902/20 950/8 950/13 950/15 950/23
coloration [1] 898/25
colorations [1] 896/17
combined [8] 869/2 869/12 870/2 870/4 872/24 873/1 873/4 883/2
come [8] 902/6 904/3 926/18 971/22 977/17 978/7 979/6 979/21
Comella [3] 1/21 983/3 983/18
comes [3] 897/3 955/25 958/18
comfortably [1] 882/3
coming [5] 857/8 872/1 872/2 877/3 968/19
comment [2] 880/12 977/2
comments [2] 851/13 858/3
committed [1] 940/15
committee [6] 873/15 873/18 873/23 873/25 874/6 874/8
committees [2] 873/11 873/23
common [7] 1/2 1/12 1/22 896/10 940/16 983/5 983/19
commonly [1] 936/10
communications [1] 978/23
comparison [1] 937/10
compensated [1] 958/22
complaint [1] 867/16
complete [3] 928/1 969/20 983/12
completely [2] 907/20 927/6
complicated [1] 872/21
complication [1] 937/4
complications [1] 934/22
component [2] 865/13 898/24
composition [1] 920/10
compress [1] 909/18
compressed [2] 896/22 909/7

C
compresses [1] 897/24
compressing [2] 909/17 909/24
compromise [2] 860/18 860/21
Computer [1] 1/24
concealment [3] 911/21 911/24 912/8
concentrations [1] 948/1
conception [1] 890/16
concern [1] 970/2
concerning [1] 858/14
conclude [4] 884/13 967/4 967/21 975/3
concluded [2] 849/7 849/10
conclusion [5] 881/25 904/15 912/10 918/20 923/10
conclusions [3] 903/9 904/3 979/22
concrete [1] 912/18
condition [2] 921/18 938/2
conditions [1] 922/24
conduct [3] 851/24 853/2 854/4
conducted [2] 855/7 855/8
conference [4] 924/5 959/12 965/8 965/21
confidence [6] 881/19 888/12 892/2 896/2 903/24 911/9
confident [3] 884/6 923/5 923/10
confined [1] 852/13
confirmed [2] 937/2 974/18
confirms [1] 913/3
congenital [5] 888/7 910/13 922/8 922/15 922/18
connection [4] 874/24 879/3 880/19 898/25
consider [5] 861/16 889/2 950/2 950/7 968/8
consideration [4] 953/16 954/2 954/3 978/12
consistent [12] 890/6 895/19 899/24 917/17 917/20 923/11 943/18 948/11 960/17 961/14 964/13 964/17
constitute [1] 983/13
construe [1] 855/17
construing [2] 967/2 967/12
consultant [1] 867/5
consulting [2] 867/22 868/5
contents [2] 861/7 935/3
context [1] 895/25
continue [4] 907/7 913/24 921/22 965/25
continued [1] 1/12
continuing [4] 851/24 853/1 854/4 877/12
contracting [1] 890/2
cooing [1] 912/23
cool [1] 907/3
cooling [1] 921/23
coordinate [1] 881/12
coordinated [1] 955/14
copy [1] 914/17
cord [17] 887/8 888/9 888/10 892/22 893/12 910/24 910/25 911/1 911/4 912/22 940/25 941/4 941/6 941/25 942/4 942/16 942/23
core [2] 910/21 956/16
corner [1] 895/5
Corner's [1] 871/21
corollary [1] 893/2
coroner [18] 864/18 865/6 865/8 865/14 865/20 866/15 866/17 866/18 867/19 867/23 870/9 871/23 871/24 876/19 878/3 932/2 957/15 957/24
coroner's [15] 864/22 867/12 868/1 871/2 876/11 879/4 879/8 879/13 911/12 927/23 927/24 928/10 928/16 928/18 946/1
coroners [2] 867/18 867/24
Coroners' [1] 954/12
Corpse [1] 852/25
correct [63] 883/14 888/19 892/9 902/5 906/20 915/24 916/2 927/10 927/12 927/25 928/1 928/4 928/7 928/14 928/17 928/23 929/4 929/15 930/17 932/1 932/14 932/22 932/25 933/2 933/10 933/13 933/15 933/17 934/6 934/9 934/14 934/20 935/11 935/21 936/7 936/14 936/25 937/3 937/24 938/5 939/13 939/22 939/24 940/11 940/13 940/24 941/17 941/20 942/7 942/21 942/25 943/7 944/2 945/17 947/2 948/5 950/1 950/20 951/7 952/12 966/3 974/13 983/13
correctly [1] 855/24
Correspondence [1] 878/7
corroborating [1] 980/9
could [32] 851/2 853/11 853/19 859/12 860/19 862/19 872/25 882/2 882/6 888/2 892/20 892/21 900/24 908/21 909/3 910/11 911/8 921/2 924/12 932/3 934/22 936/5 936/10 942/22 947/14 947/16 965/4 967/4 967/21 971/7 974/21 979/21
couldn't [2] 849/23 980/4
counsel [10] 878/9 878/24 913/11 924/1 925/2 961/19 964/19 965/12 977/21 978/14
counties [3] 864/20 865/2 865/2
countries [4] 890/21 890/22 937/10 937/13
country [1] 932/11
counts [1] 850/3
county [48] 1/3 1/13 1/22 849/23 850/1 850/3 850/23 850/24 851/1 851/3 851/20 851/22 853/4 853/5 854/2 854/8 854/8 854/12 855/11 855/22 856/10 856/20 856/24 864/18 864/19 864/22 864/24 865/6 865/11 865/12 865/19 866/16 870/9 871/1 871/21 876/18 876/20 878/3 879/8 927/24 927/24 957/15 957/17 957/21 960/1 980/13 983/5 983/19
County/Cuyahoga [1] 927/24
couple [2] 851/13 868/14
course [10] 851/24 853/1 854/4 871/11 875/12 876/21 879/16 896/4 912/13 918/23
courses [1] 871/12
court [22] 1/2 1/12 1/21 1/22 1/22 851/16 855/7 855/17 861/15 862/25 880/8 914/25 957/24 964/25 965/13 972/18 981/12 983/4 983/5 983/8 983/18 983/19
Court's [3] 848/14 860/25 964/17
courtroom [4] 879/19 880/4 979/6 979/11
cover [2] 857/9 865/23
covered [3] 900/5 970/18 971/25
covering [2] 866/23 947/23
COVID [1] 940/3
CPR [1] 897/16
create [8] 872/12 878/11 897/2 897/22 898/1 898/7 905/5 910/14
created [1] 898/11
creates [1] 872/10
credibility [1] 852/17
credits [1] 877/15
crime [3] 855/22 856/19 980/6
crimes [1] 977/23
critical [1] 891/6
criticism [2] 902/15 902/16
cross [4] 883/19 924/12 926/8 926/10
cross-examination [3] 924/12 926/8 926/10
crystal [1] 856/21
curious [1] 854/24
current [1] 873/24
currently [7] 864/17 867/11 871/3 873/8 873/21 874/17 918/1
curved [1] 895/13
cut [4] 892/16 941/7 942/19 942/23
Cuyahoga [11] 851/1 854/2 854/8 854/12 855/11 856/10 879/7 879/12 927/24 957/21 960/1
CV [1] 875/21
cycle [2] 867/18 867/21
Cyto [1] 877/8

D
daily [2] 960/14 961/12
dark [1] 935/14
darker [5] 887/10 889/8 896/24 900/10 950/22
data [28] 881/2 881/15 881/24 883/9 883/17 883/19 884/8 884/9 884/11 884/12 891/6 899/18 901/6 901/8 901/10 903/11 903/12 905/11 910/10 911/10 917/14 918/9 918/12 922/7 922/11 922/16 923/21 932/17
date [5] 900/6 900/7 943/14 955/19 983/21
Daubert [1] 858/16
DAVID [3] 1/7 1/11 959/22
Davis [1] 871/24
day [4] 1/12 896/13 978/22 979/11
days [2] 889/12 921/9
Dayton [7] 864/18 867/5 871/2 871/21 876/9 876/16 958/25
DC [1] 876/2
dead [1] 889/11
deadline [1] 848/18
deaf [1] 854/13
deal [1] 848/11
deals [2] 852/1 973/23
dealt [1] 849/20
death [25] 849/4 849/6 849/8 849/12 865/10 867/25 876/23 888/5 888/5 910/15 910/25 911/15 912/4 912/7 922/23 939/6 943/14 946/16 946/21 966/13 966/20 967/16 968/5 969/10 969/12
decide [1] 889/21
decided [1] 924/14
decision [3] 857/1 857/16 857/17
deck [1] 964/9
declare [1] 872/13
declared [1] 879/25
decomposed [1] 976/15
decomposes [2] 921/14 921/15
decomposition [45] 884/2 887/10 887/23 889/4 890/1 892/18 898/12 903/22 905/2 906/22 906/23 907/1 907/7 907/17 907/18 907/22 908/8 908/13

D

decomposition... [27] 908/18 909/20 915/16 915/19 916/23 917/5 917/6 918/16 920/7 920/20 921/7 921/8 921/12 931/2 943/12 944/7 944/11 949/15 949/21 949/24 952/11 952/18 971/11 971/13 971/15 976/4 976/7
decomposition-type [1] 889/4
deem [1] 880/8
deemed [1] 880/2
deep [2] 897/8 899/6
deeper [2] 951/11 951/12
defects [3] 893/24 900/4 976/25
defendant [8] 1/8 1/18 4/2 4/9 850/2 863/19 863/22 968/1
defendant's [11] 863/8 905/16 906/8 913/8 914/13 944/19 944/20 960/21 963/9 963/9 967/17
Defendant-Appellant [2] 1/8 1/18
defense [8] 851/5 861/23 862/9 878/11 925/7 926/17 972/23 978/18
defenses [1] 854/23
defer [1] 857/1
define [2] 890/22 977/23
defined [2] 890/15 902/14
defining [2] 899/19 919/19
definitely [4] 936/15 937/7 942/10 970/19
definition [3] 908/8 917/6 932/11
definitive [1] 943/14
definitively [1] 980/10
deflation [1] 953/10
degree [18] 868/10 868/17 869/1 869/2 869/7 870/2 870/4 870/8 871/19 882/4 887/22 890/10 892/5 910/1 917/11 918/19 923/6 954/24
degrees [7] 866/5 869/4 906/6 907/6 921/19 921/20 946/13
deliberate [1] 940/9
delivery [4] 892/21 910/23 936/3 956/2
demonstrate [1] 931/15
dense [1] 896/24
denying [1] 979/19
department [1] 867/16
depend [1] 947/22
depending [1] 864/24
depict [1] 960/22
depriving [1] 968/6
deputy [1] 866/18
describe [2] 883/4 894/11
described [11] 851/17 885/7 885/12 885/19 894/15 895/14 899/7 900/10 907/20 917/2 921/18
description [7] 885/13 885/14 895/15 899/9 900/12 904/8 976/18
descriptions [1] 931/6
design [4] 966/17 966/21 967/15 967/23
designed [2] 869/3 975/20
designing [1] 865/9
destination [1] 870/1
detail [3] 866/13 890/5 903/10
details [1] 962/14
Detective [1] 850/17
deteriorating [1] 892/14
determinate [2] 881/5 881/5
determination [14] 852/4 852/11 853/6 853/13 887/5 896/6 900/14 922/4 945/25 952/17 954/7 954/24 955/23 978/6
determinations [1] 878/3
determine [3] 856/13 932/3 940/19
determined [6] 849/10 849/12 856/2 856/5 980/2 980/5
determining [7] 852/17 887/2 890/12 923/19 930/16 932/12 940/17
develop [1] 909/10
development [3] 888/18 889/18 890/11
develops [2] 939/23 942/2
deviate [1] 870/7
devoid [1] 966/19
Di [1] 923/16
diabetes [3] 891/20 922/20 939/23
diabetic [1] 939/21
diagnosis [1] 918/13
Diagnostic [2] 877/8 877/8
Diagram [1] 2/17
diaphragmatic [1] 922/13
Diastasis [2] 936/17 936/18
did [36] 849/16 850/19 859/2 859/3 861/3 872/3 874/11 875/17 876/16 877/4 877/11 882/6 882/10 884/21 884/23 889/3 902/6 903/20 903/20 915/15 923/14 927/4 929/15 929/17 929/22 929/24 966/12 970/20 974/2 974/20 974/25 975/14 976/6 976/7 976/9 977/2
didn't [16] 854/25 859/6 860/19 873/2 929/2 933/7 934/19 936/12 938/6 938/8 938/12 938/17 942/8 942/10 971/22 974/23
die [2] 889/3 942/22
died [1] 943/17
differ [1] 878/18
difference [2] 898/2 931/3
differences [1] 857/14
different [5] 859/17 916/13 949/1 953/4 979/22
difficult [2] 948/6 975/2
digital [1] 945/8
direct [8] 858/15 863/25 913/12 926/15 930/21 943/13 948/15 973/22
directed [2] 851/15 863/13
directly [1] 908/15
director [2] 954/17 954/19
disagree [4] 948/24 949/4 949/7 949/14
discern [2] 915/16 974/16
discrepancy [1] 908/12
discuss [6] 858/2 896/16 908/19 962/14 965/17 969/22
discussed [8] 858/19 921/25 964/18 968/3 970/9 970/10 970/10 979/4
discusses [1] 858/17
discussion [3] 883/8 924/11 965/25
discussions [3] 921/24 964/14 965/14
disease [2] 910/12 938/9
diseases [2] 911/6 922/18
dismissed [1] 863/6
dissection [1] 867/8
distended [4] 861/11 919/6 919/10 919/11
distinction [2] 943/20 943/24
distinguishable [1] 851/19
distracted [1] 946/18
distress [1] 935/8
DNA [1] 853/21
do [69] 851/10 853/2 854/20 857/4 860/19 864/5 864/14 864/14 864/20 865/3 865/7 865/7 865/15 865/17 865/18 865/19 865/20 865/21 866/7 873/2 873/12 882/6 882/6 882/16 891/10 896/13 903/10 908/22 910/8 911/25 912/3 913/12 914/14 917/25 919/21 920/3 920/20 929/17 933/21 944/16 944/18 956/17 956/21 956/22 956/24 956/25 957/2 957/3 957/5 957/17 957/20 958/8 961/19 962/2 965/3 967/10 967/20 968/14 969/21 970/3 970/4 970/12 970/14 974/7 976/16 979/20 980/3 981/3 983/6
do-over [1] 970/12
doctor [69] 3/8 858/1 860/6 861/2 861/6 862/4 862/5 862/9 862/10 863/19 864/12 864/14 865/5 865/25 869/6 871/18 871/24 874/5 877/19 879/15 880/8 880/18 884/18 885/23 886/9 886/15 892/8 893/18 901/16 905/15 907/8 914/12 915/3 915/4 918/21 918/21 920/9 920/11 923/16 926/14 932/19 942/15 948/20 949/19 952/2 952/10 954/11 958/23 964/11 969/23 970/11 970/18 970/19 971/5 971/10 973/6 973/7 973/13 973/17 973/20 973/24 974/16 974/25 975/11 976/3 976/14 977/2 977/8 977/9
doctors [2] 869/10 953/8
document [3] 920/23 921/3 963/21
documentation [1] 953/7
documented [2] 939/3 939/6
documents [2] 878/20 879/5
Doe [3] 946/23 966/14 981/24
does [28] 853/3 857/14 865/5 867/14 870/16 875/1 878/10 880/11 881/2 889/22 891/19 894/20 899/15 900/6 900/13 903/10 904/14 905/22 905/23 906/21 908/13 912/15 917/22 922/3 958/10 958/21 974/14 974/22
doesn't [9] 888/25 889/11 894/11 899/22 932/21 933/11 942/19 971/1 974/23
dogs [1] 972/13
doing [6] 864/20 866/24 867/7 881/19 894/12 897/16
don't [98] 848/25 850/1 850/6 850/10 852/8 852/15 854/17 855/5 855/15 856/15 857/8 859/23 866/2 870/10 870/11 870/15 870/15 874/16 874/19 874/23 878/7 878/16 879/23 882/6 883/13 883/14 884/10 884/11 888/14 888/20 891/17 892/3 893/11 895/1 895/21 896/1 897/23 899/9 899/18 900/23 901/13 901/23 902/9 902/18 903/1 903/13 903/22 903/23 912/1 912/6 912/10 912/24 914/17 915/25 917/2 917/24 918/12 918/14 918/15 918/19 919/21 921/18 922/16 924/2 926/22 927/5 928/11 928/21 934/1 937/17 941/3 942/1 942/5 943/6 943/21 944/1 944/3 945/3 945/15 945/18 945/21 945/21 948/24 949/2 949/14 952/6 952/14 955/21 957/7 962/4 962/22 963/6 973/15 973/16 975/18 976/1 981/1 981/2
done [14] 853/14 855/23 871/11 871/16 875/19 877/15 882/13 885/4 893/4 896/15 945/10 945/16 968/18 977/20
door [1] 953/3
doubt [4] 855/21 856/6 967/6 979/24
down [4] 901/15 909/21 959/5 968/19
doz [1] 896/11
dozen [1] 896/10

D

Dr [3] 4/24 926/10 951/24
drive [3] 2/18 972/12 972/15
driven [1] 907/1
drugs [1] 939/15
drywall [1] 895/6
due [1] 889/25
duly [2] 863/23 973/9
duration [1] 956/25
during [29] 850/8 861/24 869/14 875/12 879/15 884/1 888/6 889/23 891/23 892/21 898/13 900/25 904/25 905/1 905/20 908/18 909/2 909/6 910/15 910/23 912/12 926/15 930/21 943/13 960/15 960/19 961/6 961/12 970/11
duties [1] 872/2

E

each [1] 902/18
earlier [1] 953/6
ears [1] 854/13
easily [1] 851/18
eaten [1] 881/11
edge [3] 895/7 895/10 895/11
educate [1] 878/15
education [5] 868/7 869/4 872/3 877/12 877/15
educational [1] 866/4
effect [1] 898/8
effort [1] 978/25
efforts [1] 908/24
either [8] 865/15 883/9 904/25 906/3 909/16 918/6 933/23 956/3
elected [3] 864/17 867/19 875/10
electrical [1] 868/12
element [3] 849/17 849/18 966/11
elements [7] 855/21 856/19 907/10 920/19 967/6 977/24 979/24
elicit [3] 859/15 859/25 860/6
eliciting [1] 880/9
eliminating [1] 947/24
Ellen [1] 959/23
else [6] 862/17 876/15 955/6 971/22 971/24 978/14
embalming [1] 876/6
emphasize [1] 856/4
employ [1] 953/17
employed [2] 915/4 959/22
employment [4] 866/10 867/1 867/10 960/5
EMS [2] 876/6 876/7
end [5] 863/6 906/1 958/23 961/17 977/18
endeavors [3] 875/13 879/16 896/4
ended [1] 967/25
enforcement [5] 928/9 928/19 928/20 929/17 966/25
engage [1] 875/13
engaged [1] 878/11
engineering [1] 868/13
enjoy [1] 872/3
enough [10] 854/19 869/15 881/20 883/9 884/13 901/11 917/10 923/10 923/20 928/22
entitled [1] 856/15
entity [1] 872/9
environment [2] 883/13 908/7
enzyme [1] 906/24
epidural [1] 976/19
equivocal [1] 884/8
error [1] 903/15
Esq [2] 1/18 1/19
essential [1] 979/24
essentially [10] 849/5 869/14 872/20 881/6 889/23 897/24 909/3 935/9 936/1 976/15
establish [1] 855/11
estimate [1] 933/7
estimated [1] 933/23
estimates [1] 879/22
estimations [1] 934/11
et [1] 970/5
ethical [1] 878/11
ethically [1] 882/3
ethics [2] 873/14 873/18
evaluate [4] 895/23 911/2 911/7 956/1
evaluated [1] 885/5
evaluating [2] 910/10 911/10
evaluation [8] 881/4 881/23 882/23 883/6 884/6 887/25 912/16 956/5
even [5] 890/25 898/20 967/1 969/10 981/3
eventually [2] 875/10 948/7
ever [3] 865/3 905/17 958/6
every [2] 896/13 937/23
everybody [3] 854/21 864/7 924/8
everyone [1] 925/2
everything [5] 876/15 905/11 970/9 978/8 980/16
evidence [39] 851/6 852/20 853/4 853/23 854/1 854/15 855/17 856/8 856/12 856/22 856/23 859/18 859/24 860/3 870/13 876/12 878/21 881/6 889/9 893/10 905/7 920/13 938/8 942/24 949/15 949/21 956/17 966/10 966/15 966/19 966/22 967/2 967/12 967/14 975/23 976/19 977/19 980/7 980/9
evidenced [1] 935/14
evident [3] 890/1 899/13 971/14
exact [3] 879/23 896/15 917/3
exam [13] 872/11 885/4 885/4 886/21 889/23 889/25 894/13 896/15 905/12 907/21 910/20 920/13 933/6
examable [1] 895/12
examination [16] 852/7 861/10 863/25 884/8 886/8 887/3 887/15 901/17 903/10 904/4 913/24 924/12 926/8 926/10 926/16 951/24
examinations [1] 915/4
examine [3] 858/11 896/5 940/5
examined [6] 863/24 879/11 919/1 919/2 952/12 973/10
examiner [1] 879/14
Examiner's [2] 867/4 879/12
Examiners [3] 873/20 875/5 882/21
Examiners' [1] 873/18
examining [1] 933/1
example [7] 852/25 892/22 909/14 910/7 946/1 956/8 957/20
examples [1] 909/2
Excellence [1] 876/2
Excellent [1] 979/3
except [1] 931/2
exception [1] 981/22
exclusively [1] 875/7
excreted [1] 935/4
excuse [2] 925/2 962/2
excused [3] 977/11 978/16 978/21
executive [3] 873/22 954/17 954/19
exempts [1] 859/20
Exhbt [2] 2/2 4/10
exhibit [30] 4/20 4/21 858/25 885/23 886/15 887/6 887/7 887/15 889/14 892/9 900/1 905/17 906/12 913/8 914/12 914/14 914/17 921/1 944/19 944/20 944/24 944/25 963/9 963/10 963/16 963/18 963/20 964/10 964/21 973/14
exhibits [14] 2/1 3/2 4/9 886/10 893/16 906/8 960/21 961/21 961/25 962/23 963/4 963/14 963/23 964/25
exist [3] 931/20 932/21 974/23
existed [1] 888/15
existence [1] 915/16
exit [1] 979/11
expand [5] 881/8 884/3 898/18 951/2 951/5
expanded [27] 881/14 883/5 883/11 883/20 883/24 895/4 897/6 898/19 898/21 900/23 901/1 902/20 902/22 904/5 904/12 904/18 905/6 905/8 905/10 905/12 918/5 918/8 919/22 949/4 949/8 950/19 953/13
expanding [2] 909/22 918/10
expands [5] 897/2 897/7 898/3 898/15 909/8
expansion [12] 887/12 888/13 892/6 895/20 898/24 899/13 917/15 922/11 948/17 948/19 950/18 953/11
expect [3] 907/16 907/23 944/7
experience [2] 866/5 917/18
experienced [1] 976/6
experiences [1] 937/22
expert [6] 859/16 861/24 878/11 879/25 880/9 970/10
expertise [1] 880/3
experts [1] 968/4
explain [4] 869/6 930/24 935/1 975/15
explaining [1] 908/11
explanations [1] 904/19
explosion [2] 936/1 936/1
exposed [4] 907/10 907/25 908/10 920/18
extensively [1] 876/20
external [3] 885/4 931/5 947/9
extra [1] 978/25
extremity [1] 887/20
extrusion [1] 890/16
eye [1] 941/2

F

face [1] 889/16
fact [16] 850/21 854/1 855/24 878/10 894/21 910/7 921/12 921/25 942/22 943/5 960/19 961/16 968/7 976/6 978/3 978/4
factors [11] 888/4 891/10 910/12 910/15 910/25 911/8 922/19 922/21 938/1 938/17 940/19
facts [3] 907/9 959/21 961/3
faculty [1] 875/18
fail [1] 874/11
failed [2] 874/11 967/5
fair [16] 928/22 929/10 929/11 929/13 931/8 934/5 938/10 938/14 938/16 938/19 940/5 947/13 947/15 950/9 951/2 981/2
fairly [3] 915/20 937/11 960/22
faked [1] 881/10

F

falls [1] 854/13
familiar [1] 918/21
familiarity [1] 870/17
families [1] 868/2
family [4] 853/24 960/6 961/9 964/8
far [3] 888/17 889/17 966/1
farther [1] 889/20
fashion [1] 909/12
fast [2] 891/19 935/25
favorable [3] 855/18 967/3 967/13
FBI [1] 876/12
February [9] 907/11 920/24 920/25 921/13 943/17 960/20 961/7 963/13 963/13
fecal [1] 935/10
fed [3] 943/5 943/6 943/9
fee [2] 958/4 958/17
feeding [3] 909/2 909/17 909/18
feel [1] 899/9
fellow [1] 873/24
fellowship [2] 870/25 871/3
fellowships [1] 870/20
Felo [17] 858/1 861/6 862/4 862/9 918/21 918/22 920/9 952/10 969/23 970/11 970/18 971/5 973/6 973/7 973/13 973/20 977/10
Felo's [5] 3/8 920/11 948/20 949/19 971/10
felt [1] 872/2
fetal [4] 931/22 931/24 934/12 938/2
fetus [5] 932/12 935/8 936/1 936/6 954/5
fetuses [1] 890/19
few [3] 855/12 862/20 877/3
fewer [1] 903/12
field [1] 879/25
figure [1] 879/24
filed [6] 851/1 851/15 852/23 966/6 980/23 981/11
filling [2] 894/18 900/21
final [1] 867/10
finally [3] 853/10 891/7 960/21
find [12] 849/16 849/24 849/25 852/15 875/17 884/23 934/19 936/12 938/6 938/8 938/12 974/21
finding [2] 869/25 931/12
findings [10] 882/25 884/24 918/24 930/18 934/21 948/24 949/1 949/2 949/2 949/19
fingernails [1] 935/15
first [17] 848/12 859/4 863/13 863/23 864/6 869/14 901/21 912/9 919/14 939/7 939/9 940/10 940/21 951/5 952/19 969/22 973/9
five [1] 960/7
flat [1] 927/15
floating [1] 859/5
flotation [3] 858/18 860/12 915/6
fluid [2] 894/4 935/6
focused [1] 966/8
folks [3] 862/18 965/11 970/14
following [11] 848/3 862/24 907/9 914/4 924/23 926/3 959/21 961/3 962/18 972/17 979/12
follows [2] 863/24 973/11
food [8] 881/9 881/13 943/1 943/2 943/4 943/10 955/9 955/15
foot [1] 887/1
force [2] 897/23 936/5
forced [3] 883/25 897/18 898/13
forceps [2] 893/25 894/1
forces [3] 867/4 877/5 909/21
forcing [3] 897/16 904/23 909/24
foregoing [1] 983/10
forensic [26] 864/16 864/20 864/23 865/17 866/25 867/11 867/14 869/20 869/25 870/5 870/25 872/17 875/15 876/1 878/13 882/15 882/19 883/13 903/5 903/9 908/23 917/23 919/25 923/16 931/3 954/11
forget [1] 874/2
forgot [2] 848/22 929/20
form [2] 915/19 983/10
forming [2] 918/17 927/20
forth [2] 883/21 966/24
forward [1] 924/11
found [8] 849/14 850/16 851/8 851/21 856/4 879/10 885/17 920/6
foundation [1] 912/2
foundational [3] 890/14 890/24 940/21
four [2] 927/3 927/16
fracture [2] 936/10 936/12
fractures [2] 936/9 936/23
Franklin [2] 849/23 851/20
freezing [2] 907/14 921/10
fresher [1] 895/12
Friday [2] 960/10 960/15
front [3] 875/22 895/18 914/14
froze [1] 907/25
frozen [1] 921/14
full [4] 864/10 891/15 933/4 959/24
full-time [1] 959/24
fully [8] 895/21 900/24 942/8 951/2 951/5 951/8 951/14 951/14
function [4] 852/7 868/3 871/13 978/1
functioning [1] 976/17
Funeral [1] 876/5
Furnished [1] 914/19
further [14] 857/9 861/4 887/6 893/14 922/22 951/21 959/2 959/18 961/22 965/14 977/4 977/13 977/22 977/23
futures [1] 869/11

G

GAIL [13] 1/7 848/9 912/13 959/22 960/6 960/9 960/14 960/17 961/4 961/11 961/14 964/7 966/12
Gail's [2] 961/8 961/10
gas [9] 887/11 895/20 897/2 897/6 897/7 897/14 898/20 899/3 905/4
gasses [7] 898/17 898/18 908/13 908/17 908/17 908/20 909/9
gastrointestinal [1] 885/8
gauging [1] 906/14
gave [2] 851/3 852/20
GEAUGA [15] 1/3 1/13 1/22 850/23 851/3 853/3 853/5 854/8 855/22 856/20 856/24 927/24 980/13 983/5 983/19
Geauga's [1] 981/23
general [6] 1/17 849/18 865/5 865/8 872/8 916/17
generally [6] 932/9 941/8 941/11 947/6 950/14 950/22
generate [1] 911/17
generated [4] 911/20 911/20 913/6 914/20
generating [1] 923/6
genetic [1] 938/9
gentlemen [4] 863/5 913/19 959/16 972/22
germane [1] 853/7
gestational [10] 887/2 888/2 890/18 891/2 891/9 891/20 891/25 922/19 931/12 939/23
gestationally [1] 954/5
get [23] 863/16 864/25 865/3 869/3 869/7 872/4 872/11 877/15 882/8 882/16 906/16 912/2 947/1 947/2 952/5 952/6 952/7 957/17 957/21 958/8 958/10 962/12 963/1
gets [3] 855/2 897/7 935/4
getting [3] 946/5 957/10 957/18
GI [1] 935/3
girl [1] 960/2
give [3] 848/15 933/7 943/14
given [10] 850/21 875/25 934/9 948/6 970/25 975/1 978/3 978/4 978/11 980/2
gives [5] 854/19 887/11 901/9 901/11 918/9
giving [1] 958/19
gland [2] 885/10 974/17
glands [11] 884/25 885/13 885/15 885/18 970/22 970/23 973/23 974/3 974/5 974/11 974/20
glass [2] 916/8 952/23
glistening [1] 899/8
glossed [1] 926/15
go [14] 849/1 852/8 863/16 865/25 872/3 883/9 914/9 924/14 930/15 961/19 962/6 971/17 972/7 972/12
goes [2] 861/9 964/21
going [25] 848/15 850/5 857/1 857/22 860/9 866/1 869/22 871/25 885/23 886/1 894/8 898/1 907/6 907/18 915/12 940/18 941/1 947/12 950/14 950/22 951/1 965/11 967/20 973/1 973/3
gone [1] 895/2
gonna [18] 863/10 863/16 865/25 874/2 882/8 924/14 930/15 936/15 942/8 945/14 945/15 951/5 951/9 965/12 971/17 971/23 973/22 978/10
good [10] 860/17 863/3 864/7 864/8 926/12 926/12 926/13 956/4 964/5 978/24
Google [1] 882/16
got [9] 868/17 869/18 869/18 878/6 927/8 965/16 970/5 972/11 978/21
governor [1] 874/1
graduate [1] 870/21
graduated [4] 868/11 868/19 869/1 870/24
gram [1] 933/22
grams [3] 933/5 933/11 933/20
grand [1] 876/9
granted [1] 880/15
gray [1] 887/21
greater [3] 870/16 881/18 908/2
green [1] 920/14
greenish [1] 887/21
grey [1] 887/10
gross [5] 867/7 867/8 894/15 895/25 901/13
grossly [2] 950/5 950/8
grounds [2] 969/2 979/20
group [2] 874/3 875/6
growing [1] 891/19
guess [4] 912/17 913/13 931/17 968/13
guy [2] 954/15 954/19
guys [1] 861/4

## H

H-A-R-S-H-B-A-R-G-E-R [1] 864/13
had [51] 1/11 849/21 850/21 851/1 851/14 852/23 866/22 869/11 870/3 874/15 875/12 876/19 879/15 886/2 896/5 903/25 911/11 914/2 914/13 915/18 920/6 920/17 921/2 921/24 924/5 925/11 929/20 932/19 933/18 946/1 953/4 953/5 958/6 959/12 960/12 960/18 961/9 961/15 965/8 967/23 970/23 971/14 975/15 976/2 976/6 980/12 980/23 981/2 983/7 983/12 983/14
half [2] 960/4 972/11
hand [1] 885/23
Handbook [1] 923/16
handed [1] 914/12
handing [3] 905/15 906/7 973/13
handle [1] 973/4
handles [1] 849/3
handling [1] 874/4
happen [3] 865/18 948/17 978/10
happened [7] 892/19 903/14 911/9 931/16 936/4 966/22 980/10
happening [4] 906/23 907/2 907/22 921/13
happens [2] 930/3 942/2
happy [1] 869/10
Harshbarger [18] 860/6 862/6 862/12 862/13 862/16 863/19 863/21 864/12 864/14 880/8 914/12 926/10 926/14 951/24 973/24 974/25 975/11 976/3
Harshbarger's [4] 4/24 861/2 964/11 970/20
Hartshorn [1] 862/14
Harvey [1] 961/5
has [29] 848/13 849/19 851/15 858/6 863/7 865/12 865/15 867/23 870/7 872/11 872/21 876/16 881/11 889/3 895/13 897/4 910/24 922/1 937/11 944/25 945/1 953/9 953/10 963/5 967/5 972/23 972/24 975/17 979/23
hasn't [2] 892/16 950/21
have [196]
haven't [2] 979/4 981/9
having [9] 871/13 881/14 883/5 883/15 891/8 920/18 938/10 955/15 958/14
he [24] 850/2 850/17 850/19 850/20 858/12 858/13 859/2 859/3 861/12 871/25 918/24 919/1 919/4 946/7 970/20 970/22 970/24 970/25 971/6 971/9 971/12 974/4 974/21 976/2
he's [2] 861/14 970/5
head [5] 887/8 888/16 888/25 889/6 946/19
heal [1] 893/7
healing [5] 940/22 941/6 941/15 941/24 942/24
health [1] 903/19
healthcare [1] 937/18
healthy [1] 895/4
hear [4] 970/4 972/1 974/2 974/25
heard [6] 863/5 885/3 913/20 972/22 975/11 976/3
hearing [12] 848/4 863/1 914/5 924/6 924/24 926/4 948/22 959/13 962/19 965/22 972/18 979/13
hearsay [1] 861/14
heart [11] 894/3 894/3 894/21 894/23 894/24 895/11 895/17 900/16 900/22 912/21 975/7
heart's [1] 894/4
heat [1] 946/5
heavier [2] 891/15 894/24
heavy [1] 899/8
height [1] 886/23
Heights [4] 852/22 854/16 959/25 980/11
held [3] 871/4 963/12 965/21
help [3] 878/15 923/18 977/22
helpful [2] 887/2 899/10
hemorrhage [1] 976/20
her [11] 850/11 851/18 852/15 863/9 912/14 960/4 960/17 961/4 961/14 964/8 966/24
here [28] 848/7 849/15 850/5 851/6 853/18 856/9 860/22 878/14 886/18 891/6 914/25 920/3 920/23 921/9 923/11 927/8 930/11 930/13 932/21 932/23 934/19 935/17 935/18 936/13 937/7 968/11 973/24 979/7
Here's [1] 961/1
hereby [3] 959/20 961/2 983/6
herein [2] 863/22 973/8
hernia [1] 922/13
Hi [1] 973/21
high [1] 868/11
higher [2] 919/17 939/19
him [7] 859/25 862/14 948/21 954/18 972/7 974/2 975/3
his [17] 858/2 859/16 860/7 860/7 861/13 880/9 886/7 918/24 946/2 946/4 946/5 946/7 948/24 949/2 949/2 970/11 971/3
histologic [2] 895/23 898/22
histologically [7] 883/24 893/4 904/13 904/18 908/2 953/12 953/15
histology [7] 884/12 901/8 920/15 923/1 944/8 955/4 956/6
historical [1] 903/17
history [4] 866/11 867/1 939/4 939/6
HMO's [1] 869/9
hold [2] 855/15 975/20
holding [1] 894/1
home [3] 876/5 959/25 961/5
homicide [8] 850/1 850/6 851/23 853/3 854/3 856/2 856/14 856/23
Honor [5] 876/10 880/6 925/5 978/19 982/3
Honorable [1] 1/11
hopefully [1] 965/15
hospital [5] 867/6 870/24 876/8 930/3 930/9
hour [7] 924/13 926/24 926/25 927/1 927/3 927/18 972/12
hours [9] 867/20 927/4 927/16 940/10 941/2 941/7 941/16 941/19 980/23
house [1] 958/6
housekeeping [1] 969/18
how [43] 864/19 868/21 873/5 874/10 874/10 874/13 877/19 877/23 878/6 879/9 879/21 882/23 888/17 888/20 889/17 896/9 900/13 901/21 902/10 903/5 908/13 910/3 910/18 911/4 911/16 913/11 916/3 917/7 923/5 926/21 927/2 927/4 933/7 947/22 952/15 956/22 957/12 967/24 971/13 972/4 974/7 976/16 977/25
however [2] 885/13 974/18
huh [2] 876/21 934/3
humans [1] 897/21
hundred [4] 869/16 877/25 879/23 901/9
hyper [1] 919/20
hyper-inflated [1] 919/20
hypothecate [2] 901/2 901/5
hypothetical [2] 920/17 948/12

## I

I'd [5] 870/19 873/10 887/14 893/15 896/16
I'll [9] 913/6 915/10 962/2 962/2 964/20 968/16 968/17 968/19 969/3
I'm [53] 848/16 852/5 853/17 854/23 857/1 857/22 859/10 861/20 863/10 863/16 864/16 865/25 867/22 874/2 874/2 878/16 885/3 885/15 885/23 886/1 891/5 892/9 905/15 917/24 919/10 919/19 920/4 928/11 928/20 930/12 931/17 936/15 938/25 939/9 942/8 944/9 946/18 954/18 957/16 958/19 958/20 962/10 966/4 968/10 968/13 968/13 968/19 971/16 971/23 973/13 973/22 979/17 981/22
I've [12] 857/13 870/12 871/11 875/19 875/25 876/17 886/4 896/14 905/19 931/6 972/11 980/1
I......963....................965 [1] 4/13
i.e [3] 881/3 897/19 922/11
ID [2] 2/2 4/10
idea [3] 891/8 960/18 961/15
ideal [2] 930/2 930/6
ideally [1] 932/13
identification [3] 905/16 906/8 913/9
identified [6] 858/5 880/18 974/9 974/12 974/15 974/21
if [66] 850/25 850/25 851/13 854/12 855/12 855/22 855/25 858/11 859/9 859/12 863/10 866/13 867/20 868/1 881/11 883/10 884/5 884/7 885/18 886/2 891/17 892/9 893/5 893/6 895/5 899/4 902/19 909/19 921/2 921/18 923/19 930/16 933/18 934/3 934/7 936/4 937/13 938/20 938/23 939/1 939/3 939/11 939/14 939/17 939/21 939/23 939/25 941/23 943/8 945/21 946/12 948/3 948/12 951/12 952/7 956/8 962/1 969/10 971/24 972/4 972/24 974/17 975/15 975/22 976/10 976/14
II [1] 1/3
III [1] 1/4
illegal [1] 958/3
Illinois [6] 866/23 866/24 868/16 868/23 868/25 869/23
immediately [5] 942/19 946/8 953/3 956/10 956/12
immoral [1] 958/3
impact [1] 946/10
implementing [1] 865/9
implications [1] 941/9
important [5] 861/16 866/3 895/22 950/2 950/7
impressions [1] 904/25
in [378]
inappropriate [1] 958/3
incident [1] 850/4
inclined [1] 968/14
include [4] 855/1 929/20 929/22 961/7
included [3] 970/19 971/3 971/8
incompatible [2] 934/16 934/16

I


inconsistent [2] 885/16 885/18
incorporate [1] 969/2
incumbent [1] 855/19
indeed [1] 974/20
independent [5] 883/22 890/17 891/1 891/22 891/22
Indiana [8] 865/22 870/23 873/9 874/13 874/15 874/20 874/23 875/17
indicate [4] 892/15 931/18 934/21 945/14
indicated [4] 906/18 920/6 953/5 970/24
indicates [2] 854/11 969/8
indication [3] 912/25 934/15 945/16
indicative [1] 887/22
individual [1] 849/20
infant [18] 883/1 886/18 888/3 888/16 888/22 899/12 907/10 908/22 920/18 933/8 939/6 940/10 946/23 950/13 950/21 955/2 956/11 975/9
infant's [3] 890/11 946/8 975/12
infants [3] 877/24 890/19 939/19
infected [1] 888/9
infection [5] 910/13 911/6 922/14 940/1 940/3
infectious [1] 888/8
inflammation [5] 893/6 893/9 893/13 893/13 942/3
inflated [4] 895/10 919/20 951/9 951/15
information [16] 878/23 879/6 881/3 881/21 882/1 892/4 901/23 903/17 903/18 912/12 912/24 923/4 923/21 938/18 953/23 970/7
ingested [1] 955/15
inhibit [1] 921/23
initial [3] 912/2 966/5 976/18
initially [1] 977/1
injuries [2] 948/10 975/24
injury [1] 948/13
inserted [1] 910/24
inside [3] 897/4 897/22 909/10
instance [3] 891/10 895/5 902/18
instead [1] 902/17
Institute [3] 876/1 876/2 877/5
instructions [8] 857/11 857/13 857/16 924/20 977/22 978/2 980/24 981/21
instrumental [1] 870/8
insufficiency [1] 966/10
insufficient [2] 856/22 966/15
intact [1] 905/2
intend [1] 964/15
intends [1] 861/23
intent [1] 871/22
intention [1] 969/23
inter [3] 888/5 889/10 931/4
inter-uterine [3] 888/5 889/10 931/4
interested [1] 869/20
interior [2] 960/22 963/25
intern [1] 870/20
internal [10] 885/4 887/9 887/18 887/24 890/3 893/20 906/15 907/23 908/6 975/21
internally [3] 885/16 885/18 908/14
interpretation [3] 903/11 919/22 919/24
interpretations [1] 883/17
interrogation [1] 850/9
interrogatories [1] 981/4
intervention [1] 932/8
Interventional [1] 876/4
interview [8] 850/9 912/13 929/16 929/23 966/24 967/17 969/7 980/7
into [19] 859/18 859/21 859/24 860/3 861/9 883/25 894/25 897/7 897/17 897/18 897/20 901/16 908/21 909/15 921/13 933/11 969/5 979/6 983/9
intoxicated [1] 947/18
introduce [3] 861/1 903/15 908/13
introduced [4] 897/14 908/21 909/13 970/8
introducing [1] 859/21
investigation [3] 865/10 874/5 905/21
investigations [2] 876/23 903/16
investigative [1] 879/5
investigator [2] 946/1 956/9
investigators [2] 928/17 928/18
invited [1] 875/20
involved [5] 849/5 878/6 878/9 922/7 922/7
involves [1] 849/6
irrelevant [1] 878/17
is [374]
ish [1] 890/21
isn't [5] 926/12 930/19 931/13 934/22 937/12
isolation [1] 893/22
issue [11] 852/2 857/15 857/18 890/11 908/19 940/21 966/8 966/9 968/21 977/21 981/6
issues [6] 848/12 849/4 854/22 878/12 939/20 968/7
it [198]
it's [123] 849/18 852/17 853/17 861/14 861/22 866/3 867/16 869/2 872/20 873/1 873/2 873/3 875/6 875/8 878/17 879/22 881/24 882/7 882/21 883/9 883/19 885/15 885/16 885/16 885/17 887/17 887/19 889/9 889/10 889/12 891/9 891/12 891/19 892/16 892/16 892/17 892/20 892/22 893/19 893/21 894/11 894/14 895/8 896/10 896/10 896/12 896/13 896/13 899/3 899/4 899/8 899/10 899/22 899/23 900/15 902/17 903/1 903/4 905/19 906/2 906/2 906/3 907/12 907/19 908/4 910/18 912/3 912/5 912/10 913/13 914/20 916/5 916/9 917/10 918/1 918/3 918/11 919/20 920/2 920/8 921/1 921/9 921/12 921/13 924/10 924/15 926/23 927/1 927/5 927/6 927/11 928/1 928/20 929/25 931/1 931/1 931/2 931/2 935/6 938/16 939/3 939/17 939/21 939/25 940/17 942/6 943/16 943/22 945/13 945/15 945/16 950/2 950/7 950/10 951/9 952/24 953/2 955/13 958/18 964/22 972/14 978/3 978/10
items [1] 880/18
its [9] 861/24 863/7 876/15 888/18 889/18 909/23 932/4 935/9 969/10
itself [16] 888/25 890/2 894/22 897/1 897/1 905/7 906/5 908/5 910/20 910/23 916/7 916/9 916/25 923/5 976/23 981/7
IV [1] 1/4


J


J......963....................965 [1] 4/13
jade [1] 958/14
jagged [1] 892/23
JD [2] 863/21 869/13
JDs [1] 875/7
job [3] 866/5 869/19 878/13
join [1] 965/12
joined [1] 868/15
Joseph [3] 3/8 973/6 973/7
Journal [2] 877/16 877/17
JUDGE [25] 1/7 848/20 853/12 859/13 863/12 863/18 864/3 880/14 886/8 913/15 914/10 926/9 951/18 951/20 959/3 959/7 959/9 961/20 963/3 967/11 973/5 976/11 977/15 980/19 982/4
judging [1] 920/4
Judgment [1] 852/12
judicial [1] 855/25
July [3] 960/8 960/20 961/7
junior [1] 868/12
jurisdiction [2] 849/14 865/11
Jurors [1] 979/11
jury [39] 1/11 1/11 848/4 848/9 855/15 857/10 857/12 857/16 861/16 862/21 863/1 866/14 885/2 886/8 896/20 914/5 924/6 924/24 926/4 930/24 935/1 942/9 942/12 952/15 959/13 959/16 962/3 962/11 962/19 964/22 965/22 967/21 968/8 972/19 978/1 979/13 980/24 981/4 981/21
jury's [1] 978/15
just [49] 849/18 851/17 852/3 852/6 855/12 856/7 857/7 858/8 859/12 862/20 875/3 875/22 876/24 881/20 881/24 884/8 884/10 886/11 886/20 888/16 889/12 891/6 892/6 898/21 901/12 902/3 909/9 911/6 918/16 928/20 935/7 935/7 945/1 947/23 957/23 962/6 962/25 963/5 963/7 963/18 966/4 967/7 968/10 969/13 970/12 980/18 981/7 981/14 981/18
justice [1] 869/22


K


Kantor [4] 853/24 959/23 960/12 963/25
Kantor/McNulty [1] 853/24
Kara [1] 1/17
Keating [2] 1/17 973/3
keep [2] 862/14 972/10
keeping [1] 907/2
Kent [6] 863/17 863/19 863/21 864/12 926/10 951/24
Kent's [1] 861/1
Kentucky [3] 865/23 865/24 873/8
kept [1] 877/21
key [1] 910/17
kidnapping [4] 849/21 849/22 851/19 851/23
kidneys [3] 885/9 903/21 922/12
kill [1] 967/24
killed [3] 941/23 943/9 951/13
killing [2] 852/5 940/9
kind [9] 853/17 866/13 878/1 890/4 912/22 912/23 926/14 931/7 977/25
kindly [2] 864/10 886/1
kitchen [4] 960/23 960/24 964/1 964/2
knew [3] 869/25 872/1 967/18
know [81] 850/1 850/6 857/7 869/15 870/10 870/11 874/23 881/11 882/15 883/14 883/15 886/18 888/14 888/20 889/22 891/17 892/19 893/11 896/11 896/11 898/5 900/22 901/23 902/7 902/9 902/17 902/18 903/1 903/1 903/13 909/16 910/4 910/22 910/23 912/3 912/6 912/22 913/12 913/23 915/21 915/25 916/6 917/24 921/12

K

know... [37] 921/18 922/9 922/19 926/22 927/5 928/11 928/21 937/17 938/2 941/13 942/1 942/5 943/21 944/1 944/3 945/3 945/18 945/21 955/21 956/18 956/21 956/22 956/24 956/25 957/2 957/5 957/7 957/20 962/4 968/15 968/19 969/6 971/1 974/7 975/18 976/16 981/18
know, [6] 882/16 885/8 909/2 918/18 927/20 952/8
know, a [1] 952/8
know, and [1] 882/16
know, feeding [1] 909/2
know, forming [1] 927/20
know, necessary [1] 918/18
know, stomach [1] 885/8
knowing [1] 952/5
knowledge [3] 870/5 870/17 942/7
known [10] 883/4 883/5 883/10 883/11 883/19 905/11 918/2 918/3 953/14 953/15
knows [1] 969/8
Koinonia [2] 4/16 963/12

L

lab [1] 867/6
labeling [1] 902/7
labor [4] 888/6 891/24 935/23 935/25
ladies [4] 863/5 913/19 959/15 972/22
large [3] 975/22 975/24 975/25
largely [1] 966/7
larger [1] 900/21
last [3] 864/11 873/22 980/22
lastly [2] 854/9 861/3
late [2] 907/11 920/24
later [8] 849/25 851/21 853/15 853/20 885/17 888/20 889/23 979/8
law [18] 849/16 854/7 867/18 868/5 868/23 869/1 869/4 869/7 870/1 870/7 870/15 870/16 928/8 928/18 928/20 929/16 957/25 966/24
learn [1] 931/3
least [6] 870/5 888/22 901/11 910/14 915/22 955/16
lectures [4] 870/14 875/14 875/20 875/23
left [10] 853/23 885/10 885/11 887/19 909/19 909/20 918/16 952/20 956/6 968/11
leg [4] 885/10 887/8 887/19 933/12
legal [6] 851/18 874/23 875/1 875/2 877/6 877/17
legislators [1] 868/5
legitimate [1] 971/24
legs [1] 894/8
length [3] 886/23 887/1 887/1
less [8] 865/19 868/13 896/2 899/23 908/6 908/9 919/4 944/6
lesser [1] 921/8
let [4] 862/8 913/22 968/19 971/11
let's [8] 848/7 866/10 884/25 901/15 924/2 956/17 968/10 972/10
lethal [2] 934/17 938/4
letter [2] 878/7 914/21
level [3] 859/17 888/12 903/24
licensed [2] 873/7 873/8
licensure [1] 873/5
life [7] 884/1 891/1 891/22 934/16 939/7 940/12 954/6
light [5] 855/18 897/11 967/2 967/13 980/21
lighter [3] 895/19 897/6 950/15
like [20] 867/21 870/19 870/21 873/10 876/15 893/25 894/14 896/16 903/20 903/21 906/6 931/6 940/3 945/7 947/8 957/23 968/14 972/5 975/25 976/23
likely [15] 870/1 903/14 920/19 932/6 938/20 938/23 939/1 939/3 939/11 939/14 939/17 939/21 939/25 978/9 978/11
limbs [1] 933/8
limited [3] 881/3 948/6 971/19
line [3] 892/17 901/13 950/23
liquefactive [1] 917/4
liquified [3] 907/20 920/12 976/16
list [2] 929/24 962/22
listed [1] 849/17
listened [1] 854/18
listening [1] 968/17
literally [2] 923/17 956/6
literature [5] 4/17 917/21 917/22 923/12 963/11
little [6] 872/20 900/10 900/19 919/17 926/15 947/3
live [58] 878/3 880/23 881/5 882/5 883/1 883/5 883/11 884/14 887/5 887/25 889/2 890/13 890/15 892/7 893/1 893/14 899/17 899/20 899/24 900/14 901/5 901/10 904/15 905/10 905/13 910/14 911/22 911/23 912/3 912/10 912/18 913/3 917/8 918/2 920/1 922/5 922/23 922/25 923/8 923/15 931/13 931/15 932/3 932/6 934/17 950/13 952/6 952/7 952/7 953/10 953/15 953/18 954/8 954/22 955/11 955/24 975/3 975/6
lived [1] 961/9
liver [2] 894/6 950/24
living [3] 864/15 957/12 961/4
lobbying [1] 868/4
lobe [2] 902/12 902/18
lobes [1] 902/10
located [2] 959/25 960/23
logical [1] 848/18
long [8] 881/1 888/9 889/10 889/12 910/25 956/22 965/16 975/8
longer [6] 861/14 889/24 889/25 913/12 913/21 932/6
look [14] 860/5 861/1 875/21 884/9 893/4 893/6 903/20 903/21 911/5 932/15 935/19 940/18 981/3 981/17
looked [7] 885/21 904/7 927/23 928/2 928/5 928/22 928/24
looking [14] 849/2 860/21 888/16 889/16 899/8 918/2 932/23 938/4 941/4 944/19 950/8 950/10 950/11 974/17
looks [4] 876/15 893/25 906/6 945/7
lost [2] 890/3 894/19
lot [3] 857/14 943/12 958/12
loud [1] 968/11
low [2] 931/12 937/11
lower [2] 887/20 900/19
lowers [1] 911/9
lowest [1] 937/16
lubricates [1] 894/3
lunch [2] 924/13 924/15
Luncheon [1] 925/11
lunchtime [1] 924/10
lung [71] 859/5 860/12 883/1 884/4 884/12 885/11 888/13 894/6 894/13 894/16 894/21 894/22 894/24 895/4 895/9 895/9 895/10 895/12 895/18 895/20 896/2 896/21 897/2 897/7 897/14 897/17 897/18 898/8 898/13 898/23 899/1 899/5 899/6 899/22 900/5 900/20 900/21 900/23 901/1 901/25 902/4 902/9 902/10 902/12 905/4 905/5 915/23 916/1 916/4 916/6 916/11 916/22 919/6 923/18 944/8 949/22 949/23 950/2 950/4 950/19 951/8 952/16 952/19 952/20 952/21 952/22 952/25 954/1 954/9 955/4 956/6
lungs [22] 881/4 883/7 884/1 896/5 897/20 908/21 909/15 915/19 915/22 916/5 919/5 922/12 935/6 943/2 949/16 949/17 950/14 951/2 951/6 951/14 952/12 975/7
Lyndhurst [1] 961/6

M

macerating [1] 889/10
maceration [5] 889/1 889/4 930/21 930/24 931/6
machine [1] 983/7
macro [1] 895/25
macroscopic [3] 882/25 895/3 902/24
made [9] 848/13 850/19 854/24 858/3 870/2 927/13 959/18 967/19 978/5
magazine [1] 877/6
main [4] 883/24 884/2 897/15 908/23
mainly [2] 867/6 871/13
maintain [1] 891/21
Maio [1] 923/16
majority [1] 866/24
make [21] 857/17 859/13 860/19 878/3 881/25 883/15 896/6 903/8 912/9 917/10 918/12 923/10 924/16 943/19 943/23 945/24 952/17 954/23 957/12 964/20 969/19
makes [3] 850/8 895/22 937/17
making [10] 852/11 855/4 883/17 900/13 903/12 903/24 912/22 918/17 922/4 955/22
malformation [2] 934/17 938/4
malformations [1] 977/1
manage [4] 865/13 865/13 865/14 977/25
many [22] 864/19 867/5 867/24 869/9 877/2 877/19 877/23 879/5 879/21 884/11 888/14 888/20 896/9 898/21 901/21 902/10 914/24 916/15 917/13 917/14 921/16 927/4
March [6] 907/12 920/25 921/13 960/24 963/17 963/20
Marein [5] 1/19 851/10 856/7 863/14 914/8
margin [2] 895/10 899/23
margins [1] 895/13
Marion [2] 849/25 850/3
mark [2] 1/19 913/6
marked [4] 905/15 906/7 913/9 914/13
marker [9] 881/8 906/16 907/4 907/5 913/2 954/8 955/4 955/13 955/16
markers [5] 881/9 881/17 881/17 941/10 956/3
Mary [1] 959/23
mass [1] 917/4
master's [1] 872/4
masters [1] 871/18

M

maternal [3] 903/19 922/20 939/25
matter [11] 854/7 896/19 901/17 917/21 922/12 922/13 922/14 922/15 935/10 966/11 966/15
matters [1] 969/18
maturity [1] 898/23
may [15] 855/12 858/8 860/12 864/2 864/4 898/10 903/3 941/14 945/1 953/3 953/23 959/5 959/8 960/9 976/10
maybe [4] 870/17 887/8 894/1 957/16
MBA [1] 863/21
McNulty [3] 853/24 959/23 960/13
MD [3] 863/21 865/15 869/13
MD/JD [1] 869/13
MDs [1] 875/7
me [24] 854/19 866/2 870/1 878/9 887/22 889/9 892/9 894/10 894/20 899/5 901/12 901/24 910/7 921/11 923/21 927/25 933/18 943/8 952/14 952/15 965/12 971/11 972/12 983/9
mean [13] 860/15 865/6 867/14 875/1 889/11 902/1 921/9 923/1 957/18 974/14 974/22 974/23 975/22
meaning [1] 939/18
meaningful [2] 889/24 889/25
means [8] 867/16 871/9 883/20 883/23 930/25 946/24 974/15 974/21
meantime [1] 872/1
measurements [6] 888/2 889/21 891/3 891/8 932/18 945/24
measures [1] 884/1
measuring [1] 906/2
Mechanical [1] 1/24
mechanism [1] 909/23
mechanisms [2] 898/16 909/1
meconium [1] 934/24
med [3] 871/12 871/14 871/16
medical [38] 867/4 868/21 869/1 869/4 869/6 870/13 873/17 873/20 874/4 874/10 874/20 875/5 876/4 879/12 879/13 882/4 882/10 882/21 890/10 892/6 903/18 910/2 917/11 917/20 918/20 923/7 923/12 923/22 930/4 930/7 932/8 932/13 932/15 939/4 939/12 953/6 953/8 954/24
medicine [16] 868/25 869/8 869/11 870/3 871/7 871/8 873/7 874/14 874/16 874/23 875/1 875/2 875/18 876/4 877/6 877/17
meeting [1] 876/11
meetings [3] 876/3 876/4 877/10
member [5] 873/16 873/21 875/18 913/22 954/21
members [2] 935/1 942/9
membership [1] 875/8
membrane [1] 976/21
memorandum [2] 848/14 966/7
Memorial [1] 870/24
memorializes [1] 920/24
mentioned [4] 848/23 886/23 940/22 983/8
merely [3] 855/4 859/24 911/8
met [2] 855/25 872/14
methods [1] 930/15
Metropolitan [1] 876/10
Miami [1] 876/6
microscope [4] 858/12 941/5 941/13 949/20
microscopic [20] 861/10 879/11 881/4 881/23 882/25 883/6 884/6 884/7 885/13 885/15 893/9 895/24 896/3 901/12 901/13 901/18 922/11 923/17 952/13 974/8
microscopically [6] 881/15 885/20 904/6 935/7 949/17 950/5
microscopy [1] 974/19
mid [1] 869/8
mid-80's [1] 869/8
middle [1] 900/17
might [10] 905/14 923/1 931/12 931/16 931/16 932/8 935/22 940/3 941/18 981/19
milestones [1] 872/10
military [1] 868/15
mind [4] 888/12 888/24 906/22 955/25
minds [2] 967/4 979/21
mine [1] 872/25
minor [3] 869/21 969/17 980/18
minors [1] 868/18
minus [1] 921/9
minutes [5] 862/20 941/23 943/9 945/23 951/13
miss [2] 902/25 969/7
missing [10] 885/11 885/11 888/11 891/14 933/12 938/7 938/11 952/21 970/25 975/1
mistakes [1] 884/23
Mom [3] 883/22 910/12 910/18
moment [11] 870/7 908/20 915/9 920/5 923/23 946/18 951/18 963/1 965/5 976/11 977/6
momentarily [1] 946/13
Monday [9] 848/19 960/10 960/14 968/15 969/19 978/7 978/12 979/2 982/6
Montgomery [12] 864/17 864/19 864/22 865/6 865/12 865/19 866/16 871/1 871/20 876/18 878/2 957/15
month [2] 907/13 943/22
months [3] 849/24 849/24 851/21
more [37] 855/21 856/18 862/3 872/20 882/17 884/6 896/24 896/25 897/3 897/3 897/9 898/23 900/9 900/10 903/14 906/25 919/15 932/6 936/10 938/20 938/23 939/1 939/3 939/11 939/14 939/17 939/21 939/25 946/19 949/6 949/8 950/3 950/15 950/23 951/9 951/12 964/1
morning [6] 863/3 864/7 864/8 926/12 968/15 978/8
morphology [1] 950/3
mortem [2] 881/21 886/19
most [11] 855/18 858/17 871/15 877/2 888/24 890/5 899/5 916/18 940/16 967/2 967/13
mostly [2] 867/16 877/18
mother [20] 853/14 853/20 866/2 890/17 890/20 891/1 891/19 929/6 931/21 932/16 938/21 938/24 939/1 939/11 939/14 939/23 940/15 943/5 943/6 961/10
mother's [3] 888/23 903/19 939/21
motion [8] 848/12 854/25 962/1 966/2 966/6 969/1 979/18 979/19
motions [1] 968/16
mouth [8] 904/24 906/13 944/22 944/24 946/8 947/25 956/10 956/23
move [5] 868/7 873/10 892/8 901/16 964/24
moved [1] 945/1
movement [5] 881/7 912/19 913/1 913/4 954/9
moving [4] 851/5 858/24 894/4 972/11
Mr. [8] 851/10 856/7 863/10 863/14 914/8 960/12 962/22 963/5
Mr. Bradley [3] 863/10 962/22 963/5
Mr. Kantor [1] 960/12
Mr. Marein [4] 851/10 856/7 863/14 914/8
Ms [4] 850/8 851/2 960/13 973/3
much [15] 865/4 889/8 892/13 907/23 908/1 908/1 910/5 913/11 916/3 926/21 927/2 933/7 952/15 959/6 972/4
multiple [16] 865/22 873/23 875/9 875/20 876/7 876/8 885/6 901/8 903/3 903/11 910/9 916/22 939/17 945/23 945/24 951/1
Muncie [1] 870/23
murder [3] 849/22 850/14 929/19
muscle [4] 881/7 887/10 920/15 955/13
muscles [3] 881/12 944/14 944/15
must [2] 890/14 890/25
mutilation [3] 852/25 886/19 891/5
my [64] 857/25 861/22 864/12 866/2 866/21 867/1 867/9 867/10 868/17 868/19 869/1 869/1 869/4 870/25 871/3 871/5 871/5 871/15 871/24 872/4 877/2 878/17 879/22 881/15 881/20 882/7 884/13 886/5 888/12 888/24 892/4 899/24 901/7 905/12 910/4 912/25 913/23 914/17 914/21 917/1 917/10 926/23 928/17 928/17 929/15 929/23 929/24 943/22 944/13 946/18 949/1 954/23 955/7 957/22 958/16 958/16 958/16 958/17 958/21 958/23 972/13 975/17 983/8 983/9

N

naked [1] 941/2
name [3] 862/11 864/10 874/2
name's [1] 864/12
named [1] 961/8
Nancy [2] 961/5 961/8
nanny [1] 959/24
national [7] 873/17 873/19 875/3 875/4 875/6 876/1 882/20
Nationally [1] 875/25
natural [1] 922/8
near [2] 895/17 920/12
necessarily [1] 891/5
necessary [2] 918/18 975/5
neck [1] 894/7
need [9] 865/17 889/20 901/8 932/8 942/19 945/24 951/1 951/9 980/16
needed [2] 870/18 910/10
needs [2] 913/21 948/17
negative [1] 897/21
neglect [1] 929/15
neglected [1] 929/25
neonaticide [3] 940/7 940/15 940/17
neurodegenerative [1] 871/12
never [7] 858/12 858/13 858/18 939/11 943/9 943/10 969/7
new [3] 867/17 869/9 942/3
newly [1] 867/19
news [1] 874/7
next [6] 857/3 892/8 907/8 953/3 961/1 961/19
Nicholas [1] 1/16

N
nine [1] 954/20
no [86] 1/5 1/6 1/12 4/3 5/2 853/4 853/22 854/3 854/13 855/23 856/22 857/15 858/20 858/21 859/2 860/10 861/14 862/19 878/13 880/13 886/23 886/23 886/25 887/6 888/19 889/19 889/24 889/25 893/9 893/13 903/22 904/6 904/13 910/4 912/25 913/21 919/5 920/9 922/12 923/18 925/5 927/1 931/11 936/23 940/5 942/23 943/6 943/15 945/15 945/16 948/10 948/13 949/15 949/21 951/20 952/5 952/10 954/17 955/4 957/13 958/5 958/16 958/16 958/20 959/2 960/16 960/18 961/13 961/15 961/21 963/3 965/2 966/21 967/19 975/17 975/23 976/19 976/23 976/25 977/3 977/7 977/15 978/19 979/8 980/9 980/12
Nobody [2] 970/23 971/14
noises [1] 912/22
non [6] 897/18 905/13 919/11 947/18 947/18 949/4
non-clinical [1] 897/18
non-distended [1] 919/11
non-expanded [1] 949/4
non-intoxicated [1] 947/18
non-live [1] 905/13
non-obtunded [1] 947/18
none [1] 957/6
noon [1] 848/18
nor [1] 945/23
normal [3] 857/24 888/9 919/20
normally [1] 895/6
nose [1] 947/25
not [164]
Notary [1] 983/4
note [4] 871/18 873/14 875/6 913/5
noted [3] 861/22 911/15 916/23
notes [1] 983/8
nothing [2] 893/2 956/14
noticeable [2] 960/16 961/13
Noting [1] 965/1
November [2] 866/20 871/22
now [77] 848/21 852/23 855/24 857/13 861/20 863/9 863/17 865/20 879/23 884/16 887/21 888/16 889/13 891/21 893/15 894/23 895/9 896/16 897/2 897/5 898/21 899/25 901/16 909/22 913/6 913/14 915/3 915/15 915/21 916/12 918/21 920/6 920/17 921/24 923/4 924/15 927/11 927/19 929/5 930/2 932/2 933/3 937/10 937/25 940/7 940/9 940/17 940/25 941/9 941/13 941/22 942/7 942/8 944/6 944/16 945/5 945/8 947/1 947/3 947/20 948/14 949/24 950/2 951/1 953/21 954/21 955/8 957/9 959/19 965/19 968/25 970/4 970/8 974/25 975/11 978/5 978/22
number [5] 848/10 850/7 900/7 906/12 939/19
numbers [2] 891/16 963/7

O
o'clock [3] 924/17 924/18 927/9
oath [2] 863/23 973/9
Objctn [2] 2/2 4/10
object [4] 860/16 862/1 947/8 972/1
objecting [1] 862/9
objection [12] 858/4 858/4 858/6 859/11 859/22 859/23 860/10 880/13 915/7 915/8 942/11 965/2
objections [5] 861/21 862/1 961/25 962/5 963/4
objective [1] 953/17
observations [1] 887/17
observed [2] 960/16 961/13
observing [1] 862/10
obstetrician [1] 938/25
obstruction [1] 947/9
obtunded [1] 947/18
obvious [1] 938/13
obviously [10] 857/15 876/22 877/21 882/14 886/18 886/24 887/24 892/17 932/5 947/22
occasion [8] 875/12 876/19 879/15 886/2 896/5 903/25 911/11 921/3
occasions [2] 879/21 896/9
occipital [2] 936/16 936/20
occur [1] 853/3
occurred [14] 849/8 849/12 849/23 850/2 850/7 850/14 851/8 853/5 854/16 881/22 884/15 904/20 937/7 947/13
occurrence [1] 896/10
occurring [3] 887/11 921/11 942/4
occurs [2] 851/20 971/24
off [10] 868/14 908/17 924/5 931/7 959/12 960/23 962/6 963/7 964/2 965/8
off-gasses [1] 908/17
offender [1] 849/13
offered [1] 979/20
offering [1] 962/23
office [16] 864/22 864/23 866/19 867/4 870/14 871/2 871/15 871/21 876/22 878/24 879/8 879/13 879/13 927/24 928/10 928/17
officer [6] 853/10 867/12 867/15 869/23 954/11 956/22
officer's [1] 956/20
offices [2] 876/5 957/17
official [4] 1/21 864/17 983/4 983/18
Oh [3] 848/22 862/7 979/2
OHIO [30] 1/3 1/4 1/13 1/23 1/9 848/9 849/3 852/22 864/18 864/21 865/2 865/14 865/16 865/22 867/12 867/18 871/2 871/6 873/8 874/1 874/6 874/10 876/3 954/12 957/15 960/1 961/6 973/9 983/6 983/19
Okay [52] 851/9 854/17 861/18 862/3 868/9 872/6 878/10 902/1 906/21 915/3 919/3 924/8 925/1 925/8 927/15 927/17 927/19 928/13 933/22 941/4 943/8 943/25 945/8 945/18 946/6 946/7 946/9 946/20 947/6 949/3 951/22 956/17 957/9 959/4 961/24 962/9 962/12 963/6 965/1 968/9 969/14 971/11 971/16 972/3 972/21 977/16 978/20 979/9 979/15 981/9 981/13 981/25
old [8] 933/24 934/3 934/7 938/21 938/24 945/6 945/7 945/13
on [113] 1/12 848/7 848/9 848/18 850/11 850/22 852/3 852/21 854/13 855/10 857/1 857/3 857/16 859/13 860/1 863/22 864/24 867/24 868/5 873/10 873/22 873/23 874/6 874/7 879/21 881/21 882/16 882/22 883/17 888/13 894/8 894/14 894/23 895/17 896/9 896/25 897/1 898/5 898/6 900/18 901/10 901/12 902/3 903/8 903/11 904/24 905/24 909/2 914/21 916/1 916/7 916/8 917/8 917/21 917/25 918/4 920/20 923/6 923/20 925/3 925/6 927/21 928/16 932/4 933/3 933/4 933/22 936/25 940/14 941/6 943/25 944/3 944/8 947/12 947/22 948/11 948/14 949/20 952/13 952/22 953/2 954/7 955/5 957/14 957/15 957/22 960/14 961/11 963/17 963/19 965/17 965/21 965/25 966/8 968/16 968/20 969/25 971/7 973/8 975/12 975/16 975/17 975/19 975/23 975/24 976/7 976/18 976/20 976/21 977/2 978/12 978/17 979/19
once [1] 866/2
ONDREY [2] 1/7 1/11
one [54] 852/19 855/21 856/18 857/2 858/14 858/22 858/23 859/4 859/8 861/4 864/24 865/16 869/19 872/11 878/8 882/18 883/24 885/11 889/1 896/23 897/15 902/17 908/19 908/23 909/1 909/13 910/11 910/17 911/19 912/17 912/18 912/19 913/2 913/21 915/3 915/9 915/22 920/5 921/10 922/17 923/15 923/23 927/11 934/24 937/23 945/6 945/13 946/19 950/10 960/4 969/3 969/17 977/6 980/18
one-half [1] 960/4
ones [1] 981/21
ongoing [1] 941/11
only [26] 850/14 851/6 854/1 854/5 854/15 856/8 856/21 881/9 890/18 892/19 895/23 900/20 902/7 911/19 937/22 941/1 949/7 952/21 952/22 954/3 954/7 955/25 967/4 968/21 977/23 980/6
onto [2] 892/8 898/14
open [9] 848/16 862/25 897/25 909/8 909/21 914/25 919/12 972/18 981/12
opened [1] 919/18
opening [3] 1/8 1/9 964/9
operate [1] 921/22
operations [1] 866/19
opine [6] 880/22 880/24 890/9 910/1 910/6 919/25
opined [2] 919/4 920/9
opining [1] 888/13
opinion [36] 852/2 878/18 881/15 881/20 882/7 884/13 892/4 899/24 901/6 901/7 903/24 910/4 911/18 911/19 911/20 911/22 911/23 917/1 917/7 917/10 917/12 917/17 920/11 922/10 923/6 927/21 933/3 937/6 943/16 943/22 944/13 954/23 955/7 975/16 975/17 976/8
opinions [8] 880/4 880/10 903/13 914/24 918/17 958/15 958/16 958/16
opportunity [5] 858/2 863/9 869/11 972/24 981/3
opposite [3] 870/11 899/19 909/17
option [1] 980/12
or [156]
order [3] 848/15 951/8 963/1
organ [3] 893/19 916/14 933/6
organization [4] 873/24 875/3 875/11 954/16
organizations [1] 876/6
organs [16] 885/5 887/24 888/8 908/6 908/10 910/17 933/1 933/9 933/16 938/11 953/22 970/25 975/1 975/5

O

organs... [2] 975/8 975/21
originated [2] 910/2 910/3
ostensibly [1] 922/2
osteodiastasis [1] 936/16
other [47] 848/17 853/20 857/18 862/1 864/19 864/24 870/14 878/21 881/16 881/17 884/3 884/9 884/11 884/12 890/5 891/10 891/20 897/13 898/8 898/9 898/14 902/23 904/19 907/15 908/20 909/1 911/10 917/14 918/11 922/10 923/21 930/15 931/24 933/16 937/10 937/13 944/11 949/24 950/25 953/22 953/25 954/3 955/1 957/16 958/19 966/23 969/17
otherwise [2] 862/1 964/18
our [25] 857/3 858/16 859/14 859/22 860/5 860/15 863/13 870/14 871/13 871/15 871/15 876/10 878/13 878/15 897/22 932/11 961/21 964/9 964/13 966/5 968/25 969/1 969/13 970/9 980/23
out [13] 866/10 867/18 867/21 878/9 904/23 924/6 937/22 946/7 948/7 956/12 959/13 968/10 968/17
outside [22] 848/4 848/8 852/8 872/9 888/3 888/23 890/19 910/11 924/24 928/13 932/3 932/7 936/2 938/13 942/15 954/6 962/11 962/19 965/22 971/2 975/9 979/13
over [13] 877/21 879/22 879/23 883/19 890/2 898/9 910/22 926/15 933/19 938/24 947/25 962/6 970/12
overflow [1] 865/1
overlap [3] 889/7 889/22 896/23
overly [1] 891/5
Overruled [1] 942/13
own [3] 928/17 932/4 935/9
oxygen [4] 947/24 948/1 948/7 968/6
oxygenating [1] 910/19

P

p.m [1] 960/11
page [4] 1/12 4/3 5/2 902/3
Pages [7] 1/3 1/3 1/4 1/4 1/5 1/5 1/6
paid [10] 926/17 926/21 926/22 957/10 957/17 957/21 957/25 958/8 958/11 958/14
Pain [1] 876/4
painfully [1] 924/9
painted [1] 958/6
painters [1] 958/8
pairs [1] 893/25
pancreas [1] 885/9
panel [1] 1/11
paper [1] 877/4
papers [1] 877/16
parameter [1] 980/3
parents [1] 961/5
part [4] 858/17 886/5 949/7 973/22
Partially [1] 933/6
Participate [1] 868/2
particular [2] 849/20 980/25
particularly [8] 887/7 887/17 891/23 899/6 908/2 917/1 940/6 947/17
parties [3] 959/18 959/20 961/2
Partly [1] 891/4
parts [3] 865/23 888/11 944/11
party [1] 872/9
pass [1] 872/11
passing [1] 883/21
past [1] 927/11
pathological [2] 916/13 916/18
pathologically [2] 943/19 943/23
pathologist [9] 864/16 865/17 890/25 894/12 903/5 911/16 919/25 953/17 955/3
pathologists [6] 877/13 877/14 878/13 917/23 931/3 957/21
pathology [26] 864/21 866/25 867/6 867/7 867/8 869/20 869/25 870/5 870/22 871/1 871/11 872/17 872/18 872/21 872/22 872/23 872/24 875/16 877/5 877/8 877/9 882/19 883/13 923/17 943/25 944/3
patterns [1] 918/25
pause [1] 901/12
pediatric [1] 876/8
peeling [1] 931/7
pending [1] 979/18
people [1] 869/16
percent [15] 861/9 861/11 861/12 901/9 919/4 919/6 919/9 919/10 919/11 919/14 919/16 949/3 949/6 949/9 952/20
percentage [6] 916/5 916/10 919/17 937/12 937/16 952/24
percentile [4] 891/12 891/13 934/4 934/8
perfect [3] 877/25 913/15 930/8
perfectly [2] 859/14 877/21
performed [3] 877/19 877/23 915/6
perhaps [1] 922/20
peri [1] 888/5
pericardial [3] 893/24 894/2 900/4
period [8] 875/19 890/23 907/11 921/17 960/15 960/19 961/6 961/12
periods [1] 921/20
permit [3] 952/17 971/17 980/14
person [4] 849/5 849/6 947/8 947/19
personnel [1] 865/13
Phone [1] 878/7
photo [3] 889/21 944/16 945/2
photograph [43] 2/12 2/13 2/14 2/15 2/16 2/20 2/21 3/4 3/5 3/6 3/7 4/18 4/19 4/20 4/21 886/17 887/4 887/16 888/25 890/8 892/12 892/15 892/24 893/2 893/3 893/19 894/9 895/11 895/17 899/1 899/15 900/2 900/3 900/17 900/19 901/3 905/18 905/20 905/24 906/9 906/10 945/19 963/19
photographs [11] 4/23 878/20 879/9 879/9 885/21 886/4 920/14 963/15 963/24 964/3 964/4
photography [1] 916/24
photos [7] 928/5 928/8 928/9 928/13 928/16 929/12 944/17
physical [4] 853/22 948/10 960/16 961/13
physically [1] 908/25
physician [3] 865/15 874/7 875/9
physician/attorneys [1] 875/9
physicians [1] 875/7
physiology [1] 868/18
picture [4] 890/5 893/22 894/20 900/17
picture's [1] 893/23
pictures [3] 917/4 920/8 928/19
piece [2] 851/6 852/19
pieces [2] 916/6 952/22
pillow [2] 947/8 947/11
pink [5] 894/18 895/4 895/19 897/9 950/15
pink-red [1] 894/18
pink-salmony [1] 897/9
place [17] 848/3 852/5 853/13 854/3 855/22 856/3 856/9 856/14 856/19 856/23 862/24 882/24 924/23 930/9 955/19 962/18 979/12
placed [10] 863/23 906/11 945/22 946/13 948/3 956/9 956/10 956/22 968/2 973/9
placenta [11] 888/8 891/21 903/20 910/8 910/17 910/19 910/20 911/3 938/17 940/6 942/16
placental [3] 910/22 922/14 939/20
places [2] 899/12 903/3
Plaintiff [2] 1/5 1/16
Plaintiff-Appellee [2] 1/5 1/16
plan [1] 860/16
plans [2] 967/19 967/23
plastic [1] 947/25
Platform [1] 877/9
PLEAS [5] 1/2 1/13 1/22 983/5 983/19
pleasant [1] 972/15
please [12] 863/4 864/5 908/22 913/22 914/7 914/9 924/16 924/21 926/6 962/21 979/7 979/15
plow [1] 924/11
plumber [2] 958/10 958/10
pocket [4] 946/2 946/7 956/9 956/20
point [20] 881/16 881/24 883/14 884/9 893/5 895/6 901/7 901/10 905/12 918/9 923/9 923/21 932/2 932/17 954/2 954/3 954/15 955/2 978/13 980/19
pointer [1] 887/21
pointer's [1] 894/23
points [15] 884/9 884/11 884/12 891/6 901/8 903/11 903/12 910/10 911/10 917/14 918/12 922/7 922/16 922/17 953/16
police [2] 869/23 980/8
policies [1] 874/9
pool [2] 869/16 869/17
poop [1] 935/12
portion [4] 899/5 922/1 953/3 954/1
portions [4] 916/14 929/17 938/7 952/19
pose [1] 854/20
position [2] 851/4 866/19
positions [3] 871/4 871/5 875/10
possible [8] 848/19 855/2 885/16 890/25 916/16 919/25 920/2 979/7
post [2] 881/21 886/19
post-mortem [2] 881/21 886/19
posteriorly [1] 899/7
postmortem [1] 931/4
potential [6] 869/10 869/19 888/22 912/5 922/23 937/4
potentially [5] 888/15 898/15 918/10 968/12 969/6
practice [8] 865/21 866/23 867/10 870/15 870/16 873/7 896/12 908/23
praise [1] 866/3
precedent [1] 855/25
precipitate [1] 935/23
precipitous [1] 956/2
precisely [2] 852/1 886/12
preclude [3] 910/14 922/25 930/18
precludes [1] 860/23
precluding [2] 860/2 922/23
predation [1] 892/18

P

predecessor [2] 866/21 871/24
predicated [2] 852/2 917/8
predicting [1] 891/9
prefer [1] 903/17
preferred [1] 886/22
pregnancy [2] 939/18 967/20
pregnant [7] 939/12 939/18 960/18 960/19 961/15 961/16 967/18
prenatal [1] 932/16
prepare [1] 929/2
prepared [2] 972/7 979/17
presence [12] 848/4 848/8 863/1 898/18 914/5 924/24 926/4 962/11 962/19 965/22 972/19 979/13
present [26] 863/9 870/13 876/17 884/5 884/7 886/21 887/19 895/16 898/13 898/20 904/7 904/10 905/14 920/15 931/10 933/9 933/19 935/17 935/18 953/1 956/4 972/25 973/1 974/3 974/5 975/8
presentation [2] 876/14 977/18
presentations [8] 875/14 875/20 875/24 875/25 876/9 876/11 876/12 877/9
presented [8] 858/1 899/1 911/17 916/4 921/5 923/2 953/24 980/10
presenting [1] 870/13
preserved [7] 915/20 920/16 944/9 949/18 952/16 953/1 953/2
preserving [1] 861/25
president [4] 874/21 874/22 874/25 875/11
pressure [4] 897/21 898/1 947/16 975/19
presumably [1] 894/7
pretend [1] 870/15
pretrial [1] 855/6
prevent [2] 881/22 931/13
prevents [1] 923/22
previous [2] 886/2 964/17
previously [2] 970/18 971/9
principle [1] 893/8
prior [7] 866/17 866/22 966/16 966/20 967/14 967/22 968/15
private [4] 865/21 865/21 866/22 867/10
probably [8] 883/16 907/24 908/10 924/9 929/1 938/25 962/6 979/9
problem [1] 854/12
procedures [1] 874/11
proceed [5] 848/7 863/11 864/2 926/7 978/7
proceeding [2] 853/8 853/9
proceedings [17] 1/10 1/11 1/24 848/3 862/24 886/3 914/4 924/23 926/3 962/18 972/17 979/12 982/6 983/7 983/11 983/12 983/14
process [15] 874/12 891/23 897/20 898/4 900/25 905/1 907/4 908/18 909/6 910/16 912/15 920/4 923/4 945/18 970/7
processes [3] 907/5 908/16 916/18
Processing [1] 905/5
produce [4] 898/17 905/4 905/7 908/16
produced [3] 1/24 908/15 908/17
produces [2] 877/13 909/11
producing [2] 884/3 909/11
production [1] 887/12
products [1] 890/16
profession [1] 917/23
professional [7] 870/4 873/10 875/13 878/14 879/16 896/4 983/3
professionally [1] 882/3
professor [1] 871/9
program [4] 869/2 869/13 870/2 870/23
Programs [1] 877/12
pronunciation [2] 935/23 936/16
proof [2] 856/5 955/16
proper [1] 980/2
propose [1] 981/4
proposed [2] 868/5 980/24
proposing [1] 981/20
Prosecuting [1] 1/16
prosecution [3] 855/10 855/19 855/20
prosecutor [12] 851/17 852/14 952/9 953/21 955/8 955/18 956/7 956/18 957/9 964/15 964/23 981/1
prosecutor's [3] 854/10 870/14 969/4
prosecutors [2] 876/5 876/20
prosecutors' [1] 957/17
protect [1] 975/20
protocol [6] 884/16 884/21 884/24 885/6 894/10 911/12
prove [4] 850/13 850/15 855/20 967/5
proved [1] 849/19
proven [1] 979/23
provide [4] 867/21 899/16 957/8 958/21
provided [11] 875/23 878/19 878/23 878/24 880/20 882/2 891/4 901/21 904/12 912/12 927/25
provider [2] 930/4 930/7
provision [4] 851/25 854/6 856/17 862/2
proximity [1] 936/4
psychology [1] 868/19
Public [1] 983/4
publication [1] 882/20
publications [2] 876/24 877/2
publicity [1] 855/6
publish [1] 886/6
published [3] 876/25 877/4 877/7
puffy [2] 894/13 894/17
pulled [1] 956/12
pulsating [1] 912/21
puncture [1] 894/4
purple [4] 896/24 897/8 899/6 900/10
purplely [1] 950/23
purpose [2] 892/13 893/23
purposely [6] 966/13 966/20 967/16 968/5 969/9 969/12
purposes [10] 852/6 852/9 852/10 855/6 878/16 886/7 905/16 906/7 907/8 967/8
pursue [1] 850/24
pushed [2] 898/9 909/14
put [5] 919/13 919/16 925/3 929/15 946/8
Putrefaction [1] 906/25
putrefactive [1] 931/5
putting [4] 891/15 892/2 965/17 969/5

Q

Q-U....964....................965 [1] 4/15
qualifications [1] 866/1
qualify [1] 937/13
question [27] 852/16 852/18 853/11 853/16 854/20 858/14 890/14 890/24 891/25 892/25 904/6 904/13 904/15 907/8 917/12 920/21 923/8 941/3 952/9 953/18 955/8 955/11 955/18 956/7 966/11 979/3 981/5
questioning [1] 958/24
questions [8] 853/15 867/23 877/15 951/21 957/3 959/3 977/4 977/7
quick [1] 859/13
quote [2] 923/15 923/17

R

raise [1] 966/9
raised [2] 879/22 970/2
ran [1] 866/18
range [4] 878/1 891/18 896/12 921/21
Rapid [1] 936/3
rapidly [1] 921/15
ray [5] 879/7 928/3 936/25 936/25 937/2
rays [1] 929/9
re [2] 909/8 973/16
re-expands [1] 909/8
re-swear [1] 973/16
reached [1] 878/9
reaching [1] 861/17
reaction [2] 893/10 955/15
reactions [1] 908/16
read [4] 882/14 946/11 959/17 963/7
reading [10] 906/5 906/5 906/19 944/23 944/25 945/3 945/16 946/12 956/14 957/1
ready [3] 914/8 926/7 972/8
real [1] 881/9
realistic [1] 980/12
really [15] 868/4 873/1 873/3 878/8 881/23 889/20 889/24 890/4 892/13 912/6 945/24 956/13 956/14 966/5 966/22
reason [3] 862/15 914/18 975/17
reasonable [22] 855/20 856/6 882/4 890/10 892/5 903/3 910/1 912/11 916/17 917/11 918/19 919/23 923/6 923/22 937/18 942/6 954/24 967/4 967/6 979/21 979/24 980/5
reasonably [7] 849/7 849/9 849/11 856/2 856/5 856/12 884/14
reasons [2] 905/13 917/15
rebound [1] 898/1
rebuttal [9] 965/18 968/12 969/4 969/25 970/6 970/13 971/17 972/25 973/1
rebutted [1] 970/8
rebutting [1] 970/13
recall [3] 874/19 915/18 919/15
recalls [1] 973/6
receiving [1] 932/16
recent [2] 874/7 882/18
recently [2] 867/2 873/22
recess [3] 914/2 924/20 925/11
recite [1] 959/19
recognition [2] 912/5 912/6
recollection [2] 857/25 912/14
record [34] 848/7 852/8 852/9 852/10 852/13 852/18 852/19 853/12 854/2 854/14 854/15 856/9 856/11 856/12 856/20 858/12 859/13 859/19 859/21 862/8 863/18 924/5 925/3 927/23 959/12 962/7 965/8 965/21 965/25 966/4 966/18 968/24 969/20 983/12
recording [1] 886/25
records [5] 877/25 903/18 932/13 932/15 963/23
recovery [1] 907/12
recruited [1] 871/20
recruiting [1] 871/23
red [4] 889/8 894/18 895/19 900/9
red-pink [1] 895/19
redact [2] 860/12 860/14

R

redacted [2] 964/16 964/22
Redirect [2] 951/23 951/24
reduce [2] 888/12 907/2
reduced [1] 894/25
reduces [2] 892/4 903/23
redundant [1] 876/16
reequilibrate [1] 946/14
reference [7] 875/21 887/14 889/13 893/15 899/25 929/5 955/3
referenced [3] 886/11 929/24 964/9
referencing [1] 886/9
referring [2] 898/22 981/23
reflect [2] 862/8 968/24
reflecting [1] 900/15
regarding [12] 859/16 860/7 877/1 890/9 902/15 906/22 917/7 918/24 918/24 923/7 966/19 981/6
regardless [2] 890/20 967/24
regional [3] 864/23 864/25 865/12
Registered [1] 983/3
relate [1] 892/25
related [6] 850/4 874/9 904/4 917/16 920/18 938/17
relates [8] 877/24 878/19 882/10 884/24 901/2 904/14 918/25 922/4
relating [2] 902/4 966/5
relative [2] 875/15 912/14
relatively [5] 899/4 916/19 916/21 944/9 949/17
relax [1] 978/24
relevance [1] 890/12
relevant [2] 883/8 892/1
reliability [2] 881/22 898/24
reliable [3] 852/16 917/7 917/10
relied [1] 955/5
relieve [1] 855/9
rely [5] 850/11 860/1 903/7 903/8 953/8
relying [1] 923/20
remain [1] 893/20
remained [1] 915/23
remaining [1] 954/1
remains [8] 879/9 886/25 899/4 907/3 908/4 911/21 921/19 977/19
remarkably [1] 920/16
remarks [1] 855/13
remember [6] 878/8 917/3 920/20 924/20 959/17 962/14
remembered [1] 851/2
removed [2] 893/20 922/1
renal [1] 871/11
render [1] 880/3
rendering [1] 955/10
renew [2] 969/1 969/16
replace [1] 964/15
report [54] 2/19 3/8 4/24 857/19 857/21 857/22 858/2 858/13 858/15 858/15 858/17 859/16 859/21 860/7 860/8 860/11 860/16 860/23 861/2 861/5 861/8 861/8 861/13 861/24 879/4 879/6 879/7 895/14 895/15 899/7 900/11 902/14 904/9 913/5 914/15 914/20 915/1 919/15 928/2 929/2 929/5 929/9 929/23 929/24 930/1 937/1 948/21 964/12 964/16 970/20 971/4 971/9 973/23 974/11
reported [1] 934/10
reporter [6] 1/21 965/13 983/4 983/4 983/6 983/18
reports [5] 858/22 859/3 879/7 905/7 928/3
representation [1] 956/15
representative [1] 916/3
request [3] 852/12 855/5 880/7
requested [1] 852/24
requirements [2] 865/16 872/14
requires [2] 867/19 918/11
research [15] 851/18 877/4 882/9 882/10 917/25 918/14 918/15 923/13 940/14 941/9 941/22 942/2 942/3 953/7 978/23
reserve [1] 848/15
reservist [1] 867/2
residence [1] 963/25
residency [2] 870/19 870/23
resident [3] 874/20 874/21 877/3
residents [2] 871/13 871/17
resist [1] 978/22
resistance [1] 897/11
respectfully [3] 880/7 961/23 964/24
respecting [1] 860/24
respond [6] 848/16 848/21 851/11 861/4 967/10 970/15
response [7] 849/1 858/16 876/12 923/11 955/20 956/12 969/3
responsible [2] 865/8 867/17
rest [3] 865/3 931/8 961/23
rested [3] 863/7 968/25 972/23
restroom [2] 913/20 913/22
result [1] 941/15
resumed [3] 914/4 926/3 972/17
resuscitation [3] 883/25 897/15 908/24
retire [1] 871/25
retired [3] 866/21 867/2 871/25
retreat [1] 963/12
Rev [1] 849/3
reverse [1] 850/25
review [15] 874/4 874/9 882/22 886/1 899/15 901/3 901/17 903/25 905/24 921/3 926/17 926/25 927/1 929/17 949/20
reviewed [13] 877/18 878/25 880/19 886/3 886/5 915/13 927/20 929/15 929/21 929/22 948/15 948/20 964/23
reviewing [2] 915/15 927/4
ribs [3] 885/11 895/2 975/20
Richard [1] 874/5
ridiculous [1] 853/18
right [57] 848/6 856/25 859/7 861/19 861/20 862/7 863/17 885/10 887/19 887/20 894/9 895/2 900/18 901/15 902/9 902/10 909/21 909/22 909/24 913/6 913/17 914/15 920/23 927/8 927/9 927/19 930/2 930/10 930/11 932/11 933/5 935/13 937/8 937/9 937/12 938/20 941/16 944/19 945/5 945/12 946/17 948/22 948/23 952/14 952/20 952/21 953/19 954/13 954/21 965/10 969/21 970/1 973/13 973/20 974/24 977/3 981/16
risk [12] 888/4 891/10 892/1 910/12 910/14 910/25 911/8 922/10 922/19 922/21 931/15 938/1
RITCHEY [10] 1/7 848/9 850/8 851/2 912/13 959/22 961/4 964/8 966/12 969/7
Rjctd [2] 2/2 4/10
Road [2] 963/17 963/19
role [1] 876/22
roll [1] 972/9
room [1] 957/4
rotate [1] 871/14
round [1] 895/7
rounds [1] 876/9
RPR [2] 1/21 983/18
rule [10] 852/11 862/2 866/1 966/1 966/6 967/8 969/1 969/16 979/18 979/18
rules [1] 854/22
ruling [4] 848/15 860/25 980/22 980/25
rulings [1] 964/18
run [1] 948/7

S

sac [3] 893/24 894/2 900/4
safe [1] 958/24
said [14] 860/4 870/21 871/21 879/13 882/18 903/9 931/22 947/1 949/3 969/16 974/4 983/7 983/11 983/13
salary [2] 957/18 957/22
salmony [3] 897/9 900/9 950/15
salmony-pink [1] 950/15
same [12] 851/4 854/11 862/2 889/19 893/7 901/14 902/3 909/4 909/11 911/5 924/19 969/2
sample [2] 916/3 916/22
samples [5] 915/21 915/25 916/4 916/15 923/3
sat [1] 874/7
Saturday [2] 958/18 978/4
saving [1] 884/1
saw [2] 960/13 961/11
say [23] 852/24 855/8 858/8 892/5 899/16 909/14 912/3 929/10 929/11 929/13 931/8 934/5 938/16 938/19 946/1 947/13 947/15 950/9 951/3 956/2 970/5 971/23 975/25
says [4] 852/14 933/25 937/1 974/11
scale [4] 886/22 900/6 900/8 900/20
scan [1] 874/3
scene [8] 879/8 903/17 905/20 928/5 956/1 956/4 956/5 963/16
school [10] 868/11 868/21 868/23 868/25 869/5 874/14 874/16 875/17 945/6 945/13
schools [2] 871/14 876/5
science [1] 878/14
scientific [2] 884/14 903/6
scientifically [1] 909/25
scientists [1] 941/13
scissors [1] 894/1
scrutinize [1] 884/21
Seamon [1] 850/17
search [1] 882/16
searching [1] 917/24
seated [5] 863/4 914/7 926/6 962/21 979/16
seats [1] 924/18
second [4] 859/8 869/13 884/2 888/4
secondary [1] 955/13
Secondly [2] 852/4 980/1
seconds [2] 945/23 951/13
section [6] 874/21 885/14 893/3 893/11 893/12 916/8
sectioned [1] 902/23
sections [6] 877/18 901/24 901/25 902/21 915/18 923/18
secure [1] 916/15
see [13] 886/9 887/9 906/1 906/4 935/6 941/5 941/15 941/18 941/24 945/3

## S

see... [3] 968/10 971/11 972/12
seeing [1] 896/25
seeks [1] 939/12
seem [1] 971/23
seems [1] 848/17
seen [10] 857/13 893/3 905/18 905/19 906/9 906/10 931/6 953/14 977/1 981/10
segment [1] 886/7
seminars [2] 876/10 876/17
sense [7] 865/5 870/2 870/6 872/8 897/17 897/18 937/18
sentence [2] 933/25 974/10
separate [1] 872/19
separated [1] 897/10
separately [1] 873/2
separates [1] 976/22
Separating [1] 936/19
separation [2] 893/5 936/24
September [4] 866/16 866/20 914/20 929/3
series [2] 928/19 981/4
serve [3] 864/20 864/24 954/17
served [1] 875/9
service [3] 867/3 870/8 871/15
services [2] 880/19 958/4
set [3] 878/15 966/24 981/25
setting [1] 865/21
several [5] 848/11 869/16 929/5 970/17 980/22
shade [1] 908/10
Shaker [4] 852/21 854/16 959/25 980/11
sharp [4] 894/16 895/6 895/11 899/23
she [16] 850/12 850/19 850/21 851/3 854/10 960/4 960/18 961/15 967/17 967/18 967/18 967/19 967/20 967/23 968/2 969/8
she's [3] 939/12 969/11 969/11
Short [1] 1/22
shorthand [1] 983/7
should [7] 855/8 856/18 908/1 916/19 916/21 917/6 962/6
show [11] 889/1 889/22 893/23 894/20 900/3 905/22 917/22 956/13 956/14 967/14 968/5
showed [3] 919/5 919/6 920/8
showing [2] 894/4 905/25
shown [3] 944/16 953/8 963/5
shows [6] 887/7 894/6 905/12 907/19 944/22 944/24
shrunken [1] 899/23
side [12] 870/11 878/16 894/9 898/10 898/14 900/18 901/10 909/18 909/19 909/20 909/22 909/24
Sidebar [3] 924/5 959/12 965/8
sided [2] 963/21 963/22
sides [1] 977/19
Sidley [2] 963/17 963/19
sign [6] 898/23 912/19 912/20 913/1 935/8 947/12
significance [10] 906/21 910/7 912/15 922/3 955/9 955/22 955/25 957/3 958/13 976/1
significant [10] 880/2 888/1 888/11 888/24 891/2 918/16 921/25 927/6 938/7 938/14
signing [1] 867/25
signs [3] 935/20 948/2 952/11
similar [5] 875/3 887/17 895/8 919/13 931/1
simple [1] 950/3
simply [1] 872/9
since [6] 851/14 854/24 866/17 873/16 927/7 935/4
single [2] 923/20 963/21
sir [23] 864/10 866/6 866/8 873/13 878/5 878/22 879/18 879/20 880/21 884/20 885/25 886/16 889/15 892/11 893/17 896/8 901/20 904/2 911/14 920/22 921/1 952/3 959/1
sister [2] 961/8 961/10
sit [1] 874/5
site [1] 980/6
sitting [2] 852/21 873/21
situation [2] 930/2 930/6
six [2] 849/24 851/21
size [4] 888/23 954/4 955/2 975/18
skill [1] 878/15
skin [2] 931/7 935/15
skull [6] 890/2 936/8 936/10 936/12 936/21 976/22
slice [1] 916/8
slide [4] 916/8 952/13 953/2 964/9
slides [24] 879/11 901/18 901/22 901/25 902/3 902/6 903/25 915/12 915/15 916/7 917/9 918/4 919/1 928/22 928/24 929/14 944/8 948/15 948/25 949/21 952/23 954/1 954/10 955/1
slightly [2] 900/21 949/1
slots [1] 869/17
slowed [1] 907/5
slows [1] 907/3
small [8] 885/9 899/5 916/5 916/6 916/9 952/19 952/24 953/2
smart [1] 869/15
smokes [1] 939/1
smooth [2] 892/17 892/20
snow [1] 928/15
so [206]
Society [2] 874/20 876/3
soft [1] 887/9
sole [2] 881/5 881/23
some [44] 849/16 850/18 850/20 862/15 870/16 871/5 871/11 875/8 877/11 877/16 879/5 882/17 884/11 886/19 887/22 889/22 890/21 890/21 894/7 895/20 900/4 903/9 905/6 911/7 912/22 914/18 915/18 917/24 922/24 923/13 930/18 934/17 934/21 939/25 941/10 942/3 946/5 947/12 956/3 965/14 974/19 978/1 978/12 981/19
someone [3] 947/7 947/11 947/17
something [9] 858/9 895/8 896/13 908/7 908/11 929/20 955/11 971/22 971/24
sometime [2] 969/19 980/22
sometimes [2] 907/14 907/14
somewhat [1] 980/24
somewhere [2] 878/1 906/19
soon [1] 941/18
sooner [1] 941/16
sorry [7] 919/10 930/12 939/9 946/18 957/16 962/10 971/12
sort [21] 868/4 889/5 893/19 893/21 894/3 894/25 895/17 896/23 897/8 897/10 898/7 900/3 900/8 900/17 906/3 909/23 911/24 917/2 917/3 920/14 921/14
sound [1] 913/1
source [4] 887/11 887/12 887/23 909/13
Southern [3] 868/16 868/22 868/24
spaces [4] 919/12 919/18 949/4 949/13
speak [2] 889/12 897/16
speaks [1] 981/6
special [1] 941/9
specialty [3] 871/7 872/15 875/15
specific [4] 851/25 855/1 861/8 971/20
specifically [10] 859/20 860/2 860/22 861/7 928/12 937/1 937/6 937/25 964/1 970/16
spelling [1] 864/10
spend [1] 927/4
spokesperson [1] 875/14
sponge [1] 894/14
sponge-like [1] 894/14
Sr [1] 1/17
staff [2] 865/4 913/23
stage [3] 853/8 925/3 981/18
staining [4] 935/14 941/10 941/10 941/14
stand [4] 861/20 872/22 872/23 968/16
standard [1] 911/24
standards [2] 872/10 918/18
standing [4] 898/5 971/7 975/12 975/12
standpoint [2] 903/6 952/16
start [3] 866/10 868/8 884/25
started [4] 866/19 868/12 869/3 869/21
starting [3] 883/14 918/1 979/8
state [39] 1/4 1/13 1/9 1/11 1/23 3/2 848/9 848/16 850/22 852/23 859/20 861/25 863/7 864/10 864/21 867/12 869/23 871/6 872/5 874/1 874/6 880/11 895/13 926/7 942/6 954/12 957/14 967/3 967/5 967/13 967/21 972/24 973/6 973/8 974/2 977/14 979/23 980/12 981/22
State's [10] 850/5 858/24 885/23 886/15 887/15 889/13 892/8 893/16 900/1 973/14
stated [4] 933/4 944/6 960/13 961/11
statement [12] 850/12 853/7 912/4 916/12 916/18 917/12 938/15 941/8 941/12 942/7 974/10 976/2
Statement.............592 [1] 1/9
statements [9] 1/8 850/8 850/19 852/15 903/24 929/6 929/8 943/18 943/22
states [6] 871/7 937/11 937/15 937/22 967/18 974/13
statistical [1] 918/7
status [1] 966/1
statute [6] 852/1 854/5 854/7 856/17 980/3 980/14
stay [1] 931/20
stays [1] 910/18
Stenography [1] 1/24
step [1] 959/5
sterile [2] 889/5 931/2
Steve [2] 851/13 851/14
Steven [2] 1/18 914/22
still [8] 866/17 867/9 903/4 905/2 942/1 942/4 942/16 944/17
stillbirth [25] 883/1 883/10 887/5 888/1 889/2 890/13 893/1 900/14 901/5 904/16 905/9 917/7 920/1 923/8 937/7 937/22 938/20 938/23 939/4 939/11 939/14 939/17 940/4 940/18 953/9
stillbirths [5] 918/2 937/5 937/12 937/16 938/1
stillborn [2] 883/4 950/21

S

Stip [2] 2/2 4/10
stipulate [2] 959/21 961/2
stipulation [2] 959/17 961/1
stipulations [4] 857/5 857/8 959/19 961/18
stomach [7] 881/10 885/8 943/1 943/3 943/4 943/10 955/9
story [1] 892/2
Strauss [1] 874/5
strength [1] 922/10
stress [1] 935/4
stretch [1] 921/17
stroke [1] 976/23
structural [1] 938/12
structure [1] 894/6
structures [2] 894/7 907/24
students [3] 871/12 871/14 871/17
studied [1] 884/16
studies [4] 868/8 877/14 931/24 937/20
study [1] 911/11
stump [8] 887/8 892/14 892/20 892/23 940/23 941/1 941/25 944/6
subarachnoid [1] 976/20
subdural [1] 976/19
subject [4] 896/19 901/17 917/21 961/20
submitted [2] 974/20 981/21
subsumes [1] 879/4
subtle [1] 919/21
successful [1] 868/13
such [5] 880/3 916/14 935/22 972/14 983/6
sufficient [3] 856/11 891/21 967/14
suffocate [2] 948/1 952/8
suffocated [3] 947/11 948/4 952/4
suffocating [2] 947/7 969/6
suffocation [4] 947/4 947/7 947/9 968/3
suggest [2] 921/23 981/20
suggestions [2] 848/17 978/1
sun [1] 921/19
Sunday [1] 978/24
Sunny [1] 921/17
supervision [1] 983/9
supplement [1] 980/23
supplemental [2] 3/8 966/7
support [5] 848/14 881/3 887/4 888/5 921/6
supporter [1] 893/14
supporting [2] 876/22 921/11
supports [2] 888/21 921/8
sure [25] 858/10 860/13 864/12 866/12 866/15 868/22 870/21 873/8 877/2 885/3 886/13 896/18 896/21 897/15 905/19 909/16 910/9 924/16 928/11 932/20 935/3 947/9 963/2 964/20 969/20
surface [3] 897/4 936/5 976/21
surfaces [1] 895/18
surgical [1] 867/7
surprised [1] 944/10
survive [6] 890/19 910/11 932/10 942/15 971/2 975/9
survived [1] 888/3
sustain [1] 891/1
sustaining [1] 954/6
suture [1] 889/22
sutures [2] 889/7 936/19
swallow [2] 881/12 955/14
swallowing [1] 912/20
swear [1] 973/16
sworn [3] 973/10 973/17 980/8
symposiums [2] 876/7 876/8
system [2] 865/10 870/18
systems [1] 937/19

T

table [2] 871/16 928/16
tact [1] 909/21
take [10] 875/21 882/24 895/5 901/15 913/15 913/18 933/11 962/13 962/25 981/17
taken [14] 893/11 893/12 902/13 902/19 903/2 905/20 923/3 928/8 928/9 928/13 928/16 930/9 932/19 945/20
takes [1] 955/14
taking [1] 893/21
talk [18] 857/5 866/4 868/2 870/19 870/20 872/6 882/9 924/2 927/19 937/5 937/25 940/7 943/12 947/3 956/17 970/3 972/2 974/25
talked [23] 853/23 875/4 886/20 891/3 905/9 909/7 909/9 910/9 918/4 922/6 923/13 930/21 943/1 948/14 948/14 953/16 956/1 970/22 970/23 971/6 971/10 971/12 971/14
talking [2] 858/23 882/8
tall [1] 964/6
taught [1] 871/10
teach [1] 870/12
teaching [4] 870/12 871/4 871/5 871/16
team [3] 874/6 876/12 926/17
technical [1] 873/3
technically [3] 869/2 889/19 928/21
Technology [1] 876/1
teens [1] 896/14
teeth [1] 947/17
tell [26] 875/22 876/25 878/25 882/3 882/13 885/2 886/2 886/17 887/3 887/16 888/17 889/16 890/4 890/8 892/12 892/24 899/2 900/2 904/14 905/17 905/24 906/4 910/7 952/14 952/15 952/15
tells [1] 904/17
temperature [15] 906/15 906/15 906/17 906/19 907/4 907/13 908/7 908/11 921/6 921/10 921/21 945/17 946/10 946/15 956/16
temperatures [4] 907/25 920/24 921/16 921/22
temptation [1] 978/22
term [11] 852/6 888/20 889/10 889/12 889/20 891/16 916/19 917/3 919/7 933/4 953/11
terms [3] 851/18 950/3 969/4
test [4] 855/16 858/18 859/5 915/6
testified [13] 850/17 861/7 861/12 861/14 863/24 914/24 918/24 960/12 961/10 971/4 971/9 973/10 973/25
testify [10] 879/17 926/18 926/21 926/25 927/15 948/21 957/24 970/20 975/11 976/3
testifying [2] 927/2 957/14
testimony [12] 859/15 859/25 860/6 861/24 862/5 862/10 930/22 943/13 953/6 958/21 970/11 980/8
tests [1] 915/4
text [1] 882/14
textbooks [2] 883/3 923/16
texture [4] 894/13 894/14 895/22 950/11
than [18] 853/20 884/12 890/5 891/15 894/22 898/23 900/21 908/2 919/4 941/16 944/7 949/6 949/9 953/25 955/2 966/23 979/8 979/9
Thank [24] 851/9 863/15 863/20 880/16 913/25 914/10 923/24 923/25 925/9 951/22 952/1 959/1 959/4 959/5 959/7 961/24 977/5 977/9 977/10 978/24 979/9 982/1 982/2 982/4
thankfully [1] 896/12
Thanks [1] 968/9
that [577]
that's [72] 855/23 859/7 859/22 861/13 861/19 862/7 865/16 867/9 870/1 871/3 875/22 876/21 881/1 884/13 890/1 890/24 892/18 894/14 894/22 898/13 900/7 900/25 901/1 902/1 904/7 904/17 907/1 907/24 910/19 912/11 914/15 916/17 916/21 920/3 920/11 926/20 929/13 930/10 930/13 930/14 931/10 932/2 932/5 932/11 933/12 935/17 935/18 936/8 936/20 937/9 938/19 941/6 941/8 941/11 941/22 942/1 942/7 944/5 947/15 947/20 948/12 948/23 949/7 950/23 957/7 958/20 961/17 966/3 974/4 974/13 974/24 976/20
their [16] 861/5 865/1 865/10 865/11 867/6 869/12 871/6 872/14 874/10 876/22 881/12 950/14 951/2 959/24 959/25 961/5
them [11] 857/13 865/19 873/2 924/20 934/24 962/6 963/1 965/3 965/3 974/9 974/21
themselves [2] 879/12 915/22
then [75] 849/13 851/2 853/1 853/10 856/3 856/25 859/9 859/10 860/4 860/5 860/25 861/15 861/20 868/3 870/21 870/25 872/11 872/12 872/23 875/10 879/10 879/10 881/11 883/12 884/5 884/7 884/9 887/11 889/3 891/7 891/19 896/23 897/25 898/13 904/18 909/8 909/19 910/24 911/22 911/23 913/17 916/7 917/4 917/5 921/15 925/8 927/2 928/15 929/2 935/4 942/22 942/23 944/23 944/24 945/2 946/7 948/3 952/22 953/1 956/10 956/11 963/16 964/3 964/10 965/16 968/14 968/21 969/15 971/18 972/1 977/21 978/8 978/11 978/20 981/25
theory [1] 947/23
there [117] 849/22 850/7 851/24 853/4 854/3 855/23 856/1 856/11 856/21 882/1 883/22 884/23 885/6 885/14 886/25 888/4 888/7 888/8 888/9 888/10 892/15 892/23 895/15 895/18 897/13 899/12 899/13 900/4 902/10 904/5 904/7 904/8 904/12 904/19 905/13 907/16 907/22 908/6 909/5 909/19 909/25 910/12 910/21 910/21 911/1 912/17 912/17 912/25 916/12 916/13 916/23 917/6 918/7 919/17 920/9 921/20 922/8 922/18 922/18 922/20 923/19 928/13 928/15 930/18 931/24 932/18 934/21 934/21 935/19 935/25 936/23 936/24 937/1 937/20 938/16 941/8 942/3 943/10 943/12 944/6 944/11 944/17 945/15 945/22 946/13 947/1 947/2 947/13 947/16 948/10 948/12 949/7 949/14 952/10 952/18 953/8 953/9 953/25 955/1 957/1 958/2

T


there... [16] 958/13 962/1 962/5 965/15 967/13 968/6 968/18 970/17 970/25 974/10 974/18 974/22 975/1 975/3 975/5 976/24
there's [62] 849/4 853/22 854/22 856/22 858/21 865/2 881/20 882/17 886/18 886/22 886/23 889/7 890/14 891/14 892/17 893/9 893/13 901/24 904/6 904/17 904/24 905/6 907/18 910/5 910/9 911/19 917/5 917/13 920/12 920/13 921/9 921/10 921/16 921/16 921/22 923/15 930/3 930/4 930/7 933/25 939/3 939/25 947/12 949/8 949/21 949/24 954/17 954/19 954/20 958/17 958/20 965/2 966/16 966/21 969/17 974/8 975/19 975/23 976/1 976/19 976/23 980/9
therefore [8] 850/13 858/5 863/8 863/10 887/23 896/2 922/17 972/23
therein [1] 983/14
thermometer [20] 905/22 905/25 906/1 906/5 906/11 906/12 944/22 944/23 945/1 945/7 945/19 945/22 946/12 956/8 956/8 956/13 956/14 956/19 956/23 963/15
thermometers [5] 945/6 945/9 945/10 945/13 946/2
these [14] 878/15 886/4 886/25 903/16 911/8 911/16 917/25 921/15 945/8 953/21 962/13 964/25 967/5 968/16
they [36] 849/25 853/2 853/23 853/24 855/24 864/25 872/12 872/12 872/23 874/10 881/12 885/7 896/24 898/20 898/23 901/12 902/8 908/15 929/12 929/14 941/14 941/18 948/1 948/3 957/22 960/12 960/13 961/9 961/11 970/13 971/21 972/24 973/1 974/15 974/22 974/23
they're [11] 856/15 858/22 858/23 867/20 867/24 877/11 885/19 902/19 903/2 907/24 953/13
they've [1] 981/2
thin [1] 916/8
thing [6] 850/15 869/9 892/19 902/7 964/5 969/3
things [14] 861/20 884/3 888/10 889/1 891/20 903/21 903/23 911/2 911/5 911/5 911/7 911/8 950/25 953/22
think [54] 850/25 854/19 855/5 856/10 856/15 856/20 857/2 858/4 858/6 858/22 858/24 859/19 860/11 860/19 860/22 866/3 867/9 881/24 891/13 896/1 899/19 901/9 910/4 912/11 913/18 916/17 916/18 917/12 917/22 918/19 919/14 919/20 920/2 920/11 920/13 926/14 943/18 947/6 947/7 949/8 952/6 953/5 954/21 956/12 958/23 962/2 962/5 966/18 971/21 976/1 979/4 980/15 981/1 981/2
thinking [2] 968/10 968/17
third [2] 872/9 937/14
this [121] 849/19 849/24 850/6 850/24 851/1 851/7 852/5 852/16 853/8 853/8 854/2 854/20 854/24 855/1 857/2 857/15 859/13 859/21 860/23 861/5 861/8 861/10 869/8 878/6 878/19 879/3 880/20 880/23 882/2 882/5 882/7 882/8 882/10 882/21 884/10 885/5 886/7 886/15 886/21 887/6 887/7 888/24 889/21 890/5 890/8 890/25 891/11 892/13 892/19 893/1 893/3 893/19 894/20 895/11 895/16 896/15 896/19 897/9 899/1 899/16 900/3 901/9 901/18 904/1 905/19 906/10 906/12 907/8 908/21 909/25 910/6 911/17 912/1 912/16 915/5 916/20 916/23 917/13 917/21 918/19 922/5 925/3 926/14 926/18 930/8 930/10 931/10 932/11 933/3 935/22 936/15 942/8 945/2 945/2 945/5 951/21 952/4 953/18 953/24 954/22 955/23 956/5 956/11 957/4 957/12 958/14 958/23 960/15 961/12 961/22 964/15 964/21 967/24 968/20 970/12 970/12 973/4 975/24 979/4 980/4 981/18
those [55] 855/2 871/14 877/6 880/18 883/2 883/3 884/5 884/7 885/12 886/1 886/3 888/2 888/10 891/3 891/7 898/15 898/18 902/6 902/12 903/21 903/23 907/5 907/16 909/2 910/17 911/2 915/15 915/17 915/25 916/4 917/8 918/11 918/18 922/16 922/21 928/8 928/24 929/8 933/18 934/11 938/6 945/6 945/13 948/2 949/20 951/13 953/13 954/9 955/1 956/3 957/3 971/19 971/23 975/8 981/10
though [1] 972/15
thought [1] 860/18
thoughts [1] 914/21
thousand [1] 937/23
three [14] 872/19 872/25 901/24 901/24 902/3 902/11 903/25 915/21 917/8 937/22 941/18 952/22 953/25 975/8
through [21] 865/25 866/20 871/14 874/3 883/21 885/24 897/20 898/11 906/23 908/24 909/16 909/19 909/22 910/19 920/25 960/8 960/10 960/14 960/22 961/7 963/13
Thumb [1] 2/18
thus [2] 856/14 969/9
tiers [1] 892/1
time [37] 848/16 869/20 869/24 870/2 875/19 878/17 879/22 882/21 890/23 907/11 908/3 909/4 913/15 913/20 915/5 921/20 923/2 926/23 927/6 946/14 946/19 951/9 951/12 951/21 958/16 958/17 958/22 959/24 960/4 960/15 961/12 961/22 966/23 972/4 975/19 979/1 979/3
times [1] 907/15
timing [1] 924/3
tiny [1] 954/1
tissue [24] 867/8 876/10 876/13 879/11 885/17 887/21 888/12 891/14 894/2 897/10 902/4 915/21 915/25 916/4 918/25 919/6 920/15 923/3 928/22 928/24 929/14 934/2 952/16 952/25
tissues [16] 887/9 887/18 890/3 893/20 896/23 897/1 902/13 902/23 905/3 905/5 906/4 915/17 952/11 974/8 974/17 974/19
titled [1] 867/11
today [10] 861/25 866/17 923/11 927/13 953/6 958/20 970/24 978/25 980/17 981/25
today's [1] 886/3
together [2] 874/8 892/3
toilet [1] 852/21
told [1] 866/2
tonight [1] 972/13
too [8] 881/24 891/19 910/5 910/25 917/13 917/13 919/20 922/19
took [16] 848/3 852/5 853/13 855/22 856/3 856/9 856/13 856/19 856/23 862/24 868/14 924/23 946/7 962/18 979/12 983/6
top [4] 881/21 897/1 954/15 954/19
topic [1] 882/22
topics [4] 917/25 970/17 971/20 971/23
torn [4] 892/16 892/21 941/7 942/23
torso [3] 908/9 922/1 975/2
total [2] 916/10 952/25
towards [4] 894/8 918/9 932/15 940/18
toxicology [4] 877/17 879/6 928/2 929/9
track [1] 877/21
training [5] 867/17 867/20 867/22 868/21 876/13
transcribed [1] 983/9
transcript [5] 1/10 1/11 983/11 983/11 983/14
Transcription [1] 1/24
trauma [7] 876/8 886/19 886/20 935/20 936/5 948/2 976/24
travels [1] 958/24
trial [4] 1/11 855/8 929/19 983/12
tried [1] 849/13
tries [1] 893/7
Trooper [1] 869/23
true [18] 913/2 918/7 926/19 926/20 930/19 931/14 934/18 934/22 935/15 935/16 938/7 941/8 941/11 944/5 944/8 951/16 973/25 983/13
trustee [1] 874/19
try [2] 866/9 978/23
trying [2] 853/17 874/3
twelve [1] 1/11
Twenty [1] 932/5
twins [1] 939/18
two [17] 1/12 858/21 859/2 859/3 869/17 873/1 873/3 877/6 893/25 896/11 896/11 912/17 959/24 963/21 963/22 969/17 972/11
two-sided [2] 963/21 963/22
type [1] 889/4
types [1] 854/23
typewritten [1] 983/10
typically [3] 881/17 958/19 960/10


U


U....964....................965 [1] 4/15
UD [1] 876/16
Uh [2] 876/21 934/3
Uh-huh [2] 876/21 934/3
ultimate [2] 904/15 923/7
ultimately [5] 865/14 872/11 916/9 952/24 956/10
ultrasounds [1] 932/18
umbilical [16] 887/8 892/14 892/22 893/12 910/24 911/4 912/21 940/22 940/25 941/1 941/4 941/6 941/25 942/4 942/16 942/22
unable [1] 850/20
unavailable [1] 868/1
unaware [1] 969/11
under [13] 854/21 855/2 857/24 862/2 863/23 907/16 911/16 935/4 938/21 945/21 973/9 974/18 983/9
undergrad [1] 868/20
undergraduate [1] 868/8

U

understand [4] 941/3 942/9 942/10 964/20
understanding [5] 860/24 861/22 912/25 931/1 957/22
understands [1] 942/12
Understood [1] 967/9
undetermined [3] 946/17 946/23 946/24
unethical [1] 958/2
unexpanded [2] 896/21 896/22
unfold [1] 978/8
unfortunately [1] 900/5
uniform [3] 883/20 916/20 916/21
uniformly [1] 899/11
United [4] 871/7 937/11 937/15 937/21
University [8] 868/16 868/23 868/25 871/6 872/5 874/14 874/16 876/16
unknown [1] 917/14
unpredictable [1] 978/10
unreliable [3] 850/10 881/16 881/25
until [7] 857/5 857/16 907/12 929/2 941/7 970/4 970/24
up [11] 853/25 855/15 894/1 894/18 900/3 901/13 927/6 944/17 958/19 967/25 971/22
upon [8] 855/19 878/2 903/7 919/24 921/5 923/2 953/8 953/24
upper [1] 896/14
upright [1] 899/4
us [22] 869/6 875/23 876/25 878/25 881/18 882/3 882/13 886/2 886/17 887/3 887/16 888/17 889/16 892/12 892/24 899/2 900/2 904/14 905/17 905/25 908/22 963/5
use [10] 859/6 877/14 878/15 881/17 890/20 890/21 890/22 913/22 953/11 981/20
used [5] 865/23 870/12 916/19 947/20 947/23
useful [3] 881/15 891/9 907/21
using [4] 852/6 881/3 891/7 945/6
usually [3] 935/25 936/8 940/14
utensil [3] 900/16 900/18 900/19
uterine [3] 888/5 889/10 931/4
utero [5] 889/3 889/11 891/23 910/15 942/5
utilize [1] 861/23

V

V......913...................965 [1] 4/15
vacation [1] 867/25
vacuum [1] 897/22
vagina [1] 936/2
Valley [1] 876/6
variability [4] 901/11 910/5 923/20 934/1
variable [1] 913/2
variables [4] 888/14 917/13 922/6 950/10
various [3] 877/9 916/14 964/4
vasculature [1] 894/8
venture [1] 868/14
venue [17] 849/4 849/17 851/25 852/4 854/4 854/6 854/7 854/25 855/9 855/11 855/23 856/17 966/8 967/8 980/1 980/2 981/6
venues [1] 870/15
verdict [3] 5/7 861/17 911/13
verifiable [1] 872/10
verify [7] 850/18 850/20 850/20 851/7 853/12 853/16 853/19
version [1] 964/16
versus [11] 887/5 889/2 900/14 901/5 904/16 917/8 918/2 919/22 920/1 923/8 931/4
very [19] 865/4 886/24 887/18 887/21 895/6 895/11 895/22 899/8 899/22 908/5 916/5 916/7 916/9 921/15 952/19 952/24 953/2 959/5 965/15
Veterans [1] 867/6
VI [2] 1/10 1/5
via [1] 1/24
viability [4] 890/6 931/22 931/25 934/12
viable [1] 888/22
Victor [1] 964/11
videotape [1] 929/23
videotaped [1] 929/16
view [1] 859/14
VII [2] 1/10 1/6
violate [1] 866/1
violence [3] 911/16 946/17 946/24
violent [1] 946/24
virtually [1] 966/18
Virus [1] 940/3
visible [3] 928/15 941/1 948/10
visual [1] 895/3
Vol [8] 1/10 1/3 1/3 1/4 1/4 1/5 1/5 1/6
volume [1] 897/3
voluntarily [1] 883/21
voluntary [5] 881/6 912/19 913/3 954/9 955/13
volunteer [1] 871/10

W

wait [2] 857/5 970/4
waiting [1] 956/25
waive [1] 859/23
waived [2] 855/2 858/7
waiver [1] 854/22
waiving [1] 860/4
walls [1] 895/1
want [38] 848/11 851/10 854/20 855/15 856/4 857/4 860/12 861/4 865/5 868/7 868/7 872/6 882/9 901/16 903/16 907/9 908/19 915/12 916/15 925/3 926/16 927/19 937/5 937/25 938/2 940/7 947/3 965/24 967/10 968/24 969/13 969/19 969/22 970/3 970/4 970/14 978/15 981/7
wanted [1] 981/14
wanting [1] 862/14
wants [1] 851/13
warm [1] 946/4
was [171]
Washington [1] 876/2
wasn't [3] 889/11 971/25 980/8
watched [1] 948/21
watching [1] 862/5
water [1] 858/18
way [10] 882/1 883/10 895/23 897/13 909/25 911/19 921/2 940/5 952/5 978/6
ways [3] 908/20 909/5 912/17
Wdrwn [2] 2/2 4/10
we [149]
we'd [1] 854/11
we'll [3] 913/18 962/13 965/13
we're [26] 848/7 860/21 878/14 882/8 883/15 883/16 888/11 897/21 902/3 913/25 917/25 920/3 924/14 925/8 930/15 932/23 938/7 938/10 950/8 950/10 950/11 956/5 962/16 965/19 968/18 978/4
we've [8] 877/15 894/18 964/18 965/16 968/3 972/6 977/17 980/15
week [2] 891/18 939/9
weeks [23] 888/21 890/6 890/7 890/7 890/7 890/21 890/21 890/22 891/12 891/13 891/18 931/18 931/22 931/25 932/5 932/9 933/24 934/3 934/7 934/11 934/12 934/13 954/4
weeks-ish [1] 890/21
weighed [2] 933/8 933/19
weight [8] 888/21 891/11 894/23 932/23 933/4 933/23 934/5 934/9
welcome [1] 977/12
well [45] 852/15 854/11 857/7 857/12 860/17 861/19 865/4 865/8 865/23 868/11 869/8 871/5 872/17 876/21 881/11 883/3 888/21 890/14 894/11 898/17 911/12 911/19 915/20 922/24 924/13 928/3 928/9 928/13 931/17 933/1 934/12 936/25 944/9 945/15 949/17 953/1 954/18 961/9 965/16 967/15 968/23 971/16 971/21 977/17 979/3
went [4] 868/15 869/12 869/15 882/14
were [49] 854/12 860/9 863/6 869/10 872/2 873/7 877/18 878/19 879/10 880/3 881/8 885/19 899/4 901/21 902/12 904/3 904/5 905/2 915/19 926/16 926/21 928/8 928/8 928/9 928/13 928/15 934/7 936/23 944/16 946/16 946/20 952/10 953/22 960/3 963/15 964/8 970/17 970/25 973/24 974/3 974/5 974/11 974/15 974/19 974/22 975/1 979/20 981/12 983/9
weren't [5] 891/4 902/23 929/8 929/12 929/14
what [90] 851/17 852/9 852/18 852/19 856/18 857/3 864/14 865/5 865/7 867/14 868/10 870/17 872/7 873/19 874/18 875/1 875/3 876/24 877/1 878/25 882/13 886/9 886/17 887/16 888/1 892/12 893/18 894/10 894/11 897/13 899/1 900/1 902/1 902/15 903/1 903/13 903/18 903/19 903/20 904/3 904/14 904/22 905/25 906/2 906/14 906/16 906/21 909/13 910/7 912/15 914/19 917/20 919/12 919/15 920/19 921/5 922/2 923/1 923/2 927/20 930/12 930/24 931/17 935/2 942/12 949/10 953/24 955/9 955/22 956/25 957/3 958/10 962/2 966/13 966/22 967/19 968/11 968/13 968/13 970/5 970/13 974/4 974/13 974/14 975/5 975/15 975/18 977/19 979/1 979/2
what's [12] 861/13 862/11 872/16 888/24 893/24 903/19 905/15 906/7 906/24 921/11 956/17 966/23
whatsoever [2] 878/12 958/13
when [44] 849/4 849/6 850/12 852/14 861/16 866/21 867/24 868/10 868/14 869/3 869/8 881/16 888/13 889/2 890/22 891/10 892/2 897/2 898/2 904/7 910/10 911/9 913/21 915/15 927/20 932/12 935/25 942/2 942/2 943/21 945/9 945/19 947/6 947/11 947/20 948/18 953/17 955/18 957/14 957/24 968/18 972/1 973/24 975/25
whenever [1] 914/8
where [58] 849/8 849/12 849/14 850/1

W

where... [54] 850/6 850/12 850/14 850/15 850/21 851/4 851/7 851/8 852/5 856/2 856/3 856/13 861/19 867/3 868/10 868/16 871/2 875/18 875/23 876/17 876/25 883/3 883/4 883/6 885/5 887/20 893/11 898/8 899/3 899/13 900/9 900/22 902/6 902/9 902/12 902/18 902/22 906/1 906/11 910/2 915/25 916/20 921/9 921/20 921/21 928/15 944/4 945/2 945/18 955/19 961/19 966/6 968/16 968/19
whereby [1] 970/7
wherein [1] 854/10
wherever [1] 893/10
whether [22] 853/6 880/22 882/5 890/12 893/1 896/6 905/17 922/4 924/11 933/3 940/17 940/19 952/18 955/11 955/23 956/18 956/19 957/20 965/17 966/16 971/1 979/22
which [62] 848/12 858/18 858/24 864/18 865/13 871/1 871/9 874/8 877/4 878/8 879/4 881/7 881/22 882/19 883/23 887/1 887/11 887/12 887/24 888/4 889/1 889/4 889/5 890/6 892/9 893/4 894/2 894/22 895/13 895/16 895/19 895/22 895/22 899/9 899/19 901/7 902/12 903/3 906/5 907/3 913/3 913/6 917/2 921/18 921/23 922/9 922/21 932/2 938/14 940/5 944/9 953/3 954/8 963/10 963/14 963/16 963/18 963/20 963/24 968/2 968/3 975/23
while [13] 852/21 857/2 857/23 872/25 883/8 894/11 898/6 905/1 909/17 920/12 938/16 939/12 981/12
who [6] 849/21 853/14 853/20 867/23 878/23 950/21
who's [1] 930/4
whole [5] 857/15 892/2 901/7 952/20 978/22
why [11] 848/25 869/6 880/25 890/11 899/21 904/19 916/22 920/3 924/1 962/22 963/6
will [11] 862/4 863/13 921/21 924/13 927/13 945/9 962/5 962/25 977/21 978/8 981/17
window [1] 908/3
wise [1] 870/3
wit [1] 856/1
withdraw [2] 859/10 915/10
within [8] 862/25 914/5 926/4 939/6 939/9 940/10 941/23 972/18
without [6] 858/3 860/4 898/20 923/21 941/5 948/2
witness [7] 863/13 863/22 930/4 968/12 972/25 973/2 973/8
witnesses [3] 1/11 4/2 961/22
womb [8] 888/3 888/23 932/4 932/7 942/15 954/6 971/3 975/9
won't [2] 862/1 965/15
wonderfully [1] 934/1
word [2] 883/16 917/24
work [5] 865/22 871/3 876/19 958/19 960/10
worked [2] 866/22 960/6
working [2] 874/3 878/16
world [3] 930/8 937/11 937/14
would [129] 848/18 849/15 851/4 851/5 853/1 853/18 855/9 857/23 857/24 860/1 860/5 861/1 863/11 866/13 869/6 880/7 882/24 886/22 886/24 887/4 888/4 890/11 892/25 893/13 899/3 899/10 902/16 902/22 902/25 903/8 904/20 907/15 907/17 907/23 909/18 910/4 910/13 912/8 913/1 913/14 916/15 919/13 920/2 920/3 920/19 921/6 921/23 922/9 922/12 922/13 922/14 922/15 922/21 922/22 922/24 923/5 923/9 923/9 930/8 931/13 931/15 931/18 932/3 932/13 932/15 932/17 932/18 933/8 933/18 933/19 934/4 934/7 934/17 935/14 935/19 935/19 938/1 940/16 941/25 943/4 943/8 943/10 943/22 944/7 947/22 947/25 948/3 948/10 948/12 949/6 950/17 952/17 952/25 953/11 953/17 955/3 955/9 955/15 955/22 956/3 956/4 956/13 956/14 957/6 957/22 957/23 960/9 960/13 961/10 961/23 964/24 966/9 966/13 967/1 967/3 967/7 968/4 968/14 968/25 969/1 971/2 972/5 975/2 976/25 977/20 978/9 979/5 980/14 981/5
wouldn't [9] 854/14 878/18 941/5 941/24 946/10 946/14 949/4 951/14 956/15
wound [1] 893/7
wounds [1] 894/5
Wright [2] 871/6 872/5
writing [1] 851/15
writings [2] 866/5 953/7
written [1] 1/24
wrong [5] 859/10 883/16 892/10 910/24 958/2

X

x-ray [5] 879/7 928/3 936/25 936/25 937/2
x-rays [1] 929/9

Y

yeah [7] 848/24 913/16 919/23 934/2 949/18 950/19 972/10
year [3] 873/22 896/12 939/7
years [8] 853/15 853/19 867/2 867/5 868/14 938/21 938/24 960/7
yes [161]
yesterday [3] 863/7 959/16 970/2
yet [2] 885/19 981/10
you [381]
you'll [1] 978/11
you're [14] 871/10 872/13 896/25 898/6 910/10 918/21 924/16 932/12 940/18 952/20 964/5 965/17 972/8 977/12
you've [16] 872/13 878/25 880/18 880/19 885/3 886/2 897/6 905/17 906/18 911/11 914/24 927/13 937/21 953/16 973/16 978/21
younger [1] 961/8
your [75] 849/1 861/21 864/10 864/10 865/25 866/4 866/4 866/5 866/5 866/10 868/7 868/8 868/21 870/8 870/19 875/13 875/15 875/21 876/18 877/20 877/23 878/8 878/24 879/16 879/25 880/6 881/8 882/9 887/14 888/12 889/13 893/15 896/4 899/25 900/22 900/22 901/17 902/15 904/4 906/22 911/9 912/16 913/5 914/24 917/17 917/17 919/12 919/14 922/3 922/7 923/11 924/18 925/5 926/15 929/2 929/5 933/3 937/6 943/13 943/16 953/5 955/20 956/12 958/4 958/6 958/13 958/14 966/1 969/23 975/16 976/7 978/19 978/25 981/8 982/2
yourself [1] 866/3
yourselves [1] 962/15

Z

Zika [1] 940/3